**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

STATE FARM MUTUAL
AUTOMOBILE INSURANCE           CASE NO. **1:19-cv-22487-RS**
COMPANY, et. al.,

      Plaintiffs,
vs.

MARK CERECEDA, D.C., et al,

      Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), certain Defendants, on behalf of all Defendants that have thus far been served with process, respectfully move the Court for the entry of an Order extending the time to respond to the Plaintiffs' complaint through and including August 26, 2019, and in support thereof respectfully state:

1. The Plaintiffs' complaint was filed on June 14, 2019. The Complaint names 20 defendants, contains 178 paragraphs, and spans 73 pages.

2. As of the date of this motion, most but not all of the defendants have been served with the complaint.

3. Several defendants were served on June 20, 2019, thereby creating response deadlines of July 11, 2019.

4. On July 10, 2019 the undersigned counsel filed notices of appearance for defendants Mark Cereceda, D.C., Ceda Orthopedic Group, LLC, Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC, Ceda Orthopedics & Interventional Medicine of Downtown/Little Havana, L.L.C., Ceda Orthopedics & Interventional Medicine of F.I.U./Kendall, L.L.C., Ceda Orthopedics &

1

Interventional Medicine of Hialeah, L.L.C., Ceda Orthopedics & Interventional Medicine of South Miami, L.L.C., Physicians Central Business Office, L.L.C., Springs Crossing Imaging, L.L.C.

5. Despite as of now formally entering appearances only on behalf of the defendants listed above, undersigned counsel may represent additional defendants in this case, but such representation has not yet been finalized. In light of this status, and out of an abundance of caution, this motion requests relief with respect to all defendants that have been served with Plaintiffs' complaint as of the date of this motion.[1]

6. The undersigned counsel has just been formally retained by the Defendants set forth above, and even a perfunctory review of the complaint reveals that it will take significant time to digest and analyze the complex factual and legal issues asserted therein.

7. Given these complexities, as well as the sheer volume of the complaint, additional time is needed to resolve any pending representation issues and to respond to the Plaintiffs' complaint. The undersigned in good faith believes that they will need at least forty-five days to respond.

8. This is the first extension of time sought, and this motion is not being brought for purposes of delay, or any other improper purpose.

9. The parties represented by the undersigned counsel, currently or subsequent to the filing of this motion, will file a single response to the Plaintiffs' complaint.

---

[1] Specifically, Ceda Orthopedic Group, LLC, Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC, Ceda Orthopedics & Interventional Medicine of Downtown/Little Havana, L.L.C., Ceda Orthopedics & Interventional Medicine of F.I.U./Kendall, L.L.C., Ceda Orthopedics & Interventional Medicine of Hialeah, L.L.C., Ceda Orthopedics & Interventional Medicine of South Miami, L.L.C., Physicians Central Business Office, L.L.C., Springs Crossing Imaging, L.L.C., Mark Cereceda, D.C., Edgar Facuseh, D.C., Roberto Moya, M.D., Patrick Fenelus, D.C., Maria Cristina Crespo-Smith, M.D., Roy Canizares, D.C., Richard Yoham, D.C., Thomas Haban, D.C., and Michael Schulman, D.C. To the extent additional defendants are served subsequent to the date of this motion, this motion is not intended to preclude those defendants from seeking additional time to respond to the Plaintiffs' complaint or to preclude the parties from agreeing to a single response deadline for all defendants.

10. Undersigned counsel has conferred with Plaintiffs' counsel regarding the relief sought in this motion, specifically via email and telephone on July 10, 2019. Plaintiff's counsel does not oppose the relief requested herein. Moreover, Plaintiffs' counsel has requested that the undersigned agree to serve a single motion directed to the pleadings on behalf of all defendants represented by the undersigned firm, to which the undersigned has agreed.[2]

WHEREFORE, Defendants respectfully request the Court grant the relief sought in this motion, to wit, that the deadline to respond to the Plaintiffs' complaint for all served Defendants be extended through and including August 26, 2019, and that all served Defendants represented by the undersigned firm be permitted to file a response to the complaint in a single motion, subject to leave of court to exceed the Local Rule page limitations, and that this Court grant such further relief as it deems just and proper.

Dated: July 10, 2019               Respectfully submitted,

**FUERST ITTLEMAN DAVID & JOSEPH**
*Attorneys for Moving Defendants*
SunTrust International Center
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 350-5690
Facsimile: (305) 371-8989
Email: ajoseph@fidjlaw.com
Email: aittleman@fidjlaw.com
Email: crajotte@fidjlaw.com
Secondary Email: lcabrera@fidjlaw.com
By: /s/ *Allan A. Joseph*
ALLAN A. JOSEPH
Florida Bar No.: 893137
ANDREW S. ITTLEMAN
Florida Bar No.: 0802441
CHRISTOPHER RAJOTTE
Florida Bar No.: 107742

---

[2] The sole caveat is that Defendants be permitted to appropriately exceed the page limitations imposed by the Local Rules.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on July 10, 2019 a true and correct copy of the foregoing document will be served on all counsel of record via CM/ECF and all parties identified on the attached Service List via U.S. Mail.

By: /s/ *Alan A. Joseph*
ALLAN A. JOSEPH
Florida Bar No.: 893137

## SERVICE LIST
**Case No. 1:19-cv-22487-RS**

| | |
|---|---|
| Maria Cristina Crespo-Smith, M.D. 7525 SW 55th Avenue Miami, FL 33143 | Thomas Haban, D.C. 14001 SW 90 Avenue Apt. C-208, Miami, FL 33176 |
| Edgar Facuseh, D.C. 1147 SW 78th Court Miami, FL 33147 | Nestor Javech, M.D. 8840 SW 17 Street Miami, FL 33165 |
| Patrick Fenelus, D.C. 2890 SW 130th Terrace Miramar, FL 33027 | Karim Habayeb, D.C. 6301 Collins Avenue Apt. 1705 Miami Beach, FL 33141 |
| John P. Ross, D.C. 755 East 49th Street Hialeah, FL 33013 | Michael Schulman, D.C. 18576 Royal Hammock Boulevard Naples, FL 34114 |
| Richard Yoham, D.C. 11890 SW 8th Street 4th Floor Miami, FL 33184 | Roberto Moya, M.D. 3163 NE 166 Street North Miami Beach, FL 33160 |

| | |
|---|---|
| Roy Canizares, D.C.<br>9750 SW 111 Terrace<br>Miami, FL 33176 | |

5