UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,

        Plaintiffs,

v.

CASE NO. 1:19-cv-22487-RS

MARK CERECEDA, D.C., et. al.,

        Defendants.
_____/

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant Fed. R. Civ. P. 7.1, Defendants, by and through their undersigned counsel, hereby submits this Corporate Disclosure Statement as follows:

Defendants Ceda Orthopedics & Interventional Medicine of Downtown/Little Havana, L.L.C, Ceda Orthopedics & Interventional Medicine of F.I.U/Kendall, L.L.C., Ceda Orthopedics & Interventional Medicine of Hialeah, L.L.C., Ceda Orthopedics & Interventional Medicine of South Miami, L.L.C. and Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC are owned by Ceda, LLC. None of the other entity defendants has a parent company or is owned in any part by a publicly traded corporation.

        Respectfully submitted,

        **FUERST ITTLEMAN DAVID & JOSEPH**
        *Attorneys for Defendants*
        SunTrust International Center
        One Southeast Third Avenue, Suite 1800
        Miami, Florida 33131
        Telephone: (305) 350-5690
        Facsimile: (305) 371-8989
        Email: ajoseph@fidjlaw.com
        Email: aittleman@fidjlaw.com

PAGE 1 OF 2

FUERST ITTLEMAN DAVID & JOSEPH
ONE SOUTHEAST THIRD AVENUE, SUITE 1800, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FIDJLAW.COM

        Email: crajotte@fidjlaw.com
        Secondary Email: lcabrera@fidjlaw.com

        By:  /s/ Allan A. Joseph
        Allan A. Joseph
        Florida Bar No.: 893137
        Andrew S. Ittleman
        Florida Bar No.: 0802441
        Christopher Rajotte
        Florida Bar No.: 107742

## **CERTIFICATE OF SERVICE**

We hereby certify that on September 17, 2019, the foregoing document is being served on counsel of record via CM/ECF.

        By:  /s/ Allan A. Joseph

PAGE **2** OF **2**

FUERST ITTLEMAN DAVID & JOSEPH
ONE SOUTHEAST THIRD AVENUE, SUITE 1800, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FIDJLAW.COM