# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,

        CASE NO. 1:19-cv-22487-RS

    Plaintiffs,

v.

MARK CERECEDA, D.C., et. al.,

    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to this Court's August 21, 2019 Order, Defendants by and through their undersigned counsel certify that the interested parties are as follows:

1. State Farm Mutual Automobile Insurance Company – Plaintiff
2. State Farm Fire and Casualty Company – Plaintiff
3. Mark Cereceda, D.C. – Defendant
4. Maria Cristina Crespo-Smith, M.D. – Defendant
5. Nestor Javech, M.D. – Defendant
6. Roberto Moya, M.D. – Defendant
7. Roy Canizares, D.C. – Defendant
8. Edgar Facuseh, D.C. – Defendant
9. Patrick Fenelus, D.C. – Defendant
10. Thomas Haban, D.C. – Defendant
11. Karim Habayeb, D.C. – Defendant
12. John Ross, D.C. – Defendant

PAGE **1** OF **3**

FUERST ITTLEMAN DAVID & JOSEPH
ONE SOUTHEAST THIRD AVENUE, SUITE 1800, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FIDJLAW.COM

13. Michael Schulman, D.C. – Defendant

14. Richard Yoham, D.C. – Defendant

15. Ceda Orthopedic Group, LLC – Defendant

16. Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC – Defendant

17. Ceda Orthopedics & Interventional Medicine of Downtown/Little Havana, L.L.C.

18. Ceda Orthopedics & Interventional Medicine of F.I.U/Kendall, L.L.C. – Defendant

19. Ceda Orthopedics & Interventional Medicine of Hialeah, L.L.C. – Defendant

20. Ceda Orthopedics & Interventional Medicine of South Miami, L.L.C. – Defendant

21. Physicians Central Business Office, L.L.C. – Defendant

22. Springs Crossing Imaging, L.L.C. – Defendant

23. Ceda, LLC – Owner of Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC, Downtown/Little Havana, Hialeah, FIU/Kendall, and South Miami

24. Fuerst Ittleman David & Joseph – Counsel for Defendants

25. Allan A. Joseph – Counsel for Defendants

26. Andrew S. Ittleman – Counsel for Defendants

27. Holland & Knight LLP – Counsel for Plaintiffs

28. David I. Spector – Counsel for Plaintiffs

29. Joseph F. Valdivia – Counsel for Plaintiffs

30. Katten Muchin Rosenman LLP – Counsel for Plaintiffs

31. Ross O. Silverman – Counsel for Plaintiffs

32. John W. Reale – Counsel for Plaintiffs

33. John T. Lepore – Counsel for Plaintiffs

FUERST ITTLEMAN DAVID & JOSEPH
ONE SOUTHEAST THIRD AVENUE, SUITE 1800, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FIDJLAW.COM

Respectfully submitted,

**FUERST ITTLEMAN DAVID & JOSEPH**
*Attorneys for Defendants*
SunTrust International Center
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 350-5690
Facsimile: (305) 371-8989
Email: ajoseph@fidjlaw.com
Email: aittleman@fidjlaw.com
Email: crajotte@fidjlaw.com
Secondary Email: lcabrera@fidjlaw.com

By:  /s/ Allan A. Joseph
Allan A. Joseph
Florida Bar No.: 893137
Andrew S. Ittleman
Florida Bar No.: 0802441
Christopher Rajotte
Florida Bar No.: 107742

## CERTIFICATE OF SERVICE

We hereby certify that on September 17, 2019, the foregoing document is being served on counsel of record via CM/ECF.

By: /s/ Allan A. Joseph

PAGE **3** OF **3**

FUERST ITTLEMAN DAVID & JOSEPH
ONE SOUTHEAST THIRD AVENUE, SUITE 1800, MIAMI, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • WWW.FIDJLAW.COM