# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:19-cv-22487-RS<br>) |
| MARK CERECEDA, D.C., <br>MARIA CRISTINA CRESPO-SMITH, M.D., <br>NESTOR JAVECH, M.D., <br>ROBERTO MOYA, M.D., <br>ROY CANIZARES, D.C., <br>EDGAR FACUSEH, D.C., <br>PATRICK FENELUS, D.C., <br>THOMAS HABAN, D.C., <br>KARIM HABAYEB, D.C., <br>JOHN ROSS, D.C., <br>MICHAEL SCHULMAN, D.C., <br>RICHARD YOHAM, D.C., <br>CEDA ORTHOPEDIC GROUP, LLC, <br>CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF CUTLER BAY, LLC, <br>CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF DOWNTOWN/LITTLE HAVANA, L.L.C., <br>CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF F.I.U/KENDALL, L.L.C., <br>CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF HIALEAH, L.L.C., <br>CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF SOUTH MIAMI, L.L.C., <br>PHYSICIANS CENTRAL BUSINESS OFFICE, L.L.C., and <br>SPRINGS CROSSING IMAGING, L.L.C., | )<br>)  Hon. Rodney Smith<br>)<br>)  Magistrate Lauren Fleischer Louis<br>)<br>)  **JURY DEMAND**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING UNOPPOSED MOTION
## FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

**THIS CAUSE** came before the Court upon Plaintiffs' Unopposed Motion for Leave to File a First Amended Complaint ("Motion"), filed by Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs"). The Court, having reviewed the Motion, and being otherwise fully advised in the premises, concludes that the Motion should be granted.

Therefore, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

**DONE AND ORDERED** this _____ day of January, 2020, in Miami, Florida.

_____
United States District Judge

Copies furnished to: All Counsel of Record