*Exhibit 4A*

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 59686J431 | MM | Springs Crossing Imaging | 7/13/2015 | $2,980.00 | 2 | x | | x |
| 59686J431 | VS | Springs Crossing Imaging | 7/13/2015 | $2,980.00 | 2 | x | | x |
| 59683J585 | MPT | Springs Crossing Imaging | 7/14/2015 | $2,980.00 | 2 | x | x | |
| 59685B419 | CL | Springs Crossing Imaging | 7/16/2015 | $2,980.00 | 2 | x | | x |
| 59689T508 | JD | Springs Crossing Imaging | 7/17/2015 | $2,980.00 | 2 | x | x | |
| 59689T372 | HD | Springs Crossing Imaging | 7/30/2015 | $2,980.00 | 2 | x | x | |
| 59689T372 | WAM | Springs Crossing Imaging | 7/30/2015 | $2,980.00 | 1 | | | x |
| 596P72127 | MJR | Springs Crossing Imaging | 7/31/2015 | $1,490.00 | 1 | | | x |
| 596Q76240 | QL | Springs Crossing Imaging | 8/5/2015 | $1,490.00 | 1 | | x | |
| 596T83655 | MPS | Springs Crossing Imaging | 8/6/2015 | $2,980.00 | 2 | x | x | |
| 596Q17610 | YM | Springs Crossing Imaging | 8/8/2015 | $1,490.00 | 1 | | | x |
| 596V67620 | ER | Springs Crossing Imaging | 8/8/2015 | $1,490.00 | 1 | | x | |
| 596V67620 | MS | Springs Crossing Imaging | 8/8/2015 | $1,490.00 | 1 | | x | |
| 59684K847 | WB | Springs Crossing Imaging | 8/10/2015 | $1,490.00 | 1 | | x | |
| 59685G591 | BH | Springs Crossing Imaging | 8/10/2015 | $2,980.00 | 2 | x | | x |
| 596V53595 | RL | Springs Crossing Imaging | 8/12/2015 | $2,980.00 | 2 | x | x | |
| 596V28524 | NW | Springs Crossing Imaging | 8/13/2015 | $2,980.00 | 2 | | | x |
| 596Q87768 | JAG | Springs Crossing Imaging | 8/14/2015 | $1,490.00 | 1 | x | | |
| 596V18899 | PG | Springs Crossing Imaging | 8/14/2015 | $1,490.00 | 1 | | x | |
| 596Q76240 | QL | Springs Crossing Imaging | 8/18/2015 | $2,980.00 | 2 | x | | x |
| 596X32614 | JTJ | Springs Crossing Imaging | 8/18/2015 | $1,490.00 | 1 | | x | |
| 596V67620 | ER | Springs Crossing Imaging | 8/22/2015 | $1,490.00 | 1 | | | x |
| 59700Z306 | EGT | Springs Crossing Imaging | 8/24/2015 | $2,980.00 | 2 | x | x | |
| 596T89844 | JG | Springs Crossing Imaging | 9/1/2015 | $2,980.00 | 2 | x | x | |
| 59696K826 | AAR | Springs Crossing Imaging | 9/2/2015 | $1,490.00 | 1 | x | | |
| 596Z83976 | AP | Springs Crossing Imaging | 9/4/2015 | $2,980.00 | 2 | x | x | |
| 59703B538 | ML | Springs Crossing Imaging | 9/9/2015 | $2,980.00 | 2 | x | x | |
| 597B94889 | JL | Springs Crossing Imaging | 9/9/2015 | $2,980.00 | 2 | x | x | |
| 596X35507 | SR | Springs Crossing Imaging | 9/10/2015 | $1,490.00 | 1 | | x | |
| 59705K992 | JP | Springs Crossing Imaging | 9/12/2015 | $1,490.00 | 1 | x | | |
| 597D86497 | AM | Springs Crossing Imaging | 9/12/2015 | $2,980.00 | 2 | | x | x |
| 59707N708 | LB | Springs Crossing Imaging | 9/14/2015 | $2,980.00 | 2 | | x | x |
| 596V36576 | DC | Springs Crossing Imaging | 9/18/2015 | $1,490.00 | 1 | x | | |
| 596X93471 | SM | Springs Crossing Imaging | 9/22/2015 | $2,980.00 | 2 | x | | x |
| 59716H383 | KI | Springs Crossing Imaging | 9/26/2015 | $2,980.00 | 2 | x | x | |
| 59731T973 | JR | Springs Crossing Imaging | 9/29/2015 | $2,980.00 | 2 | x | x | |
| 59786G934 | MRG | Springs Crossing Imaging | 9/29/2015 | $2,980.00 | 2 | x | | x |
| 597D58881 | VM | Springs Crossing Imaging | 9/29/2015 | $2,980.00 | 2 | x | | x |
| 59705K992 | JP | Springs Crossing Imaging | 10/3/2015 | $2,980.00 | 1 | | | x |
| 59733V343 | PB | Springs Crossing Imaging | 10/3/2015 | $2,980.00 | 2 | x | x | |
| 59722J298 | MG | Springs Crossing Imaging | 10/6/2015 | $2,980.00 | 2 | x | x | |
| 597R28774 | MLT | Springs Crossing Imaging | 10/7/2015 | $2,980.00 | 2 | x | x | |
| 597C42858 | VCD | Springs Crossing Imaging | 10/14/2015 | $1,490.00 | 1 | x | | |
| 59728J048 | CV | Springs Crossing Imaging | 10/16/2015 | $1,490.00 | 1 | x | | |
| 59728J048 | SMR | Springs Crossing Imaging | 10/16/2015 | $1,490.00 | 1 | | x | |
| 59752S430 | LCC | Springs Crossing Imaging | 10/16/2015 | $2,980.00 | 2 | x | | x |
| 597C92198 | GA | Springs Crossing Imaging | 10/24/2015 | $1,490.00 | 1 | | | x |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 59752S430 | GC | Springs Crossing Imaging | 10/27/2015 | $2,980.00 | 2 | x | x | |
| 597G65002 | MDT | Springs Crossing Imaging | 10/27/2015 | $2,980.00 | 2 | x | | x |
| 596P72127 | MJR | Springs Crossing Imaging | 10/31/2015 | $1,490.00 | 1 | | | x |
| 59748B398 | AG | Springs Crossing Imaging | 11/2/2015 | $2,980.00 | 2 | x | | x |
| 597D09106 | JM | Springs Crossing Imaging | 11/4/2015 | $2,980.00 | 2 | x | x | |
| 597M07925 | MO | Springs Crossing Imaging | 11/6/2015 | $1,490.00 | 1 | | x | |
| 597M07925 | VP | Springs Crossing Imaging | 11/6/2015 | $2,980.00 | 2 | | x | x |
| 59737Z054 | JS | Springs Crossing Imaging | 11/7/2015 | $2,980.00 | 2 | x | | x |
| 59741H966 | VM | Springs Crossing Imaging | 11/7/2015 | $2,980.00 | 2 | x | x | |
| 59690L737 | AS | Springs Crossing Imaging | 11/10/2015 | $2,980.00 | 2 | x | x | |
| 597F75332 | JG | Springs Crossing Imaging | 11/12/2015 | $1,490.00 | 1 | | x | |
| 59745M308 | MR | Springs Crossing Imaging | 11/14/2015 | $2,980.00 | 2 | x | x | |
| 597K38929 | AEA | Springs Crossing Imaging | 11/14/2015 | $1,490.00 | 1 | | x | |
| 59747P067 | DS | Springs Crossing Imaging | 11/23/2015 | $1,490.00 | 1 | | | x |
| 59747P067 | DS | Springs Crossing Imaging | 11/23/2015 | $1,490.00 | 1 | | x | |
| 59747P067 | FS | Springs Crossing Imaging | 11/23/2015 | $1,490.00 | 1 | | x | |
| 59755T210 | RN | Springs Crossing Imaging | 11/23/2015 | $2,980.00 | 2 | x | | x |
| 59732J864 | YH | Springs Crossing Imaging | 11/23/2015 | $2,980.00 | 2 | x | x | |
| 59739H306 | ABB | Springs Crossing Imaging | 11/24/2015 | $1,490.00 | 1 | x | | |
| 59739H306 | LVR | Springs Crossing Imaging | 11/24/2015 | $1,490.00 | 1 | x | | |
| 597N53669 | CHM | Springs Crossing Imaging | 11/24/2015 | $2,980.00 | 2 | | x | x |
| 59739S405 | RRJ | Springs Crossing Imaging | 11/25/2015 | $2,980.00 | 2 | x | x | |
| 597J87168 | ML | Springs Crossing Imaging | 11/25/2015 | $2,980.00 | 2 | x | x | |
| 597N47589 | VM | Springs Crossing Imaging | 11/25/2015 | $2,980.00 | 2 | x | | x |
| 597J40510 | LG | Springs Crossing Imaging | 12/1/2015 | $1,490.00 | 1 | | | x |
| 597L72734 | AO | Springs Crossing Imaging | 12/2/2015 | $2,980.00 | 2 | x | | x |
| 597M58697 | JM | Springs Crossing Imaging | 12/2/2015 | $2,980.00 | 2 | | x | x |
| 597M58697 | MM | Springs Crossing Imaging | 12/2/2015 | $2,980.00 | 2 | x | | x |
| 597M07925 | VP | Springs Crossing Imaging | 12/3/2015 | $1,490.00 | 1 | x | | |
| 59720F818 | MA | Springs Crossing Imaging | 12/9/2015 | $2,980.00 | 2 | x | | x |
| 59757X373 | MR | Springs Crossing Imaging | 12/10/2015 | $2,980.00 | 2 | x | | x |
| 597D82455 | DC | Springs Crossing Imaging | 12/10/2015 | $1,490.00 | 1 | | x | |
| 597H51906 | YT | Springs Crossing Imaging | 12/10/2015 | $1,490.00 | 1 | | x | |
| 597P57558 | HS | Springs Crossing Imaging | 12/15/2015 | $1,490.00 | 1 | | | x |
| 59765D509 | RRR | Springs Crossing Imaging | 12/16/2015 | $2,980.00 | 1 | | | x |
| 597P30432 | YD | Springs Crossing Imaging | 12/21/2015 | $2,980.00 | 2 | x | x | |
| 59776T192 | AH | Springs Crossing Imaging | 12/22/2015 | $2,980.00 | 2 | | x | x |
| 597P75394 | EMN | Springs Crossing Imaging | 1/4/2016 | $2,980.00 | 2 | | | x |
| 59755R757 | RO | Springs Crossing Imaging | 1/5/2016 | $2,980.00 | 2 | x | | x |
| 597H02758 | VM | Springs Crossing Imaging | 1/5/2016 | $2,980.00 | 2 | x | | x |
| 59786C184 | AVL | Springs Crossing Imaging | 1/7/2016 | $2,980.00 | 2 | x | | x |
| 597M07925 | MO | Springs Crossing Imaging | 1/7/2016 | $2,980.00 | 2 | x | | x |
| 597N73857 | MP | Springs Crossing Imaging | 1/11/2016 | $1,490.00 | 1 | x | | |
| 597N76201 | BT | Springs Crossing Imaging | 1/13/2016 | $2,980.00 | 2 | | x | x |
| 59788P315 | ITA | Springs Crossing Imaging | 1/19/2016 | $1,490.00 | 1 | | | x |
| 597N81610 | JV | Springs Crossing Imaging | 1/19/2016 | $2,980.00 | 2 | x | x | |
| 597N81610 | RL | Springs Crossing Imaging | 1/19/2016 | $1,490.00 | 1 | x | | |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 597T98250 | LEL | Springs Crossing Imaging | 1/19/2016 | $2,980.00 | 2 | | | x |
| 597R02060 | CD | Springs Crossing Imaging | 1/21/2016 | $2,980.00 | 2 | | x | x |
| 59796C123 | PG | Springs Crossing Imaging | 1/22/2016 | $1,490.00 | 1 | | | x |
| 597J87168 | ML | Springs Crossing Imaging | 1/25/2016 | $1,490.00 | 1 | | | x |
| 59775T499 | ZT | Springs Crossing Imaging | 1/30/2016 | $2,980.00 | 2 | x | | x |
| 59768V097 | FT | Springs Crossing Imaging | 2/1/2016 | $1,490.00 | 1 | | | x |
| 59795S481 | MA | Springs Crossing Imaging | 2/2/2016 | $1,490.00 | 1 | | x | |
| 59792H584 | AJ | Springs Crossing Imaging | 2/3/2016 | $1,490.00 | 1 | | | x |
| 59794S215 | MOG | Springs Crossing Imaging | 2/3/2016 | $2,980.00 | 2 | | x | x |
| 59783N076 | MLD | Springs Crossing Imaging | 2/4/2016 | $2,980.00 | 2 | x | x | |
| 59783R683 | SC | Springs Crossing Imaging | 2/4/2016 | $2,980.00 | 2 | x | | x |
| 597T69551 | MAC | Springs Crossing Imaging | 2/4/2016 | $2,980.00 | 2 | x | x | |
| 596S68920 | MCC | Springs Crossing Imaging | 2/5/2016 | $1,490.00 | 1 | | x | |
| 597N73857 | MP | Springs Crossing Imaging | 2/5/2016 | $1,490.00 | 1 | | | x |
| 59796G163 | PD | Springs Crossing Imaging | 2/6/2016 | $2,980.00 | 2 | x | x | |
| 59776S131 | SJ | Springs Crossing Imaging | 2/6/2016 | $2,980.00 | 1 | | | x |
| 59788P315 | ITA | Springs Crossing Imaging | 2/9/2016 | $1,490.00 | 1 | | | x |
| 59768V097 | FT | Springs Crossing Imaging | 2/10/2016 | $1,490.00 | 1 | | x | |
| 597S42185 | AR | Springs Crossing Imaging | 2/10/2016 | $2,980.00 | 2 | x | x | |
| 597S80281 | RSC | Springs Crossing Imaging | 2/15/2016 | $2,980.00 | 2 | x | x | |
| 59791G614 | LC | Springs Crossing Imaging | 2/16/2016 | $1,490.00 | 1 | | x | |
| 59791G614 | MC | Springs Crossing Imaging | 2/16/2016 | $2,980.00 | 2 | | x | x |
| 597M58697 | JM | Springs Crossing Imaging | 2/17/2016 | $1,490.00 | 1 | | | x |
| 597M58697 | MM | Springs Crossing Imaging | 2/17/2016 | $1,490.00 | 1 | | x | |
| 59804X663 | JS | Springs Crossing Imaging | 2/18/2016 | $2,980.00 | 2 | x | | x |
| 59786C184 | AVL | Springs Crossing Imaging | 2/22/2016 | $1,490.00 | 1 | | | x |
| 59816K741 | RH | Springs Crossing Imaging | 2/22/2016 | $1,490.00 | 1 | | | x |
| 597X22667 | RR | Springs Crossing Imaging | 2/23/2016 | $1,490.00 | 1 | x | | |
| 59829R595 | CG | Springs Crossing Imaging | 2/23/2016 | $2,980.00 | 1 | | | x |
| 59808P004 | JA | Springs Crossing Imaging | 2/24/2016 | $1,490.00 | 1 | x | | |
| 597X49817 | JFP | Springs Crossing Imaging | 3/2/2016 | $1,490.00 | 1 | x | | |
| 597D84253 | KS | Springs Crossing Imaging | 3/3/2016 | $2,980.00 | 2 | x | x | |
| 597V91179 | DA | Springs Crossing Imaging | 3/4/2016 | $2,980.00 | 1 | | | x |
| 59815L530 | JF | Springs Crossing Imaging | 3/4/2016 | $2,980.00 | 2 | x | x | |
| 598C09762 | EG | Springs Crossing Imaging | 3/7/2016 | $2,980.00 | 2 | x | x | |
| 59829R595 | CG | Springs Crossing Imaging | 3/8/2016 | $1,490.00 | 1 | | x | |
| 597X86677 | AUS | Springs Crossing Imaging | 3/9/2016 | $1,490.00 | 1 | | x | |
| 597X86677 | LU | Springs Crossing Imaging | 3/9/2016 | $2,980.00 | 2 | x | x | |
| 59804X663 | JS | Springs Crossing Imaging | 3/10/2016 | $1,490.00 | 1 | | | x |
| 59816B210 | ERC | Springs Crossing Imaging | 3/14/2016 | $2,980.00 | 2 | x | x | |
| 598C95126 | BM | Springs Crossing Imaging | 3/19/2016 | $1,490.00 | 1 | | | x |
| 59839G798 | RC | Springs Crossing Imaging | 3/22/2016 | $2,980.00 | 2 | x | | x |
| 598D02138 | LMC | Springs Crossing Imaging | 3/23/2016 | $2,980.00 | 2 | | | x |
| 59776T192 | SKH | Springs Crossing Imaging | 3/24/2016 | $1,490.00 | 1 | x | | |
| 598D26218 | ASG | Springs Crossing Imaging | 3/24/2016 | $1,490.00 | 1 | x | | |
| 59816Z789 | ICM | Springs Crossing Imaging | 3/28/2016 | $2,980.00 | 2 | | | x |
| 59835N765 | MCD | Springs Crossing Imaging | 3/29/2016 | $2,980.00 | 2 | x | x | |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 598C95126 | BM | Springs Crossing Imaging | 3/31/2016 | $2,980.00 | 2 |  | x | x |
| 59813W909 | MB | Springs Crossing Imaging | 4/1/2016 | $1,490.00 | 1 |  |  | x |
| 598G78845 | DNP | Springs Crossing Imaging | 4/1/2016 | $2,980.00 | 2 | x | x |  |
| 59770P495 | KH | Springs Crossing Imaging | 4/2/2016 | $1,490.00 | 1 |  | x |  |
| 598H01911 | AR | Springs Crossing Imaging | 4/2/2016 | $2,980.00 | 2 | x | x |  |
| 598H01911 | DR | Springs Crossing Imaging | 4/2/2016 | $1,490.00 | 1 |  | x |  |
| 59816L666 | JMV | Springs Crossing Imaging | 4/6/2016 | $1,490.00 | 1 | x |  |  |
| 59834Z336 | AL | Springs Crossing Imaging | 4/6/2016 | $1,490.00 | 1 |  | x |  |
| 59839Z777 | JML | Springs Crossing Imaging | 4/6/2016 | $2,980.00 | 2 | x | x |  |
| 59835Z659 | AV | Springs Crossing Imaging | 4/7/2016 | $2,980.00 | 2 |  | x | x |
| 59835N765 | MCD | Springs Crossing Imaging | 4/8/2016 | $1,490.00 | 1 |  |  | x |
| 59836Z339 | YC | Springs Crossing Imaging | 4/8/2016 | $2,980.00 | 2 | x | x |  |
| 598F40168 | GA | Springs Crossing Imaging | 4/12/2016 | $2,980.00 | 2 |  | x | x |
| 59823V474 | JG | Springs Crossing Imaging | 4/13/2016 | $2,980.00 | 2 | x | x |  |
| 598F10351 | JE | Springs Crossing Imaging | 4/13/2016 | $2,980.00 | 2 | x | x |  |
| 59830C635 | MCL | Springs Crossing Imaging | 4/14/2016 | $1,490.00 | 1 |  | x |  |
| 59842L968 | LP | Springs Crossing Imaging | 4/14/2016 | $2,980.00 | 2 | x | x |  |
| 598B42673 | ML | Springs Crossing Imaging | 4/14/2016 | $1,490.00 | 1 |  | x |  |
| 59843J680 | RV | Springs Crossing Imaging | 4/19/2016 | $2,980.00 | 2 |  | x | x |
| 59834Z336 | AL | Springs Crossing Imaging | 4/20/2016 | $1,490.00 | 1 | x |  |  |
| 598C95126 | BM | Springs Crossing Imaging | 4/20/2016 | $1,490.00 | 1 | x |  |  |
| 598J20143 | LP | Springs Crossing Imaging | 4/20/2016 | $2,980.00 | 2 | x | x |  |
| 59833W779 | LS | Springs Crossing Imaging | 4/23/2016 | $1,490.00 | 1 | x |  |  |
| 59847P376 | YH | Springs Crossing Imaging | 4/26/2016 | $1,490.00 | 1 |  | x |  |
| 598J49682 | ICM | Springs Crossing Imaging | 4/26/2016 | $1,490.00 | 1 |  |  | x |
| 598K58775 | PG | Springs Crossing Imaging | 4/26/2016 | $2,980.00 | 2 | x | x |  |
| 59847S415 | RG | Springs Crossing Imaging | 4/26/2016 | $2,980.00 | 2 | x | x |  |
| 59853C653 | MAM | Springs Crossing Imaging | 5/4/2016 | $2,980.00 | 2 | x |  | x |
| 59896M824 | NW | Springs Crossing Imaging | 5/4/2016 | $2,980.00 | 2 | x | x |  |
| 59856N935 | CJ | Springs Crossing Imaging | 5/5/2016 | $2,980.00 | 2 | x |  | x |
| 59856N935 | DR | Springs Crossing Imaging | 5/5/2016 | $1,490.00 | 1 | x |  |  |
| 59776Q112 | MEC | Springs Crossing Imaging | 5/9/2016 | $1,490.00 | 1 | x |  |  |
| 598K88036 | RM | Springs Crossing Imaging | 5/13/2016 | $2,980.00 | 2 | x | x |  |
| 59859B124 | BS | Springs Crossing Imaging | 5/14/2016 | $1,490.00 | 1 |  | x |  |
| 59858Z204 | REM | Springs Crossing Imaging | 5/18/2016 | $2,980.00 | 2 | x | x |  |
| 59866S796 | YB | Springs Crossing Imaging | 5/18/2016 | $2,980.00 | 2 | x | x |  |
| 59872G386 | SG | Springs Crossing Imaging | 5/20/2016 | $2,980.00 | 2 | x | x |  |
| 598G40695 | JWT | Springs Crossing Imaging | 5/24/2016 | $2,980.00 | 2 | x | x |  |
| 59856N935 | CJ | Springs Crossing Imaging | 6/7/2016 | $1,490.00 | 1 |  |  | x |
| 598N52355 | IL | Springs Crossing Imaging | 6/7/2016 | $2,980.00 | 2 | x | x |  |
| 59872C337 | QJ | Springs Crossing Imaging | 6/9/2016 | $1,490.00 | 1 |  | x |  |
| 598J87256 | CWG | Springs Crossing Imaging | 6/10/2016 | $2,980.00 | 2 |  |  | x |
| 598M73273 | MGP | Springs Crossing Imaging | 6/13/2016 | $2,980.00 | 2 |  | x | x |
| 598P27295 | ASF | Springs Crossing Imaging | 6/13/2016 | $2,980.00 | 2 | x |  | x |
| 59804X663 | JS | Springs Crossing Imaging | 6/13/2016 | $2,980.00 | 2 |  | x | x |
| 59876N532 | YM | Springs Crossing Imaging | 6/14/2016 | $1,490.00 | 1 | x |  |  |
| 597R78542 | YA | Springs Crossing Imaging | 6/15/2016 | $2,980.00 | 2 | x |  | x |

Exhibit 4A - MRI Appendix

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 59878P120 | CMV | Springs Crossing Imaging | 6/17/2016 | $2,980.00 | 2 | x | x | |
| 59912L648 | RA | Springs Crossing Imaging | 6/17/2016 | $1,490.00 | 1 | | | x |
| 59934G412 | RA | Springs Crossing Imaging | 6/17/2016 | $1,490.00 | 1 | | | x |
| 59911L116 | SL | Springs Crossing Imaging | 6/18/2016 | $1,490.00 | 1 | | | x |
| 59876N532 | YM | Springs Crossing Imaging | 6/20/2016 | $1,490.00 | 1 | | x | |
| 598P71401 | DG | Springs Crossing Imaging | 6/23/2016 | $2,980.00 | 2 | x | x | |
| 598Q12691 | AL | Springs Crossing Imaging | 6/25/2016 | $2,980.00 | 2 | x | x | |
| 59869L784 | MC | Springs Crossing Imaging | 6/27/2016 | $2,980.00 | 2 | | x | x |
| 598R92628 | JLB | Springs Crossing Imaging | 6/29/2016 | $2,980.00 | 2 | | x | x |
| 598L74602 | RS | Springs Crossing Imaging | 6/30/2016 | $2,980.00 | 2 | x | | x |
| 599J43799 | EC | Springs Crossing Imaging | 7/18/2016 | $2,980.00 | 2 | x | | x |
| 59907C294 | RG | Springs Crossing Imaging | 7/19/2016 | $2,980.00 | 2 | x | | x |
| 598V93114 | GF | Springs Crossing Imaging | 7/29/2016 | $1,490.00 | 1 | | x | |
| 598V93114 | JF | Springs Crossing Imaging | 7/29/2016 | $2,980.00 | 2 | x | x | |
| 598V93114 | MF | Springs Crossing Imaging | 7/29/2016 | $2,980.00 | 2 | | | x |
| 59927B546 | JF | Springs Crossing Imaging | 7/29/2016 | $2,980.00 | 2 | x | x | |
| 59930B156 | LM | Springs Crossing Imaging | 7/30/2016 | $2,980.00 | 2 | x | x | |
| 598T54200 | MA | Springs Crossing Imaging | 7/30/2016 | $2,980.00 | 2 | x | | x |
| 59930T330 | MJT | Springs Crossing Imaging | 8/11/2016 | $1,490.00 | 1 | | | x |
| 59930T330 | SMT | Springs Crossing Imaging | 8/11/2016 | $2,980.00 | 2 | x | x | |
| 59920P925 | MT | Springs Crossing Imaging | 8/12/2016 | $1,490.00 | 1 | x | | |
| 59897T585 | NCC | Springs Crossing Imaging | 8/13/2016 | $2,980.00 | 2 | x | x | |
| 59924L355 | JG | Springs Crossing Imaging | 8/13/2016 | $1,490.00 | 1 | | | x |
| 59924L355 | LMP | Springs Crossing Imaging | 8/13/2016 | $2,980.00 | 2 | | | x |
| 59930B156 | MJN | Springs Crossing Imaging | 8/13/2016 | $2,980.00 | 2 | | x | x |
| 59936J915 | NPC | Springs Crossing Imaging | 8/14/2016 | $2,980.00 | 2 | x | | x |
| 598F10351 | JE | Springs Crossing Imaging | 8/14/2016 | $1,490.00 | 1 | | | x |
| 59911L047 | DC | Springs Crossing Imaging | 8/15/2016 | $1,490.00 | 1 | | x | |
| 598V39655 | AA | Springs Crossing Imaging | 8/16/2016 | $2,980.00 | 2 | x | x | |
| 598V39655 | MTL | Springs Crossing Imaging | 8/16/2016 | $2,980.00 | 2 | x | x | |
| 59839Z777 | JML | Springs Crossing Imaging | 8/16/2016 | $1,490.00 | 1 | | x | |
| 598N52355 | IL | Springs Crossing Imaging | 8/16/2016 | $1,490.00 | 1 | | | x |
| 598W04985 | JC | Springs Crossing Imaging | 8/18/2016 | $1,490.00 | 1 | x | | |
| 59866M598 | RL | Springs Crossing Imaging | 8/18/2016 | $1,490.00 | 1 | | x | |
| 59896N928 | NT | Springs Crossing Imaging | 8/19/2016 | $2,980.00 | 2 | x | x | |
| 598P71401 | DG | Springs Crossing Imaging | 8/19/2016 | $1,490.00 | 1 | | | x |
| 59944F875 | XEG | Springs Crossing Imaging | 8/19/2016 | $2,980.00 | 2 | x | x | |
| 59944L321 | DTM | Springs Crossing Imaging | 8/20/2016 | $2,980.00 | 2 | x | x | |
| 59954J412 | YCS | Springs Crossing Imaging | 8/23/2016 | $2,980.00 | 2 | x | | x |
| 59951M169 | CM | Springs Crossing Imaging | 8/29/2016 | $1,490.00 | 1 | | x | |
| 59958H587 | DP | Springs Crossing Imaging | 8/29/2016 | $1,490.00 | 1 | | | x |
| 59930T330 | MJT | Springs Crossing Imaging | 8/29/2016 | $1,490.00 | 1 | x | | |
| 5948Q9151 | JR | Springs Crossing Imaging | 8/30/2016 | $2,980.00 | 2 | x | | x |
| 598P03699 | CSR | Springs Crossing Imaging | 9/2/2016 | $2,980.00 | 2 | x | x | |
| 59965M293 | AD | Springs Crossing Imaging | 9/6/2016 | $1,490.00 | 1 | x | | |
| 59965M293 | EP | Springs Crossing Imaging | 9/6/2016 | $1,490.00 | 1 | | x | |
| 59957G556 | CJB | Springs Crossing Imaging | 9/7/2016 | $1,490.00 | 1 | x | | |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 59970N983 | AF | Springs Crossing Imaging | 9/8/2016 | $2,980.00 | 2 | | x | x |
| 59952H672 | VM | Springs Crossing Imaging | 9/10/2016 | $1,490.00 | 1 | | x | |
| 59962H846 | JCB | Springs Crossing Imaging | 9/10/2016 | $2,980.00 | 2 | | x | x |
| 599C71548 | SS | Springs Crossing Imaging | 9/12/2016 | $1,490.00 | 1 | | x | |
| 59955X184 | AMR | Springs Crossing Imaging | 9/13/2016 | $1,490.00 | 1 | | | x |
| 598N01563 | JC | Springs Crossing Imaging | 9/13/2016 | $2,980.00 | 2 | | x | x |
| 59941H122 | ME | Springs Crossing Imaging | 9/14/2016 | $1,490.00 | 1 | x | | |
| 599C21827 | CMF | Springs Crossing Imaging | 9/14/2016 | $2,980.00 | 2 | x | | x |
| 59964S376 | BC | Springs Crossing Imaging | 9/16/2016 | $1,490.00 | 1 | | x | |
| 599C22738 | MCC | Springs Crossing Imaging | 9/16/2016 | $2,980.00 | 2 | x | x | |
| 59920P925 | MT | Springs Crossing Imaging | 9/26/2016 | $1,490.00 | 1 | | | x |
| 599F27948 | NN | Springs Crossing Imaging | 9/27/2016 | $1,490.00 | 1 | x | | |
| 599D26836 | CA | Springs Crossing Imaging | 9/28/2016 | $2,980.00 | 2 | x | x | |
| 59977D046 | JAE | Springs Crossing Imaging | 9/29/2016 | $2,980.00 | 2 | x | | x |
| 59833X425 | GFM | Springs Crossing Imaging | 9/29/2016 | $2,980.00 | 2 | | x | x |
| 59833X425 | ST | Springs Crossing Imaging | 9/29/2016 | $2,980.00 | 2 | x | x | |
| 5946V0903 | RO | Springs Crossing Imaging | 9/30/2016 | $1,490.00 | 1 | x | | |
| 599F02994 | EM | Springs Crossing Imaging | 9/30/2016 | $1,490.00 | 1 | x | | |
| 59975X535 | VP | Springs Crossing Imaging | 10/8/2016 | $1,490.00 | 1 | x | | |
| 59965M293 | AD | Springs Crossing Imaging | 10/10/2016 | $1,490.00 | 1 | | x | |
| 599C22738 | MCC | Springs Crossing Imaging | 10/13/2016 | $1,490.00 | 1 | | | x |
| 599C71548 | SS | Springs Crossing Imaging | 10/17/2016 | $2,980.00 | 2 | x | | x |
| 599F02994 | EM | Springs Crossing Imaging | 10/21/2016 | $1,490.00 | 1 | | | x |
| 59986W128 | RB | Springs Crossing Imaging | 10/22/2016 | $2,980.00 | 2 | x | x | |
| 599F66729 | BK | Springs Crossing Imaging | 10/22/2016 | $2,980.00 | 2 | | | x |
| 59808L123 | ARS | Springs Crossing Imaging | 10/24/2016 | $2,980.00 | 2 | x | x | |
| 599G37378 | CF | Springs Crossing Imaging | 10/28/2016 | $2,980.00 | 2 | x | | x |
| 599F27948 | NN | Springs Crossing Imaging | 10/31/2016 | $1,490.00 | 1 | | | x |
| 5900435V5 | CB | Springs Crossing Imaging | 11/3/2016 | $2,980.00 | 2 | | | x |
| 59986W359 | HN | Springs Crossing Imaging | 11/5/2016 | $2,980.00 | 2 | x | | x |
| 598W97928 | CP | Springs Crossing Imaging | 11/9/2016 | $1,490.00 | 1 | | | x |
| 59984F441 | BMD | Springs Crossing Imaging | 11/9/2016 | $1,490.00 | 1 | x | | |
| 5900951G1 | MM | Springs Crossing Imaging | 11/14/2016 | $1,490.00 | 1 | x | | |
| 599K21374 | RBL | Springs Crossing Imaging | 11/16/2016 | $2,980.00 | 2 | x | x | |
| 599M02335 | YGM | Springs Crossing Imaging | 11/17/2016 | $2,980.00 | 2 | x | x | |
| 5902032J1 | JL | Springs Crossing Imaging | 11/18/2016 | $1,490.00 | 1 | | | x |
| 599H50003 | LC | Springs Crossing Imaging | 11/18/2016 | $2,980.00 | 2 | x | x | |
| 599M02335 | YGM | Springs Crossing Imaging | 11/18/2016 | $2,980.00 | 2 | | x | x |
| 5900206T0 | LAA | Springs Crossing Imaging | 11/19/2016 | $2,980.00 | 2 | | | x |
| 5901346F2 | RIA | Springs Crossing Imaging | 11/19/2016 | $2,980.00 | 2 | x | | x |
| 5902022C2 | LD | Springs Crossing Imaging | 11/19/2016 | $2,980.00 | 2 | x | x | |
| 598W97928 | CP | Springs Crossing Imaging | 11/19/2016 | $1,490.00 | 1 | | x | |
| 599C21827 | DQ | Springs Crossing Imaging | 11/19/2016 | $1,490.00 | 1 | x | | |
| 5900686H2 | JK | Springs Crossing Imaging | 11/23/2016 | $1,490.00 | 1 | | | x |
| 599K61754 | DR | Springs Crossing Imaging | 11/23/2016 | $2,980.00 | 2 | | x | x |
| 5900762R0 | IF | Springs Crossing Imaging | 11/23/2016 | $1,490.00 | 1 | x | | |
| 599L54815 | MG | Springs Crossing Imaging | 11/28/2016 | $2,980.00 | 2 | x | x | |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 59968B614 | RC | Springs Crossing Imaging | 12/1/2016 | $1,490.00 | 1 | x | | |
| 599C71548 | SS | Springs Crossing Imaging | 12/12/2016 | $1,490.00 | 1 | | | x |
| 5903904J8 | DS | Springs Crossing Imaging | 12/15/2016 | $1,490.00 | 1 | | | x |
| 5903904J8 | DR | Springs Crossing Imaging | 12/15/2016 | $1,490.00 | 1 | x | | |
| 599M60573 | JDR | Springs Crossing Imaging | 12/15/2016 | $1,490.00 | 1 | x | | |
| 3800913M5 | NJZ | Springs Crossing Imaging | 12/16/2016 | $1,490.00 | 1 | x | | |
| 5902231Z1 | AM | Springs Crossing Imaging | 12/16/2016 | $2,980.00 | 2 | x | x | |
| 599N25574 | AA | Springs Crossing Imaging | 12/16/2016 | $2,980.00 | 2 | x | x | |
| 5902898S4 | CC | Springs Crossing Imaging | 12/19/2016 | $2,980.00 | 2 | x | | x |
| 59936J915 | NPC | Springs Crossing Imaging | 12/21/2016 | $1,490.00 | 1 | | | x |
| 599F66729 | BK | Springs Crossing Imaging | 12/27/2016 | $1,490.00 | 1 | | x | |
| 5905811K8 | AA | Springs Crossing Imaging | 12/29/2016 | $1,490.00 | 1 | | | x |
| 599N25574 | AA | Springs Crossing Imaging | 1/10/2017 | $1,490.00 | 1 | | | x |
| 5904445M1 | OC | Springs Crossing Imaging | 1/11/2017 | $2,980.00 | 2 | | x | x |
| 590176D21 | LDC | Springs Crossing Imaging | 1/12/2017 | $2,980.00 | 2 | x | | x |
| 599N62523 | EC | Springs Crossing Imaging | 1/12/2017 | $1,490.00 | 1 | x | | |
| 599L70399 | YP | Springs Crossing Imaging | 1/13/2017 | $1,490.00 | 1 | x | | |
| 5904693B4 | AR | Springs Crossing Imaging | 1/16/2017 | $2,980.00 | 2 | | x | x |
| 599P98292 | JR | Springs Crossing Imaging | 1/18/2017 | $2,980.00 | 2 | | | x |
| 599R29942 | IB | Springs Crossing Imaging | 1/21/2017 | $2,980.00 | 2 | x | x | |
| 5906781D4 | AA | Springs Crossing Imaging | 1/26/2017 | $1,490.00 | 1 | | | x |
| 599N25574 | LA | Springs Crossing Imaging | 1/27/2017 | $1,490.00 | 1 | x | | |
| 5903264Z7 | KLL | Springs Crossing Imaging | 1/31/2017 | $2,980.00 | 1 | | | x |
| 5905261L1 | MAT | Springs Crossing Imaging | 1/31/2017 | $2,980.00 | 2 | x | x | |
| 5907525V5 | AG | Springs Crossing Imaging | 2/3/2017 | $2,980.00 | 2 | x | | x |
| 599R02395 | HL | Springs Crossing Imaging | 2/3/2017 | $1,490.00 | 1 | | x | |
| 599T00193 | HG | Springs Crossing Imaging | 2/3/2017 | $1,490.00 | 1 | | | x |
| 59986L534 | GP | Springs Crossing Imaging | 2/4/2017 | $2,980.00 | 2 | | x | x |
| 5907232G0 | HR | Springs Crossing Imaging | 2/6/2017 | $2,980.00 | 2 | | | x |
| 599L54815 | MG | Springs Crossing Imaging | 2/6/2017 | $1,490.00 | 1 | | | x |
| 599R30419 | VF | Springs Crossing Imaging | 2/7/2017 | $1,490.00 | 1 | x | | |
| 5903030F5 | MH | Springs Crossing Imaging | 2/11/2017 | $2,980.00 | 2 | x | x | |
| 599N62523 | EC | Springs Crossing Imaging | 2/13/2017 | $1,490.00 | 1 | | x | |
| 599S01542 | NN | Springs Crossing Imaging | 2/15/2017 | $2,980.00 | 2 | x | | x |
| 5908207S5 | DAC | Springs Crossing Imaging | 2/17/2017 | $2,980.00 | 2 | x | | x |
| 5900G534Z | WSF | Springs Crossing Imaging | 2/18/2017 | $2,980.00 | 2 | x | x | |
| 5903904J8 | DR | Springs Crossing Imaging | 2/20/2017 | $2,980.00 | 2 | | x | x |
| 5900789H9 | ZMR | Springs Crossing Imaging | 2/23/2017 | $2,980.00 | 2 | x | x | |
| 59914M967 | GLG | Springs Crossing Imaging | 2/23/2017 | $1,490.00 | 1 | | x | |
| 599Q36078 | TS | Springs Crossing Imaging | 2/23/2017 | $2,980.00 | 1 | | | x |
| 599L70399 | YP | Springs Crossing Imaging | 2/24/2017 | $1,490.00 | 1 | | x | |
| 599T64353 | AR | Springs Crossing Imaging | 2/24/2017 | $2,980.00 | 2 | x | | x |
| 599L28408 | AA | Springs Crossing Imaging | 2/28/2017 | $1,490.00 | 1 | | | x |
| 5908525P7 | MR | Springs Crossing Imaging | 3/1/2017 | $2,980.00 | 2 | x | | x |
| 5908877F1 | CL | Springs Crossing Imaging | 3/4/2017 | $2,980.00 | 1 | | | x |
| 5909823X6 | MSS | Springs Crossing Imaging | 3/10/2017 | $2,980.00 | 1 | | | x |
| 5910426R9 | DSL | Springs Crossing Imaging | 3/11/2017 | $1,490.00 | 1 | x | | |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 59991B925 | LH | Springs Crossing Imaging | 3/13/2017 | $2,980.00 | 2 |  | x | x |
| 5908588B9 | AM | Springs Crossing Imaging | 3/14/2017 | $1,490.00 | 1 | x |  |  |
| 599N62523 | EC | Springs Crossing Imaging | 3/15/2017 | $1,490.00 | 1 |  |  | x |
| 5909823X6 | JG | Springs Crossing Imaging | 3/18/2017 | $2,980.00 | 2 | x |  | x |
| 5908860N4 | LA | Springs Crossing Imaging | 3/20/2017 | $2,980.00 | 2 |  | x | x |
| 5908860N4 | TP | Springs Crossing Imaging | 3/20/2017 | $2,980.00 | 2 |  | x | x |
| 5904180W3 | AT | Springs Crossing Imaging | 3/21/2017 | $2,980.00 | 2 | x | x |  |
| 5910059L3 | CAS | Springs Crossing Imaging | 3/21/2017 | $1,490.00 | 1 | x |  |  |
| 599X15652 | MRQ | Springs Crossing Imaging | 3/22/2017 | $1,490.00 | 1 | x |  |  |
| 599X18032 | ASR | Springs Crossing Imaging | 3/23/2017 | $2,980.00 | 2 |  | x | x |
| 5911013G9 | JL | Springs Crossing Imaging | 3/24/2017 | $2,980.00 | 2 |  | x | x |
| 59998C239 | VA | Springs Crossing Imaging | 3/25/2017 | $2,980.00 | 2 |  | x | x |
| 599V61008 | COG | Springs Crossing Imaging | 3/27/2017 | $2,980.00 | 2 | x | x |  |
| 590132W21 | NM | Springs Crossing Imaging | 3/31/2017 | $2,980.00 | 2 | x |  | x |
| 599X60375 | LA | Springs Crossing Imaging | 4/4/2017 | $1,490.00 | 1 |  |  | x |
| 5912353R3 | JH | Springs Crossing Imaging | 4/10/2017 | $2,980.00 | 2 |  |  | x |
| 5908877F1 | CL | Springs Crossing Imaging | 4/12/2017 | $2,980.00 | 2 | x | x |  |
| 59947B424 | YD | Springs Crossing Imaging | 4/12/2017 | $2,980.00 | 2 | x | x |  |
| 599W87901 | TG | Springs Crossing Imaging | 4/12/2017 | $1,490.00 | 1 |  |  | x |
| 59955X184 | AMR | Springs Crossing Imaging | 4/17/2017 | $1,490.00 | 1 | x |  |  |
| 5904291W9 | XG | Springs Crossing Imaging | 4/19/2017 | $2,980.00 | 2 | x |  | x |
| 5911791S8 | DA | Springs Crossing Imaging | 4/22/2017 | $2,980.00 | 2 | x |  | x |
| 5912991J9 | RA | Springs Crossing Imaging | 4/22/2017 | $2,980.00 | 2 | x | x |  |
| 5913716M2 | MC | Springs Crossing Imaging | 4/22/2017 | $1,490.00 | 1 | x |  |  |
| 5912632D4 | KSL | Springs Crossing Imaging | 4/26/2017 | $1,490.00 | 1 | x |  |  |
| 5914407V8 | JM | Springs Crossing Imaging | 4/29/2017 | $2,980.00 | 1 |  |  | x |
| 5916031W8 | BF | Springs Crossing Imaging | 5/2/2017 | $2,980.00 | 2 | x | x |  |
| 5915146W5 | LM | Springs Crossing Imaging | 5/4/2017 | $2,980.00 | 2 | x |  | x |
| 599T00193 | HG | Springs Crossing Imaging | 5/5/2017 | $2,980.00 | 2 | x |  | x |
| 5914129Z0 | LB | Springs Crossing Imaging | 5/6/2017 | $1,490.00 | 1 | x |  |  |
| 5909934S5 | LMH | Springs Crossing Imaging | 5/8/2017 | $2,980.00 | 2 |  | x | x |
| 5910059L3 | CAS | Springs Crossing Imaging | 5/9/2017 | $1,490.00 | 1 |  |  | x |
| 5915474X5 | SS | Springs Crossing Imaging | 5/9/2017 | $2,980.00 | 2 |  | x | x |
| 599X15652 | MRQ | Springs Crossing Imaging | 5/9/2017 | $1,490.00 | 1 |  |  | x |
| 5914281G8 | JG | Springs Crossing Imaging | 5/11/2017 | $2,980.00 | 2 |  |  | x |
| 5912632D4 | KSL | Springs Crossing Imaging | 5/12/2017 | $1,490.00 | 1 |  | x |  |
| 5911791S8 | DA | Springs Crossing Imaging | 5/13/2017 | $1,490.00 | 1 |  | x |  |
| 590236X28 | OG | Springs Crossing Imaging | 5/15/2017 | $2,980.00 | 2 | x |  | x |
| 590236X28 | OGJ | Springs Crossing Imaging | 5/15/2017 | $2,980.00 | 2 | x | x |  |
| 599W87901 | TG | Springs Crossing Imaging | 5/16/2017 | $1,490.00 | 1 |  |  | x |
| 5911013G9 | JL | Springs Crossing Imaging | 5/17/2017 | $1,490.00 | 1 |  |  | x |
| 5914129Z0 | LB | Springs Crossing Imaging | 6/3/2017 | $1,490.00 | 1 |  | x |  |
| 590309W65 | AMD | Springs Crossing Imaging | 6/13/2017 | $2,980.00 | 2 | x | x |  |
| 590333N67 | FP | Springs Crossing Imaging | 6/14/2017 | $1,490.00 | 1 |  | x |  |
| 5914385T1 | MLA | Springs Crossing Imaging | 6/15/2017 | $1,490.00 | 1 |  |  | x |
| 590460L58 | DB | Springs Crossing Imaging | 6/21/2017 | $2,980.00 | 2 | x |  | x |
| 5914385T1 | MLA | Springs Crossing Imaging | 6/22/2017 | $4,470.00 | 2 | x |  | x |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 5915867H9 | LFL | Springs Crossing Imaging | 6/26/2017 | $1,490.00 | 1 | | | x |
| 5915268P8 | SR | Springs Crossing Imaging | 6/26/2017 | $1,490.00 | 1 | x | | |
| 592004R17 | DB | Springs Crossing Imaging | 6/27/2017 | $2,980.00 | 2 | | x | x |
| 5915292N6 | YS | Springs Crossing Imaging | 7/3/2017 | $2,980.00 | 2 | x | | x |
| 590561Q99 | WRM | Springs Crossing Imaging | 7/5/2017 | $2,980.00 | 2 | x | | x |
| 590636S12 | MAG | Springs Crossing Imaging | 7/6/2017 | $1,490.00 | 1 | x | | |
| 590780X18 | MS | Springs Crossing Imaging | 7/6/2017 | $2,980.00 | 2 | | x | x |
| 5904173Z1 | ES | Springs Crossing Imaging | 7/10/2017 | $2,980.00 | 1 | | | x |
| 599F27948 | NN | Springs Crossing Imaging | 7/19/2017 | $2,980.00 | 2 | | x | x |
| 599D26836 | CA | Springs Crossing Imaging | 7/25/2017 | $1,490.00 | 1 | x | | |
| 590561Q99 | WRM | Springs Crossing Imaging | 8/1/2017 | $1,490.00 | 1 | | x | |
| 59968B614 | RC | Springs Crossing Imaging | 8/3/2017 | $1,490.00 | 1 | | | x |
| 590837N78 | FA | Springs Crossing Imaging | 8/5/2017 | $2,980.00 | 2 | x | | x |
| 590636S12 | MAG | Springs Crossing Imaging | 8/11/2017 | $1,490.00 | 1 | | x | |
| 590963J91 | FA | Springs Crossing Imaging | 8/12/2017 | $2,980.00 | 2 | x | x | |
| 599X60375 | LA | Springs Crossing Imaging | 8/14/2017 | $1,490.00 | 1 | | x | |
| 5915177R8 | FY | Springs Crossing Imaging | 8/15/2017 | $2,980.00 | 2 | x | x | |
| 591049Z89 | MK | Springs Crossing Imaging | 8/16/2017 | $2,980.00 | 2 | x | | x |
| 591147Z33 | JHO | Springs Crossing Imaging | 8/16/2017 | $1,490.00 | 1 | x | | |
| 591062R70 | JEJ | Springs Crossing Imaging | 8/19/2017 | $1,490.00 | 1 | x | | |
| 591763Q63 | FM | Springs Crossing Imaging | 8/19/2017 | $2,980.00 | 2 | x | x | |
| 591026P82 | GB | Springs Crossing Imaging | 8/29/2017 | $2,980.00 | 2 | x | x | |
| 591153G01 | ES | Springs Crossing Imaging | 8/29/2017 | $2,980.00 | 2 | x | x | |
| 591631X52 | MI | Springs Crossing Imaging | 8/29/2017 | $2,980.00 | 2 | x | x | |
| 590670Z72 | GH | Springs Crossing Imaging | 8/31/2017 | $1,490.00 | 1 | | | x |
| 591148V78 | EG | Springs Crossing Imaging | 8/31/2017 | $2,980.00 | 2 | x | x | |
| 591081Q27 | CI | Springs Crossing Imaging | 9/5/2017 | $2,980.00 | 2 | x | | x |
| 591140V21 | NH | Springs Crossing Imaging | 9/6/2017 | $2,980.00 | 2 | x | | x |
| 591435F16 | OM | Springs Crossing Imaging | 9/14/2017 | $1,490.00 | 1 | | x | |
| 591264J94 | RJ | Springs Crossing Imaging | 9/15/2017 | $1,490.00 | 1 | x | | |
| 591292X68 | JP | Springs Crossing Imaging | 9/16/2017 | $1,490.00 | 1 | | | x |
| 591004N80 | CAP | Springs Crossing Imaging | 9/21/2017 | $2,980.00 | 2 | x | x | |
| 591049Z89 | MK | Springs Crossing Imaging | 9/26/2017 | $2,980.00 | 2 | | x | x |
| 591147Z33 | JHO | Springs Crossing Imaging | 9/26/2017 | $1,490.00 | 1 | | x | |
| 591330R24 | MSL | Springs Crossing Imaging | 9/28/2017 | $2,980.00 | 2 | | | x |
| 591491Q36 | AMF | Springs Crossing Imaging | 9/30/2017 | $2,980.00 | 2 | x | x | |
| 591220T95 | AA | Springs Crossing Imaging | 10/2/2017 | $1,490.00 | 1 | x | | |
| 591041G40 | FG | Springs Crossing Imaging | 10/9/2017 | $2,980.00 | 2 | | | x |
| 591705C20 | SB | Springs Crossing Imaging | 10/10/2017 | $1,490.00 | 1 | | x | |
| 591624Z40 | AP | Springs Crossing Imaging | 10/13/2017 | $4,470.00 | 2 | | x | x |
| 591624Z40 | HAM | Springs Crossing Imaging | 10/16/2017 | $2,980.00 | 2 | | x | x |
| 590652D19 | NM | Springs Crossing Imaging | 10/17/2017 | $1,490.00 | 1 | | | x |
| 591015X41 | BI | Springs Crossing Imaging | 10/17/2017 | $1,490.00 | 1 | x | | |
| 071647V37 | AR | Springs Crossing Imaging | 10/21/2017 | $2,980.00 | 2 | x | x | |
| 591544P78 | JA | Springs Crossing Imaging | 10/21/2017 | $1,490.00 | 1 | x | | |
| 590720J03 | RLG | Springs Crossing Imaging | 10/24/2017 | $2,980.00 | 2 | x | x | |
| 591332D81 | GT | Springs Crossing Imaging | 10/26/2017 | $2,980.00 | 2 | x | | x |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 591807W40 | MD | Springs Crossing Imaging | 10/31/2017 | $1,490.00 | 1 | x | | |
| 590024X89 | NDR | Springs Crossing Imaging | 11/1/2017 | $2,980.00 | 2 | x | | x |
| 591509P55 | GD | Springs Crossing Imaging | 11/2/2017 | $2,980.00 | 2 | x | | x |
| 591676T66 | KR | Springs Crossing Imaging | 11/6/2017 | $2,980.00 | 2 | x | x | |
| 591062R70 | JEJ | Springs Crossing Imaging | 11/7/2017 | $2,980.00 | 2 | | x | x |
| 591603R75 | JE | Springs Crossing Imaging | 11/10/2017 | $2,980.00 | 2 | x | | x |
| 591496X16 | ASC | Springs Crossing Imaging | 11/11/2017 | $1,490.00 | 1 | x | | |
| 591807W40 | MD | Springs Crossing Imaging | 11/13/2017 | $1,490.00 | 1 | | | x |
| 592226W06 | KA | Springs Crossing Imaging | 11/18/2017 | $5,960.00 | 3 | x | x | x |
| 592648N68 | FMM | Springs Crossing Imaging | 11/20/2017 | $2,980.00 | 2 | x | | x |
| 592061S91 | BJ | Springs Crossing Imaging | 11/29/2017 | $1,490.00 | 1 | | x | |
| 592302N44 | JLM | Springs Crossing Imaging | 12/1/2017 | $1,490.00 | 1 | | x | |
| 590819J90 | MV | Springs Crossing Imaging | 12/2/2017 | $2,980.00 | 2 | | | x |
| 592179R12 | JR | Springs Crossing Imaging | 12/4/2017 | $2,980.00 | 2 | x | x | |
| 592255T61 | FE | Springs Crossing Imaging | 12/16/2017 | $1,490.00 | 1 | x | | |
| 592255T61 | JCM | Springs Crossing Imaging | 12/16/2017 | $2,980.00 | 2 | | x | x |
| 592180S27 | PMG | Springs Crossing Imaging | 12/20/2017 | $4,470.00 | 3 | x | x | x |
| 591264J94 | RJ | Springs Crossing Imaging | 12/21/2017 | $1,490.00 | 1 | | x | |
| 592200P98 | DG | Springs Crossing Imaging | 12/21/2017 | $2,980.00 | 2 | x | x | |
| 592109Z27 | BP | Springs Crossing Imaging | 12/22/2017 | $1,490.00 | 1 | | x | |
| 592339G91 | CM | Springs Crossing Imaging | 12/22/2017 | $1,490.00 | 1 | x | | |
| 592323L38 | BP | Springs Crossing Imaging | 12/27/2017 | $2,980.00 | 2 | x | | x |
| 592315K68 | JB | Springs Crossing Imaging | 12/28/2017 | $2,980.00 | 2 | x | x | |
| 592674S52 | JAP | Springs Crossing Imaging | 1/2/2018 | $1,490.00 | 1 | x | | |
| 592674S52 | JAP | Springs Crossing Imaging | 1/4/2018 | $1,490.00 | 1 | | x | |
| 592634J42 | MPM | Springs Crossing Imaging | 1/5/2018 | $2,980.00 | 1 | | | x |
| 592542C18 | LAD | Springs Crossing Imaging | 1/9/2018 | $2,980.00 | 2 | x | | x |
| 59692Z898 | KLM | Springs Crossing Imaging | 1/12/2018 | $1,490.00 | 1 | | x | |
| 592339G91 | CM | Springs Crossing Imaging | 1/13/2018 | $1,490.00 | 1 | | | x |
| 590819J90 | MV | Springs Crossing Imaging | 1/15/2018 | $2,980.00 | 2 | x | x | |
| 592504Z38 | MLR | Springs Crossing Imaging | 1/20/2018 | $4,470.00 | 3 | x | x | x |
| 592614Z26 | DDD | Springs Crossing Imaging | 1/20/2018 | $1,490.00 | 1 | x | | |
| 592109Z27 | BP | Springs Crossing Imaging | 1/23/2018 | $1,490.00 | 1 | x | | |
| 592109Z27 | SP | Springs Crossing Imaging | 1/23/2018 | $2,980.00 | 2 | x | | x |
| 592282V14 | DMC | Springs Crossing Imaging | 1/23/2018 | $2,980.00 | 2 | x | x | |
| 592282V14 | NC | Springs Crossing Imaging | 1/23/2018 | $2,980.00 | 2 | x | | x |
| 592726M97 | JEP | Springs Crossing Imaging | 2/5/2018 | $2,980.00 | 2 | x | | x |
| 592726M97 | PED | Springs Crossing Imaging | 2/5/2018 | $2,980.00 | 2 | x | | x |
| 591434W16 | AG | Springs Crossing Imaging | 2/7/2018 | $1,490.00 | 1 | | | x |
| 592775M00 | GG | Springs Crossing Imaging | 2/8/2018 | $1,490.00 | 1 | | x | |
| 592511R39 | JE | Springs Crossing Imaging | 2/9/2018 | $4,470.00 | 3 | x | x | x |
| 592504Z38 | MLR | Springs Crossing Imaging | 2/10/2018 | $1,490.00 | 1 | | | x |
| 592775M00 | GG | Springs Crossing Imaging | 2/15/2018 | $1,490.00 | 1 | x | | |
| 592942Q70 | OEC | Springs Crossing Imaging | 2/16/2018 | $2,980.00 | 2 | x | x | |
| 5955T2899 | AS | Springs Crossing Imaging | 2/20/2018 | $2,980.00 | 2 | x | | x |
| 594689J81 | KM | Springs Crossing Imaging | 2/26/2018 | $1,490.00 | 1 | | x | |
| 592573B21 | OC | Springs Crossing Imaging | 2/27/2018 | $2,980.00 | 2 | x | | x |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 592947D24 | JAC | Springs Crossing Imaging | 3/3/2018 | $2,980.00 | 1 | | | x |
| 593347F86 | JDH | Springs Crossing Imaging | 3/6/2018 | $2,980.00 | 2 | x | | x |
| 592542C18 | LAD | Springs Crossing Imaging | 3/10/2018 | $1,490.00 | 1 | | | x |
| 592967V26 | TC | Springs Crossing Imaging | 3/13/2018 | $1,490.00 | 1 | x | | |
| 5911373R8 | RRR | Springs Crossing Imaging | 3/15/2018 | $2,980.00 | 2 | x | x | |
| 593180Q71 | MA | Springs Crossing Imaging | 3/15/2018 | $2,980.00 | 2 | x | x | |
| 592966T05 | FA | Springs Crossing Imaging | 3/20/2018 | $4,470.00 | 3 | x | x | x |
| 593178J85 | MFC | Springs Crossing Imaging | 3/23/2018 | $1,490.00 | 1 | | | x |
| 593180Q71 | MA | Springs Crossing Imaging | 3/23/2018 | $2,980.00 | 1 | | | x |
| 593331X47 | ET | Springs Crossing Imaging | 3/27/2018 | $1,490.00 | 1 | | x | |
| 592052X61 | NR | Springs Crossing Imaging | 3/31/2018 | $2,980.00 | 2 | x | x | |
| 599Q36078 | TS | Springs Crossing Imaging | 4/4/2018 | $1,490.00 | 1 | | | x |
| 591958L78 | HC | Springs Crossing Imaging | 4/6/2018 | $2,980.00 | 2 | x | x | |
| 593242V15 | BF | Springs Crossing Imaging | 4/12/2018 | $1,490.00 | 1 | x | | |
| 593242V15 | ER | Springs Crossing Imaging | 4/12/2018 | $2,980.00 | 2 | x | | x |
| 593388K05 | MB | Springs Crossing Imaging | 4/14/2018 | $2,980.00 | 2 | x | | x |
| 592714Q47 | IY | Springs Crossing Imaging | 4/17/2018 | $2,980.00 | 2 | x | x | |
| 593771W71 | ZGG | Springs Crossing Imaging | 4/20/2018 | $2,980.00 | 2 | x | x | |
| 593552W53 | IM | Springs Crossing Imaging | 4/21/2018 | $1,490.00 | 1 | | x | |
| 593552W53 | ODM | Springs Crossing Imaging | 4/21/2018 | $2,980.00 | 2 | x | x | |
| 593552W53 | SM | Springs Crossing Imaging | 4/21/2018 | $2,980.00 | 2 | x | | x |
| 593663S95 | ACN | Springs Crossing Imaging | 4/23/2018 | $1,490.00 | 1 | x | | |
| 593663S95 | AAC | Springs Crossing Imaging | 4/23/2018 | $2,980.00 | 2 | x | | x |
| 593414G12 | MB | Springs Crossing Imaging | 4/24/2018 | $1,490.00 | 1 | | x | |
| 593999K50 | CS | Springs Crossing Imaging | 4/24/2018 | $2,980.00 | 2 | x | x | |
| 593037G98 | SR | Springs Crossing Imaging | 4/25/2018 | $1,490.00 | 1 | | x | |
| 591676T66 | KR | Springs Crossing Imaging | 4/26/2018 | $1,490.00 | 1 | | x | |
| 593057K02 | YZ | Springs Crossing Imaging | 4/27/2018 | $2,980.00 | 2 | | x | x |
| 593347P33 | YP | Springs Crossing Imaging | 4/27/2018 | $1,490.00 | 1 | | | x |
| 593396Z19 | RC | Springs Crossing Imaging | 4/27/2018 | $2,980.00 | 2 | x | x | |
| 592237X73 | MG | Springs Crossing Imaging | 4/28/2018 | $1,490.00 | 1 | x | | |
| 593057K02 | YZ | Springs Crossing Imaging | 4/30/2018 | $2,980.00 | 2 | x | | x |
| 593750H63 | PG | Springs Crossing Imaging | 5/2/2018 | $1,490.00 | 1 | | x | |
| 593673X29 | RA | Springs Crossing Imaging | 5/3/2018 | $2,980.00 | 2 | x | x | |
| 593553W99 | RV | Springs Crossing Imaging | 5/4/2018 | $1,490.00 | 1 | x | | |
| 593787R36 | KT | Springs Crossing Imaging | 5/5/2018 | $1,490.00 | 1 | x | | |
| 593789R87 | RBT | Springs Crossing Imaging | 5/5/2018 | $1,490.00 | 1 | | x | |
| 593125M01 | NER | Springs Crossing Imaging | 5/9/2018 | $2,980.00 | 2 | x | x | |
| 593750H63 | PG | Springs Crossing Imaging | 5/9/2018 | $2,980.00 | 2 | x | | x |
| 592967V26 | DYC | Springs Crossing Imaging | 6/2/2018 | $1,490.00 | 1 | | x | |
| 594184D20 | MAR | Springs Crossing Imaging | 6/5/2018 | $2,980.00 | 2 | x | x | |
| 594139R95 | JAA | Springs Crossing Imaging | 6/8/2018 | $1,490.00 | 1 | x | | |
| 594342H97 | DM | Springs Crossing Imaging | 6/14/2018 | $1,490.00 | 1 | | x | |
| 593798J03 | KLV | Springs Crossing Imaging | 6/22/2018 | $2,980.00 | 2 | x | x | |
| 593090B21 | DA | Springs Crossing Imaging | 6/23/2018 | $1,490.00 | 1 | | | x |
| 594342H97 | AYM | Springs Crossing Imaging | 6/26/2018 | $4,470.00 | 3 | x | x | x |
| 594655T43 | TMD | Springs Crossing Imaging | 6/26/2018 | $1,490.00 | 1 | | | x |

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 594712H18 | RB | Springs Crossing Imaging | 7/10/2018 | $1,490.00 | 1 | | | x |
| 594940K24 | MAG | Springs Crossing Imaging | 7/16/2018 | $2,980.00 | 2 | x | x | |
| 594550F15 | SE | Springs Crossing Imaging | 7/25/2018 | $2,980.00 | 2 | x | | x |
| 592779M11 | GOC | Springs Crossing Imaging | 8/1/2018 | $1,490.00 | 1 | | | x |
| 593731Z64 | GAG | Springs Crossing Imaging | 8/7/2018 | $2,980.00 | 2 | | x | x |
| 593057K02 | YZ | Springs Crossing Imaging | 8/22/2018 | $1,490.00 | 1 | | | x |
| 595426Z19 | GC | Springs Crossing Imaging | 8/23/2018 | $4,470.00 | 3 | x | x | x |
| 595426Z19 | RQR | Springs Crossing Imaging | 8/23/2018 | $4,470.00 | 3 | x | x | x |
| 595464J65 | JP | Springs Crossing Imaging | 8/29/2018 | $1,490.00 | 1 | x | | |
| 595387G52 | DP | Springs Crossing Imaging | 9/4/2018 | $2,980.00 | 2 | | x | x |
| 595481J54 | GH | Springs Crossing Imaging | 9/8/2018 | $1,490.00 | 1 | x | | |
| 595481J54 | RD | Springs Crossing Imaging | 9/8/2018 | $2,980.00 | 2 | x | x | |
| 595449B20 | ME | Springs Crossing Imaging | 9/11/2018 | $1,490.00 | 1 | | x | |
| 599X09924 | JPQ | Springs Crossing Imaging | 9/17/2018 | $2,980.00 | 2 | x | x | |
| 599X09924 | RM | Springs Crossing Imaging | 9/17/2018 | $1,490.00 | 1 | | x | |
| 592922V85 | AE | Springs Crossing Imaging | 9/19/2018 | $2,980.00 | 2 | x | | x |
| 595634M96 | TC | Springs Crossing Imaging | 9/26/2018 | $2,980.00 | 1 | | | x |
| 592967V26 | TC | Springs Crossing Imaging | 9/29/2018 | $1,490.00 | 1 | | x | |
| 595671N73 | MDC | Springs Crossing Imaging | 9/29/2018 | $1,490.00 | 1 | | | x |
| 595482S04 | GSS | Springs Crossing Imaging | 10/17/2018 | $2,980.00 | 2 | x | | x |
| 596148T55 | SV | Springs Crossing Imaging | 10/20/2018 | $4,470.00 | 3 | x | x | x |
| 595426Z19 | RQR | Springs Crossing Imaging | 10/22/2018 | $1,490.00 | 1 | | | x |
| 596212V92 | GH | Springs Crossing Imaging | 11/1/2018 | $2,980.00 | 2 | x | x | |
| 595783R53 | JCV | Springs Crossing Imaging | 11/2/2018 | $2,980.00 | 2 | x | x | |
| 596087G92 | EC | Springs Crossing Imaging | 11/6/2018 | $1,490.00 | 1 | | x | |
| 596269C83 | MRR | Springs Crossing Imaging | 11/7/2018 | $2,980.00 | 2 | x | x | |
| 596408P64 | LG | Springs Crossing Imaging | 11/9/2018 | $2,980.00 | 2 | x | x | |
| 596698X47 | AE | Springs Crossing Imaging | 11/12/2018 | $1,490.00 | 1 | x | | |
| 596536S70 | LC | Springs Crossing Imaging | 11/14/2018 | $4,470.00 | 3 | x | x | x |
| 596594N09 | CS | Springs Crossing Imaging | 11/15/2018 | $1,490.00 | 1 | | x | |
| 595945L76 | AA | Springs Crossing Imaging | 11/17/2018 | $2,980.00 | 2 | x | x | |
| 596654S00 | LR | Springs Crossing Imaging | 11/28/2018 | $2,980.00 | 2 | x | x | |
| 596069N98 | PM | Springs Crossing Imaging | 12/5/2018 | $1,490.00 | 1 | x | | |
| 596636N42 | LG | Springs Crossing Imaging | 12/5/2018 | $2,980.00 | 2 | x | x | |
| 596307S05 | EJ | Springs Crossing Imaging | 12/8/2018 | $2,980.00 | 2 | x | x | |
| 596639R11 | MM | Springs Crossing Imaging | 12/8/2018 | $2,980.00 | 2 | x | | x |
| 596433S25 | MLM | Springs Crossing Imaging | 12/12/2018 | $2,980.00 | 2 | x | | x |
| 596687N43 | AR | Springs Crossing Imaging | 12/17/2018 | $2,980.00 | 2 | x | x | |
| 592065K59 | DM | Springs Crossing Imaging | 12/18/2018 | $1,490.00 | 1 | | x | |
| 595783R53 | JCV | Springs Crossing Imaging | 12/19/2018 | $1,490.00 | 1 | | | x |
| 596433S25 | MLM | Springs Crossing Imaging | 12/19/2018 | $1,490.00 | 1 | | x | |
| 596727W03 | KDL | Springs Crossing Imaging | 12/20/2018 | $2,980.00 | 2 | x | x | |
| 597154H79 | NL | Springs Crossing Imaging | 1/5/2019 | $1,490.00 | 1 | x | | |
| 597081Q03 | RCF | Springs Crossing Imaging | 1/7/2019 | $4,470.00 | 3 | x | x | x |
| 596559R88 | OP | Springs Crossing Imaging | 1/9/2019 | $2,980.00 | 2 | x | x | |
| 596931V01 | TB | Springs Crossing Imaging | 1/9/2019 | $1,490.00 | 1 | | x | |
| 597032R45 | RM | Springs Crossing Imaging | 1/12/2019 | $2,980.00 | 2 | x | | x |

**Exhibit 4A - MRI Appendix**

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of MRIs | Cervical MRI | Lumbar MRI | Other MRI |
|---|---|---|---|---|---|---|---|---|
| 596958W95 | GL | Springs Crossing Imaging | 1/19/2019 | $2,980.00 | 2 | x | x | |
| 596363K64 | ML | Springs Crossing Imaging | 1/29/2019 | $2,980.00 | 2 | x | x | |