*Exhibit 4B*

Exhibit 4B - CT Appendix

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of CT Scans | Cervical CT | Lumbar CT | Other CT |
|---|---|---|---|---|---|---|---|---|
| 59696K826 | PR | Ceda Ortho - South Miami | 8/14/2015 | $860.00 | 1 |  | x |  |
| 59677J398 | SCC | Ceda Ortho - South Miami | 9/11/2015 | $860.00 | 1 |  | x |  |
| 596W76873 | MS | Ceda Ortho - South Miami | 9/11/2015 | $860.00 | 1 | x |  |  |
| 596V99421 | FM | Ceda Ortho - South Miami | 11/16/2015 | $860.00 | 1 |  |  | x |
| 59744N479 | FA | Ceda Ortho - South Miami | 11/16/2015 | $1,720.00 | 2 | x |  | x |
| 597K46446 | OOG | Ceda Ortho - South Miami | 11/16/2015 | $860.00 | 1 |  | x |  |
| 59760K296 | SVC | Ceda Ortho - South Miami | 1/15/2016 | $1,720.00 | 2 | x | x |  |
| 59765D509 | RRR | Ceda Ortho - South Miami | 1/15/2016 | $1,018.00 | 1 |  |  | x |
| 597P57558 | HS | Ceda Ortho - South Miami | 1/15/2016 | $860.00 | 1 |  | x |  |
| 597P46880 | BZ | Ceda Ortho - South Miami | 2/12/2016 | $860.00 | 1 |  | x |  |
| 597P75394 | BR | Ceda Ortho - South Miami | 2/12/2016 | $860.00 | 1 |  |  | x |
| 59804T422 | GG | Ceda Ortho - South Miami | 2/12/2016 | $860.00 | 1 |  | x |  |
| 59794S215 | FM | Ceda Ortho - South Miami | 3/14/2016 | $2,580.00 | 3 |  | x | 2 |
| 59797T777 | PGR | Ceda Ortho - South Miami | 3/14/2016 | $860.00 | 1 |  | x |  |
| 597P75394 | BR | Ceda Ortho - South Miami | 3/14/2016 | $860.00 | 1 | x |  |  |
| 598D26218 | ASG | Ceda Ortho - South Miami | 3/14/2016 | $1,018.00 | 1 |  |  | x |
| 59792H584 | JQ | Ceda Ortho - South Miami | 4/15/2016 | $640.00 | 1 |  |  | x |
| 59837C734 | ML | Ceda Ortho - South Miami | 4/15/2016 | $1,878.00 | 2 | x |  | x |
| 598C61876 | LO | Ceda Ortho - South Miami | 4/15/2016 | $1,720.00 | 2 | x |  | x |
| 598F39843 | DAV | Ceda Ortho - South Miami | 4/15/2016 | $1,720.00 | 2 | x | x |  |
| 59792H584 | JQ | Ceda Ortho - South Miami | 5/13/2016 | $1,720.00 | 2 |  | x | x |
| 597J87168 | PDL | Ceda Ortho - South Miami | 5/13/2016 | $1,720.00 | 2 | x | x |  |
| 59813W909 | MB | Ceda Ortho - South Miami | 5/13/2016 | $860.00 | 1 | x |  |  |
| 59816F372 | LN | Ceda Ortho - South Miami | 5/13/2016 | $860.00 | 1 | x |  |  |
| 59856N935 | DR | Ceda Ortho - South Miami | 5/13/2016 | $1,018.00 | 1 |  |  | x |
| 598D95337 | ESN | Ceda Ortho - South Miami | 5/13/2016 | $860.00 | 1 | x |  |  |
| 598F10351 | JE | Ceda Ortho - South Miami | 5/13/2016 | $1,018.00 | 1 |  |  | x |
| 598K58775 | PG | Ceda Ortho - South Miami | 5/13/2016 | $1,018.00 | 1 |  |  | x |
| 59847P376 | YH | Ceda Ortho - South Miami | 6/10/2016 | $860.00 | 1 | x |  |  |
| 59896N928 | NT | Ceda Ortho - South Miami | 6/10/2016 | $1,720.00 | 2 | x | x |  |
| 598K04610 | PG | Ceda Ortho - South Miami | 6/10/2016 | $1,720.00 | 2 | x | x |  |
| 598L92460 | YL | Ceda Ortho - South Miami | 6/24/2016 | $1,500.00 | 2 | x |  | x |
| 598D13019 | EM | Ceda Ortho - South Miami | 7/15/2016 | $860.00 | 1 |  | x |  |
| 598H96519 | CP | Ceda Ortho - South Miami | 7/15/2016 | $1,720.00 | 2 |  | x | x |
| 598N01563 | JC | Ceda Ortho - South Miami | 7/15/2016 | $1,720.00 | 2 |  | x | x |
| 59892X963 | RT | Ceda Ortho - South Miami | 8/12/2016 | $860.00 | 1 | x |  |  |
| 598R46077 | WN | Ceda Ortho - South Miami | 8/12/2016 | $1,720.00 | 2 | x | x |  |
| 598V59353 | AD | Ceda Ortho - South Miami | 8/12/2016 | $1,720.00 | 2 | x | x |  |
| 598V59353 | EB | Ceda Ortho - South Miami | 8/12/2016 | $1,878.00 | 2 | x |  | x |
| 59910N891 | DJ | Ceda Ortho - South Miami | 8/12/2016 | $860.00 | 1 | x |  |  |
| 59924L355 | JG | Ceda Ortho - South Miami | 8/12/2016 | $1,018.00 | 1 |  |  | x |
| 59907N952 | JAP | Ceda Ortho - South Miami | 9/9/2016 | $860.00 | 1 | x |  |  |
| 59927B546 | AG | Ceda Ortho - South Miami | 9/9/2016 | $1,720.00 | 2 | x |  | x |
| 59872C337 | QJ | Ceda Ortho - South Miami | 10/14/2016 | $1,018.00 | 1 |  |  | x |
| 59950W931 | IB | Ceda Ortho - South Miami | 10/14/2016 | $860.00 | 1 | x |  |  |
| 5902032J1 | JL | Ceda Ortho - South Miami | 12/30/2016 | $860.00 | 1 | x |  |  |
| 5905811K8 | AA | Ceda Ortho - South Miami | 12/30/2016 | $1,018.00 | 1 |  |  | x |

Exhibit 4B - CT Appendix

| Claim Number | Patient | Clinic | Date of Service | Amount Billed | Number of CT Scans | Cervical CT | Lumbar CT | Other CT |
|---|---|---|---|---|---|---|---|---|
| 5902625C5 | CG | Ceda Ortho - South Miami | 1/13/2017 | $1,720.00 | 2 | x | | x |
| 5903042X9 | AVA | Ceda Ortho - South Miami | 1/13/2017 | $1,720.00 | 2 | x | | x |
| 59713Q796 | NM | Ceda Ortho - South Miami | 1/13/2017 | $1,018.00 | 1 | | | x |
| 599N25574 | OA | Ceda Ortho - South Miami | 1/13/2017 | $1,720.00 | 2 | x | x | |
| 5902027T2 | NCP | Ceda Ortho - South Miami | 2/10/2017 | $860.00 | 1 | | x | |
| 5902625C5 | CG | Ceda Ortho - South Miami | 2/10/2017 | $860.00 | 1 | | x | |
| 5903686N6 | CB | Ceda Ortho - South Miami | 2/10/2017 | $860.00 | 1 | | x | |
| 599N25574 | LA | Ceda Ortho - South Miami | 2/10/2017 | $1,720.00 | 2 | | x | x |
| 5908847V3 | LC | Ceda Ortho - South Miami | 3/10/2017 | $1,720.00 | 2 | x | x | |
| 5912353R3 | JH | Ceda Ortho - South Miami | 4/7/2017 | $1,018.00 | 1 | | | x |
| 5900G534Z | WSF | Ceda Ortho - South Miami | 5/12/2017 | $860.00 | 1 | | | x |
| 5915597C7 | MM | Ceda Ortho - South Miami | 5/12/2017 | $1,018.00 | 1 | | | x |
| 599W87901 | TG | Ceda Ortho - South Miami | 5/12/2017 | $860.00 | 1 | x | | |
| 5913664J1 | EE | Ceda Ortho - South Miami | 5/26/2017 | $1,720.00 | 2 | x | x | |
| 590236X28 | EG | Ceda Ortho - South Miami | 6/9/2017 | $1,720.00 | 2 | x | x | |
| 5911013G9 | JL | Ceda Ortho - South Miami | 7/14/2017 | $860.00 | 1 | | | x |
| 590235T01 | EA | Ceda Ortho - South Miami | 8/11/2017 | $1,720.00 | 2 | x | x | |
| 590790N30 | RE | Ceda Ortho - South Miami | 8/11/2017 | $1,878.00 | 2 | | x | x |
| 590990S55 | JS | Ceda Ortho - South Miami | 8/11/2017 | $1,720.00 | 2 | x | x | |
| 590918J33 | BYE | Ceda Ortho - South Miami | 11/15/2017 | $1,720.00 | 2 | x | | x |
| 590952N94 | FJR | Ceda Ortho - South Miami | 11/15/2017 | $860.00 | 1 | | x | |
| 591862F10 | RR | Ceda Ortho - South Miami | 11/15/2017 | $860.00 | 1 | x | | |
| 591041G40 | FG | Ceda Ortho - South Miami | 12/22/2017 | $860.00 | 1 | | | x |
| 592655L11 | JM | Ceda Ortho - South Miami | 1/19/2018 | $860.00 | 1 | | | x |
| 592661M48 | DSG | Ceda Ortho - South Miami | 1/19/2018 | $860.00 | 1 | | x | |
| 592585N97 | KSM | Ceda Ortho - South Miami | 2/23/2018 | $1,720.00 | 2 | x | x | |
| 592661M48 | DSG | Ceda Ortho - South Miami | 2/23/2018 | $860.00 | 1 | | | x |
| 593180Q71 | MA | Ceda Ortho - South Miami | 3/16/2018 | $640.00 | 1 | | | x |
| 593344J70 | JA | Ceda Ortho - South Miami | 3/16/2018 | $1,720.00 | 2 | x | x | |
| 593125M01 | JS | Ceda Ortho - South Miami | 4/13/2018 | $860.00 | 1 | x | | |
| 593470C01 | BV | Ceda Ortho - South Miami | 5/11/2018 | $1,720.00 | 2 | x | | x |
| 593663S95 | AAC | Ceda Ortho - South Miami | 5/11/2018 | $860.00 | 1 | | | x |
| 593687D22 | NC | Ceda Ortho - South Miami | 5/11/2018 | $1,720.00 | 2 | x | x | |
| 594160N17 | JP | Ceda Ortho - South Miami | 7/11/2018 | $1,720.00 | 2 | x | x | |
| 594197Q27 | JJM | Ceda Ortho - South Miami | 7/11/2018 | $1,720.00 | 2 | x | | x |
| 594256M66 | CDA | Ceda Ortho - South Miami | 7/11/2018 | $1,720.00 | 2 | x | | x |
| 594256M66 | CDA | Ceda Ortho - South Miami | 8/25/2018 | $860.00 | 1 | | x | |
| 595449B20 | ME | Ceda Ortho - South Miami | 10/27/2018 | $860.00 | 1 | x | | |
| 596227B60 | BAD | Ceda Ortho - South Miami | 11/10/2018 | $860.00 | 1 | | x | |