*Exhibit 5*

**TIMOTHY P. CHINARIS**
Attorney and Counselor
Post Office Box 120186
Nashville, Tennessee 37212

Phone (615) 460-8264    Admitted in AL, FL,
Fax (615) 460-6004    TN, and TX* (*Inactive)

December 4, 2018

Ms. Kathy J. Bible
Advertising Counsel
The Florida Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2300

Re:   Qualifying Provider Report for Path

Dear Ms. Bible:

Please be advised that 1-800-411-Pain Referral Service, LLC (the "Service"), will close effective December 31, 2018. Dr. Robert Lewin, the Service's principal, will no longer own or operate a lawyer referral service (or qualifying provider).

Effective January 1, 2019, a new qualifying provider will begin operation using the 1-800-411-Pain phone number and branding. This entity will be operate under the properly registered fictitious name "Path." Advertisements for Path will be designed to comply with Florida Bar advertising rules and will be filed for review with the Bar just as the Service's ads have been filed since 2010. I will be representing Path on these matters.

Enclosed is a copy of Path's initial Qualifying Provider report. Participating lawyers should be filing appropriate registrations shortly.

Thank you. If there are any questions, please do not hesitate to contact me.

Sincerely,

*/s/ Timothy P. Chinaris/*

Timothy P. Chinaris

10. This provider does not use a name or engage in any communication with the public that could lead prospective clients to reasonably conclude that the qualifying provider is a law firm or directly provides legal services to the public.

Signature _____
Qualifying Provider Owner or Authorized Signatory

Date  12/3/2018

Name of Qualifying Provider Service  RATH
Representative _____
Print Name  Donald H. Stiles Jr.
Address  2304 W. Oakland Park Blvd  33311
Phone Number  954-735-6584

Please furnish contact information if different than listed above.

Contact Name  Denise Atler
Address  2304 W. Oakland Park Blvd. Oakland Park, FL 33311
Phone  954-837-9493

Return to:   The Florida Bar
             Attention: Monica Burkes, Lawyer Regulation
             651 East Jefferson Street
             Tallahassee, Florida 32399-2300

If you have any questions, please contact Monica Burkes at (850) 561-5775 or at mburkes@flabar.org

## RULE 4-7.22 (QUALIFYING PROVIDER) REPORT

This form is submitted pursuant to Rule 4-7.22 of the Rules Regulating The Florida Bar for the year 1/1/2019 . I hereby certify the following:

1. The names and bar numbers of all attorneys associated with the qualifying provider service is attached as Exhibit "A"; and

2. This provider only refers clients to persons lawfully permitted to practice law in Florida when the services to be rendered constitute the practice of law in Florida; and

3. This provider files its advertisements disseminated in Florida with the Florida Bar's Ethics and Advertising Dept. for review before disseminating any such advertisements and engages in no communication with the public and in no direct contact with prospective clients in a manner that would violate the Florida Rules of Professional Conduct if the communication or contact were made by the lawyer; and

4. This provider files an annual report with The Florida Bar, with the names and Florida bar membership numbers of all lawyers participating in the service; and

5. This provider gives all participating lawyers documentation showing that the qualifying provider is in compliance with this rule; and

6. This provider responds in writing, within 15 days, to any official inquiry by bar counsel when bar counsel is seeking information relating to Rule 4-7.22 or is investigating the conduct of the qualifying provider or a lawyer who participates with the qualifying provider; and

7. This provider neither represents nor implies to the public that the qualifying provider is endorsed or approved by The Florida Bar; and

8. This provider uses its actual legal name or a registered fictitious name in all communications with the public; and

9. This provider affirmatively discloses to all prospective clients at the time a referral, match or other connection is made, the geographic location [city, town, or county] of the lawyer to whom the client is being referred, matched, or otherwise connected; and