*Exhibit 6*

# 1·800·411·PAIN
## 7 2 4 6
MEDICAL AND LAWYER REFERRAL SERVICE

## DADE COUNTY

**Dade Injury Rehabilitation, Inc. /**
**Path Medical Center**
17325 NW 27th Ave., Suite 111
Miami, Fl 33056
PH: 305-623-5939 • Fax: 305-623-1541

**Metro Injury & Rehab Center, Inc. /**
**Path Medical Center**
14741 Biscayne Blvd.
North Miami Beach, Fl 33181
PH: 305-956-2727 • FAX: 305-956-2729

**Ceda Health of Downtown /**
**Little Havana**
2750 Coral Way, Suite 202
Miami, FL 33145
Ph: 305-441-9918 • Fax: 305-441-9945

**Ceda Health of Hialeah**
235 W 49th St.
Hialeah, FL 33012
Ph: 305-558-5432 • Fax: 305-824-9446

**Ceda Health of FIU/KENDALL**
11890 SW 8th St., Suite 400
Miami, FL 33184
Ph: 305-685-9771 • Fax: 305-685-9776

**Ceda Health of South MIAMI**
6075 Sunset Dr., 4th Floor
South Miami, FL 33143
Ph: 305-669-1808 • Fax: 305-669-8170

**Florida Wellness & Rehabilitation Center**
**of Homestead**
207 N. Krome Ave.
Homestead, FL 33030
Ph: 305-246-0056 • Fax: 305-246-0093

## BROWARD COUNTY

**Pines Injury Center, Inc. /**
**Path Medical Center**
14818 Pines Blvd.,
Pembroke Pines, Fl 33027
Ph: 954-433-7100 • Fax: 954-433-7766

**Hollywood Injury Rehabilitation Center, Inc.**
**Path Medical Center**
2544 N State Rd. 7 (441)
Hollywood, Fl 33021
Ph: 954-963-1899 • Fax: 954-963-5613

**Broward Rehab Center Inc. / Path Medical**
**Center**
2659 W Oakland Park Blvd.
Ft. Lauderdale, Fl 33311
Ph: 954-733-9000 • Fax: 954-733-4366

**Fountains Therapy Center**
1817 S. University Dr., Suite 105
Plantation, FL 33324
Ph: 954-424-9724 • Fax: 954-424-9533

## BROWARD COUNTY CONT'D

**Path Medical Center, Inc.**
318 S State Rd. 7
Margate, FL 33068
Ph: 954-968-3939 • Fax: 954-968-3240

**Central Broward Therapy Center**
157 SW 26th Ave.
Pompano Beach, FL 33069
Ph: 954-973-1913 • Fax: 954-973-7426

## PALM BEACH

**South Florida Spine & Joint Centers**
601 N. Congress Ave., Suite 410
Delray Beach, FL 33445
Ph: 561-266-2778 • Fax: 561-266-2757

**South Florida Spine & Joint Centers**
1501 Presidential Way, The Presidential Plaza
Suite 19
West Palm Beach, FL 33401
Ph: 561-686-3201 • Fax: 561-686-1622

**Lake Worth Therapy Center**
3898 Via Poinciana Drive, Suite 17
Lake Worth, Florida 33467
Ph: 561-357-3035 • Fax: 561-357-3037

**South Florida Spine & Joint Centers**
St. Lucie Square, 6688 S. US 1
Port St.Lucie, FL 34952
Ph: 772-461-7333 • Fax: 772-461-9922

## ORLANDO

**Florida Injury & Rehabilitation Centers**
**Orlando**
6220 S. Orange Blossom Trl., Suite 606
Orlando, FL 32809
Ph: 407-856-3833 • Fax: 407-856-2833

**Florida Injury & Rehabilitation Centers**
**Kissimmee**
1040 E. Osceola Pkwy.
Kissimmee, FL 34744
Ph: 321-219-1000 • Fax: 321-219-1005

**Florida Injury & Rehabilitation Centers**
**Longwood**
410 S. Ronald Reagan Blvd.
Longwood, FL 32750
Ph: 407-379-1330 • Fax: 407-379-1335

**Florida Injury & Rehabilitation Centers**
**East**
10967 Lake Underhill Rd., Suite 120
Orlando, FL 32825
Ph: 407-367-3040 • Fax: 407-367-3043

**Florida Injury & Rehabilitation Centers**
**Deltona**
942 Saxon Blvd.
Orange City, FL 32763
Ph: 386-960-2345 • Fax: 386-960-2350

## TAMPA / ST PETE

**Injury Centers of North Tampa**
14824 North Florida Ave., Suite A
Tampa, FL 33613
Ph: 813-549-4480 • Fax: 813-549-4485

**Injury Centers of Central Tampa**
4700 North Habana Ave., Suite 100
Tampa, FL 33614
Ph: 813-549-1515 • Fax: 813-549-1516

**Injury Centers of South Tampa**
1369 Providence Rd
Brandon, FL 33511
Ph: 813-982-3456 • Fax: 813-982-3457

**Injury Centers of St. Pete**
3140 34th Street North
St. Petersburg, FL 33713
Ph: 727-471-1100 • Fax: 727-471-1105

## NORTH FLORIDA

**Florida Wellness Center of Tallahassee**
2339 N. Monroe St.
Tallahassee, FL 32303
Ph: 850-385-6664 • Fax: 850-385-8403

**Gainesville Injury & Rehabilitation**
620 S.W. 4th Ave.
Gainesville, FL 32601
Ph: 352-264-0266 • Fax: 352-264-0267

**Jacksonville Injury & Rehab**
859 Park Avenue, Suite 102
Orange Park, FL 32073
Ph: 904-278-7411 • Fax: 904-278-4446

## CENTRAL FLORIDA

**Ocala Spinal Decompression Center**
2801 SE 1st Ave., Suite 401
Ocala, FL 34471
Ph: 352-787-4500 • Fax: 352-787-8955

**Leesburg Chiropractic Center**
1107 West North Blvd.
Leesburg, FL 34748
Ph: 352-787-4500 • Fax: 352-787-8955

## NAPLES/FT. MEYERS

**Gulf Coast Wellness Center**
12975 Collier Blvd., Suite 107
Naples, FL 34116
Ph: 239-455-4181 • Fax: 239-455-3896

**Gulf Coast Wellness Center**
12734 Kenwood Lane Suite 80
Ft. Meyers, FL 33907
Ph: 239-277-1655 • Fax: 239-277-1255

## OKEECHOBEE

**The Chiropractic Group**
1140 S. Parrott Ave.
Okeechobee, FL 34974
Ph: 863-357-3800 • Fax: 863-357-3808

## See Other Side
for Nationwide Affiliates