*Exhibit 7*



# United States of America
## United States Patent and Trademark Office

# Call from Home, Hospital or Accident Scene.

**Reg. No. 4,187,241**
**Registered Aug. 7, 2012**

**Int. Cl.: 44**

**SERVICE MARK**

**PRINCIPAL REGISTER**

1-800-411-I.P.HOLDINGS, LLC (FLORIDA LIMITED LIABILITY COMPANY)
2659 WEST OAKLAND PARK BLVD.
LAUDERDALE LAKES, FL 33311

FOR: MEDICAL AND HEALTH CARE SERVICES; PHYSICAL THERAPY AND PHYSICAL REHABILITATION SERVICES; MEDICAL THERAPEUTIC SERVICES, NAMELY, PAIN MANAGEMENT AND PAIN TREATMENT FOR ORTHOPEDIC INJURIES, SPORTS INJURIES, AUTO ACCIDENT INJURIES, NEUROLOGICAL PROBLEMS, PERSONAL INJURY, ARTHRITIS, AND TENDONITIS, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-18-2012; IN COMMERCE 5-18-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-014,888, FILED 4-15-2010.

SETH A. RAPPAPORT, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office