*Exhibit 8*

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,548,378

Registered Dec. 16, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# AFTER 911, CALL 411

LEWIN, ROBERT C. (UNITED STATES INDIVIDUAL)
2659 W. OAKLAND PK. BLVD
FT. LAUDERDALE, FL 33311 AND
SHAPIRO, GUY (UNITED STATES INDIVIDUAL)
3837 N.E. 167TH STREET
N. MIAMI, FL 33160

FOR: MEDICAL SERVICES; PHYSICAL THERAPY AND PHYSICAL REHABILITATION SERVICES; MEDICAL THERAPEUTIC SERVICES, NAMELY, PAIN MANAGEMENT AND PAIN TREATMENT FOR ORTHOPEDIC AND SPORTS INJURIES, NECK AND BACK PAIN, AUTO ACCIDENTS, NEUROLOGICAL PROBLEMS, PERSONAL INJURY, ARTHRITIS, TENDONITIS; HEALTH CARE SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 7-3-2006; IN COMMERCE 7-3-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "911, CALL 411", APART FROM THE MARK AS SHOWN.

SN 78-911,044, FILED 6-19-2006.

TRACY WHITTAKER-BROWN, EXAMINING ATTORNEY