*Exhibit 9*

  

Personal Injury   FAQ   Blog   Contact Us   Español

## FAQ

      

Car Accident   Truck Accident   Motorcycle Accident   Pedestrian Accident   Slip & Fall Accident   Workplace Accidents   Other Accidents

After 911... Call 411...

**(877) 411-7246**

Contact us for a consultation today!

Name
Email Address
Phone Number

Submit

### What is 1-800-411-PAIN?
1-800-411-PAIN is a legal and medical referral service.

### When can I contact 1-800-411-PAIN?
1-800-411-PAIN is available to assist you 24 hours a day, 7 days a week, including weekends and holidays. You can call anytime after being involved in an accident.

### When I call 1-800-411-PAIN how soon will I be able to see a doctor?
Once you call 411 Pain at 1-800-411-PAIN, you will be asked a few simple questions to determine exactly what type of assistance you will need and immediately after-wards be scheduled to see a doctor. Same day appointments are available.

### Why should I use the doctors from 1-800-411-PAIN?
If you have been in an accident, you want assistance from someone that has experience with your type of accident. The 1-800-411-PAIN network has almost 20 years of experience with accidents like yours. They will assist you in recovering from your injuries as quickly as possible.

### How much money am I entitled to if I am in an accident?
Depending on the facts of your accident you may be entitled to thousands of dollars. 411 PAIN can refer you to an attorney who can evaluate your case in light of the law and the facts.

   

**Be Prepared.**
Always be prepared when an accident occurs. Here are some important things to do after an accident.
Read More

**Plan to Recover.**
Every client is important to us! We will guide you through each step of the way on the road to recovery.
Read More

**View our Media.**
Watch our videos and listen to our commercials here.
Read More

**Visit our Blog.**
Our blog is the source for all 411 Pain News and safety tips. Visit our blog today.
Read More

*411 PAIN is a legal and medical referral service. We refer accident victims to qualified lawyers, but we are not a law firm and do not give legal advice.

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt of viewing does not constitute an attorney-client relationship.

Copyright © 2015 411 PAIN All rights reserved.   Terms of Use   |   Privacy Policy   |   Español