*Exhibit 11*



**Page 1**

```
 1        IN THE COUNTY COURT, FOURTH
          JUDICIAL CIRCUIT, IN AND FOR
 2          DUVAL COUNTY, FLORIDA
 3              ███████ and ████████
 4      Plaintiffs,
 5      vs.      No. ███████████
              Division: CV-F
 6
        ███████████ and GEICO
 7   INDEMNITY COMPANY, a foreign
     profit corporation,
 8
        Defendants.
 9   _____/
              VOLUME I
10      VIDEOTAPED DEPOSITION
                OF
11         DR. ROBERT SITNER
12         Boca Raton, Florida
              May 4, 2009
13         2:16 p.m. - 6:25 p.m.
14   APPEARANCES:
15   For The Plaintiffs:
16      SCHWED & CARTWRIGHT
        By CHRISTOPHER SALIVAR, ESQUIRE
17        Via Telephone
18   For The Defendant ████████████
19      O'HARA LAW FIRM
        By JEFFREY J. HUMPHRIES, ESQUIRE
20
        For The Defendant Geico:
21
        LAW OFFICES OF ADAMS, ADAMS & BACA
22      By DAVID LOEVIN, ESQUIRE
          Via Telephone
23
        For The Witness, Dr. Bottari:
24
        PARKER & DEITSCH, P.L.
25      By STEPHEN D. DEITSCH, ESQUIRE
```

**Page 3**

```
 1        IN THE COUNTY COURT, FOURTH
          JUDICIAL CIRCUIT, IN AND FOR
 2          DUVAL COUNTY, FLORIDA
 3      ███████████████████████████
 4
        Plaintiffs,
 5
        vs.      No. ██████████
 6              Division: CV-C
 7      ███████████████████████████
 8
 9      Defendants.
     _____/
10            VOLUME I
        VIDEOTAPED DEPOSITION
11
12              OF
13         DR. ROBERT SITNER
14         Boca Raton, Florida
              May 4, 2009
15         2:16 p.m. - 6:25 p.m.
16   APPEARANCES:
17   For The Plaintiffs:
18      SCHWED & CARTWRIGHT
        By CHRISTOPHER SALIVAR, ESQUIRE
19        Via Telephone
20   For The Defendants:
21      O'HARA LAW FIRM
        By JEFFREY J. HUMPHRIES, ESQUIRE
22
23   For The Witness, Dr. Bottari:
24      PARKER & DEITSCH, P.L.
        By STEPHEN D. DEITSCH, ESQUIRE
25
```

**Page 2**

```
 1        IN THE COUNTY COURT, FOURTH
          JUDICIAL CIRCUIT, IN AND FOR
 2          DUVAL COUNTY, FLORIDA
 3      ████████████████████████
 4      Plaintiff,
 5      vs.      No. ██████████
              Division: CV-F
 6
 7      ████████████████████
 8              Defendant.
 9   _____/
              VOLUME I
10      VIDEOTAPED DEPOSITION
11
                OF
12         DR. ROBERT SITNER
13         Boca Raton, Florida
              May 4, 2009
14         2:16 p.m. - 6:25 p.m.
15   APPEARANCES:
16   For The Plaintiff:
17      SCHWED & CARTWRIGHT
        By CHRISTOPHER SALIVAR, ESQUIRE
18        Via Telephone
19   For The Defendant:
20      O'HARA LAW FIRM
        By JEFFREY J. HUMPHRIES, ESQUIRE
21
22   For The Witness, Dr. Bottari:
23      PARKER & DEITSCH, P.L.
        By STEPHEN D. DEITSCH, ESQUIRE
24
25
```

**Page 4**

```
 1        IN THE COUNTY COURT, FOURTH
          JUDICIAL CIRCUIT, IN AND FOR
 2          DUVAL COUNTY, FLORIDA
 3      ██████████████████████
 4
        Plaintiffs,
 5
        vs.      No. ███████████
 6              Division: CV-C
 7      ████████████████
 8      Defendant.
 9   _____/
10            VOLUME I
        VIDEOTAPED DEPOSITION
11
                OF
12
13         DR. ROBERT SITNER
14         Boca Raton, Florida
              May 4, 2009
15         2:16 p.m. - 6:25 p.m.
16   APPEARANCES:
17   For The Plaintiffs:
18      SCHWED & CARTWRIGHT
        By CHRISTOPHER SALIVAR, ESQUIRE
19        Via Telephone
20   For The Defendant:
21      O'HARA LAW FIRM
        By JEFFREY J. HUMPHRIES, ESQUIRE
22
23   For The Witness, Dr. Bottari:
24      PARKER & DEITSCH, P.L.
        By STEPHEN D. DEITSCH, ESQUIRE
25
```

Sitner, Robert  (vol. 1)  5/4/2009  3:50:00 PM

121

1    A I'm trying to think. Give me a minute. Yes.
2    Q And what is that advertising?
3    A Well, it's the same. We just -- We'll
4    take -- We have done newspapers and things like that.
5    And I can't recall which newspapers but we'll -- you
6    know, we have English speaking people too. And we also
7    do marketing obviously. We don't go out and say that
8    we're only looking for Hispanics. But our niche
9    clearly, because of our population -- our staff are all
10   bilingual, speak Spanish, it makes for a very
11   comfortable setting.
12       So, yeah, it doesn't surprise me that the
13   cases that you have happen to be all Hispanic
14   because it's a skewed population we're marketing
15   towards. I don't know if that would happen today
16   but certainly at the beginning.
17       Q Okay. Did you ever advertise a radio
18   commercial on an English channel that was only
19   English?
20       A Yes.
21       Q What radio station did you do that?
22       A I don't know the name of the station.  But
23   there was one. There is.
24       Q All right. Other than newspapers and radio
25   advertising what other media did you use to advertise

122

1    for the Jacksonville Injury Treatment Center?
2    A TV.
3    Q TV. And how -- What was that advertisement
4    on TV?
5    A Well, the -- you know, the commercial --
6    again, another reason, which is a business reason, is
7    it was also -- if you target specific demographics,
8    less money to advertise. I think Telemuendo.
9    Q Telemuendo?
10   A Or Univision, I don't know which one.
11   Q So would that be a Spanish commercial then
12   since that's on a Spanish channel?
13   A Spanish, yes.
14   Q Did you have any English channels -- or any
15   English TV commercials on any English channels?
16   A We have one.
17   Q And what channel is that on?
18   A I don't know the channel but we have one
19   English.
20   Q And is that presently you advertise on TV?
21   A Yes.
22   Q And do you know just in general what the
23   content of the advertisement is?
24   A Yes.
25   Q All right. What is your understanding of

123

1    the content of the advertisement?
2    A It's -- It's advertised for people who have
3    been in accidents.  It's targeting people who have been
4    injured at work or in a car accident or have fallen and
5    it's for our clinic.
6    Q There is a 1-800 number, or a 1-888 number,
7    I can't remember which it is, that is associated with
8    your entity. Is there --
9    A Yeah. I'm not -- It's an 800 number.  What
10   the exact number is, I can certainly get, I don't have
11   it offhand. But it's an easy one for everybody else to
12   remember.
13   Q Is it like 1-800 and has a name associated
14   with it or do you recall what it is?
15   A The 800 number - no, the Spanish commercial
16   is simply an 800 number.  1-800 blank, blank, blank,
17   blank, blank, blank.
18   Q Yes. And in English does it have an
19   acronym with it to try to -- you know, there is
20   1-800-ASK-GARY, there is 1-800-ASK-DAVE, there is a
21   lot of 1-800 with names.  Do you have that same type
22   of 1-800 number?
23   A Uh-huh.
24   Q What is it?
25   A It's 1-800-411-PAIN.

124

1    Q And how long have you used that 1-800
2    number?
3    A That -- We only have the rights to that in
4    Jacksonville.
5    Q All right.
6    A So it's -- I think it maybe -- maybe four
7    months.  Three, four months maybe.
8    Q All right. So you've only had it three or
9    four months?
10   A I believe we've only had the rights after
11   three or four months.
12   Q All right. Back in 2007 when most of these
13   patients were treating that we're here about today,
14   do you know what number, what 800 number you would
15   have used?
16   A I don't think we would have used any.
17       THE VIDEOGRAPHER: Sir, can you not --
18       THE WITNESS: I'm sorry.  So sorry.  I
19   don't believe we would have used any.
20   Q (By Mr. Humphries) You don't believe you
21   would have used any 1-800 number?
22   A In 2007?
23   Q Yeah.
24   A Not -- I can't be 100 percent sure but I
25   don't recall, you know, doing that kind of advertising

Sitner, Robert  (vol. 1)  5/4/2009  3:50:00 PM

133

1   I think to McDonald's -- or McDonald's to Burger King.
2   And because they had done all this -- actually you told
3   me I think that story years ago. Well, I'm not going
4   to take your -- but anyway, McDonald's sued them
5   because they spent all this money doing research on
6   demographics. And Burger King said we do the same
7   thing, wherever a McDonald's open up we open up.
8       So there is -- There is part of marketing
9   to know, you know, where to -- where I'm going to --
10  where I'm going to do right. Typically what is, you
11  know, poor infrastructures for certain demographics
12  are areas where it works better for you because
13  there is just no services for these people.
14      And if I could take a side note -- no, no.
15  Q  Go ahead.
16  A  I grew up -- I'm not Spanish but I grew up in
17  a Spanish family.  My stepfather was Spanish.  And in
18  1963 that wasn't very well accepted. So I really have
19  firsthand knowledge of what it's like, especially
20  during then, to have parents where one of the parents
21  did not have -- could not master the English language
22  and would try and get help or get certain things done
23  and it was pretty brutal.  So at least -- that's kind
24  of what gave me the idea to do that. And I'm glad I
25  did.

134

1   Q  Was there any specific conversations that
2   you had with Howard Kanner or Eric Pintaluga about
3   opening up a Jacksonville Injury Treatment Center?
4   A  I'm sure at some point we let them know we're
5   doing it.  Or we did it.
6   Q  All right.
7   A  Or ask him if he has anybody up there he
8   could feel free to please send it to us. As well as we
9   did with other attorneys.
10  Q  Was there any sort of joint marketing
11  effort where you would go in with a law firm and have
12  some sort of legal or medical referral service --
13  A  No.
14  Q  -- in partnership with the Kanner &
15  Pintaluga law firm?
16  A  No. I don't need any law firms to do this.
17  Q  All right.
18  A  That would be the last thing I'd want to do.
19  Q  So any other types of marketing that you've
20  done at the Jacksonville location that we haven't
21  talked about?
22  A  Not that I can think of offhand.
23  Q  All right.  You mentioned that you own the
24  rights to 1-800-411-PAIN, and that's only in the
25  Jacksonville market, is that right?

135

1   A  That's correct.
2   Q  If I were to call that number today where
3   would it end up landing, who answers the phone?
4   A  You'd have to tell me what your phone number
5   is.
6   Q  All right.  I just did it on my phone, it's
7   1-800-411-7246.
8   A  Right. But depending on what your phone
9   number is.
10  Q  Oh, it's a 904 number.
11  A  If it's a 904 it would come probably --
12  depending on the time would come to me.
13  Q  To you directly?
14  A  I hope.
15  Q  And so you, Dr. Sitner, would pick up the
16  phone and say hello?
17  A  I'd say hi, it's Bob from 411-PAIN, how can I
18  help you.
19  Q  All right.  And then what would you do if I
20  said I was just involved in an accident and I need
21  treatment, what would you do?
22  A  I'd ask what happened.  Try and explain what
23  happened. Give me as much information as you can.
24  Q  All right.
25  A  If you're badly injured or if -- when it

136

1   happened.  You know, did it happen now, did it happen
2   three years ago, did it happen 10 minutes ago.
3   Q  All right. So once you take that demic --
4   the demographics of the accident, the who, what,
5   when, how and why, what would you do after that?
6   A  Well, I would explain to them that 411-PAIN
7   is sponsored by Jacksonville Injury Treatment Center.
8   We deal with patients that are involved in accidents.
9   If you're injured -- I mean we've had -- I've gotten
10  all kinds of strange calls. I've had people call me
11  from an accident, and those people I tell them they
12  should go to a hospital, you know.  If it happened like
13  a week ago, I'll ask them did you go to the hospital,
14  are you seeing any other doctors, are you under
15  treatment.  If they're under treatment I suggest that
16  they continue.  If they're not, you know, I tell them
17  who sponsors the commercial.  411-PAIN is sponsored by
18  Jacksonville Injury Treatment Center. And if need be
19  we can -- I can certainly call up the clinic, or
20  actually Jacksonville Injury and set up an appointment
21  for them to come in. Which is the purpose of the
22  commercial.
23  Q  And how would you go about doing that,
24  scheduling up an appointment?
25  A  If they said, yes, I'd like that, I would say

Sitner, Robert  (vol. 1)  5/4/2009  3:50:00 PM

137

1 then with your permission I will contact the clinic and
2 somebody from the office will call up to set up an
3 appointment with you. And that's it, then I'm done.
4   Q  And so at the end of the conversation you
5 then, if they request it with permission --
6   A  I would -- well, I have their phone number
7 but I ask them to repeat the phone number and give me
8 their name and stuff like that, and I tell them
9 somebody will call them shortly.
10   Q  Do you take this information down on a pad
11 or do you have a computer that does that?
12   A  I have a -- I used to have like a little just
13 notes all over.  Because once I hand it over to the
14 office they really -- really have to take it from
15 there.
16   Q  All right. Who do you hand it over to at
17 the office?
18   A  Usually whoever answers it.  You know, I try
19 to get Elizabeth there because she'll take the calls.
20   THE VIDEOGRAPHER: Sir, your hands.
21   THE WITNESS:  I'm sorry. I'm sorry.
22 I usually hand it over to Elizabeth because
23 she'll take the calls, whoever answers.
24   Q  (By Mr. Humphries) Dr. Bottari gave me the
25 name of three ladies who are on the receiving end of

138

1 a 1-800 number inquiry. And I wrote their names down
2 somewhere.
3   A  Crystal.
4   Q  Crystal was one. I thought Myra was
5 another?
6   A  That's correct. And Melissa.
7   Q  And Melissa. So Melissa, Crystal and Myra.
8 What do they do?
9   A  That's the 800 number for the clinics.
10   Q  All right. Is that separate and apart from
11 the 1-800 --
12   A  That is, yeah, that has nothing to do with
13 it.
14   Q  -- 411-PAIN?
15   A  That's -- That is the Spanish commercial.
16   Q  All right.
17   A  Obviously I don't speak Spanish.
18   Q  So my hypothetical to you was the
19 1-800-411-PAIN because I speak English?
20   A  Say that again.
21   **Q  The -- When I asked you if I, meaning me**
22 **the attorney and I was in an accident and I called**
23 **the 1-800-411-PAIN number and I had a 904 area code**
24 **number that goes directly to you, that's what you**
25 **told me, right?**

139

1   **A  Yes.  The reason I asked you what your phone**
2 **number was --**
3   **Q  Right.**
4   **A  -- because if it's not 904 it would probably**
5 **ring to somebody else. I don't know who. We don't --**
6 **we only have 904.**
7   Q  So it -- okay.  So if it's a 561 number
8 here in South Florida --
9   A  It wouldn't go.
10   Q  -- it wouldn't go to you, it would go to
11 whoever it owns that number for that 561?
12   A  Right.
13   Q  Okay. I got you. So let's say -- what is
14 the 1-800 number used to market to the Spanish
15 population?
16   A  I don't -- I don't -- It's an 800 number, I
17 just don't have it in my head what it is.
18   Q  Is it still advertised today?
19   A  Yes.
20   Q  So you have -- In the Jacksonville market
21 you have two 1-800 numbers?
22   A  That's correct.
23   Q  You have the 1-800-411-PAIN?
24   A  That's correct.
25   Q  And then you have the 1-800 number that you

140

1 can't remember that is used for the Spanish market?
2   A  That's correct. I don't -- I don't see those
3 commercials.
4   Q  All right.  Well, that clears it up. You
5 were confusing me there for a second.
6   A  I'm sorry.
7   Q  So I finally got it. It finally clicked.
8 The lightbulb went off.
9   All right.  So if a Spanish person is
10 responding to a Spanish advertisement and they
11 called the 1-800 number that we don't know.
12   A  You would want a Spanish person to answer
13 that.
14   Q  I would hope so.
15   A  Right.
16   Q  Do you speak Spanish fluently?
17   A  No.
18   Q  All right.  Dr. Bottari, does he speak
19 Spanish fluently?
20   A  No.
21   Q  Does Dr. Middeldorf speak Spanish fluently?
22   A  No.
23   Q  So Crystal, Melissa and Myra, is that
24 right?
25   A  Yes.

145

1      Q  Right.
2      A  They'll ask that they need help, an attorney.
3   They're specifically told that we are not a lawyer
4   referral service, that 411-PAIN is sponsored by
5   Jacksonville Injury Treatment Center. Do you know of
6   any attorneys? You know, if they say yes, I know
7   Morgan & Morgan or I know, you know, Don Pinot or
8   whoever, then we would suggest they call them. But if
9   they say no, I need legal advice or need to speak to a
10  lawyer. After we explain that or after they would
11  explain it they would say -- with your permission, if
12  need be, I will try and contact an attorney that will
13  call you back if you give me your name and number. And
14  we do that.
15     Q  You said the 1-800-411-PAIN, is that the
16  same procedure for the Spanish 1-800 number?
17     A  Same procedure.
18     Q  So is there a guidelines or a written
19  document that that sort of instructs Crystal, Melissa
20  or Myra on how to do that, to instigate the referral
21  to an attorney?
22     A  Well, it's me.
23     Q  All right. So if they had -- If they have
24  a person on the phone and they get information that
25  they think might need to be referred to an attorney,

146

1   do they put them on hold and say let me go talk to
2   Dr. Sitner?
3      A  No. They would go through that statement,
4   they say -- they would say we are not a lawyer referral
5   service, four -- not 411. You know, the number is
6   sponsored by Jacksonville Injury Treatment Center, we
7   are an injury treatment center. If you do have legal
8   questions and you don't have a lawyer, I could try and
9   contact somebody to speak with you. Give me your name,
10  your phone number, same information. And then that's
11  exactly what will happen.
12     And then once they hang up either the
13  patient would go to the clinic and it's --
14  whatever -- whatever the situation is. They would
15  probably speak to whoever is there, either myself,
16  Dr. Bottari, Dr. Middeldorf, depending on the
17  situation, is there an attorney that -- who should
18  we -- you know, that we could refer them to.
19     Q  All right. Is that the way the procedure
20  has always been for the Spanish 1-800 number or is
21  that the way it is now?
22     A  No, that's the way it's been.
23     Q  All right. Was -- Has there ever been a
24  time when a person calls the Spanish 1-800 number and
25  during the same initial conversation that they are

147

1   conference called in or somehow referred directly to
2   a law firm during that initial conversation?
3      A  I'm not 100 percent sure. I know -- I know
4   we hang up now. We take the information. There could
5   have been times where if it was pushed that they would
6   put them on hold and have the conversation and then --
7   I'm not sure if we even have the ability to conference
8   call on that. I'm not sure. I'm not 100 percent sure.
9      Q  Early on when you started the marketing in
10  Jacksonville using the Spanish 1-800 number and the
11  operator would get the information and have the need
12  to refer to an attorney, what attorney would you
13  refer them to?
14     A  Well, it depends. It depends who they ask.
15  It depends on the case. I know who -- you know, I am
16  very comfortable with Kanner & Pintaluga for Spanish
17  speaking people. I like what they do. The patients
18  like them.
19     Q  All right.
20     A  And, you know, that's probably who I would
21  tell them to refer them.
22     Q  All right. So you have a Spanish speaking
23  person calling a Spanish 1-800 number in response to
24  whatever, wherever the source they got the number
25  from, and they ask to speak to a lawyer, who would be

148

1   the lawyer that the operator is going to refer them
2   to back when you first started doing the 1-800 number
3   number -- yeah, number in Jacksonville?
4      A  You're not talking about 2007?
5      Q  No, I'm talking your first started
6   doing it. When you, the Injury Treatment Center?
7      A  It would be the same procedure that we use
8   today.
9      Q  All right. So --
10     A  It would be where they would ask one of us
11  what they should do, you know. Do we have a lawyer,
12  this person needs a lawyer, do you have anybody you
13  could think of to send them to.
14     Q  Did the --
15     A  And there is no -- It's really, you know, who
16  you prefer. I prefer -- If somebody speaks Spanish,
17  and Kanner -- you know, Eric Pintaluga is fluent in
18  Spanish and has done well with them, I prefer to send
19  them to him. That's my preference.
20     Q  And do you communicate that preference to
21  Crystal, Melissa and Myra?
22     A  If I was there and they asked me, and they
23  said I have this person on here, doesn't speak any
24  English, this, that, the other thing, I would say all
25  right then, send them to Eric Pintaluga.