*Exhibit 12*

Case 1:19-cv-22487-RS Document 93-13 Entered on FLSD Docket 01/23/2020 Page 2 of 8

411Pain.tv -- Your Medical Practice is also a business, and not just a Profession. Page 1 of 2



### Vanity Number: How It Works

Fast, simple and easy to remember. This is a 24-hour, 7 day-a-week service. Potential patients or referral sources dial this number and are automatically transferred directly to YOU...not a confusing referral network. When a call comes from your designated marketing area, it automatically connects directly to you.

In the South Florida market our TV advertising dollar does not extend to the weekends, but because of this powerful vanity# we receive calls, Saturday, Sunday and Holidays. A high percentage of our calls are received **AFTER** the commercial has aired.

With 1-800-411-PAIN you will stand out from the crowd. 411PAIN is the most powerful 1-800 vanity number for doctor advertising that creates a brand for your office that's not only appealing, easy to remember and easy to dial, but also dignified. You need to stand out from the crowd and be remembered as the one doctor to call when someone is hurt in an accident and needs to get treatment fast. With a memorable phone number like 1-800-411-PAIN, people will remember who to call.

**There is no such thing as a closed door. You are now 1-800-411-PAIN the attorneys NOW need you more than you need them.**

A potential patient dials 1-800-411-PAIN the number is "pointed" by your direction to any number you wish. Our software allows you to view your calls in real time.

This software allows you to point the number to different phone numbers at any given moment. Example-from 9-12 it can point to your office, from 12-2 it can point to your cell, from 2-8 it can point back to your office, and on weekends to an entirely different number if you wish.

Want even more security? **This software has the ability to record all incoming calls with no additional cost.**

The strength and memorability of this vanity number keeps the potential patient out of the yellow pages and off of the computer looking for your competition.

411Pain.tv -- Your Medical Practice is also a business, and not just a Profession. Page 2 of 2

In an ABA article entitled *1-800-ADVOCACY Vanity Phone Numbers Make Your Advertising Less Forgettable* by Laura Hodes, Dallas Lawyer Robert A. Kraft who has a local number said "If you have a great ad but people can't remember the number, it won't do much good." "I know I don't have a pen handy when I watch TV. Once they call it, they don't forget it." Potential clients see so many ads that it is tempting for them to call another competitor when they have a new problem-especially if they're having difficulty remembering your name and number. You want them to remember and call you before they see ads from another competitor.

http://411pain.tv/how-the-number-works.php    2

Case 1:19-cv-22487-RS   Document 93-13   Entered on FLSD Docket 01/23/2020   Page 4 of 8

411Pain.tv — Your Medical Practice is also a business, and not just a Profession.        Page 1 of 3




## Frequently Asked Questions

**1) About After 911, Call 411, 1-800-411-PAIN**

The most dynamic approach to cultivating patients' and reliable referral sources. Our brand identification is clear and speaks directly to your target market. Originally founded by a group of independent physicians, no organization knows better who your target market is than the 411 Pain Advertising Group. We've spent years perfecting our brand marketing strategies and advertising campaign. 1-800-411-PAIN creates an instant brand. 411PAIN gives you instant status and credibility in the field of personal injury, differentiates you from the competition; and gives you a preferred position in the marketplace. **No other vanity number can do that.**

**2) How do I know that 1-800-411-PAIN is for me?**

When does advertising make sense for your medical office? When you decide that your medical practice is also a business and not just a profession. When you're looking for a continuing supply of new personal injury cases and you are willing to commit to a continuing advertising campaign. 1-800-411-PAIN will let you successfully compete against personal injury doctors and lawyers with big advertising budgets. To be successful, you need to compete. To successfully compete, you need to advertise. Advertising with 1-800-411-PAIN will prevent another doctor or lawyer from advertising with 1-800-411-PAIN and taking patients you would have received from your advertising!

**3) How long will it take before people call?**

Your competition will call immediately to see who the new dominant force in the area is. By the third month you will be looking to expand your practice.

**4) How do I know if my territory (TV market-DMA) is available?**

Call 1-800-411-7246 or drop an email at info@411pain.tv. Just a phone call or email will reserve your territory (DMA) on a first-come-first-serve basis for 10 days with no obligation. Subject to availability.

Case 1:19-cv-22487-RS   Document 93-13   Entered on FLSD Docket 01/23/2020   Page 5 of 8

411Pain.tv -- Your Medical Practice is also a business, and not just a Profession.   Page 2 of 3

**5) How large is my territory?**

Territories are exclusive to only one per TV broadcast market, on a first-come-first-serve basis, so availability is limited! Act Now!

**6) Can you provide me with 1-800-411-PAIN TV commercials?**

There are a series of 411 Pain Advertising Group television commercials. They are ready today to broadcast in your area. For a sample of our Television commercials click here. Additionally, new more dynamic commercials are currently in production as of May 8, 2007!

**7) Can you do everything for me, including media strategy and buying?**

Yes! With over 10 years of experience in television and radio adverstising, I am here to help you become successful.

**8) How can I advertise 1-800-411-PAIN?**

You may use 1-800-411-Pain in any form of media. We will provide you with the appropriate form of advertisement which you can provide to your local Tv Station, or place on Billboards, Bus Benches, and anything else you can imagine.

**9) Do I have to sign a long term contract?**

There is No Contract for the First 30 day free trial. If you wish to use our services after the free trial then you will find our contract quite simple and can be cancelled within the first 30 days.

**10) Do I have to pay any upfront cost?**

No, there are no upfront cost, no set up fees, no installation fee, no telephone bill mark up.

**11) What costs are involved for personal injury advertising?**

1-800-411-PAIN allows you to spend less money and get a bigger bang for your buck. The advertising campaign is based on your personal budget. Remember we absorb the cost of producing the TV and Radio Commercials. Commercial production cost can range anywhere from $5,000 to $15,000 per spot.

**12) How do I know that advertising will work?**

We have been advertising since 1997 with over 10 years of TV and Radio Advertising experience. 1-800-411-PAIN has proven to be the dominant brand. When a competing vanity number using the word PAIN advertised in our market their campaign resulted in more calls to 1-800-411-PAIN. Why? Because After 911, You Call 411, 1-800-411-PAIN.

**13) Do you use 1-800-411-PAIN for your own marketing?**

I am not known as Dr. Robert in South Florida, the attorneys and my competition know me as "411-PAIN." That is how I KNOW my advertising works so well.

**14) How long does it take to set everything up?**

This depends on you. How quickly do you want to get started?

**15) How do I get started?**

411Pain.tv -- Your Medical Practice is also a business, and not just a Profession.     Page 3 of 3

Contact us at 1-800-411-7246 or drop an email at info@411pain.tv

### 16) What Is Real Time?

This feature is very important because injured people, nervous people or even your own mistakes may cause you to write their number down incorrectly, wrong numbers or disconnected numbers are never a problem. With real time you always have the correct number. Your exclusive password allows you to view your account real time so you can manage your account properly. For example: You have purchased air time and your commercial runs at 10:00 am, you can view, in real time, on the computer, exactly how many calls you received. These features are extremely important if you are not personally answering the calls. Remember that you can also record all incoming calls and no additional cost.

### 17) Guarantee, Cancellation and Renewal

Right of renewal to keep your territory for as long as you want. 30 day Cancellation! If you are not satisfied, cancel anytime with only 30 days notice.

Case 1:19-cv-22487-RS Document 93-13 Entered on FLSD Docket 01/23/2020 Page 7 of 8

411Pain.tv -- Your Medical Practice is also a business, and not just a Profession. Page 1 of 3



### Top Ten Reasons to Use 1-800-411-PAIN

**1) They Produce Results!**

Huge companies such as FedEx (1-800-GO-FEDEX®), MCI (1-800-COLLECT®), UPS (1-800-PICK UPS®) AND 1-800-FLOWERS® all started using vanity 800 numbers years ago. If vanity numbers didn't work so well, can you really believe these companies would continue using them? Not a chance! An independent study shows how 1-800-NEW-WHEELS received 14 times the call volume than the same ads using a regular numeric number.

1-800-411-PAIN is bringing the branding power of toll-free vanity numbers to physicians nationally.

**2) Keep Customers out of the Yellow Pages**

Once potential customers KNOW your number, they no longer have to "look you up" in the phone book. It's no different from when you call a good friend without having to look up the number. This is huge! Roto-Rooter® has found that when people go to the Yellow Pages, specifically looking for them, as many as 30% become diverted by the display ads and call someone else. Don't let this happen to your business!

**3) They're Exclusive**

You own the rights to use the vanity number in the precise market area your business covers. It doesn't matter if all your customers are in multiple area codes or zip codes, one hundred percent of **all calls originating from your territory ring directly to YOU.** 1-800-411-PAIN is pointed to your current phone line, cell phone or call center according to your directions.

**4) The Number Speaks for Itself**

Do you think anyone is ever confused about what business 1-800-DENTIST®, 1-800-FLOWERS® or 1-800-COLLECT® is in? Now you have the opportunity to have your ads remembered as 1-800-PETMEDS® and many others. With 1-800-411-PAIN the impression left

Case 1:19-cv-22487-RS   Document 93-13   Entered on FLSD Docket 01/23/2020   Page 8 of 8

411Pain.tv -- Your Medical Practice is also a business, and not just a Profession.   Page 2 of 3

is that yours is an easy-to-reach, easy-to-deal-with consumer-oriented business. Toll-free vanity numbers are truly an affordable way to stand apart from the crowd.

### 5) Vanity Numbers Add Status and Distinction and Boost Your Reputation

People know there's something special about a business that has a great toll-free vanity number. It sets you apart and says "better business" and "customer service." Imagine the value of a radio or TV commercial when the consumer hears 1-800-411-PAIN. Your business rivals simply can't compete with their plain local telephone numbers.

### 6) Word-of-Mouth Advertising

The number is so easy to remember, that when a friend, family member or loved one is in an accident, they remember *After 911, Call 411, 1-800-411-PAIN.*

### 7) It's Easy to Remember

It took Crest toothpaste and Tide detergent decades to become the dominant market-share leaders in their respective industries. By comparison, it took MCI only about 1 year to establish 1-800-COLLECT® as the dominant collect-call market-share leader. Rather than promoting the company's name, marketers shrewdly focused all of their attention on the name/number 1-800-COLLECT®.

### 8) You Don't Have to Be a Franchise to Be a Part of an "Advertising Network"

There's a tremendous advantage in being part of a group in the same industry, but in different markets, all promoting a single number to call when you are injured.

FACT: 7% of the U.S. population moves each year.

When someone moves from a market where the 1-800-411-PAIN number is ingrained into the community as the number to call when you are injured, you have the added benefit that when they move to a new area they know the number to call is 1-800-411-PAIN. So, months later when they are injured, they may dial the number and reach you without ever having seen or heard one of your own ads.

An example is people have moved from South Florida to Mississippi and still call 1-800-411-PAIN when they are injured. Just imagine 25-35 businesses with personal injury ads all promoting YOUR vanity number. It can add up to millions of dollars each year.

### 9) They're Affordable

No Up Front Fees, No Set Up Fees, No Installation Fee, No telephone bill markup.

### 10) The 1-800-411-PAIN Risk-Free Offer

Still not convinced that you should add a vanity number to your marketing? Then check out our Risk-Free Offer: Give it a try for 30 days FREE (less actual per-minute phone charges). Track the calls you receive, and make a decision based on the results.

Call us at 1-800-411-7246 or drop an email at info@411pain.tv