# *Exhibit 14*

```
                                                              Page 1

 1    RE:             ███████████████████
 2    CLAIM NUMBER:    59-0016-4G7
 3    DATE OF LOSS:    10/13/2016
 4    _____/
 5
 6                  VERITEXT COURT REPORTING
                   2 South Biscayne Boulevard
 7                         Suite 2250
                     Miami, Florida 33131
 8                     January 10, 2017
                    1:54  p.m. - 2:52  p.m.
 9
10
11                   EXAMINATION UNDER OATH
12                            OF
13                   ███████████████████
14
15
16         Taken before Nataly Valdes, Florida Professional
17    Reporter and Notary Public in and for the State of Florida at
18    Large.
19
20
21
22
23
24
25
```

```
                                                    Page 18
 1   you go to any other medical providers before going to Ceda?
 2       A.   No.
 3       Q.   How long after you stopped going to this
 4   chiropractor did you start going to Ceda?
 5       A.   I don't remember the exact timeframe, but I'd say
 6   maybe a week.
 7       Q.   How did you find out about Ceda?
 8       A.   I asked my attorney to find something closer to me
 9   then, like, wherever else they wanted to send me.
10       Q.   How did you get to Ceda, did you drive yourself?
11       A.   Uh-huh.
12       Q.   Have you taken any transportation provided by Ceda?
13       A.   No.
14       Q.   Had you been in car accidents prior to the accident
15   in Gainesville?
16       A.   No.
17       Q.   Do you have any chronic conditions or back
18   conditions?
19       A.   From the accident?
20       Q.   No.
21       A.   No.
22       Q.   On the records from the chiropractor's office on
23   Coral Way, it appears there's indication of lumbar spine
24   scoliosis.
25       A.   I don't have scoliosis.
```