# *Exhibit 15*

```
 1
 2                  EXAMINATION UNDER OATH OF
 3                  ███████████████
 4            RE:   CLAIM NUMBER 59-0982-3X6
 5  _____
    EXAMINATION
 6  UNDER OATH:           ███████████████
 7  DATE:                 Thursday, May 25, 2017
 8  TIME:                 12:00 p.m. - 1:45 p.m.
 9  PLACE:                ORANGE LEGAL - MIAMI
                          6303 Blue Lagoon Drive
10                        Suite 380
                          Miami, Florida 33126
11
    STENOGRAPHICALLY
12  REPORTED BY:          VANESSA OBAS, RPR
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      Q.   Okay.  Well, let's go backwards for a moment.
 2   You said you called Rubinstein's office first?
 3      A.   Yes.
 4      Q.   Did you call a lawyer/doctor referral service
 5   like 305-NOFAULT or 411-PAIN or did you call an actual
 6   telephone number for his office?
 7      A.   To the office, as they advertised.  The
 8   accident.
 9      Q.   So you're sitting in Dr. Barrera's office and
10   it just so happens that a Rubinstein commercial comes on
11   the TV?
12      A.   Yes.
13      Q.   All right.  And did you call from
14   Mr. Rubinstein's office or from Dr. Barrera's waiting
15   room?
16      A.   No, from my house.
17      Q.   Later that same Monday?
18      A.   Yes.
19      Q.   All right.  And then they got the information
20   from you, they put you on hold and then they referred
21   you to the lawyer that you had that no longer represents
22   you, Irwin Ast?
23      A.   What name did you just mention?
24      Q.   Irwin, I-R-W-I-N, A-S-T?
25      A.   Irving (phonetic)?
```

| | | |
|---|---|---|
| 1 | Q. | Yes. |
| 2 | A. | Yes. |
| 3 | Q. | Yes. |
| 4 | A. | See, It's Irving (phonetic). |
| 5 | Q. | All right. And then he was the one that sent you to the Ceda clinic? |
| 7 | A. | Yes. His secretary. |
| 8 | Q. | Did anyone from his office come to your house? |
| 9 | A. | Yes. And Salome. |
| 10 | Q. | And did she come to your house that Monday, the same day you called? |
| 12 | A. | No. I don't recall what day, but I know it was in the afternoon. |
| 14 | Q. | Did she come before or after you started treating at Ceda? |
| 16 | A. | That's where she referred me to go. They were the ones who told me to go there. |
| 18 | Q. | Right. But did you start going to Ceda before someone came to your house? |
| 20 | A. | After. When they told me to go there. |
| 21 | Q. | Okay. So the first day that I have for Ceda is Tuesday, February 28th? |
| 23 | A. | Yes. The 28th, yes. |
| 24 | Q. | What were you told about Ceda? |
| 25 | A. | The only thing that the secretary told me -- |