*Exhibit 16*

Page 1

INSURED:

CLAIM NUMBER:         59-965M-293

INSURANCE CARRIER     STATE FARM

OUR FILE NO.:         SF2-16-5020

IN RE: EXAMINATION UNDER OATH OF



ORIGINAL

    The Examination Under Oath of ▇▇▇▇▇▇▇, taken on Monday, November 28, 2016, beginning at 2:05 p.m. and concluding at 3:15 p.m. at 1031 Ives Dairy Road, Suite 228, North Miami, Florida, before SANDI DIGIAIMO, Professional Shorthand Reporter.

APPEARANCES

BENJAMIN L. SCUTELLARO, ESQUIRE OF:

JONATHAN S. BROOKS, P.A.

800 Fairway Drive, Suite 100

Deerfield Beach, Florida 33441


YUDITH BARROSO, ESQUIRE, APPEARING TELEPHONICALLY, OF:

LAW OFFICE OF ALEXIS IZQUIERDO, P.A.

102 East 49th Street

Hialeah, Florida 33013

```
                                                      Page 15
 1      Q.  At the time of the accident were you working?
 2      A.  No.
 3      Q.  At the time of the accident, had the Fall
 4   semester started?
 5      A.  I want to say yes but I'm not sure.  I'm not
 6   completely sure.
 7      Q.  For college, do you have a set schedule every
 8   week?
 9      A.  Well, I do my classes online because I have a lot
10   of things going on in my life.  I basically just -- I
11   have to have a certain amount of hours completed for
12   each course by the end of the semester.  I think it is
13   like 14 hours.
14      Q.  Is there a specific time you have to be logged
15   on?
16      A.  No.  We get timeframes for quizzes, June 6th to
17   June 10th, you know is a timeframe.  And we also get a
18   timeframe for our proctor exams, we have to go in to a
19   college campus and take the test.
20      Q.  But you don't have a set schedule like you have
21   to be online from 3:30 to 5:00 or anything like that?
22      A.  No.
23      Q.  After the impact happened in the accident, what
24   happened next?
25      A.  ███ was immediately feeling pain in her neck and
```

Page 16

1  back, so the ambulance came for her. I think she was
2  uncomfortable getting on the stretcher bed, so they
3  told us I was able to take her to a doctor. They left
4  her with the neck brace, though. I, myself, at the
5  moment wasn't really feeling better. I wasn't sure so I
6  set an appointment. I called 411 Pain and we set an
7  appointment to see the -- to go to the therapy the same
8  day.
9      Q. Did 411 Pain refer you to Ceda?
10     A. They referred me to an attorney who referred me
11 to Ceda.
12     Q. And you said the ambulance left ▓, they left a
13 neck brace for her?
14     A. They had a neck brace on her, yes.
15     Q. How long did you stay at the scene of the
16 accident?
17     A. I want to say 30 minutes, 45 minutes, maybe even
18 less.
19     Q. Did you speak to the other driver at all?
20     A. No.
21     Q. Did you observe any damage to your car after the
22 accident?
23     A. Yes, the whole middle of it between the passenger
24 side was all dented in.
25     Q. Was your car drivable?

Page 28

1   month ago, maybe a month.
2   Q.  Did they tell you how much they were charging for
3   that belt?
4   A.  They said that Medicaid covers it.
5   Q.  Medicaid?
6   A.  Medicaid or something.  I don't know.  They
7   didn't tell me anything about charging me for it.
8   Q.  Did they tell you they were charging your
9   insurance for it?
10  A.  I'm not sure.
11  Q.  Do you remember if they gave you a prescription
12  for the belt that you could --
13  A.  No, they just gave me the belt.
14  Q.  Are you still using the belt?
15  A.  Yes, I do use it.
16  Q.  How often do you use it, or how do you use it?
17  A.  Well, I use it when I'm on my laptop, when I'm
18  doing work.  When I'm doing schoolwork, because after
19  sitting up for a while, my neck and my lower back starts
20  to strain.  So I took it one time with me at work when I
21  was working in the stockroom.  It is amazing.
22  Q.  Did they give you any other devices to take home?
23  A.  No.  I'm lying, when we first got there, they did
24  give a little, like welcome package or something with
25  some gel thing in it and some pain relieving cream.  The

Page 29

1   pain relieving cream is good too.
2       Q.   When was the last time you went to Ceda?
3       A.   Saturday.
4       Q.   How many times have you gone on Saturday?
5       A.   How many Saturdays have I gone?
6       Q.   Yes.
7       A.   A few.  I don't know exactly how many Saturdays,
8   but more than three or five.
9       Q.   When's the next time you plan on going back to
10  Ceda?
11      A.   Today, maybe.
12      Q.   You mentioned signing some forms when you started
13  going there, do you have to sign anything on a daily
14  basis when you go there?
15      A.   Yes, we have to sign in on this little mini kiosk
16  thing.  And they give us a personal identification
17  number, and we also sign out.  Before we sign out, they
18  confirm with us that they did the regular daily
19  procedure that we are supposed to do, and that's it.
20      Q.   What do you mean the regular daily procedure?
21      A.   Like they make sure that we got the electronic
22  stuff and everything we were supposed to do.
23      Q.   Are you referring to the therapy?
24      A.   Yes.
25      Q.   How do they confirm whether or not -- or what