*Exhibit 17*

Page 1

```
 1            EXAMINATION UNDER OATH
 2
 3   Date of Loss: September 18, 2016
 4   Claim No.: 59-9F02-994
 5   Named Insured: ███████
 6   Our File No.: 89007
 7
 8       EXAMINATION UNDER OATH OF ███████
 9
10            JANUARY 9, 2016
11         10:31 A.M. TO 1:03 P.M.
12
13              KUBICKI DRAPER
14          25 WEST FLAGLER STREET
15               PENTHOUSE
16             MIAMI, FL 33130
17
18   REPORTED BY:
19   CAROLINE COUSINS, COURT REPORTER
20   NOTARY PUBLIC, STATE OF FLORIDA
21
22
23
24
25
```

Page 2

```
 1        APPEARANCES OF COUNSEL
 2  ON BEHALF OF THE CARRIER:
 3   Mike Fogarty, Esquire
     Kubicki Draper, P.A. - Miami
 4   25 W Flagler St. Penthouse
     Miami, Florida 33130
 5   305.374.1212
     mjt@kubickidraper.com
 6
     Elaine Smith, Adjuster
 7   State Farm Insurance Company
 8  ON BEHALF OF THE CLAIMANT:
 9   Bruno Grambroni, Paralegal
     Reyes Law Group
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
                                   Page 3
 1          INDEX OF EXAMINATION
 2  WITNESS: ███████
                              PAGE
 3  DIRECT EXAMINATION
      By Mike Fogarty, Esquire        5
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
                                   Page 4
 1          INDEX OF EXHIBITS
 2  EXHIBIT      DESCRIPTION       PAGE
 3    1      COPY OF DRIVER'S LICENSE    7
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 17
1  and stopped like in front of me. So, of course, we had
2  our fears at that particular moment that maybe it's
3  going to turn out to be a hit and run. He started
4  screaming to us, "I'm not leaving, I am not leaving, I
5  was just trying to get out of the way". So, I do not
6  know whether that photo still exists by nature or
7  whether it's been deleted or erased.
8    Q  Okay. I think I asked you before, I forget,
9  did the airbags deploy in your car?
10   A  No.
11   Q  Were you wearing your seatbelt at the time?
12   A  Yes.
13   Q  Did the force of the impact cause you to hit
14 some other part of the interior of your car like maybe
15 bounce off the steering wheel or the dashboard or
16 something?
17   A  No.
18   Q  All right. Did you feel any injuries at the
19 time of the accident like immediately after the
20 accident?
21   A  I felt like a seatbelt strain that was on me,
22 began to kind of hurt me in that area, and I also began
23 feeling like a strong headache, but I'm thinking maybe,
24 you know, just the -- simply being scared.
25   Q  Did the -- eventually, you said the police did

Page 18
1  arrive on the scene.
2    A  Yes.
3    Q  Did you have any conversations with the police
4  when they arrived?
5    A  Yes.
6    Q  Did the police officer ask you if you were
7  injured?
8    A  I don't recall.
9    Q  Did you tell the police officer that you were
10 injured in many ways at the accident scene?
11   A  No.
12   Q  Al right. Did an ambulance come for you or
13 any of your passengers or at all?
14   A  No.
15   Q  Did you -- was your car drivable after the
16 accident?
17   A  No.
18   Q  How did you leave the accident scene?
19   A  They brought a tow truck and they took it to a
20 parking lot at a Wal-Mart. And then afterwards my
21 husband was the one who handled everything else because
22 I left.
23   Q  How did you leave? Did you take an Uber or
24 get a drive from somebody?
25   A  My brother picked me up.

Page 19
1    Q  Okay. Did you go to the hospital at all that
2  day? And when I say hospital, I mean like emergency
3  room.
4    A  No.
5    Q  You said you initially started feeling a
6  headache and also some pain where the seatbelt was.
7  Those were your only initial injuries, is that correct?
8    A  At that moment, yes.
9    Q  Okay. When did your other symptoms first
10 start to appear?
11   A  Like a few hours -- two hours later than that
12 I began to feel uncomfortable, to feel pains and it
13 began to escalate through the next few days.
14   Q  Okay. At a certain point in time, did you try
15 to seek medical treatment for your injuries?
16   A  When I went to the clinic.
17   Q  Okay. How many days after the accident was
18 your first visit to a clinic?
19   A  It could've been before the week or maybe
20 around when the week came about, more or less.
21   Q  What was the name of the clinic you decided to
22 go to?
23   A  CEDA, C-E-D-A.
24   Q  Which CEDA location did you go to?
25   A  Hialeah at 49th.

Page 20
1    Q  And how did you decide to go to CEDA? Were
2  you referred there?
3    A  The attorney recommended me to go.
4    Q  Okay. Let me clarify this from here moving
5  forward. That's fine. There's nothing wrong with your
6  answers, but moving forward, I don't want to know about
7  any conversations you've had with your attorney. I'm
8  not trying to make my questions such that it doesn't
9  invade that privilege you enjoy, but any conversations
10 you had between just you and your attorney are totally
11 private between you and your attorney. Okay. So, I
12 just want to say that. Okay. So, you go to see them
13 about a week or maybe a little less than a week after
14 the accident.
15   A  Yes.
16   Q  Okay. Did you choose the Hialeah location
17 because it was close to where you live?
18   A  Yes.
19   Q  Okay. I'm going to ask you some questions
20 about the first visit you had at CEDA. When you first --
21 the first day you went there, was it a weekday or a
22 weekend?
23   A  It was a weekday.
24   Q  Okay. Do you remember approximately what time
25 of day?