*Exhibit 19*

Page 1

1      EXAMINATION UNDER OATH OF
2         ▇
3
4   Insured:     ▇
5   Claim No.:   59-0884-7V3
6   Date of Loss:  February 18, 2017
7
8   ****************************************************
9
   Date Taken:   April 18, 2017
10
   Time:         10:17 a.m. - 12:57 p.m.
11
   Taken By:     Jessica Zlotnik Martin, Esquire
12                On behalf of State Farm Mutual Automobile
                  Insurance Company
13
   Location:     Orange Legal
14                6303 Blue Lagoon Drive
                  Suite 380
15                Miami, Florida 33126
16 Reported By:   Cristal Luza,
                  Court Reporter and
17                Notary Public, State of Florida at Large.
18 Transcribed By: Kelly Roma,
                  Court Reporter and
19                Notary Public, State of Florida at Large.
20
21
22
23
24
25

Page 2

1       APPEARANCES:
2  SHERLINE CAMERON WILSON, ESQUIRE
   OF:  The Law Offices of Jimmy De La Espriella
3       2151 South Le Jeune Road
        Suite 305
4       Coral Gables, Florida 33134
        305-665-1167
5       Service@miamiattorneysatlaw.com
6       On behalf of the Insured,
           (Appeared telephonically)
7
8  JESSICA ZLOTNIK MARTIN, ESQUIRE
   OF:  Roig Lawyers
9       1255 South Military Trail
        Suite 100
10      Deerfield Beach, Florida 33442
        954-462-0330
11      Jmartin@roiglawyers.com
12      On behalf of the State Farm Mutual Automobile
   Insurance Company.
13
14 ALSO PRESENT:
   Deborah Spector, Interpreter
15
   Stephanie Presto, State Farm Adjuster
16
17
18
19
20
21
22
23
24
25

Page 3

1              INDEX
2  TESTIMONY OF ▇
3  Examination by Ms. Martin          5
4  CERTIFICATE OF OATH                79
   CERTIFICATE OF REPORTER            80
5  ERRATA SHEET                       81
6
7
8
9              EXHIBITS
10 Exhibit No. 1                       8
11 (Driver's License)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1       - - - -
2          PROCEEDINGS
3       THE REPORTER: All right. Madam Interpreter,
4    will you please raise your right hand.
5       Do you solemnly swear to faithfully and
6    accurately interpret from English into Spanish and
7    from Spanish into English to the best of your
8    abilities?
9       THE INTERPRETER: I do.
10      THE REPORTER: Thank you very much.
11         DEBORAH SPECTOR,
12      Spanish Interpreter, having first been duly
13 sworn, translated the proceedings as follows:
14      THE REPORTER: Now would you please have the
15   witness raise her right hand.
16      Do you solemnly swear that the testimony that
17   you are about to give is going to be the truth, the
18   whole truth, and nothing but the truth?
19      THE WITNESS: I do.
20      THE REPORTER: Thank you very much.
21      We are officially on record. Today is April
22   the 18th, 2017, and the time is approximately
23   10:18 a.m. Before we start, will counsel please
24   introduce yourselves and who you represent and
25   everybody present for the record.

## Page 29

1  Q. So I think you told me you work Tuesday,
2  Thursday, Friday, and Saturday; did I get that right,
3  usually?
4  A. Yes.
5  Q. Okay. And was that week following the
6  accident a week where that would have been your schedule?
7  A. I think so.
8  Q. Okay. So Tuesday we just said you went to
9  work. Did you go to work Wednesday, the next day which
10 would have been the 22nd?
11 A. No.
12 Q. Okay. And did you go to work Thursday which
13 would have been the 23rd?
14 A. Yes, I did. I had to go.
15    MS. MARTIN: What did she say just now about
16 before? Antes means before, right?
17    THE WITNESS: I went to work. I couldn't
18 stay the whole day because I was in a pain.
19 BY MS. MARTIN:
20 Q. Had you gone for medical treatment at that
21 point?
22 A. No.
23 Q. Okay. And then Friday, the 24th, did you go
24 to work that day following the accident?
25 A. Yes.

## Page 30

1  Q. Were you able to complete a full day, if you
2  recall?
3  A. I don't recall.
4  Q. Okay. Had you gone for medical treatment at
5  that point yet?
6  A. No.
7  Q. When do you believe -- when do you recall
8  first going for treatment? Would it have been that
9  following week?
10 A. About a week after the accident, yes, about.
11 Q. Okay. So the accident we talked about was
12 Saturday, the 18th. So Saturday, the 25th, I think would
13 have been a week, and then that following Monday was the
14 27th. Is that -- I'm sorry. Go ahead?
15 A. Around a week after the accident.
16 Q. Do you have a smartphone?
17 A. Yes.
18 Q. Do you have a calendar on it?
19 A. Yes.
20 Q. Would it help if you looked at the calendar
21 for February of 2017?
22 A. To look at the calendar for February 17th?
23 Q. Yes. I'm visual, so what I do on my phone is
24 I pull up the month that we're talking about, and I see
25 the different days and which days of the week they are.

## Page 31

1  That helps me.
2     So my question is: Would that help you to
3  understand when a week after the accident was if you saw
4  it, you know, on a calendar? Do you understand what I'm
5  saying?
6  A. I understand, but even if I look, I'm not
7  sure what day I started treatment.
8  Q. Okay. Well, just take a look. Maybe it jogs
9  your memory.
10 A. I looked.
11 Q. Okay. Do you see the days that we were just
12 talking about? We just went through that week of the
13 21st, I think, or the 20th was Monday, right? that was
14 the Monday following your accident; is that right?
15 A. Monday the 20th after the accident, what do
16 you want to know about Monday?
17 Q. I don't want to know anything. I'm just
18 trying to make reference of the questions we just went
19 through, which was following that first week after the
20 accident. We went through the 20th, the 21st, the 22nd,
21 the 23rd, and the 24th. And we established, I think,
22 that you had not yet gone for treatment; is that correct?
23 A. That week I did not go for treatment, that's
24 correct.
25 Q. Okay. And then the following week starts off

## Page 32

1  on Saturday [sic] the 26th, Monday the 27th, Tuesday the
2  28th. Do you see that? Saturday [sic], and the 27th is
3  Monday and Tuesday the 28th. Do you see that?
4  A. I see it.
5  Q. Is that the week you think you started
6  treatment?
7  A. It could be, but I'm not sure.
8  Q. Okay. How did you find the facility that you
9  went to for treatment?
10 A. A friend recommended it.
11 Q. Had she treated at the facility before?
12 A. I don't know.
13 Q. What did -- well, what is the name of the
14 facility she recommended?
15 A. Ceda Health.
16 Q. Which location?
17 A. Southwest 71st Avenue and 72nd Street.
18 Q. Okay. And what did she tell you about Ceda?
19 A. That I could get -- that the doctors could
20 see me there.
21 Q. Do you know if she works for Ceda?
22 A. Yes.
23 Q. What does she do for Ceda?
24 A. I'm not sure.
25 Q. Okay. Do you ever see her when you go for

## Page 33

1 treatment?
2  A. No.
3  Q. How do you know her and what's her name?
4  A. Her name is Patricia. I have known her for a
5 long time because her children and mine were in the same
6 daycare.
7  Q. Do you talk to her often?
8  A. More or less.
9  Q. Okay. And did you reach out to her after the
10 accident, or did she reach out to you after the accident?
11  A. I don't remember who reached out.
12  Q. Okay. How did she know you were involved in
13 an accident?
14  A. I told her.
15  Q. Does she get a referral fee if she brings
16 patients to the facility?
17  A. I don't know.
18  Q. Did you make your appointment for yourself at
19 Ceda or did she?
20  A. I did.
21  Q. Did she give you the contact information?
22  A. Yes.
23  Q. And when -- when after the accident did you
24 have the conversation with Patricia?
25  A. I don't remember.

## Page 34

1  Q. Did they also recommend an attorney?
2  A. Yes.
3  Q. Is it the attorney that you have presently?
4  A. Yes.
5  Q. Have you ever seen Patricia at the attorney's
6 office?
7  A. No.
8  Q. Do you know whether Patricia works for the
9 attorney's office?
10  A. I don't know.
11  Q. What did Patricia tell you about the
12 attorney?
13  A. Just that she knew of this attorney by
14 reference.
15  Q. Okay. And did you call the attorney, or did
16 the attorney call you?
17  A. I don't remember.
18  Q. When did you retain the attorney?
19  A. I think also about a week after the accident.
20  Q. Did you go for treatment first or retain the
21 attorney first?
22  A. The treatment first.
23  Q. Okay. And what's Patricia's last name?
24  A. I don't remember.
25  Q. Do you have her contact in your phone?

## Page 35

1  A. Yes.
2  Q. Can you give us her phone number?
3  A. I don't think so.
4  Q. But why?
5  A. Because I don't know if she wants me to give
6 out that information and her telephone number.
7  Q. Does the contact in your phone have her last
8 name?
9  A. No.
10  Q. Can you check?
11  A. Yes. I looked.
12  Q. Okay. And it just says Patricia?
13  A. It just says Patty.
14  Q. Okay. Is that what she goes by?
15  A. Yes.
16  Q. And you don't want to give us her phone
17 number?
18  A. No.
19  Q. When you made the appointment at Ceda, did
20 you tell them that Patty or Patricia referred you?
21  A. I don't think so.
22  Q. What did -- do you remember who you spoke
23 with at Ceda when you first called for an appointment?
24     THE INTERPRETER: I'm sorry. The interpreter
25   didn't hear the question.

## Page 36

1     MS. MARTIN: I'm sorry.
2 BY MS. MARTIN:
3  Q. Do you know who you first spoke with when you
4 made the appointment at Ceda?
5  A. No.
6  Q. What did you tell them over the phone?
7  A. To make the appointment, I said I wanted to
8 see the doctor because I had an accident.
9  Q. Okay. Did you have to bring anything with
10 you to your first appointment?
11  A. My ID as far as I recall.
12  Q. Was your first appointment at the location
13 you gave me, the Southwest 71st Avenue and 72nd Street?
14  A. No.
15  Q. Where was your first -- at what location was
16 your first appointment?
17  A. It was on 8th Street, Southwest 8th and
18 100.something. I don't remember the address.
19  Q. The address I have is 11890 Southwest
20 8th Street, Suite 400.
21  A. It could be. I think so.
22  Q. Do you remember it being on the fourth floor?
23  A. I couldn't say for sure.
24  Q. Okay. And how many times did you go to that
25 location on 8th Street?

Page 49

1  A. No.
2  Q. Did you do any tests where you were laying on
3  your stomach on the first visit in the room with the
4  white doctor with the dirty blond hair?
5  A. No.
6  Q. Did he ask you to walk on your heels and your
7  toes?
8  A. No.
9  Q. Did he have you -- it's almost like a DUI
10 test, eyes closed, finger to nose on each side?
11 A. No.
12 Q. Did you have any complaints of difficulty
13 walking?
14 A. No.
15 Q. Did you have any coordination problems from
16 the accident?
17 A. No.
18 Q. Any problems with balance?
19 A. No.
20 Q. Did you have any problems with flexibility?
21 A. If I bend over, my back may hurt.
22 Q. Okay. Did you have any issues with posture?
23 A. No.
24 Q. Did the doctor, still on the first visit in
25 the room, the white guy with the dirty blond hair, did he

Page 50

1  do any kind of sensory tests where they would rub a dull
2  or sharp object on your skin and ask you if you felt it?
3  It's called a sensory pinwheel exam.
4  A. I don't remember if that doctor did that. I
5  know the other doctor that I saw did that, the one that
6  gave me the therapy.
7  Q. All right. We'll talk about that in a
8  minute.
9     Do you know what a reflex hammer looks like?
10 A. Yes.
11 Q. Did the doctor on the first visit use a
12 reflex hammer to test your reflexes?
13 A. I don't remember.
14 Q. After talking with the doctor in the room, I
15 guess you said he asked you questions and he referred you
16 for x-rays?
17 A. Yes.
18 Q. Did he say you would need any other type of
19 diagnostic tests other than x-rays?
20 A. Yes.
21 Q. What did he tell you?
22 A. That I might need an MRI or CT scan.
23 Q. And what would -- what would be determinative
24 of whether you did, in fact, need an MRI or CT scan?
25 A. What would be determinative, I don't know.

Page 51

1  For him to be sure what problems I had in my neck or my
2  back.
3  Q. Okay. Did you have an MRI or CT scan?
4  A. Yes.
5  Q. Which one did you have?
6  A. CT scan.
7  Q. Do you know why it was a CT scan rather than
8  an MRI?
9  A. I preferred the CT scan because I might get
10 claustrophobia with the MRI.
11 Q. I understand that.
12     Where did you have the CT scan performed?
13 A. At the clinic on Sunset.
14 Q. Was the CT scan equipment inside Ceda's
15 clinic?
16 A. No.
17 Q. Was it a different office suite in the same
18 building?
19 A. No.
20 Q. Okay. So where was it, what location?
21 A. It was, like, portable. It came and it
22 parked. It was, like, a truck.
23 Q. And was the mobile truck -- had you noticed
24 it in the parking lot before the day that you were
25 receiving the test?

Page 52

1  A. No.
2  Q. Do you know the name of the company that
3  brought the machine to Ceda?
4  A. No.
5  Q. Were you given a choice of different
6  facilities where you could receive a CT scan?
7  A. I don't think so.
8  Q. Okay. So one day you just were told you
9  would have the test and the machine would be at the
10 office?
11 A. They gave me an appointment for the day that
12 the machine would be there.
13 Q. Do you remember the day that that was?
14 A. No.
15 Q. Do you remember what month it was in?
16 A. We're in April. Maybe March.
17 Q. Okay. Did anyone give you the results of the
18 CT scans?
19 A. Yes.
20 Q. Who gave you the results?
21 A. The doctor who works at the clinic on Sunset.
22 Q. What's the name of the doctor at the clinic
23 on Sunset?
24 A. I don't know.
25 Q. And before I forget, why did you first go to

### Page 61

1  A. No.
2  Q. Did the female doctor appear to have your
3  file with her when she met with you in her office?
4  A. Yes.
5  Q. Okay. And when you say yes, what -- can you
6  describe what you saw?
7  A. She was looking at her papers when she asked
8  me questions.
9  Q. Do you know if in the papers she had your
10 treatment notes from the physical therapy you were
11 undergoing?
12 A. That I don't know.
13 Q. Did she ask you about the physical therapy
14 that you had received so far?
15 A. I don't remember.
16 Q. Did anyone at Ceda at any point in time take
17 your vital signs? Do you know what I mean by vitals?
18 Blood pressure, pulse, for example.
19 A. Yes, yes.
20 Q. When was your blood pressure and pulse taken?
21 A. Before I saw the doctor, the male doctor.
22 Q. On the first visit?
23 A. On the first visit.
24 Q. Was your height and weight also taken?
25 A. I think so.

### Page 62

1  Q. Okay. On the day that you saw the female
2  doctor on the Sunset Drive location, were your vitals
3  taken?
4  A. I don't remember.
5  Q. Did the female doctor take your temperature?
6  A. No.
7  Q. Do you recall your temperature being taken at
8  Ceda at any point?
9  A. I don't think so.
10 Q. Okay. Did the female doctor do anything to
11 physically examine your neck?
12 A. No.
13 Q. Did the female doctor do anything to
14 physically examine your back?
15 A. No.
16 Q. Same question: Did the female doctor do
17 anything to physically examine your knees?
18 A. No.
19 Q. At the time that you met with the female
20 doctor, did you still have knee pain?
21 A. I don't think so.
22 Q. Each time that you went for therapy at Ceda,
23 were you asked to rate your pain on the pain scale I had
24 asked you about earlier?
25 A. Yes.

### Page 63

1  Q. Okay. And who asked you to rate your pain on
2  each visit?
3  A. The people who were in charge of doing the
4  therapy.
5  Q. Okay. So were there multiple therapists?
6  A. Yes. There's several people working there.
7  Q. Was it -- did you receive the same therapy
8  treatment each visit?
9  A. Yes.
10 Q. Did anyone do an adjustment?
11 A. Yes.
12 Q. What is your understanding of an adjustment?
13 A. I don't know exactly, but the doctor -- the
14 male doctor has done it both manually and with a little
15 thing that clicks.
16 Q. An activator I think it's called?
17 A. I don't know what it's called.
18 Q. Who's the male doctor who performed the
19 adjustments?
20 A. The doctor at the Sunset clinic.
21 Q. Do you remember his name?
22 A. I do not remember.
23 Q. What does he look like?
24 A. White, brown hair.
25 Q. Older? Younger?

### Page 64

1  A. Young.
2  Q. Is he a chiropractor?
3  A. I think so.
4  Q. I have a name Karim, and I'm going to spell
5  the last name Habayeb, H-a-b-a-y-e-b.
6     THE INTERPRETER: I'm sorry. H-a-b-a-y --
7     MS. MARTIN: E-b, Habayeb.
8     THE REPORTER: What was the first name?
9     MS. MARTIN: Karim, K-a-r-i-m.
10    THE WITNESS: I really don't know.
11 BY MS. MARTIN:
12 Q. Okay. Does the chiropractor that you
13 described do anything for you other than perform the
14 adjustments?
15 A. He told me to stand up and to put my arms
16 down at my sides. What else? Let me see.
17 Q. Did you have an exam by the chiropractor,
18 where he touched your body and did some tests?
19 A. He did a manual adjustment.
20 Q. Was there a time towards -- well, are you
21 still treating?
22 A. Yes.
23 Q. When was the last time you went for treatment
24 at Ceda?
25 A. Yesterday.