*Exhibit 20*

Dear Monica,

Enclosed please find 1-800-411-PAIN Referral Service annual report.

Sincerely,

1-800-411-PAIN Referral Service, LLC

The Florida Bar
RECEIVED
APR 19 2018
LEGAL DIVISION
TALLAHASSEE, FLORIDA

## RULE 4-7.22 (QUALIFYING PROVIDER) REPORT

This form is submitted pursuant to Rule 4-7.22 of the Rules Regulating The Florida Bar for the year __2018__. I hereby certify the following:

1. The names and bar numbers of all attorneys associated with the qualifying provider service is attached as Exhibit "A"; and

2. This provider only refers clients to persons lawfully permitted to practice law in Florida when the services to be rendered constitute the practice of law in Florida; and

3. This provider files its advertisements disseminated in Florida with the Florida Bar's Ethics and Advertising Dept. for review before disseminating any such advertisements and engages in no communication with the public and in no direct contact with prospective clients in a manner that would violate the Florida Rules of Professional Conduct if the communication or contact were made by the lawyer; and

4. This provider files an annual report with The Florida Bar, with the names and Florida bar membership numbers of all lawyers participating in the service; and

5. This provider gives all participating lawyers documentation showing that the qualifying provider is in compliance with this rule; and

6. This provider responds in writing, within 15 days, to any official inquiry by bar counsel when bar counsel is seeking information relating to Rule 4-7.22 or is investigating the conduct of the qualifying provider or a lawyer who participates with the qualifying provider; and

7. This provider neither represents nor implies to the public that the qualifying provider is endorsed or approved by The Florida Bar; and

8. This provider uses its actual legal name or a registered fictitious name in all communications with the public; and

9. This provider affirmatively discloses to all prospective clients at the time a referral, match or other connection is made, the geographic location [city, town, or county] of the lawyer to whom the client is being referred, matched, or otherwise connected; and

10. This provider does not use a name or engage in any communication with the public that could lead prospective clients to reasonably conclude that the qualifying provider is a law firm or directly provides legal services to the public.

Date: __4-17-18__   Signature _____
Qualifying Provider Owner or Authorized Signatory

The Florida Bar
**RECEIVED**

APR 1 9 2018

LEGAL DIVISION
TALLAHASSEE, FLORIDA

Name of Qualifying Provider Service  1-800-411-PAIN Referral Service
Representative
Print Name  JAMES AVELLO
Address  4611 S. University Dr; Ste. 510 Davie, FL 33328
Phone Number  954-237-4788

Please furnish contact information if different than listed above.

Contact Name  Robert Lewin
Address  4611 S. University Dr. Ste. 510 Davie, FL 33328
Phone  954-237-4788

Return to:     The Florida Bar
               Attention: Monica Burkes, Lawyer Regulation
               651 East Jefferson Street
               Tallahassee, Florida 32399-2300

If you have any questions, please contact Monica Burkes at (850) 561-5775 or at mburkes@flabar.org

**The Florida Bar
RECEIVED**

APR 1 9 2018

**LEGAL DIVISION
TALLAHASSEE, FLORIDA**

Exhibit A
1-800-411-Pain Referral Service, LLC.
Rule 4-7.22 (Qualifying Provider) Report

**Attorney** | | **Bar Number**

| Attorney First | Attorney Last | Bar Number |
|---|---|---|
| Paul | Catania | 764558 |
| Peter | Catania | 841838 |
| Christopher | Miles | 638293 |
| Gregory S. | Kamp | 45292 |
| Heather | Ploch | 541729 |
| Jose | Toledo | 188913 |
| Gail | Cheatwood | 794171 |
| Paul | Kimsey | 988472 |
| Mark | Stallworth | 506079 |
| Courtney | Smith | 454125 |
| Sanga | Turnbull | 585327 |
| Stacy | Ortiz | 556386 |
| Nadine | Appleton | 166227 |
| Melodie | Lopez | 39942 |
| Kevin | Humphries | 627801 |
| Vincent | Pawlowski | 747718 |
| Ken | Mastrelli | 360971 |
| Rafael | Romero | 544809 |
| Robert | Healy | 173990 |
| Paul | Rebein | 488004 |
| George | Andriotis | 35260 |
| Bryan | Esposito | 61129 |
| John | Cuesta | 980330 |
| Mustafa | Ameen | 37336 |
| George | Lorenzo | 849596 |
| Jeremy | Clark | 64753 |
| Matthew | Kochevar | 153400 |
| Jeffrey | Lipps | 747246 |
| Zack | Melkonian | 137952 |
| Alex | Lao | 177131 |
| Joseph | Vecchioli | 497770 |
| Deanne | West | 527386 |
| Alex | Fiol | 884723 |
| Paul S. | Reed | 83143 |
| Frank | Fernandez | 998508 |
| Robert | Chadwick | 611824 |
| Eric | Nowak | 72271 |
| Dan | McBreen | 580007 |
| John | Orrick | 28225 |
| John | Brewer | 530069 |

| | | |
|---|---|---|
| Ben A. | Vinson | 95227 |
| Syed | Ahmed | 157848 |
| David | Perrott | 726605 |
| Dario | Diaz | 84883 |
| Joshua | Sheridan | 615536 |
| Sean | McQuaid | 311730 |
| David | Dismuke | 487619 |
| Frank | Mora | 88748 |
| Stephen | Brooks | 569800 |
| Beach | Brooks | 123503 |
| Christopher | Ligori | 11045 |
| Lee | Pearlman | 53551 |
| Christian | Denmon | 34022 |
| Lisette | Sanchez | 116063 |
| Carl | Reynolds | 581801 |
| Lisa | Kennedy | 112043 |
| Brandon | Jones | 91742 |
| Zach | Armocida | 101473 |
| Cyrus | Malhotra | 22751 |
| Mark | Hughes | 1003464 |
| Philip | Weylie | 99216 |
| CJ | Czaia | 934429 |
| Mark | Sessums | 818534 |
| Angelina | Whittington | 19666 |
| Peter | Tragos | 106744 |
| Carlos | Melendez | 47752 |
| Michael | Ferderigos | 604011 |
| Michael | Gibson | 26105 |
| Joseph | Greschner | 33610 |
| Marc R. | Williams | 984604 |
| Steve M. | Johnson | 870188 |
| Franklin T. | Walden | 169928 |
| Lou | Pendas | 112356 |
| Piercy | Stakelum | 135410 |
| Kathryn | Mantia | 849359 |
| Michael | Manglardi | 709735 |
| Julio | Martinez | 603181 |
| Michael | Moore | 844462 |
| Mark | Nejame | 310931 |
| Jason | Reckslider | 92060 |
| Mark | Shapiro | 9070253 |
| Peter | Shapiro | 972886 |
| Mark | Thush | 999105 |
| Walter | Benenati | 46679 |
| Victor F. | Rodriguez | 113712 |
| Dan | Tocco | 816531 |
| Robert | Rubenstein | 259731 |

| First | Last | Number |
|---|---|---|
| Dave | Sackman | 812641 |
| Mark | Miller | 59609 |
| Ricky S. | Jacobs | 57738 |
| Desiree | Sanchez | 10082 |
| Josue M. | Merino | 97337 |
| Scott | Rodgers | 102818 |
| Sidney A. | Roman | 103938 |
| David | Jimenez | 85070 |
| Dave | Anderson | 43190 |
| Yulric | Abercrombie | 358400 |
| Brett | Sahm | 60597 |
| Phillip | Moeller | 113032 |
| Justin | Clark | 829471 |
| Carlos | Leach | 540021 |
| Alexandria | Gordon | 117736 |
| Louis | Defreitas | 80292 |
| Joseph | Shaughnessy | 138738 |
| Ed | Arango | 609366 |
| Michael | Morgan | 62229 |
| Scott | Weinstein | 563080 |
| Mark | Nation | 968560 |
| James | Arnold | 467146 |
| Russell | Artile | 561290 |
| Thomas | Bodie | 936286 |
| Scott | Borders | 746568 |
| William | Bowles | 122998 |
| Andrew | Bragg | 330530 |
| Adam | Brum | 999512 |
| Joseph | Bryant | 561444 |
| Donald | Buckler | 797324 |
| Keith | Carter | 500364 |
| Charles | Crist | 362190 |
| John | Cummings | 898260 |
| William | Daniel | 822711 |
| Michael | Goetz | 963984 |
| David | Henry | 896756 |
| Herbert | Hoffman | 937355 |
| Michael | Houtz | 438121 |
| William | Howard | 103330 |
| Dawn | Hulbert | 294100 |
| Heather | Jones | 118974 |
| Stephen | Kanzer | 782180 |
| Sumeet | Kaul | 905682 |
| Sarah | Kinnett | 37593 |
| Darrell | Kropog | 52275 |
| Armando | Lauritano | 902519 |
| Christopher | Palaszek | 116866 |

| | | |
|---|---|---|
| Roger | Patterson | 39462 |
| Daryl | Rouson | 312207 |
| Rachel | Soffin | 18054 |
| Craig | Stewart | 108448 |
| Brian | Thompson | 972967 |
| Michael | Vitoria | 135534 |
| Ivan | Voronec | 79944 |
| Joseph | Waechter | 92593 |
| Scott | Whitley | 520683 |
| James | Wilson | 909963 |
| John | Yanchunis | 324681 |
| Jared | Lee | 52284 |
| Vilma | Martinez | 75916 |
| J. Andrew | Meyer | 56766 |
| Charles | Moore | 75809 |
| John | Berke | 20705 |
| Maria Abellon | | 31758 |
| Adam Scher | | 12138 |
| Alexis Izquierdo | | 994634 |
| Nisha Bacchus | | 89768 |
| Morgan McGrath | | 98685 |
| Joshua Polsky | | 70310 |
| John Billera | | 869041 |
| Jarrett Blakeley | | 24227 |
| Jason Chalik | | 65160 |
| Charles Cohen | | 313467 |
| Keith Goldblum | | 960410 |
| Dean Gettis | | 564133 |
| Daniel Villalobos | | 37890 |
| Joshua Entin | | 493724 |
| Eric Feingold | | 735345 |
| Charles Flaxman | | 319821 |
| Russell Lazega | | 91588 |
| Steven Frankl | | 665991 |
| Dean Freeman | | 337330 |
| Rafael Gonzalez | | 511021 |
| Andres Berrio | | 405681 |
| Jose Fuentes | | 592471 |
| Paul Galsterer | | 65896 |
| Ross Abramowitz | | 68104 |
| Bruce Glotzer | | 712639 |
| Sabrina Visram | | 105624 |
| Aaron Lapin | | 86506 |
| Bradley Hartman | | 276219 |
| Zahra Khan | | 93776 |
| Irwin Ast | | 59879 |
| Jamie L. Allen | | 564400 |

| Name | Number |
|---|---|
| Jon Zepnick | 586951 |
| Jermaine Thompson | 10913 |
| Cam Justice | 119105 |
| Justin Weisberg | 105510 |
| Eric Pintaluga | 520101 |
| Richard Kirshner | 216763 |
| Boris Lavent | 111596 |
| Peggy Urbaneja | 678805 |
| Adam Baron | 884464 |
| Alex Hanna | 487716 |
| Amy Michaels | 69989 |
| Arturo Dopazo | 99058 |
| Alan Cohn | 253261 |
| David Fuchs | 887791 |
| Ivan Schertzer | 311121 |
| Jason Turchin | 585300 |
| Jesse Lieberman | 495433 |
| Jorge Flores | 53244 |
| Neil Odessky | 354661 |
| Robert Dixon | 21608 |
| Jaime Suarez | 281580 |
| Theodore Enfield | 256005 |
| Mario Louis | 849154 |
| Mark DiCowden | 38304 |
| Matthew McGuigan | 113357 |
| Frank Cerino | 995691 |
| Christine Nixon | 46541 |
| Abraham Ovadia | 70189 |
| Rosa Lopez | 748870 |
| Jennifer Pratt | 84578 |
| Ramon Blanco-Herrera | 11494 |
| Jose Raposo | 94042 |
| Ryan Chae | 117495 |
| Jarred Ohr | 110624 |
| David Rosenberg | 956996 |
| Scott Saperstein | 381349 |
| Ronald Simon | 165262 |
| Courtney Smith | 454125 |
| Jack Paris | 984310 |
| Eliot Dempsey | 102578 |
| Andrew Inserra | 110369 |
| Brett Schlacter | 98112 |
| Brasilo Machado | 93917 |
| Yanique Otto | 107537 |
| Alvin Rosenfarb | 248991 |
| Mohammad Siddiqi | 78416 |
| Jany Ward | 103555 |

| Name | Number |
|---|---|
| Theodore Deutsch | 122890 |
| Maragret Bichler | 62795 |
| J. Samantha Vacciana | 921831 |
| Matthew Tucker | 90047 |
| Jaime Dixon | 756881 |
| Robert Scharf | 329274 |
| Michael Lewenz | 111604 |
| Ted D'Apuzzo | 73018 |
| Ron Sholes PA | 536741 |
| Scott Nooney Esq | 709964 |
| Eddie Farah | 240140 |
| Michael Marrese Esq | 544299 |
| Elizabeth Gonzales Esq | 33485 |
| John Phillips Esq | 477575 |
| J. Hays Mathis Esq | 38564 |
| Charles Bateh Esq | 90646 |
| Dana Dorrell Esq | 553344 |
| David Candaleria Esq | 569216 |
| David Wolf Esq | 857157 |
| Dexter Davis Esq | 121967 |
| Don Metcalf Esq | 626147 |
| Lee Freidland Esq | 991163 |
| Charlie Gillette Esq | 798010 |
| Glenn Warren Esq | 251800 |
| Gordon Fenderson Esq | 759201 |
| Gordon Nicol Esq | 818320 |
| Gray Brannon Esq | 882100 |
| Jack Krumbein Esq | 103068 |
| Jacqueline Wherley Esq | 662161 |
| Jeffrey Morris Esq | 41698 |
| Jeffrey Soud Esq | 976090 |
| Kay Harper Williams Esq | 83537 |
| Kevin Cobbin Esq | 645206 |
| Randy Reep Esq | 76607 |
| Reganel Reeves Esq | 76257 |
| Sheldon Vann Esq | 73956 |
| Vince Gallagher Esq | 945935 |
| Xavier Saunders Esq | 47798 |
| Michael Quimby Esq | 15661 |
| Craig Gibbs Esq | 655041 |
| Isaace East Esq | 103703 |
| Michael Rainka | 92981 |
| Shannon Schott Esq | 85380 |
| Tim Moran Esq | 157272 |
| Zach Von Roenn Esq | 27202 |