*Exhibit 22*

**Chart Notes**

03/04/2017 thru 03/10/2017

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

03242017

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured | CL#5909773D7 |

Date  03/04/2017
Provider,  Edgar Facuseh DC-CH9646

**Subjective:**
INITIAL NARRATIVE REPORT:

**VITAL SIGNS:**
*Oral temperature was 98.7.
*Height and Weight: 5'4" tall. 100 pounds.
*Blood pressure: 161/110.
*Pulse: 83 bpm.
-(Preg) Ms. Benjamin denies pregnancy.

**HISTORY:**
presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 03/01/2017. She was a restrained driver of a motor vehicle when it was struck on the rear end and front end. The car in front of the patient's vehicle crashed into a car, causing the patient to rear-ended and the car behind the patient rear-ended her. She recalls that the onset of her symptoms presented gradually after the accident occurred; stated that immediately after the accident she felt immediate headache, she hit her head on the steering wheel and was stunned.

**PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:**
Hypertension. She is not taking medication for her medical history.
**HISTORY OF SURGERIES:**
She has a history of surgery in the form of a(n) breast reduction in 2015 and umbilical hernia repair at 5-6 years of age.

**CURRENT MEDICATIONS:**
Ms. states that she has been taking birth control.

**HISTORY OF MVA:**
Ms. has a prior history of a motor vehicle accident in 2012. She reports that she was treated and there are no residual symptoms related to that accident.

**FAMILY AND SOCIAL HISTORY:**
stated that she has a family history of diabetes and hypertension which may or may not be a contributing factor in her condition. She reports that she socially consumes alcoholic beverages. She never smokes tobacco and reports that she regularly exercises.

**OCCUPATIONAL HISTORY:**
Ms. duties as a student include but are not limited to prolonged sitting. As a result of the accident Ms. has missed 0 days of school.

**CHIEF COMPLAINT:**
Ms. presented herself to my office today complaining of the following symptoms:
Constant (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine and (MTS) mid thoracic spine pain with qualities described as sharp, aching, stiff and sore.
Ms. reported that, since the 03/01/2017 accident, she experiences exacerbating pain when attempting to perform the following activities of daily living: sitting, standing, transfer, bending, lifting and dressing.
She reports that therapy help(s) to mitigate her symptoms.

**VISUAL ANALOG SCALE:**

Printed:  Monday, March 20, 2017 1:10:01 PM                            Page 1 Of 144

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

03/04/2017 thru 03/10/2017

03242017

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | 4 | Insured | CL#5909773D7 |

Date   03/04/2017
Provider   Edgar Facuseh DC-CH9646                                       *** continued from previous page ***

The patient quantified her pain intensity at 8, based on a zero through ten visual analog scale.

**REVIEW OF SYSTEMS:**
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
The following systems inquiries are positive: muscle cramps and backache.

**Objective:**
**EXAMINATION:**
           is a 24 year old, right hand dominant Female. She was born           . Today           would be described as; mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

**PALPATION FINDINGS:**
- Pain, tenderness and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9 and T10.
- Isolated myospasm were noted during digital palpation in the following regions; C4, C5, C6, C7, T1, T2, T3 and T4, left trapezius and right trapezius.

**ORTHOPEDIC TESTS:**
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs.           tested positive with pain on the right and left.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
+(O'Don) O'Donoghue's Maneuver was positive every plane. This test is indicative of a sprain/strain injury to the cervical spine, when positive.

Printed:   Monday, March 20, 2017 1:10:01 PM                                                              Page 2   Of   144

| Chart Notes | | | | CEDA Ortho & Int Med of FIU/Kendall<br>11890 SW 8th St, Ste 400<br>Miami, FL 33184<br>Phone: 305-685-9771<br>Fax: 305-685-9776 |
|---|---|---|---|---|
| 03/04/2017 thru 03/10/2017 | | | | |
| Patient: | (New Patient) | DOB: | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#5909773D7 |

03242017

Date   03/04/2017
Provider   Edgar Facuseh DC-CH9646                                      *** continued from previous page ***

-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; Jackson's compression, cervical distraction, Valsalva's maneuver, Soto-hall and Dejerine's Triad.

Thoracic Spine Exam:
+(Shep)Shepelmann's test was positive on the right and left. When positive this test is indicative of intercostal neuritis.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Kemp's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, shoulder high on left and pelvis is high on the right.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: Leg Length Discrepancy.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defects or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

Assessment:
PROGNOSIS:
The prognosis for Ms. ▓▓▓ is fair based on the objective findings supported by the Norris and Watt Protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Atlantal -odontoid space measures 3mm.
-Intervertebral disk heights are decreased at the following levels: C5-C6.
-Jackson's angle is decreased.
-There is a break in George's line at C4-C5. This is indicative of ligamentous laxity or tear of the posterior longitudinal ligament.
-The pedicles in the cervical spine are present.
-C7 Transverse process's are normal.
-Luschka joint pathology is evident at C7-T1.

Thoracic Spine:

Printed:   Monday, March 20, 2017 1:10:01 PM                                                           Page 3   Of   144

**Chart Notes**

03/04/2017 thru 03/10/2017

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

03242017

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#5909773D7 |

Date   03/04/2017

Provider   Edgar Facuseh DC-CH9646                                *** continued from previous page ***

-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is straightening kyphotic curve in the thoracic spine.
-The pedicles in the thoracic spine are present.
-Scoliosis is present in the thoracic spine with the convexity on the right and left.

**Plan:**
**DISPOSITION:**
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

**TREATMENT PLAN:**
I have recommended that [redacted] should begin an initial program of care consisting of 3 - 5 visits per week for two weeks, as tolerated by the patient, followed by continued active care with the goal of returning her to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities as directed by the chiropractic physician may include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

**REFERRAL:**
I also have instructed Ms. [redacted] to follow up with a (GP) general medicine physician for further evaluation and treatment.

**RECOMMENDATIONS:**
I recommended to Ms; [redacted] that she should: avoid heavy lifting and continue range of motion exercises to the affected area.

**TREATMENT GOALS:**
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Scar management.
- Attain maximum medical improvement status.

**SUPPLIES:**
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

Printed:   Monday, March 20, 2017 1:10:01 PM                                Page 4  Of  144

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

03/04/2017 thru 03/10/2017

03242017

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#5909773D7 |

Date   03/04/2017

Provider   Edgar Facuseh DC-CH9646                                *** continued from previous page ***

HOME EXERCISE:
Ms. ▮ will be instructed to subtle stretching and range of motion exercises as tolerated to speed healing.

RADIOLOGY:
The following X-Rays were performed by Mercedes Barrios, ARRT 420201, CRT 74337. The x-rays were ordered to rule out fractures and or gross osteopathology:
-(APLatC/S) cervical AP and lateral
-(APLatT/S) AP and Lateral (T/S) thoracic spine.

MB

Diagnosis :   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
R51: Headache
F07.81: Postconcussional syndrome
V49.40XA: Driver injured in collision w unsp mv in traf, init

Electronically Signed
03/13/2017 02:48 PM

Printed:   Monday, March 20, 2017 1:10:01 PM                                   Page 5 Of 144



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER | (For Program in item 1) |
| | CL#5909773D7 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
3. PATIENT'S BIRTH DATE  SEX  F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)
6. PATIENT RELATIONSHIP TO INSURED  Self [X]
7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. EMPLOYMENT? [X] NO
a. INSURED'S DATE OF BIRTH  SEX F [X]

b. AUTO ACCIDENT? [X] YES  PLACE (State) FL
b. OTHER CLAIM ID (Designated by NUCC)

c. OTHER ACCIDENT? [X] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature On File    DATE 03 20 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS: 03 01 2017  QUAL. 431

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. ADDITIONAL CLAIM INFORMATION

20. OUTSIDE LAB? [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. 0
A. S134XXA   B. S161XXA   C. S233XXA   D. S29012A
E. R51   F. F0781   G. V4940XA   H.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| # | From | To | POS | EMG | CPT/HCPCS | MODIFIER | DIAG PTR | $ CHARGES | UNITS | EPSDT | ID QUAL | RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 04 2017 | 03 04 2017 | 11 | | 99203 | 25 | ABCD | 359 00 | 1 | | NPI | 1669617395 |
| 2 | 03 04 2017 | 03 04 2017 | 11 | | A9273 | | ABCD | 30 00 | 1 | | NPI | 1669617395 |
| 3 | 03 04 2017 | 03 04 2017 | 11 | | 72040 | | ABCD | 122 00 | 1 | | NPI | 1669617395 |
| 4 | 03 04 2017 | 03 04 2017 | 11 | | 72070 | | ABCD | 112 00 | 1 | | NPI | 1669617395 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  271347291  [X] EIN
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? [X] YES
28. TOTAL CHARGE  $ 623 00
29. AMOUNT PAID  $ 0 00
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
Edgar Facuseh DC-CH9646
SIGNED  On File   03 20 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of Kendall/FIU LLC
11890 SW 8 Street Ste 400
Miami, FL 33184
a. 1629398631

33. BILLING PROVIDER INFO & PH # (305) 6859771
CEDA Ortho & Interventional Med of FIU/Kendall LLC
PO Box 26-1750
Miami, FL 33126
a. 1669617395

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)