*Exhibit 23*

Español | English | Portuguese | Haitian Creole



Lugar de Ayuda de Accidente.

HELP MY CLAIM



If you or a **loved one** have been injured in an
**Accident** or a **slip & fall**
Call us today!

CALL NOW!

## Disclaimer

**388CEDA** is not a law firm or an attorney referral service. We do however work with Trial Lawyers and Attorneys. **388CEDA's** M.D. & D.C. physicians document and treat individuals that have suffered injuries. Our goal is to provide excellent service. If you request a Trial Lawyer or an Accident Attorney, we can recommend one or more attorneys in South Florida. If you have any questions or need assistance, please call one of our agents at **1-800-388CEDA**.

Let's Chat!

HELP MY CLAIM

## Injured in an accident?
# STRONG CLAIMS ⭕
# ⭕ PAYMENT

## GET THE FACTS

## INSURANCE COMPANIES
## CAN DENY WEAK CLAIMS.



They can go to great lengths to find ways not to pay weak claims. You need someone on your side to help you strengthen your claim.

**HELP MY CLAIM**

## STRENGTHEN YOUR CLAIM
## QUICKLY.



The sooner you call, the more we can help. We work with you to effectively assess and address your injuries, which helps strengthen your claim. Call from the ambulance, or scene.

**HELP MY CLAIM**

## WE KNOW WHAT IT'S LIKE TO BE



## WE KNOW WHAT IT'S LIKE TO BE
## INJURED AND NOT KNOW WHO TO CALL.



After an injury, it's common to feel overwhelmed and confused by such unexpected events. We understand, call us to see how we can help.

**Call
1-800-388-CEDA first.**

## WE CAN HELP MOVE YOUR
## CLAIM AHEAD.



**We Provide:**

The right diagnostics

Extensive care, including MRIs and orthopedic surgery.

Documentation on what improves… and what doesn't.

Physical proof, which can help your case.

**HELP MY CLAIM**

## STRENGTHEN YOUR
## CLAIM NOW



Strengthen your claim with
1-800-388-CEDA and put us to work.

**HELP MY CLAIM**



Strengthen your claim with 1-800-388-CEDA and put us to work.

**HELP MY CLAIM**

## SERVING

Serving Miami-Dade, Broward & Palm Beach Counties.

## CONTACT US

Name*

Email*

Phone*

Message*

Submit

## ACCIDENTS & INJURIES

            

CARS / UBER / LYFT    TRUCKS    MOTORCYCLES    PEDESTRIANS    SLIP & FALLS

Strengthen your claim with 1-800-388-CEDA  |  Call 24 Hours / 7 Days a Week

**Call CEDA First!**

# 1·800·388CEDA

Call Now!

Disclaimer

© Copyright , 388CEDA. All rights reserved.

