*Exhibit 25*

**Chart Notes**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

**01/30/2016 thru 02/05/2016**

| Patient: | (New Patient) ▮▮▮▮ | DOB: ▮▮▮▮ | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # ▮▮▮▮ | Insured | ▮▮▮▮ |

| Date | 02/02/2016 |
|---|---|
| Provider | Roy Canizares DC-CH7764 |

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Oral temperature was 98.5.
*Height and Weight: 5'6" tall. 200 pounds.
*Blood pressure: 138/85.
*Respiratory rate was 16 breaths per minute.
*Pulse: 69 bpm.
-(Preg) Ms. ▮▮▮▮ denies pregnancy.

HISTORY:
▮▮▮▮ presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 02/01/2016. The patient was parked when the other car drove in and struck her car. ▮▮▮ stated that immediately after the accident she felt immediate pain, felt tightness and was frightened.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
dental implants. The patient stated she had no pain prior to this incident.

REVIEW OF SYSTEMS:
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
The following systems inquiries are positive after the accident: back ache, difficulty walking, muscle cramps, weakness, joint stiffness or swelling, joint pain, muscle pain, numbness and tingling sensation and sleep problems.

HISTORY OF SURGERIES:
Left arm surgery in 1969.

ALLERGIES:
She reports that she has an allergy to penicillin and amoxicillin.

CURRENT MEDICATIONS:
Ms. ▮▮▮▮ states that she has been taking ibuprofen (NSAID) and aspirin.

**Chart Notes**

01/30/2016 thru 02/05/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (New Patient) | | | | | |
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | |

Date     02/02/2016

Provider: Roy Canizares DC-CH7764                                   *** continued from previous page ***

HISTORY OF MVA:
Ms. ▮▮▮▮ has a prior history of a motor vehicle accident in 2014. She reports that she was treated and there are no residual symptoms related to that accident.

FAMILY AND SOCIAL HISTORY:
▮▮▮▮ stated that she has a family history of hypertension and diabetes which may or may not be a contributing factor in her condition. She reports that she never consumes alcoholic beverages. She never smokes tobacco and reports that she never exercises.

OCCUPATIONAL HISTORY:
Her occupational duties in sales include, but are not limited to, prolonged sitting. As a result of the accident Ms. ▮▮▮▮ has missed 10 hour(s) of work.

CHIEF COMPLAINT:
Ms ▮▮▮▮ presented herself to my office today complaining of the following symptoms:
Intermittent (HA) headache, (CS) cervical spine, (MTS) mid thoracic spine, (LS) lumbar spine, (RSH) right anterior shoulder and (RSH) right posterior shoulder pain with qualities described as sharp.
Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder, (RSH) right posterior shoulder, (RBic) right bicep, (RTri) right tricep and (RElb) right elbow with qualities described as shooting.
Ms. ▮▮▮▮ reported that, since the 02/01/2016 accident, she experiences exacerbating pain when attempting to perform the following activities of daily living: sitting, standing, transfer, bending, twisting and laying down.
She reports that NSAIDs help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her pain intensity as 10, based on a one through ten visual analog scale.

Objective:
EXAMINATION:
▮▮▮▮ is a 53 year old, right hand dominant Female. She was born ▮▮▮▮ Today ▮▮▮▮ would be described as; mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (RSH) right anterior shoulder and (RSH) right posterior shoulder.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs. ▮▮▮▮ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleeves when positive.
+(O'Don) O'Donoghue's Maneuver was positive every plane. This test is indicative of a sprain/strain injury to the

**Chart Notes**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

**01/30/2016 thru 02/05/2016**

| Patient: | DOB: | |
|---|---|---|
| (New Patient) | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured |

Date    02/02/2016

Provider  Roy Canlzares DC-CH7764                          *** continued from previous page ***

cervical spine, when positive.
-+(C/S Dist)Cervical Distraction test was performed on this patient in order to rule out nerve root lesions. Mrs.
_____ tested negative confirmed by pain reduction on the right and left.
-+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens
fracture at C-7 and/ or T-1.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion
and/or facet capsule imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse
and or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 30 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema
and tissue inflammation at the involved nerve root level.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is
unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath,
such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative: Minor's, Bechterew's, Bragard's
test and Valsalva's.

Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the right. This test is indicative of a rotator cuff lesion.
+(Cod) Codman's drop arm test was positive onthe right. This test indicates a tear of the rotator cuff, when positive.
+(Supra) Supraspinatus test was positive on the right. This test is indicative of a supraspinatus tendon tear.
+(Daw) Dawbarn's sign was positive right. This sign is indicative of subacromial bursitis when positive.
+(Hawk) Hawkin's / Kennedy test was positive on the right. This test is indicative of supraspinatus tendinitis.
-(NegShOrtho) The following orthopedic tests were negative: Apprehension and Yergason's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, head translation to the left, shoulder high on the left and
pelvis is high on the right.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy and Balance Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand
Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric evaluation of the major muscle groups of the C5 on the right, S1 on the right  and S1 on the left
could not be performed on this patient due to the severity of pain in the test regions. All other muscle groups tested
graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed sensory deficits along the following dermatome
levels: C6 on the right , C7 on the right  and C8 on the right. All other upper extremity dermatomes tested were within
normal limits.

**Chart Notes**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

**01/30/2016 thru 02/05/2016**

| Patient: | | DOB: | |
|---|---|---|---|
| (New Patient) | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured |

Date    02/02/2016

Provider   Roy Canizares DC-CH7764                          *** continued from previous page ***

Sensory pin wheel examination of the lower extremities revealed sensory deficits along the following dermatome levels: L5 on the right. All other lower extremity dermatomes tested were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

Assessment:
PROGNOSIS:
prognosis is guarded based on the objective findings supported by the Norris and Watt protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are decreased at the following levels: C6-C7.
-Jackson's angle is reversed.
-C7 Transverse process's are normal.
-DJD Is evident along the C6-C7 intervertebral disk levels.

Thoracic Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is normal kyphotic curve in the thoracic spine.
-The pedicles in the thoracic spine are present.

Lumbar Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is normal lordotic curve in the lumbar spine.
-Transition segment is absent.
-The lumbar transverse processes are normal on the right and left.
-Scoliosis is present in the lumbar spine with the convexity on the right.

NEGATIVE FINDINGS:
-(NegXUp) X-ray views of the right shoulder are negative for fractures or gross osteopathologies as visualized.

Plan:
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that        should begin an initial program of care consisting of 3 - 5 visits per week for two

**Chart Notes**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

01/30/2016 thru 02/05/2016

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (New Patient) | | | | |
| Ins Co **STATE FARM INSURANCE** | | Pol # | | Insured |

Date **02/02/2016**

Provider Roy Canizares DC-CH7764 *** continued from previous page ***

weeks followed by continued active care with the goal of returning her to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and visit by visit clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

**DIAGNOSTIC STUDIES:**
I have further prescribed MRI studies of the cervical spine to rule out herniated nucleus pulposus.
I have further prescribed MRI of the brain to rule out severe headaches.

**REFERRAL:**
I also have instructed Ms. _____ to follow up with a (GP) general medicine physician for further evaluation and treatment.

**RECOMMENDATIONS:**
I recommended to Ms. _____ that she should: avoid heavy lifting and take warm bath for at least 20 minutes daily.

**TREATMENT GOALS:**
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Postural correction.
- Attain maximum medical improvement status.

**SUPPLIES:**
-(Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

**HOME EXERCISE:**
Ms. _____ has been instructed to subtle stretching and range of motion exercises as tolerated to speed healing.

**RADIOLOGY:**
The following X-Rays were performed by Daisy Morales, ARRT 447073, CRT 68937. The x-rays were ordered to rule out fractures and/or gross osteopathology:
-(APLatC/S) cervical AP and lateral
-(APLatT/S) AP and Lateral (T/S)thoracic spine.
-(APLatL/S) Lumbar AP and lateralA-P shoulder internal rotation-right and A-P shoulder external rotation-right.

The following therapies were performed by C. Jimenez LMT, MA 80166.
- (Cryo) Ice packs were applied to the following areas, lumbar spine, cervical spine, thoracic spine and right shoulder.

**Chart Notes**

01/30/2016 thru 02/05/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (New Patient) | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured |

Date     02/02/2016

Provider   Roy Canizares DC CH7764                           *** continued from previous page ***

- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine and right shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: right shoulder regions for a duration of 8 to 23 minutes.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.
- (TP)Trigger point therapy was performed over active trigger point sights along the  cervical spine, lumbar spine, thoracic spine and right shoulder regions for 8 to 23 minutes.

**Diagnosis**
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of  lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
R51: Headache
G47.00: Insomnia, unspecified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Provider Signature X  _____
                                           02/17/2016 08:43 AM

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| ☐ PICA | PICA ☐☐☐ |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** MM DD YY   SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)

**CITY** STATE

**8. RESERVED FOR NUCC USE**

**CITY** STATE

**ZIP CODE**   **TELEPHONE** (Include Area Code) (    )

**ZIP CODE**   **TELEPHONE** (Include Area Code) (    )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☒ NO ☐  PLACE (State) FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE 02 19 2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 02 01 2016  QUAL. 431

**15. OTHER DATE** MM DD YY  QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a.  17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ☐ NO ☒   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

| | | |
|---|---|---|
| A. S134XXA | B. S161XXA | C. L142XXA  D. M542 |
| E. M9901 | F. S233XXA | G. S29012A  H. S242XXA |
| I. M546 | J. M9902 | K. S335XXA  L. S39012A |

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 02 2016 02 02 2016 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1689801490 |
| 2 | 02 02 2016 02 02 2016 | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1689801490 |
| 3 | 02 02 2016 02 02 2016 | 11 | | 97140 | 59 | ABCD | 9400 | 1 | | NPI | 1689801490 |
| 4 | 02 02 2016 02 02 2016 | 11 | | 99203 | 25 | ABCD | 35900 | 1 | | NPI | 1689801490 |
| 5 | 02 02 2016 02 02 2016 | 11 | | A9273 | | ABCD | 3000 | 1 | | NPI | 1689801490 |
| 6 | 02 03 2016 02 03 2016 | 11 | | 97110 | | ABCD | 10000 | 1 | | NPI | 1689801490 |

**25. FEDERAL TAX I.D. NUMBER** 271347175  SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** YES ☒ NO ☐

**28. TOTAL CHARGE** $ 67400

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roy Canizares DC-CH7764
SIGNED On File   02 19 2016

**32. SERVICE FACILITY LOCATION INFORMATION**
CEDA Ortho & Interventional Med of Downtown/LH LLC
2190 W Flagler Street
a. Miami FL 33135  b. 1316267321

**33. BILLING PROVIDER INFO & PH #** (305) 4419918
CEDA Ortho & Interventional Med of Downtown/LH LLC
PO Box 173126
a. Miami FL 33126  b. 1205172578

92252816

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

**07/25/2015 thru 07/31/2015**

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL# 59696K826 |

| Date | 07/25/2015 |
|---|---|
| Provider | Edgar Facuseh DC-CH9646 |

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Oral temperature was 98.1.
*Height and Weight: 5'3" tall. 158 pounds.
*Blood pressure: 108/74.
*Respitory rate was 16 breaths per minute.
*Pulse: 78 bpm.
-(Preg) Ms. ___ denies pregnancy.

HISTORY:
___ presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 07/22. ___ stated that immediately after the accident she felt disoriented, felt discomfort, felt tightness, was frightened and was stunned. EMT, (rescue), arrived at the scene of the accident. Vital signs were taken and the patient was then stabilized.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Small stimulator inserted in the lumbar spine with metal wires.

REVIEW OF SYSTEMS:
Eyes and Vision, Ears, Nose and Throat, Cardiovascular,
Respiratory, Gastrointestinal, Genitourinary,Musculoskeletal, Skin and Breast, Neurological, Psychiatric, Endocrine, Hematologic/ Lymphatic.
These systems were reviewed with Ms. ___

HISTORY OF SURGERIES:
She has a history of surgery in the form of a(n) hysterectomy 23 years ago, back pain in 1994, left elbow surgery 10 years ago and appendectomy in 1962.

CURRENT MEDICATIONS:
Ms. ___ states that she has been taking Wellbutrin 150 mg (antidepressant), lansoprazole 150 mg (ulcers), tramadol 100 mg (analgesic) and alprazolam 2.5 mg (anxiety).

FAMILY AND SOCIAL HISTORY:
___ stated that she has a family history of hypertension, diabetes and cancer which may or may not be a contributing factor in her condition. She reports that she never consumes alcoholic beverages. She never smokes tobacco and reports that she occasionally exercises.

OCCUPATIONAL HISTORY:
Ms. ___ is currently retired.

CHIEF COMPLAINT:
Ms. ___ presented herself to my office today complaining of the following symptoms:
Constant (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine and (LS) lumbar spine pain with qualities described as sharp, shooting, aching, numbness, tingling, stiff and sore.
She is also experiencing numbness and tingling over the (LS) lumbar spine, (RShin) right shin and (RCalf) right calf region.
Ms. ___ reported that, since the 07/22/2015 accident, she experiences exacerbating pain when attempting to perform the following activities of daily living: sitting, standing, transfer, bending, stooping, lifting and walking.

08172015

**Chart Notes**

07/25/2015 thru 07/31/2015

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL# 59696K826 |

| Date | 07/25/2015 | |
|---|---|---|
| Provider | Edgar Facuseh DC-CH9646 | *** *continued from previous page* *** |

She reports that NSAID's help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her pain intensity as a 8, based on a one through ten visual analog scale.

**Objective:**
EXAMINATION:
_____ is a 69 year old, right hand dominant Female. She was born _____, Today _____ would be described as; mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Isolated myospasm were noted during digital palpation in the following regions; left trapezius and right trapezius

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs.
_____ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleeves when positive.
+(Soto) Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(O'Don) O'Donoghue's Maneuver was positive every plane. This test is indicative of a sprain/strain injury to the cervical spine, when positive.
-(Neg C/S Ortho) The following cervical orthopedic tests performed were negative; cervical distraction, Valsalva's maneuver and Dejerine's Triad.

Thoracic Spine Exam:
+(Shep) Shepelmann's test was positive on the right and left. When positive this test is indicative of intercostal neuritis.
-(NEG T/S Orthos) Negative Orthopedic Tests of T/S: Kemp's.

Lumbar Spine Exam:
+(Min) Minors sign was positive, this is indicative lumbar nerve root lesion.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(SLR) Lasgue's test was positive on the right and left at 30 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos) The following lumbar orthopedic tests performed were negative: Bechterew's, Bragard's test, Valsalva's, DeJerene's Triad and Goldthwait's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, shoulder high on left and pelvis is high on the right.

08172015

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

**07/25/2015 thru 07/31/2015**

| Patient: | (New Patient) | DOB: | | | |
|----------|----------------|------|--|--|--|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL# 59696K826 |

| Date | 07/25/2015 | |
|------|-----------|---|
| Provider  Edgar Facuseh DC-CH9646 | | *** continued from previous page *** |

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: Leg Length Discrepancy.
-The following tests for proprioception performed were negative: Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric evaluation of the major muscle groups of the upper and lower extremities  could not be performed on this patient due to the severity of pain in the test regions.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed no sensory deficits or hypersensitivity and were within normal limits.
Sensory pin wheel examination of the lower extremities revealed sensory deficits along the following dermatome levels: L1-S1 on the left.

DEEP TENDON REFLEXES:
The following deep tendon reflexes could not be performed: Biceps, Triceps, Radial, Patellar and Achilles.

**Assessment:**
PROGNOSIS:
The prognosis for Ms. ▮▮▮▮ is fair based on the objective findings supported by the Norris and Watt Protocols.

CLINICAL IMPRESSION:
- The following is a list of diagnostic impressions for Ms. ▮▮▮▮ current condition: (847.0) Cervical strain/sprain, (847.1) Thoracic sprain/strain, (847.2) Lumbar sprain or strain, (353.2) Cervical root lesions, (723.4) Brachial  Neuritis or Radiculitis, (353.0) Brachial Plexus Lesions, (724.4) Neuritis/Radiculitis Thoracic/Lumbosacral, (739.1) Cervical Segmental Dysfunction or Somatic Dysfunct, (739.2) Thoracic segmental dysfunction, (739.3) Lumbosacral segment dysfunction, (338.11) Acute Pain Due to Trauma, (780.4) Vertigo/dizziness, (728.85) Spasm of muscle, (E812.1) Passenger.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Atlantal -odontoid space measures 3mm.
-Intervertebral disk heights are normal.
-Jackson's angle is decreased.
-The pedicles in the cervical spine are present.
-C7 Transverse process's are normal.
-Luschka joint pathology is evident at C6-C7 and C7-T1.

Thoracic Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are decreased at the following levels: T9-T10 and T10-T11.
-There is increased kyphotic curve in the thoracic spine.
-Scoliosis is present in the thoracic spine with the convexity on the left at 10-15 degrees.
-DJD is evident along the T8-T9, T9-T10 and T10-T11.

Lumbar Spine:

Printed:  Friday, August 07, 2015 10:30:21 AM

Page 18 Of  180

08172015

**Chart Notes**

07/25/2015 thru 07/31/2015

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | (New Patient) | DOB: | | |
|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | Insured | CL# 59696K826 |

| Date | 07/25/2015 | |
|---|---|---|
| Provider  Edgar Facuseh DC-CH9646 | | *** continued from previous page *** |

-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-The pedicles in the lumbar spine are present.
-There is a surgical block evident at L4-L5. Posterior aspect at facet and spinous. Disc is intact.
-Metal artifact in lumbar spine.Wire from old bone growth stimulator.

**Plan:**
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that ____ should begin an initial program of care consisting 3 - 5 visits per week for two weeks followed by continued active care with the goal of returning her to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and visit by visit clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydro), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

DIAGNOSTIC STUDIES:
At this time I am recommending a(n) MRI of the lumbar spine to rule out herniated nucleus pulposus, internal derangement and fracture.

REFERRAL:
I also have instructed Ms. ____ to follow up with a medical doctor for further evaluation and treatment.

RECOMMENDATIONS:
I recommended to Ms. ____ that she should: avoid heavy lifting, continue ROM exercises to the affected area, warm bath for at least 20 minutes daily and place ice pack on affected area 3 times daily.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Inhibit tight muscles.
- Attain maximum medical improvement status.

SUPPLIES:
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

HOME EXERCISE:

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

07/25/2015 thru 07/31/2015

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL# 59696K826 |

Date    07/25/2015

Provider   Edgar Facuseh DC-CH9646                                    *** continued from previous page ***

Ms.              will be instructed to subtle stretching and range of motion exercises as tolerated to speed healing.

RADIOLOGY:
The following X-Rays were performed by Mercedes Barrios, ARRT 420201, CRT 74337. The x-rays were ordered to
rule out fractures and or gross osteopathology:
-(APLatC/S) cervical AP and lateral
-(APLatT/S) AP and Lateral (T/S) thoracic spine.
-(APLatL/S) Lumbar AP and lateral

Diagnosis      847.0: Cervical strain/sprain
               847.1: Thoracic sprain/strain
               847.2: Lumbar sprain or strain
               353.2: Cervical root lesions
               723.4: Brachial Neuritis or Radiculitis
               353.0: Brachial Plexus Lesions
               724.4: Neuritis/Radiculitis Thoracic/Lumbosacral
               739.1: Cervical Segmental Dysfunction or Somatic Dysfunct
               739.2: Thoracic segmental dysfunction
               739.3: Lumbosacral segment dysfunction
               338.11: Acute Pain Due to Trauma
               780.4: Vertigo/dizziness
               728.85: Spasm of muscle
               E812.1: Passenger

Provider Signature X _____

08/06/2015 11:32 AM

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER  [X](ID#)
  (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#)

**1a.** INSURED'S I.D. NUMBER (For Program in Item 1)
CL# 59696K826

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial)

**3.** PATIENT'S BIRTH DATE   MM  DD  YY   SEX   M   F [X]

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)

**5.** PATIENT'S ADDRESS (No., Street)

**6.** PATIENT RELATIONSHIP TO INSURED   Self [X]  Spouse   Child   Other

**7.** INSURED'S ADDRESS (No., Street)

CITY                                  STATE

**8.** RESERVED FOR NUCC USE

CITY                                  STATE

ZIP CODE        TELEPHONE (Include Area Code) (   )

ZIP CODE        TELEPHONE (Include Area Code) (   )

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (Current or Previous)   YES [X]NO

**a.** INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M   F [X]

**b.** RESERVED FOR NUCC USE

**b.** AUTO ACCIDENT?  [X]YES   NO   PLACE (State) FL

**b.** OTHER CLAIM ID (Designated by NUCC)

**c.** RESERVED FOR NUCC USE

**c.** OTHER ACCIDENT?   YES [X]NO

**c.** INSURANCE PLAN NAME OR PROGRAM NAME

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d.** CLAIM CODES (Designated by NUCC)

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES [X]NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  _Signature On File_   DATE 08 07 2015

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  _Signature On File_

**14.** DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 07 DD 22 YY 2015   QUAL. 431

**15.** OTHER DATE  QUAL.   MM  DD  YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM  TO

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM  TO

**19.** ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

**20.** OUTSIDE LAB?   YES [X]NO   $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 9

A. 8470   B. 8471   C. 8472   D. 3532
E. 7234   F. 3530   G. 7244   H. 7391
I. 7392   J. 7393   K. 33811   L. 7804

**22.** RESUBMISSION CODE   ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 25 2015 07 25 2015 | 11 | | 72040 | | ABCD | 12200 1 | | NPI | 1669617395 |
| 2 | 07 25 2015 07 25 2015 | 11 | | 72070 | | ABCD | 11200 1 | | NPI | 1669617395 |
| 3 | 07 25 2015 07 25 2015 | 11 | | 72100 | | ABCD | 12300 1 | | NPI | 1669617395 |
| 4 | 07 25 2015 07 25 2015 | 11 | | 99203 | 25 | ABCD | 35900 1 | | NPI | 1669617395 |
| 5 | 07 25 2015 07 25 2015 | 11 | | A9273 | | ABCD | 3000 1 | | NPI | 1669617395 |
| 6 | | | | | | | | | NPI | |

**25.** FEDERAL TAX I.D. NUMBER   SSN EIN [X]
271347291

**26.** PATIENT'S ACCOUNT NO.

**27.** ACCEPT ASSIGNMENT? For govt. claims, see back   [X]YES   NO

**28.** TOTAL CHARGE  $ 74600

**29.** AMOUNT PAID  $ 000

**30.** Rsvd for NUCC Use

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Edgar Facuseh DC-CH9646
SIGNED  On File  DATE 08 07 2015

**32.** SERVICE FACILITY LOCATION INFORMATION
11890 SW 8 Street Ste 400
Miami, Fl 33184
a. 1629398631   b.

**33.** BILLING PROVIDER INFO & PH # (305 6859771
CEDA Ortho & Interventional Med of
FIU/Kendall LLC
PO BOX 1750
Miami, Fl 33126
a. 1669617395   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

08 17 2015

03202017

**Chart Notes**

███████████

CEDA Ortho & Interventional Medicine
855 W Mesh 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | ███████ | DOB: | ██████ | | |
|----------|---------|------|--------|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | ████████████ | Insured | CL# 599F02994 |

| Date | 09/20/2016 |
|------|-----------|
| Provider | Patrick Louis Fenelus DC CH 8094 |

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Oral temperature was 98.2.
*Height and Weight: 5'3" tall. 117 pounds.
*Blood pressure: 102/71.
*Respiratory rate was 16 breaths per minute.
*Pulse: 65 bpm.
-(Preg) Ms. ████████ denies pregnancy.

HISTORY:
████████ presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 09/18/2016. She was a restrained driver of a motor vehicle on the highway in the express lane with the hazard lights on due to her vechicle turning off when a vehicle suddenly rearended her. She brace herself before the collision. █████ stated that immediately after the accident she felt gradual pain, was frightened and was stunned.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Non-contributory.

REVIEW OF SYSTEMS:
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
The following systems inquiries are positive: wears glasses, joint pain, muscle cramps, backache and numbness and tingling sensations.

HISTORY OF SURGERIES:
She has a history of surgery in the form of a(n) Cesarean section in 2015.

ALLERGIES:
She reports that she has an allergy to penicillin and pollen.

03202017

**Chart Notes**

▓▓▓▓

CEDA Ortho & Interventional Medicine
8591 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: ▓▓▓▓ | DOB: ▓▓▓▓ | |
|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol #  ▓▓▓ | Insured   CL# 599F02994 |

**Date**   09/20/2016

**Provider**  Patrick Louis Fenelus DC CH 8094    *** *continued from previous page* ***

HISTORY OF MVA:
Ms. ▓▓▓ has a prior history of a motor vehicle crash in 2014. She reports that she was treated and there are no residual symptoms related to that accident.

FAMILY AND SOCIAL HISTORY:
▓▓▓ stated that she has a family history of diabetes which may or may not be a contributing factor in her condition. She reports that she never consumes alcoholic beverages. She (not applicable) smokes tobacco and reports that she regularly exercises.

OCCUPATIONAL HISTORY:
Her occupational duties in food and service include but are not limited to prolonged sitting, prolonged standing and prolonged walking. As a result of the accident Ms. ▓▓▓ has missed 0 day(s) of work.

CHIEF COMPLAINT:
Ms. ▓▓▓ presented herself to my office today complaining of the following symptoms:
Constant (CS) cervical spine, (UTS) upper thoracic spine, (LWr) left wrist, (MTS) mid thoracic spine and (LS) lumbar spine pain with qualities described as aching and discomfort.
Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder, (RBic) right bicep, (RSH) right posterior shoulder and (RTri) right tricep with qualities described as aching.
She is also experiencing numbness and tingling over the (RHnd) right hand and (RFing) right fingers region.
Ms. ▓▓▓ reported  that, since the 09/18/2016 accident, she experiences exacerbating pain when attempting to perform the following activities of daily living: bending, stooping and lifting.
She reports that rest help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her pain intensity at 7, based on a zero through ten visual analog scale.

Objective:
EXAMINATION:
▓▓▓ is a 29 year old, right hand dominant Female. She was born ▓▓▓ Today ▓▓▓ would be described as, mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C2, C3, C4, C5, T4, T5, T6, T7, L2, L3, L4 and L5.
- Pain and tenderness were noted during digital palpation in the following regions; (LSCM) left sternocleidomastoid, (RSCM) right sternocleidomastoid  and (LWr) left wrist.
- Isolated myospasm were noted during digital palpation in the following regions; left sacroiliac joint, right sacroiliac joint, (L Glut) left gluteus and (RGlut) right gluteus.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr. ▓▓▓ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions,

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
855 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL# 599F02994 |

Date   09/20/2016

Provider  Patrick Louis Fenelus DC CH 8094    *** continued from previous page ***

specifically to the dural sleves when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction, Valsalva's maneuver and Dejerine's Triad.

Thoracic Spine Exam:
+(Shep)Shepelmann's test was positive on the right. When positive this test is indicative of intercostal neuritis.
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.

Lumbar Spine Exam:
+(Min)Minors sign was positive, this is indicative lumbar nerve root lesion.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 45 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic test performed was negative; Bragard's test.

Wrist Exam:
+(Finkl) Finklelstein's test was positive on the left. This test is indicative of De Quervain's tendonitis of the wrist.
+(Phal) Phalen's sign was positive on the left. A positive sign is indicative of carpal tunnel syndrome.
+Bracelet sign was positive on the left. A positive sign is indicative of rheumatoid arthritis, fracture or sprain.
-(NegWrOrthos)The following orthopedic tests of the left wrist were negative: Tinel's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, shoulder high on right and pelvis is high on the left.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy, Balance Test and Heel to Toe (walk) Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the left and Alternating Hand Movement on the right.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper extremities demonstrated isometric weakness of the following muscle groups:
C7 triceps and wrist flexors on the left. They graded 4/5.
All other muscle groups in the upper extremities tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.
A complete isometric examination of the major muscle groups of the lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory deficits or hypersensitivity and were within normal limits.

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
8891 West 49 Street
Hialeah, FL 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL# 599F02994 |

**Date** 09/20/2016

Provider Patrick Louis Fenelus DC CH 8094 *** continued from previous page ***

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
PROGNOSIS:
prognosis is guarded based on the objective findings supported by the Norris and Watt protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-Jackson's angle is decreased and reversed.
-There is a break in George's line at C2-C3. This is indicative of ligamentous laxity or tear of the posterior longitudinal ligament.
-(ScoliC/S) Right scoliosis of the cervical spine is evident.

Thoracic Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is straightening and decreased kyphotic curve in the thoracic spine.
-There is a left lising evident. This may be indicative of severe muscle spasm.

Lumbar Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are decreased at the following levels: L5-S1.
-There is decreased lordotic curve in the lumbar spine.
-There is a left listing evident. This may be indicative of severe muscle spasm.

NEGATIVE FINDINGS:
-(NegXUp) X-ray views of the left wrist are negative for fractures or gross osteopathologies as visualized.
Therapeutic Assessment:
-Ms. was able to tolerate today's treatment well.

**Plan:**
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that should begin an initial program of care consisting of 3 - 5 visits per week for two weeks

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
8851 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL# 599F02994 |

Date   09/20/2016

Provider - Patrick Louis Fenelus DC CH 8094 *** continued from previous page ***

followed by continued active care with the goal of returning her to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and visit by visit clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

DIAGNOSTIC STUDIES:
At this time I am recommending a(n) MRI of the cervical spine to rule out herniated nucleus pulposus.

REFERRAL:
I also have instructed Ms. ███ to follow up with a (GP) general medicine physician and interventional specialist for further evaluation and treatment.

RECOMMENDATIONS:
I recommended to Ms. ███ that she should: avoid heavy lifting, bend only at the knees and place ice pack on affected area 3 times daily.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Facilitate weak muscles.
- Postural correction.

SUPPLIES:
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

HOME EXERCISE:
Ms. ███ will be instructed to subtle stretching and range of motion exercises as tolerated to speed healing.

RADIOLOGY:
The following X-Rays were performed by Minery Graveran, ARRT 40039, CRT 68813. The x-rays were ordered to rule out fractures and/or gross osteopathology:
-(APLatC/S) cervical AP and lateral
-(APLatT/S) AP and Lateral (T/S) thoracic spine.
-(APLatL/S) Lumbar AP and lateral
-(WrAP-Lat)Wrist AP and Lateral views.

The following therapies were performed by M. Montero LMT, MA 81249.
- (Cryo) Ice packs were applied to the following areas, cervical spine, thoracic spine, lumbar spine and left wrist.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine, thoracic spine and left wrist.

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
8851 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL# 599F02994 |

Date    09/20/2016

Provider   Patrick Louis Fenelus DC CH 8094                                          *** continued from previous page ***

- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine regions for a duration of 8 to 23 minutes.
- (TP)Trigger point therapy was performed over active trigger point sights along the cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.
- (Par) Paraffin bath was applied over the left wrist.

**Diagnosis**   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of muscle and tendon of back wall of thorax, init
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of muscle, fascia and tendon of lower back, init
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
S63.502A: Unspecified sprain of left wrist, initial encounter
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Electronically Signed

10/04/2016 06:08 AM

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

CL# 599F02994

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | CL# 599F02994 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE / SEX — M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED — Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

8. RESERVED FOR NUCC USE

CITY / STATE

ZIP CODE / TELEPHONE (Include Area Code) ( )

ZIP CODE / TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH MM DD YY / SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File**   DATE **10 04 2016**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature On File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) **09 18 2016**   QUAL. **431**

15. OTHER DATE   QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. S233XXA   F. S29012A   G. S242XXA   H. S335XXA
I. S39012A   J. S34121XA   K. S63502A   L. V4940

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09 20 2016 | 09 20 2016 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1003836826 |
| 2 | 09 20 2016 | 09 20 2016 | 11 | | 97140 | 59 | ABCD | 9400 | 1 | | NPI | 1003836826 |
| 3 | 09 20 2016 | 09 20 2016 | 11 | | 97018 | | ABCD | 3700 | 1 | | NPI | 1003836826 |
| 4 | 09 20 2016 | 09 20 2016 | 11 | | 99203 | 25 | ABCD | 35900 | 1 | | NPI | 1003836826 |
| 5 | 09 20 2016 | 09 20 2016 | 11 | | A9273 | | ABCD | 3000 | 1 | | NPI | 1003836826 |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER **271347409**   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ **56000**

29. AMOUNT PAID $ **000**

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Patrick Louis Fenelus DC CH 8094**
SIGNED **On File**   DATE **10 04 2016**

32. SERVICE FACILITY LOCATION INFORMATION
**CEDA Ortho & Interventional Medicine of Hialeah**
235 West 49 Street
Hialeah FL 33012
a. 1154641165   b.

33. BILLING PROVIDER INFO & PH # ( 305 )585-5432
**CEDA Ortho & Interventional Med of Hialeah, LLC**
PO Box 1750
Miami FL 33126
a. 1003836826   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

10102016

## Chart Notes

**04/07/2018 thru 04/13/2018**

CEDA Orthopedics & Interventional
~~10674 SW 133rd~~ street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

04/30/2018

| Patient: | ████████ (New Patient) | DOB: | ████████ | | |
|----------|------------------------|------|----------|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | ████████ | Insured | CL#593663S95 |

| Date | 04/09/2018 |
|------|------------|
| Provider | Thomas Haban, DC- CH 8590 |

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Height and Weight: 5'5" tall. 134 pounds.
*Blood pressure: 99/69.
*Respiratory rate was 66 breaths per minute.
-(Preg) Ms.████████denies pregnancy.

HISTORY:
████████presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 04/08/2018. She was a restrained driver of a motor vehicle on Turnpike when other driver sideswipe the patient's car causing her to loose control, hitting the side of concrete wall and then two cars to collide head on strucking on the driver's side, passenger's side, front end and right side. She recalls that the onset of her symptoms presented immediately after the accident occurred.████stated that immediately after the accident she felt disoriented, felt discomfort, felt immediate pain, felt tightness, was frightened, was stunned and went to Jackson Memorial Hospital. At the time of the impact, the airbags did deploy. EMT, (rescue), arrived at the scene of the accident. Vital signs were taken and the patient was then stabilized. She was transported immediately to the emergency room by emergency medical services.████was not admitted to the hospital. A CT scan was performed, the patient was then treated for her injuries and was discharged with instructions to follow up with a health care provider. I am requesting all pertinent medical records of this patient for review.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Thyroid problems.

REVIEW OF SYSTEMS:

General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
-The following systems inquiries are positive:muscle cramps, backache, earache, difficulty walking, muscle weakness, joint stiffness or swelling, joint pain, chest pain, nervousness and sleep problems.

CURRENT MEDICATIONS:
Ms.████████states that she has been taking thyroid medication.

**Chart Notes**

04/07/2018 thru 04/13/2018

CEDA Orthopedics & Interventional
▮▮▮▮▮▮▮▮▮ street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

04/30/2018

| Patient: | ▮▮▮▮ (New | DOB: | | | |
|---|---|---|---|---|---|
| | Patient) | | | | |
| **Ins Co** | STATE FARM INSURANCE | **Pol #** | ▮▮▮▮▮▮ | **Insured** | CL#593663S95 |

**Date** 04/09/2018

**Provider** Thomas Haban, DC- CH 8590                      *** *continued from previous page* ***

FAMILY AND SOCIAL HISTORY:
▮▮▮▮ stated that she has a family history of hypertension which may or may not be a contributing factor in her condition. She reports that she never consumes alcoholic beverages. She socially smokes cigarettes and reports that she frequently exercises.

OCCUPATIONAL HISTORY:
Her occupational duties in a salon include but are not limited to prolonged sitting, prolonged standing and prolonged walking. As a result of the accident Ms ▮▮▮▮▮▮ has missed 1 day(s) of work.

CHIEF COMPLAINT:
Ms. ▮▮▮▮ presented herself to my office today complaining of the following symptoms:
Constant (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine and (Abs) lower abdominal pain with qualities described as throbbing, aching, deep, discomfort, dull and stiff.
Constant (CS) cervical spine pain that radiates to the (LSH) left anterior shoulder and (LSH) left posterior shoulder with qualities described as sharp, shooting and discomfort.
Constant (LS) lumbar spine pain that radiates to the (LThigh) left thigh with qualities described as sharp, shooting and discomfort.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL) Ms. ▮▮▮▮ reported that, since the 04/08/2018 accident, she experiences exacerbating pain when attempting to perform the following duties under duress/activities of daily living: sitting, bending, walking and breathing.
She reports that NSAID's and medication help to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her pain intensity at 9, based on a zero through ten visual analog scale.
▮▮▮▮ has been self treating since the injury as listed in the mitigating factors, however her symptoms have persisted and has prompted her to seek care.

Objective:
EXAMINATION:
▮▮▮▮ is a 41 year old, right hand dominant Female. She was born ▮▮▮▮ Today ▮▮▮ would be described as; mentally alert. Visual observation revealed bruising over the (RBic) right bicep region that is 9 centimeters in length. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius and (RTrap) right trapezius.
-Abdominal region, mild tenderness and spasm to palpation in all four abdominal quadrants. No bruising or swelling noted at the time of the examination.

ORTHOPEDIC TESTS:

Cervical Spine Exam:

**Chart Notes**

04/07/2018 thru 04/13/2018

CEDA Orthopedics & Interventional
Medical Group, 18341 NW 68th street, Cutler bay, FL 33157
Phone: (305) 363-1366
Fax:

04/30/2018

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL#593663S95 |

| Date | 04/09/2018 |
|---|---|

**Provider   Thomas Haban, DC- CH 8590**                              *** continued from previous page ***

+(C/5Comp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions.Mrs. ▓▓▓ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(Vals)Valsalva's test was positive in the cervical spine. This test is indicative of intrathecal pressure when positive.
+(Dej) Dejerene's Triad was positive in the cervical spine. This test is indicative of intrathecal pressure when positive.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facecet capsul imbrication.

Lumbar Spine Exam:
+Bechterew's test was positive left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(SLR) Lesgue's test was positive on the left at 60 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Brag) Braggard's Sign  was positive on the left. Indicating peripheral or nerve root irritation of the sciatic nerve.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, shoulder high on right and pelvis is high on the left.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s) were positive for deficits in proprioception: Leg Length Discrepancy and Balance Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

Assessment:
PROGNOSIS:
The prognosis for Ms. ▓▓▓ is fair based on the objective findings supported by the Norris and Watt Protocols.

**Chart Notes**

04/07/2018 thru 04/13/2018

CEDA Orthopedics & Interventional
Medical ████ street, Cutler bay, FL
33167
Phone: (305) 363-1366
Fax:

04/30/2018

| Patient: | ████ (New Patient) | DOB: | ████ | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | ████ | Insured | CL#593663S95 |

| Date | 04/09/2018 | |
|---|---|---|
| Provider | Thomas Haban, DC- CH 8590 | *** continued from previous page *** |

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Intervetebral disk heights are decreased at the following levels: C5-C6.
-Jackson's angle is decreased.
-Head tilt to the left.

Therapeutic Assessment:
-Ms. ████ was able to tolerate today's treatment well.

Plan:
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that ████ should begin an initial program of care consisting of 3 - 5 visits per week for two weeks , as tolerated by the patient, followed by continued active care with the goal of returning her to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized In our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities as directed by the chiropractic physician may include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par); joint mobilization procedures (JMP), etc.

DIAGNOSTIC STUDIES:
At this time I am recommending a(n) MRI of the cervical spine to rule out herniated nucleus pulposus.

REFERRAL:
I also have instructed Ms. ████ to follow up with a (GP) general medicine physician for further evaluation and treatment.

RECOMMENDATIONS:
Ms ████ should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, wear supportive garment during activity,  place hot pack when necessary and place ice pack on affected area 3 times daily.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.

**Chart Notes**

04/07/2018 thru 04/13/2018

CEDA Orthopedics & Interventional
~~Medical Worldwide~~ street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

04/30/2018

| Patient: | (New | DOB: | | | |
|---|---|---|---|---|---|
| | Patient) | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured | CL#593663S95 |

Date   04/09/2018

Provider   Thomas Haban, DC- CH 8590                              *** *continued from previous page* ***

- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Attain maximum medical improvement status.

SUPPLIES:
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

HOME EXERCISE:
Ms.               has been instructed to perform subtle stretching and range of motion exercises as tolerated to speed healing.

RADIOLOGY:
The following X-ray were performed by Allyson Nanney ARRT 573908, CRT 93535. The x-rays were ordered to rule out fractures and/or gross osteopathology:
-(Davis) series 7 views.

The following therapies were performed by M. E. Hernandez, LMT, MA 76687
- (Cryo) Ice packs were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine region for a duration of 13-15 minutes.
- (TP)Trigger point therapy was performed over active trigger point sights along the  cervical spine and thoracic spine region(s) for 13-15 minutes.

MB

**Chart Notes**

04/07/2018 thru 04/13/2018

CEDA Orthopedics & Interventional
~~10215 SW 152nd street~~ street, Cutler bay, FL
33167
Phone: (305) 363-1366
Fax:

04/30/2018

| Patient: | (New | DOB: | | |
|---|---|---|---|---|
| Patient) | | | | |
| Ins Co STATE FARM INSURANCE | Pol # | | Insured | CL#593663S95 |

Date    04/09/2018

Provider   Thomas Haban, DC- CH 8590                    *** continued from previous page ***

Diagnosis    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.16: Radiculopathy, lumbar region
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
S39.011A: Strain of muscle, fascia and tendon of abdomen, init encntr
R51: Headache
G47.00: Insomnia, unspecified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Electronically Signed

Thomas Haban, DC- CH 8590 04/17/2018 01:25

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLKLUNG  OTHER | 1a. INSURED'S I.D. NUMBER  (For Program In Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) ☒ | CL#593663S95 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮▮

3. PATIENT'S BIRTH DATE   SEX   M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED   Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ▮▮▮▮▮   STATE ▮▮

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE ▮▮▮▮▮   TELEPHONE (Include Area Code) ( )

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH   SEX   M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES ☒ NO ☐   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES ☐ NO ☒   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE  04 09 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  04 08 2018  QUAL. 431

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

| A. S134XXA | B. S161XXA | C. S142XXA | D. M5412 |
|---|---|---|---|
| E. M542 | F. M62838 | G. M9901 | H. S233XXA |
| I. S29012A | J. M546 | K. M62830 | L. M9902 |

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 09 2018 | 04 09 2018 | 11 | 97010 | | ABCD | 25 00 | 1 | | NPI | 1255659769 |
| 2 | 04 09 2018 | 04 09 2018 | 11 | 97014 | | ABCD | 40 00 | 1 | | NPI | 1255659769 |
| 3 | 04 09 2018 | 04 09 2018 | 11 | 97035 | | ABCD | 40 00 | 1 | | NPI | 1255659769 |
| 4 | 04 09 2018 | 04 09 2018 | 11 | 97140 | 59 | ABCD | 95 00 | 1 | | NPI | 1255659769 |
| 5 | 04 09 2018 | 04 09 2018 | 11 | 72052 | | ABCD | 200 00 | 1 | | NPI | 1255659769 |
| 6 | 04 09 2018 | 04 09 2018 | 11 | 99203 | 25 | ABCD | 359 00 | 1 | | NPI | 1255659769 |

25. FEDERAL TAX I.D. NUMBER  474264026   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒ NO ☐

28. TOTAL CHARGE  $ 765 00

29. AMOUNT PAID  $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Thomas Haban, DC- CH 8590

SIGNED  04 23 2018   DATE 1548777543

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedics & Interventional
Medicine of Cutler Bay, LLC
10974 SW 184th Street
Cutler Bay, FL  33157

a. 1548777543   b.

33. BILLING PROVIDER INFO & PH #  (305 )3631366
CEDA Orthopedics & Interventional
Medicine of Cutl
10974 SW 184th street, Cutler bay, FL
33157

a. 1255659769   b.

NUCC Instruction Manual available at: www.nucc.org        PLEASE PRINT OR TYPE        APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

04/02/2016 thru 04/08/2016

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | ██████████ (New Patient) | DOB: | ████████ | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | ████████ | Insured | ████████ |

**Date**    04/05/2016

**Provider**   Karim Habayeb DC-CH9650

**Subjective:**
INITIAL NARRATIVE REPORT:

**VITAL SIGNS:**
*Oral temperature was 98.2.
*Height and Weight: 5'7" tall, 215 pounds.
*Blood pressure: 129/88.
*Pulse: 98 bpm.
*Respiratory rate was 15 breaths per minute.

**HISTORY:**
████████ presented himself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 03/30/2016. Patient was driving on the US-1 when other vehicle who was switching lanes impacted patient's car. He is the driver of a motor vehicle when it was struck on the driver's side.He recalls that the onset of his symptoms presented gradually after the accident occurred. ████████ stated that immediately after the accident he felt discomfort and felt disoriented.

**HISTORY OF SURGERIES:**
He has a history of surgery in the form of a(n) fistula surgery in 2000 and 2015.

**CURRENT MEDICATIONS:**
Mr.████████ states that he has been taking Ibuprofen.

**FAMILY AND SOCIAL HISTORY:**
████████ family history is non-contributory. He reports that he socially consumes alcoholic beverages. He  smokes cigarettes and reports that he regularly exercises.

**OCCUPATIONAL HISTORY:**
His occupational duties in Target include but are not limited to prolonged standing and prolonged walking. As a result of the accident Mr.████████ has missed 6 hours of work.

**CHIEF COMPLAINT:**
Mr.████████ presented himself to my office today complaining of the following symptoms:
Intermittent (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine, (LKn) left knee, (LPop) left popliteal fossa and (LFt) left foot pain with qualities described as sharp, aching and sore.
He is also experiencing numbness and tingling over the (LShin) left shin, (LCalf) left calf and (LFt) left foot region.
He reported that standing, reclining, bending, lifting, twisting and walking exacerbate(s) his symptoms.
He reports that NSAID's help to mitigate his symptoms.

**VISUAL ANALOG SCALE:**
The patient quantified his pain intensity at 6, based on a zero through ten visual analog scale.

**Objective:**
**EXAMINATION:**
████████ is a 34 year old, right hand dominant Male. He was born ████████ Today ████████ would be described as; mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

04222916

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

04/02/2016 thru 04/08/2016

| Patient: | ▮▮▮▮ New | DOB: | ▮▮▮ | | |
|---|---|---|---|---|---|
| | Patient) | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | ▮▮▮▮ | Insured | ▮▮▮▮▮ |

Date    04/05/2016

Provider   Karim Habayeb DC-CH9650            *** continued from previous page ***

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (LKn) left knee and (LFt) left foot.
- Myospasm were noted during digital palpation in the following regions; (LSCM) left sternocleidomastoid, (RSCM) right sternocleidomastoid , (LTrap) left trapezius, (RTrap) right trapezius, (LSI) left sacroiliac joint and (RSI) right sacroiliac joint.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr. ▮▮▮▮ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sieves when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(O'Don) O'Donoghue's Maneuver was positive every plane.  This test is indicative of a sprain/strain injury to the cervical spine, when positive.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facect capsul imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:
+(Min)Minors sign was positive, this is indicative lumbar nerve root lesion.
+Bechterew's test was positive right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 45 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Brag) Braggard's Sign  was positive on the right and left. Indicating peripheral or nerve root irritation of the sciatic nerve.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.

Left Knee Exam:
+(Ant Draw) Anterior Drawer's sign was positive on the left. This test is indicative of an anterior cruciate ligament lesion.
+(Post Draw) Posterior Drawer's sign was positive on the left. This test is indicative of an posterior cruciate ligament lesion.
+(Pat Grind)Patellar Grinding test was positive on the left. This test is indicative of chondromalacia patella.
+(McMur)McMurry's test was positive on the left which can be indicative of a meniscal tear.
+(Valgus) Valgus Stress was positive on the left knee. This test is indicative of a medial collateral ligament lesion.
+(Varus) Varus Stress was positive on the left knee. This test is indicative of a lateral collateral ligament lesion.

04222016

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

04/02/2016 thru 04/08/2016

| Patient: | (New | DOB: | |
|---|---|---|---|
| Patient) | | | |
| Ins Co **STATE FARM INSURANCE** | | Pol # | Insured |

**Date    04/05/2016**

**Provider  Karim Habayeb DC-CH9650**                              *** *continued from previous page* ***

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, head translation to the right, shoulder high on left and pelvis is high on the right.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Balance Test, Leg Length Discrepancy and Heel to Toe (walk) Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right and Alternating Hand Movement on the left.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed hyperesthesia along the following dermatome levels: C5 on the left, C6 on the left, C7 on the left, C8 on the left and T1 on the left. All other upper extremity dermatomes tested were within normal limits.
Sensory pin wheel examination of the lower extremities revealed no sensory deficits or hypersensitivity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
PROGNOSIS:
▮▮▮▮ prognosis is poor based on  the objective findings supported by the Norris and Watt protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are decreased at the following levels: C2-C3, C3-C4, C4-C5, C5-C6, C6-C7 and C7-T1.
-Jackson's angle is decreased.
-The pedicles in the cervical spine are present.
-C7 Transverse process's are normal.
-DJD is evident along the throughout the cervical spine intervertebral disk levels.

Thoracic Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is decreased kyphotic curve in the thoracic spine.
-The pedicles in the thoracic spine are present.
-DJD is evident along the throughout the thoracic spine.

04222016

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

04/02/2016 thru 04/08/2016

| Patient: | | (New | DOB: | | | |
|---|---|---|---|---|---|---|
| | **Patient)** | | | | | |
| Ins Co | STATE FARM INSURANCE | | Pol # | | Insured | |

| Date | 04/05/2016 | |
|---|---|---|
| Provider | Karim Habayeb DC-CH9650 | *** *continued from previous page* *** |

Lumbar Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is decreased lordotic curve in the lumbar spine.
-The pedicles in the lumbar spine are present.
-The lumbar transverse processes are normal on the right and left.

Therapeutic Assessment:
-Mr. [        ] was able to tolerate today's treatment well.

Plan:
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that [     ] should begin an initial program of care consisting of 3 - 5 visits per week for two weeks followed by continued active care with the goal of returning him to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and visit by visit clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment  modalities include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

DIAGNOSTIC STUDIES:
I have further prescribed a(n) MRI studies of the cervical spine and lumbar spine to rule out herniated nucleus pulposus and internal derangement.

REFERRAL:
I also have instructed Mr. [        ] to follow up with a (GP) general medicine physician for further evaluation and treatment.

RECOMMENDATIONS:
I recommended to Mr. [        ] that he should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue with exercises to the affected areas, warm bath for at least 20 minutes daily and place ice pack on affected area 3 times daily.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.

04222918

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

04/02/2016 thru 04/08/2016

| Patient: | (New Patient) | DOB: | |
|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | Insured |

Date    04/05/2016

Provider    Karim Habayeb DC-CH9650                           *** continued from previous page ***

- Facilitate weak muscles.
- Postural correction.

SUPPLIES:
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

HOME EXERCISE:
Mr.▮▮▮▮▮ will be instructed to subtle stretching and range of motion exercises as tolerated to speed healing.

RADIOLOGY:
The following X-Rays were performed by Anelis E. Lopez, ARRT 521734, CRT 78615. The x-rays were ordered to rule out fractures and or gross osteopathology:
--(Open) AP open mouth., -(APC/S) AP cervical and -(LatC/S) Lateral cervical spine.
-(APLatT/S) AP and Lateral (T/S)thoracic spine.
-(APLatL/S) Lumbar AP and lateral

The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine region for a duration of 8 to 23 minutes.
- (TP)Trigger point therapy was performed over active trigger point sights along the  cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.

Diagnosis     S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of  lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M99.03: Segmental and somatic dysfunction of lumbar region
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S93.602A: Unspecified sprain of left foot, initial encounter
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Provider Signature X _____
04/15/2016 12:40 PM

0 4 2 2 2 0 1 6

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER →

[ ] PICA

PICA [ ]

1. MEDICARE [ ] (Medicare#)  MEDICAID [ ] (Medicaid#)  TRICARE [ ] (ID#/DoD#)  CHAMPVA [ ] (Member ID#)  GROUP HEALTH PLAN [ ] (ID#)  FECA BLK LUNG [ ] (ID#)  OTHER [X] (ID#)   1a. INSURED'S I.D. NUMBER   (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M [ ]  F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self [ ]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code) (   )

ZIP CODE   TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX   M [X]  F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES [X]  NO [ ]   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES [ ]  NO [X]   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE   04 19 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM DD YY  03 30 2016   QUAL. 431

15. OTHER DATE   MM DD YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   MM DD YY   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   MM DD YY   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES [ ]  NO [X]   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M62838
E. M9901   F. S233XXA   G. S29012A   H. M62830
I. M9902   J. S335XXA   K. S39012A   L. S3421XA

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 04 05 2016 | | 04 05 2016 | | 11 | | 97140 | 59 | | ABCD | 9400 | 1 | | NPI | 1558696062 |
| 2 | 04 05 2016 | | 04 05 2016 | | 11 | | 99203 | 25 | | ABCD | 35900 | 1 | | NPI | 1558696062 |
| 3 | 04 05 2016 | | 04 05 2016 | | 11 | | A9273 | | | ABCD | 3000 | 1 | | NPI | 1558696062 |
| 4 | 04 06 2016 | | 04 06 2016 | | 11 | | 98941 | | | ABCD | 11500 | 1 | | NPI | 1558696062 |
| 5 | 04 06 2016 | | 04 06 2016 | | 11 | | 97010 | | | ABCD | 2500 | 1 | | NPI | 1558696062 |
| 6 | 04 06 2016 | | 04 06 2016 | | 11 | | 97014 | | | ABCD | 4000 | 1 | | NPI | 1558696062 |

25. FEDERAL TAX I.D. NUMBER   271391503   SSN [ ] EIN [ ]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?   YES [ ]  NO [ ]

28. TOTAL CHARGE   $ 66300

29. AMOUNT PAID   $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Karim Habayeb DC CH9650
SIGNED   On File   DATE   04 19 2016

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th Floor
South Miami, FL 33143
a. 1558696569

33. BILLING PROVIDER INFO & PH #   ( 305 )691-808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750
Miami, FL 33126
a. 1558696062

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

10/21/2017 thru 10/27/2017

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

11/13/2017

| Patient: | ████ (New Patient) | DOB: | ████ | | |
| Ins Co | STATE FARM INSURANCE | Pol # | ████ | Insured | CL#591807W40 |

Date   10/25/2017

Provider   John P. Ross, DC CH12227

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Oral temperature was 97.4.
*Height and Weight: 5'1" tall. 137 pounds.
*Blood pressure: 105/69.
*Respiratory rate was 12 breaths per minute.
*Pulse: 83 bpm.
-(Preg) Ms. ████ denies pregnancy.

HISTORY:
████ presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 10/21/2017. She was a restrained driver of a motor vehicle when it was struck on the passenger's side and front end ████ stated that immediately after the accident she felt immediate pain, struck her left side of the head, was frightened, was stunned and went to Hialeah Hospital. EMT, (rescue), arrived at the scene of the accident. Vital signs were taken and the patient was then stabilized. She was transported immediately to the emergency room by herself. ████ was not admitted to the hospital. A CT scan was performed, the patient was then treated for her injuries and was discharged with instructions to follow up with a health care provider. I am requesting all pertinent medical records of this patient for review.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Frequent urination and slow to heal after cut . The patient denies any pain prior to this crash.

REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing or recent upper respiratory tract infections.
Cardiovascular: The patient denies palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
The following systems inquiries are positive: ringing in ears, eaerache, chest pain, joint pain, joint stiffness or swelling, weakness of muscles/joints, muscle cramps, backache, headaches and dry skin.

HISTORY OF SURGERIES:
She has a history of surgery in the form of a(n) cesarean section in 2008.

**Chart Notes**

10/21/2017 thru 10/27/2017

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

11/13/2017

| Patient: | ▮▮▮▮ (New | DOB: | ▮▮▮▮ | | |
|----------|-----------|------|------|---|---|
| | Patient) | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | ▮▮▮▮ | Insured | CL#591807W40 |

**Date**   10/25/2017

**Provider**   John P. Ross, DC CH12227                    *** continued from previous page ***

FAMILY AND SOCIAL HISTORY:
▮▮▮▮ stated that she has a family history of hypertension which may or may not be a contributing factor in her condition. She reports that she never consumes alcoholic beverages. She never smokes tobacco and reports that she occasionally exercises.

OCCUPATIONAL HISTORY:
Her occupational duties as a nurse include but are not limited to prolonged sitting, prolonged standing, prolonged walking and repetitive lifting up to 20 pounds. As a result of the accident Ms.▮▮▮▮ has missed 1 day(s) of work.

CHIEF COMPLAINT:
Ms▮▮▮▮ presented herself to my office today complaining of the following symptoms:
Intermittent (HA) top of the head headache, (CS) cervical spine, (UTS) upper thoracic spine, (LS) lumbar spine, (LSH) left anterior shoulder, (LSH) left posterior shoulder, (LEIb) left elbow and chest pain with qualities described as aching, deep, discomfort, dull and stiff. She is also experiencing ringing in her left ear and left ear pain .
Intermittent (CS) cervical spine pain that radiates to the (MTS) mid thoracic spine, (RSH) right anterior shoulder, (LSH) left anterior shoulder, (LSH) left posterior shoulder and (RSH) right posterior shoulder with qualities described as aching, deep and dull.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL) Ms.▮▮▮▮ reported  that, since the 10/21/2017 accident, she experiences exacerbating pain when attempting to perform the following duties under duress/activities of daily living: sitting, standing, transfer, bending, lifting and twisting.
She reports that NSAIDs help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her pain intensity at 6, based on a zero through ten visual analog scale.

Objective:
EXAMINATION:
▮▮▮▮ is a 47 year old, right hand dominant Female. She was born ▮▮▮▮ Today ▮▮▮▮ would be described as mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius, (RTrap) right trapezius, (LRhom) left rhomboid and (LEIb) left elbow.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs. ▮▮▮▮ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the left. This test is indicative of nerve root lesions, specifically to

# Chart Notes

**10/21/2017 thru 10/27/2017**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

11/13/2017

| Patient: | ███████ (New | DOB: | ██████ |
| | Patient) | | |
| Ins Co | STATE FARM INSURANCE | Pol # | ████████ | Insured | CL#591807W40 |

**Date    10/25/2017**

**Provider    John P. Ross, DC CH12227**                    *** continued from previous page ***

the dural sleves when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(O'Don) O'Donoghue's Maneuver was positive every plane. This test is indicative of a sprain/strain injury to the cervical spine, when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction and Slump's test.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:
+Bechterew's test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 50 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; Minor's, Bragard's test and Slump's test.

Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the left. This test is indicative of a rotator cuff lesion.
+(Cod) Codman's drop arm test was positive on the left. This test indicates a tear of the rotator cuff, when positive.
+(Supra) Supraspinatus test was positive on the left shoulder. This test is indicative of a supraspinatus tendon tear.
+(Appr) Apprehension test was found to be positive on the left. This test is indicative of chronic shoulder dislocation, when positive.
-(NegShOrtho) The following orthopedic test was negative; Yergason's.

Elbow Exam:
-(NegElbOrthos)The following orthopedic tests were negative: Cozen's, Tinel's, Reverse Cozen's, Varus Stress and Valgus Stress on the left.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, head translation to the right, shoulder high on left and pelvis is high on the right.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy.
-The following tests for proprioception performed were negative: Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

**10/21/2017 thru 10/27/2017**

11/13/2017

| Patient: | ███████ New | DOB: | ██████ | | |
|----------|-------------|------|--------|--|--|
| (Patient) | | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | ████████ | Insured | CL#591807W40 |

| Date | 10/25/2017 | |
|------|-----------|--|
| Provider | John P. Ross, DC CH12227 | *** continued from previous page *** |

A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

**DERMATOME TESTING:**
Sensory pin wheel examination of the upper extremities revealed hyperesthesia along the following dermatome levels: C5 on the left and C6 on the left. All other upper extremity dermatomes tested were within normal limits.
Sensory pin wheel examination of the lower extremities revealed hyperesthesia along the following dermatome levels: L3 on the right and L4 on the right. All other lower extremity dermatomes tested were within normal limits.

**DEEP TENDON REFLEXES:**
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
PROGNOSIS:
████████ prognosis is poor based on the objective findings supported by the Norris and Watt protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Atlantal -odontoid space measures 3mm.
-Intervertebral disk heights are decreased at the following levels: C5-C6 and C6-C7.
-Jackson's angle is decreased.
-The pedicles in the cervical spine are present.
-C7 Transverse processes are normal.

Thoracic Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is normal kyphotic curve in the thoracic spine.
-The pedicles in the thoracic spine are present.

Lumbar Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is normal lordotic curve in the lumbar spine.
-The pedicles in the lumbar spine are present.
-Transition segment is absent.
-Lumbarization of the S1 segment is evident on the right and left.

NEGATIVE FINDINGS:
-(NegXUp) X-ray views of the left shoulder and left elbow are negative for fractures or gross osteopathologies as visualized.

**Chart Notes**

10/21/2017 thru 10/27/2017

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

11/13/2017

| Patient: | (New Patient) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured | CL#591807W40 |

| Date | 10/25/2017 | |
|---|---|---|
| Provider | John P. Ross, DC CH12227 | *** continued from previous page *** |

**Plan:**
**DISPOSITION:**
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

**TREATMENT PLAN:**
I have recommended that ▮▮▮▮ should begin an initial program of care consisting of 3 - 5 visits per week for two weeks , as tolerated by the patient, followed by continued active care with the goal of returning her to pre-injury status or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment procedures and clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities as directed by the chiropractic physician may include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

**DIAGNOSTIC STUDIES:**
At this time I am recommending a(n) MRI of the cervical spine to rule out herniated nucleus pulposus.

**REFERRAL:**
I also have instructed Ms ▮▮▮▮ to follow up with a (GP) general medicine physician for further evaluation and treatment.

**RECOMMENDATIONS:**
Ms. ▮▮▮▮ should: avoid heavy lifting, take warm bath for at least 20 minutes daily and place ice pack on affected area 3 times daily.

**TREATMENT GOALS:**
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Scar management.
- Attain maximum medical improvement status.

**SUPPLIES:**
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.
- (Belt) A lumbosacral support belt was prescribed to restrict lumbosacral range of motion and provide support for the lumbar musculature.

**HOME EXERCISE:**

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

**10/21/2017 thru 10/27/2017**

11/13/2017

| Patient: | ████████ |New | DOB: | ████████ | | |
|---|---|---|---|---|---|---|
| | **Patient)** | | | | | |
| **Ins Co STATE FARM INSURANCE** | | Pol # ████████ | | **Insured** | **CL#591807W40** | |

| Date | 10/25/2017 |
|---|---|

| Provider | John P. Ross, DC CH12227 |

*** continued from previous page ***

Ms. ████████ has been instructed to perform subtle stretching and range of motion exercises as tolerated to speed healing.

RADIOLOGY:
The following X-Rays were performed by Mailen Brito, ARRT 573969, CRT 93073. The x-rays were ordered to rule out fractures and/or gross osteopathology:
-(Open) AP open mouth., -(APC/S) AP cervical and -(LatC/S) Lateral cervical spine.
-(APLatT/S) AP and Lateral (T/S) thoracic spine.
-(APLatL/S) Lumbar AP and lateral
A-P shoulder internal rotation on the left and A-P shoulder external rotation on the left.

The following therapies were performed by H. Gaviria LMT, MA 64695.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine, lumbar spine and left shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine and left shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine regions for 8 minutes.
- (TP)Trigger point therapy was performed over active trigger point sights along the cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.

MB

| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter |
| | M54.2: Cervicalgia |
| | M99.01: Segmental and somatic dysfunction of cervical region |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S29.012A: Strain of muscle and tendon of back wall of thorax, init |
| | S24.2XXA: Injury of nerve root of thoracic spine, initial encounter |
| | M54.6: Pain in thoracic spine |
| | M99.02: Segmental and somatic dysfunction of thoracic region |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | S39.012A: Strain of muscle, fascia and tendon of lower back, init |
| | S34.21XA: Injury of nerve root of lumbar spine, initial encounter |
| | M54.5: Low back pain |
| | M99.03: Segmental and somatic dysfunction of lumbar region |
| | S43.402A: Unspecified sprain of left shoulder joint, initial encounter |
| | M25.512: Pain in left shoulder |
| | M25.622: Stiffness of left elbow, not elsewhere classified |
| | M25.522: Pain in left elbow |
| | R51: Headache |
| | H93.12: Tinnitus, left ear |
| | V49.40XA: Driver injured in collision with unspecified motor vehicles in traffic accident |

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

10/21/2017 thru 10/27/2017

11/13/2017

| Patient: | ████████ (New | DOB: | ████████ | | |
| | Patient) | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | ████████ | Insured | CL#591807W40 |

| Date | 10/25/2017 | |
| Provider | John P. Ross, DC CH12227 | *** *continued from previous page* *** |

Electronically Signed

*John P. Ross DC*

11/03/2017 10:53 AM

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | PICA

1. MEDICARE    MEDICAID    TRICARE    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER    1a. INSURED'S I.D. NUMBER    (For Program in Item 1)
(Medicare#)  (Medicaid#)  (ID#/DoD#)  (Member ID#)  (ID#)  (ID#)  X (ID#)    CL#591807W40

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)    3. PATIENT'S BIRTH DATE    SEX    M [ ]  F [ ]    4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)    6. PATIENT RELATIONSHIP TO INSURED    Self [ ]  Spouse [ ]  Child [ ]  Other [ ]    7. INSURED'S ADDRESS (No., Street)

CITY    STATE    8. RESERVED FOR NUCC USE    CITY    STATE

ZIP CODE    TELEPHONE (Include Area Code) (   )    ZIP CODE    TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)    10. IS PATIENT'S CONDITION RELATED TO:    11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER    a. EMPLOYMENT? (Current or Previous)    [ ] YES  X NO    a. INSURED'S DATE OF BIRTH    SEX    M [ ]  F X

b. RESERVED FOR NUCC USE    b. AUTO ACCIDENT?    X YES  [ ] NO    PLACE (State) FL    b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE    c. OTHER ACCIDENT?    [ ] YES  X NO    c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME    10d. CLAIM CODES (Designated by NUCC)    d. IS THERE ANOTHER HEALTH BENEFIT PLAN?    [ ] YES  X NO    If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   Signature On File    DATE   11 03 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   10 02 2017   QUAL. 431    15. OTHER DATE    QUAL.    MM  DD  YY    16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION    FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE    17a.    17b. NPI    18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES    FROM   MM DD YY   TO   MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)    20. OUTSIDE LAB?    [ ] YES  X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. 0    22. RESUBMISSION CODE    ORIGINAL REF. NO.
A. S134XXA   B. S161XXA   C. S142XXA   D. M542
E. M9901   F. S233XXA   G. S29012A   H. S242XXA
I. M546   J. M9902   K. S335XXA   L. S39012A    23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 25 2017 | 10 25 2017 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1659556223 |
| 2 | 10 25 2017 | 10 25 2017 | 11 | | 97140 | 59 | ABCD | 9400 | 1 | | NPI | 1659556223 |
| 3 | 10 25 2017 | 10 25 2017 | 11 | | 99203 | 25 | ABCD | 35900 | 1 | | NPI | 1659556223 |
| 4 | 10 25 2017 | 10 25 2017 | 11 | | A9273 | | ABCD | 3000 | 1 | | NPI | 1659556223 |
| 5 | 10 25 2017 | 10 25 2017 | 11 | | L0625 | | ABCD | 7500 | 1 | | NPI | 1659556223 |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   271347409   SSN [ ]  EIN [ ]    26. PATIENT'S ACCOUNT NO.    27. ACCEPT ASSIGNMENT?    [ ] YES  [ ] NO    28. TOTAL CHARGE  $ 59800    29. AMOUNT PAID  $ 000    30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John P. Ross, DC CH 2227    SIGNED   On File   DATE 11 03 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of Hialeah
755 E 49th Street
Hialeah, FL 33013
a. 1154641765   b.

33. BILLING PROVIDER INFO & PH # (305) 5585432
CEDA Ortho & Int Med of Hialeah
PO Box 26-1750
Miami, FL 33126
a. 1659556223   b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

███████████

Ceda Ortho & Interventional Med of
███████████ 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: ███████████ | DOB: ███████ | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#597M07925 |

| Date    10/15/2015 |
|---|
| Provider   Michael B. Schulman DC |

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Oral temperature was 98.
*Height and Weight: 5'7" tall. 190 pounds.
*Blood pressure: 112/73.
*Respitory rate was 18 breaths per minute.
*Pulse: 76 bpm.
-(Preg) Ms. ████ denies pregnancy.

HISTORY:
███████ presented herself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 10/12/2015. The patient was a front seat passenger of a motor vehicle when it was struck on the rear end. ██████ stated that immediately after the accident she felt discomfort, felt immediate pain, was frightened and was stunned.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Non-contributory.

REVIEW OF SYSTEMS:

General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

HISTORY OF SURGERIES:
She has a history of surgery in the form of a(n) Cesarean section in 1996 and 2000.

CURRENT MEDICATIONS:
Ms. ████ states that she has been taking advil.

FAMILY AND SOCIAL HISTORY:
██████ stated that she has a family history of  diabetes and hypertension which may or may not be a contributing factor in her condition. She reports that she never consumes alcoholic beverages. She never smokes tobacco and reports that she never exercises.

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
6974 Miami Dr Ste 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#597M07925 |

Date   10/15/2015

Provider   Michael B. Schulman DC     *** *continued from previous page* ***

OCCUPATIONAL HISTORY:
Ms. ▇ is currently unemployed.

CHIEF COMPLAINT:
Ms. ▇ presented herself to my office today complaining of the following symptoms:
Intermittent (HA) posterior retroorbital headache, left eye, (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine, (RSH) right anterior shoulder, (LSH) left anterior shoulder, (LSH) left posterior shoulder, (RSH) right posterior shoulder, (RBic) right bicep, (RTri) right tricept, (RElb) right elbow and sternal pain with qualities described as sharp.
Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder, (LSH) left anterior shoulder, (LSH) left posterior shoulder, (RSH) right posterior shoulder, (RBic) right bicep, (RTri) right tricept and (RElb) right elbow with qualities described as sharp and shooting.
She is also experiencing numbness and tingling over the (RShin) right shin, (LShin) left shin, (LCalf) left calf, (RCalf) right calf, (LFt) left foot and (RFt) right foot region.
She reported that standing, transfer, reclining, reaching, bending, lifting and climbing (stairs) exacerbate(s) her symptoms.
She reports that NSAID's help to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her pain intensity at 8, based on a zero through ten visual analog scale.

Objective:
EXAMINATION:
▇ is a 47 year old, right hand dominant Female. She was born ▇ Today ▇ would be described as; mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius, (RTrap) right trapezius, (RSH) right anterior shoulder, (LSH) left anterior shoulder, (LSH) left posterior shoulder, (RSH) right posterior shoulder and (RElb) right elbow.  Lump felt in right side back of head.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs. ▇ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
+(O'Don) O'Donoghue's Maneuver was positive cervical extention, cervical right rotation, cervical left rotation and cervical left lateral flexion.  This test is indicative of a sprain/strain injury to the cervical spine, when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; Valsalva's maneuver and Dejerine's Triad.

Thoracic Spine Exam:
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S; Schepelmann's and Kemp's.

01182016

**Chart Notes**

█████████████

Ceda Ortho & Interventional Med of
███████████████ 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-6170

| Patient: ████████ | DOB: ████████ | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#597M07925 |

| Date | 10/15/2015 | |
|---|---|---|
| Provider | Michael B. Schulman DC | *** continued from previous page *** |

Lumbar Spine Exam:
+Bechterew's test was positive left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 45 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative;Bragard's test, Valsava's and DeJerene's Triad.

Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the right and left. This test is indicative of rotator cuff lesion.
+(Cod) Codman's drop arm test was positive on the right and left. This test indicates  tears of the rotator cuff, when positive.
+(Supra) Supraspinatus test was positive on the right and left shoulder. This test is indicative of a supraspinatus tendon tear.
-(NegShOrtho) The following orthopedic tests were negative;Dawbarn's, Apprehension, Yergason's and Hawkin's.

Elbow  Exam:
+(Coz) Cozen's Test was found to be positive on the right.  This test is indicative of lateral epicondylitis.
+(Rev Coz) Reverse Cozen's test was positive on the right.  This test is indicative of medial epicondylitis.
+(VarStrElb) Varus Stress of the elbow elicited pain on the right. This test is indicative of a lateral collateral ligament lesion.
-(NegElbOrthos)The following orthopedic tests were negative: Tinel's and Valgus Stress.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right and pelvis is high on the right.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy and Balance Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper extremities demonstrated isometric weakness of the following muscle groups:
C5 deltoid on the right, C5 deltoid on the left and C6 biceps and wrist extensors on the right. They graded 4/5.
All other muscle groups in the upper extremities tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.
A complete isometric examination of the major muscle groups of the upper extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed hyperesthesia along the following dermatome levels: C8 on the left and T1 on the left. All other upper extremity dermatomes tested were within normal limits.

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
8875 SW 24th St Ste 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#597M07925 |

**Date    10/15/2015**

Provider   Michael B. Schulman DC                                    *** *continued from previous page* ***

Sensory pin wheel examination of the lower extremities revealed no sensory deficits or hypersensitivity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
PROGNOSIS:
▮▮▮▮▮ prognosis is good to poor based on the objective findings supported by the Norris and Watt protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-Jackson's angle is reversed.
-DJD is evident along the C5-C6 intervertebral disk levels.
-Calcification visualized anterior to the C5-C6 disc.

Thoracic Spine:
-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are normal.
-There is decreased kyphotic curve in the thoracic spine.
-The pedicles in the thoracic spine are present.
-DJD is evident along the T4-T5, T5-T6, T6-T7, T7-T8, T8-T9, T9-T10 and T10-T11.

Lumbar Spine:
-There is decreased lordotic curve in the lumbar spine.
-The pedicles in the lumbar spine are present.
-There is a right listing evident. This may be indicative of severe muscle spasm.
-L4-L5 anterir superior endplate lipping visualized.

Skull Views:
X-ray findings of the skull revealed: radiolucency visualized posterior aspect of skull rule out fracture versus blood vessels

Plan:
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these procedures and after consent of the patient, the treatment plan as outlined below was initiated.

TREATMENT PLAN:
I have recommended that ▮▮▮▮▮ should begin an initial program of care consisting of 3 - 5 visits per week for two weeks followed by continued active care with the goal of returning her to pre-injury status or maximum functional

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
~~6974 SW 24th~~ ~~Dffice 4th Fl~~
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#597M07925 |

**Date**   10/15/2015

**Provider**   Michael B. Schulman DC                              *** continued from previous page ***

capacity status. The need for ongoing care will be determined via outcomes assessment procedures and visit by visit clinical evaluations. Outcomes assessment procedures are performed during re-examinations to determine if the patient ls getting better, worse or unchanged. The types of outcomes assessment procedures utilized in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities include but are not limited to:  Cryotherapy (Cryo), hydrocollator therapy (Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release (Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

**REFERRAL:**
I also have instructed Ms. ▮ to follow up with a (GP) general medicine physician for further evaluation and treatment.

**DIAGNOSTIC STUDIES:**
I have further prescribed a(n) MRI studies of the cervical spine and lumbar spine to rule out internal derangement and herniated nucleus pulposus.

**RECOMMENDATIONS:**
I recommended to Ms. ▮that she should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue range of motion exercises to the affected areas, warm bath for at least 20 minutes daily and place ice pack on affected area 3 times daily.

**TREATMENT GOALS:**
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Postural correction.
- Attain maximum medical improvement status.

**SUPPLIES:**
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

**HOME EXERCISE:**
Ms. ▮will be instructed to subtle stretching and range of motion exercises as tolerated to speed healing.

**RADIOLOGY:**
The following X-Rays were performed by Anelis E. Lopez, ARRT 521734, CRT 78615. The x-rays were ordered to rule out fractures and or gross osteopathology:
-(Cerv 4) -(Open) AP open mouth., -(APC/S) AP cervical, -(LatC/S) Lateral cervical spine, -(FlexC/S) Cervical flexion and -(ExtC/S) Cervical extension
-(APLatT/S) AP and Lateral (T/S)thoracic spine.
-(APLatL/S) Lumbar AP and lateral
-AP shoulder internal rotation on the right and AP shoulder external rotation on the right.
-AP shoulder internal rotation on the left and AP shoulder external rotation on the left.
-AP Elbow - right and Lateral elbow - right
-(APLatSkull) AP and Lateral views of the skull.

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
~~597 61 62nd~~ Shared Office 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|----------|------|--|--|
| Ins Co **STATE FARM INSURANCE** | Pol # | Insured | CL#597M07925 |

| Date | 10/15/2015 | |
|------|-----------|--|
| Provider   Michael B. Schulman DC | | *** continued from previous page *** |

The following therapies were performed by A. Menezes, MA 71338 and RCA 9943.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine, lumbar spine, right shoulder and left shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine, thoracic spine, right shoulder and left shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine region for a duration of 8 to 23 minutes.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.
- (Bike Up/Low) Active therapeutic exercise was performed in the upper and lower extremities for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.
- (NMR Vibe)Neuromuscular re-education was performed in the lumbar spine region(s), for 8 - 23 minutes by utilizing a medical grade motorized three plane vibration device.
- (TP)Trigger point therapy was performed over active trigger point sights along the  cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.

| Diagnosis | R51: Headache |
|-----------|---------------|
| | S06.890A: Other specified intracranial injury without loss of consciousness, initial encounter |
| | M53.0: Cervicocranial syndrome |
| | R42: Dizziness and giddiness |
| | S00.93XA: Contusion of unspecified part of head, initial encounter |
| | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | S43.491A: Other sprain of right shoulder joint, initial encounter |
| | S43.402A: Unspecified sprain of left shoulder joint, initial encounter |
| | S53.402A: Unspecified sprain of left elbow, initial encounter |
| | G54.2: Cervical root disorders, not elsewhere classified |
| | G54.4: Lumbosacral root disorders, not elsewhere classified |
| | M54.14: Radiculopathy, thoracic region |
| | M62.830: Muscle spasm of back |
| | M99.01: Segmental and somatic dysfunction of cervical region |
| | M99.02: Segmental and somatic dysfunction of thoracic region |
| | M99.03: Segmental and somatic dysfunction of lumbar region |
| | G89.11: Acute pain due to trauma |
| | R20.2: Paresthesia of skin |
| | R26.2: Difficulty in walking, not elsewhere classified |
| | H53.8: Other visual disturbances |
| | R07.1: Chest pain on breathing |

Provider Signature X

10/23/2015 04:32 PM

01182016

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | [X] (ID#) | CL#597M07925 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M □  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self □ Spouse □ Child □ Other □

7. INSURED'S ADDRESS (No., Street)

CITY                STATE

8. RESERVED FOR NUCC USE

CITY                STATE

ZIP CODE   TELEPHONE (Include Area Code)   ( )

ZIP CODE   TELEPHONE (Include Area Code)   ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   □ YES  [X] NO

a. INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M □  F □

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   [X] YES  □ NO   PLACE (State) [FL]

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   □ YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   □ YES  [X] NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE  01 12 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM 10 DD 12 YY 2015   QUAL. 431

15. OTHER DATE   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   □ YES  [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   Relate A-L to service line below (24E)   ICD Ind. 0

| A. R51 | B. S06890A | C. M530 | D. R42 |
|---|---|---|---|
| E. S0093XA | F. S134XXA | G. S233XXA | H. S335XXA |
| I. S43491A | J. S43402A | K. S53402A | L. G542 |

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 15 2015  10 15 2015 | 11 | | 73070 | RT | ABCD | 9600 | 1 | | NPI | 1023130382 |
| 2 | 10 15 2015  10 15 2015 | 11 | | 70250 | | ABCD | 12400 | 1 | | NPI | 1023130382 |
| 3 | 10 15 2015  10 15 2015 | 11 | | 99203 | 25 | ABCD | 35900 | 1 | | NPI | 1023130382 |
| 4 | 10 15 2015  10 15 2015 | 11 | | A9273 | | ABCD | 3000 | 1 | | NPI | 1023130382 |
| 5 | 10 16 2015  10 16 2015 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1023130382 |
| 6 | 10 16 2015  10 16 2015 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1023130382 |

25. FEDERAL TAX I.D. NUMBER   271391503   SSN □ EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   [X] YES  □ NO

28. TOTAL CHARGE   $ 67400

29. AMOUNT PAID   $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Michael B. Schulman DC

SIGNED   On File   DATE  01 12 2016

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
33143

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

01182016

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

05/26/2018 thru 05/31/2018

06/18/2018

| Patient: | | DOB: | |
| (New Patient) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | | Insured |

Date   05/29/2018

Provider   Richard Yoham DC CH-7892

**Subjective:**
INITIAL NARRATIVE REPORT:

VITAL SIGNS:
*Oral temperature was 99.1.
*Height and Weight: 5'10" tall. 205 pounds.
*Blood pressure: 123/89.
*Pulse: 78 bpm.

HISTORY:
_____ presented himself to the office today for consultation and examination due to a(n) motor vehicle crash (MVC) which occurred on 05/25/2018. He was a restrained driver of a motor vehicle when it was struck on the passenger's side. He recalls that the onset of his symptoms presented gradually after the accident occurred. _____ stated that immediately after the accident he was stunned. He braced himself before the collision.

PAST MEDICAL HISTORY AND REVIEW OF SYSTEMS:
Hypertension.

REVIEW OF SYSTEMS:
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below
Abnormal Findings:
-The following systems inquiries are positive:joint pain, backache, headaches, nervousness, depression, sleep problems, fatigue and ringing in ears.

CURRENT MEDICATIONS:
Mr._____ states that he has been taking Clonazepam, Metoprolol, Aspirin, Spironolactone and Nifedipine.

HISTORY OF MVA:
Mr._____ has a prior history of a motor vehicle accident 4 years ago. He reports that he was treated at Ceda.

## Chart Notes

**05/26/2018 thru 05/31/2018**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184  .
Phone: 305-685-9771
Fax: 305-685-9776

06/18/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| **(New Patient)** | | | | |
| **Ins Co  STATE FARM INSURANCE** | | **Pol #** | | **Insured** |

**Date     05/29/2018**

**Provider   Richard Yoham DC CH-7892**                         *** *continued from previous page* ***

**FAMILY AND SOCIAL HISTORY:**
▮▮▮ stated that he has a family history of hypertension which may or may not be a contributing factor in his condition. He reports that he occasionally consumes alcoholic beverages. He never smokes tobacco and reports that he never exercises.

**OCCUPATIONAL HISTORY:**
▮▮▮ is self employed. His occupational duties include but are not limited to prolonged walking and prolonged standing. As a result of the accident Mr. ▮▮▮ has missed 4 day(s) of work.

**CHIEF COMPLAINT:**
Mr ▮▮▮ presented himself to my office today complaining of the following symptoms:
Intermittent (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine and (MTS) mid thoracic spine pain with qualities described as shooting, discomfort, dull, stiff and sore.

**DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:**
-(DUD/ADL) Mr. ▮▮▮ reported that, since the 05/25/2018 accident, he experiences exacerbating pain when attempting to perform the following duties under duress/activities of daily living: sitting, reclining, lifting and twisting.
He reports that rest help to mitigate his symptoms.

**VISUAL ANALOG SCALE:**
The patient quantified his pain intensity at 8, based on a zero through ten visual analog scale.

**Objective:**
**EXAMINATION:**
▮▮▮ is a 47 year old, right hand dominant Male. He was born ▮▮▮ Today ▮▮▮ would be described as; mentally alert. Auscultation of the heart, lungs and abdomen were within normal limits. Motor eye movements were within normal limits. Pupillary reflex was symmetrical and intact. Cranial nerves 1-12 testing revealed no compromised function and were within normal limits.

**PALPATION FINDINGS:**
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C5, C6, C7, T1, T2, T3 and T4.
- Pain and tenderness were noted during digital palpation in the following regions; (LSCM) left sternocleidomastoid, (RSCM) right sternocleidomastoid , (LTrap) left trapezius and (RTrap) right trapezius.
- Isolated myospasm were noted during digital palpation in the following regions; C5, C6, C7, T1, T2, T3 and T4, (LTrap) left trapezius and (RTrap) right trapezius.

**ORTHOPEDIC TESTS:**

**Cervical Spine Exam:**
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr. ▮▮▮ ▮▮▮ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(Slump) Slump test , when positive is indicative of a spinal cord lesion due to discal pressure on the cord and/or

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

06/18/2018

**05/26/2018 thru 05/31/2018**

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (New Patient) | | | | |
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured |

**Date    05/29/2018**

Provider   Richard Yoham DC CH-7892                                   *** continued from previous page ***

stenosis of the neural canal.
+(O'Don) O'Donoghue's Maneuver was positive cervical flexion, cervical extention, cervical right lateral flexion and cervical right rotation. This test is indicative of a sprain/strain injury to the cervical spine, when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction, shoulder depression, Valsalva's maneuver, Dejerine's Triad.

Thoracic Spine Exam:
+(Shep)Shepelmann's test was positive on the right and left. When positive this test is indicative of intercostal neuritis.
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facect capsul imbrication.

POSTURE ANALYSIS:
-Posture analysis revealed the following: no head tilt, even shoulders and even pelvis.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s) were positive for deficits in proprioception: None.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Leg Length Discrepancy, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
PROGNOSIS:
The prognosis for Mr.                            is fair based on the objective findings supported by the Norris and Watt Protocols.

CLINICAL IMPRESSION:
See below.

RADIOLOGY REPORT:

Cervical Findings:
-Negative for fractures or gross osteopathologies as visualized.
-Atlantal -odontoid space measures 3mm.
-Intervertebral disk heights are decreased at the following levels: C4-C5.
-Jackson's angle is decreased.

Thoracic Spine:

**Chart Notes**

05/26/2018 thru 05/31/2018

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

06/18/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| **(New Patient)** | | | | |
| Ins Co **STATE FARM INSURANCE** | Pol # | | Insured | |

**Date    05/29/2018**

**Provider   Richard Yoham DC CH-7892**                    *** continued from previous page ***

-Negative for fractures or gross osteopathologies as visualized.
-Intervertebral disk heights are decreased at the following levels: T4-T5 and T11-T12.
-There is decreased kyphotic curve in the thoracic spine.

**Therapeutic Assessment:**
-Mr. ▆▆▆▆▆▆▆ was able to tolerate today's treatment well. He has continued to progress and will
continued the plan of care.


**Plan:**
DISPOSITION:
The above impression was discussed with the patient at length using appropriate diagrams to demonstrate the
perceived pathology. All treatment modalities were discussed at length. The patient indicated understanding of these
procedures and after consent of the patient, the treatment plan as outlined below was initiated.

**TREATMENT PLAN:**
I have recommended that ▆▆▆ should begin an initial program of care consisting of 3 - 5 visits per week for two
weeks , as tolerated by the patient, followed by continued active care with the goal of returning him to pre-injury status
or maximum functional capacity status. The need for ongoing care will be determined via outcomes assessment
procedures and clinical evaluations. Outcomes assessment procedures are performed during re-examinations to
determine if the patient is getting better, worse or unchanged. The types of outcomes assessment procedures utilized
in our office include but are not limited to: neurological and orthopedic testing, comparative muscle testing, balance
and proprioception testing, leg length discrepancy resolution, etc. The recommended treatment modalities as
directed by the chiropractic physician may include but are not limited to: Cryotherapy (Cryo), hydrocollator therapy
(Hydroc), electric muscle stimulation(EMS), therapeutic ultrasound (U/S), therapeutic exercises (Exer)passive and
active, intersegmental mechanical traction (IST), spinal decompression traction (Decomp), chiropractic manipulative
treatment (CMT), neuromuscular re-education (NMR), trigger point therapy (TP), massage (Mass), myofascial release
(Myofasc), paraffin (Par), joint mobilization procedures (JMP), etc.

**DIAGNOSTIC STUDIES:**
At this time I am recommending MRI studies of the cervical spine and thoracic spine to rule out internal derangement.

**REFERRAL:**
I also have instructed Mr. ▆▆▆▆▆▆▆▆ to follow up with a (GP) general medicine physician for further
evaluation and treatment.

**RECOMMENDATIONS:**
Mr. ▆▆▆▆▆▆ should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs,
limit overhead lifting to 10 lbs, continue range of motion with exercises to the affected areas, continue with isometric
exercises as tolerated, take warm bath for at least 20 minutes daily, wear supportive garment during activity and
place ice pack on affected area 3 times daily.

**TREATMENT GOALS:**
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.

**Chart Notes**

05/26/2018 thru 05/31/2018

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

06/18/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (New Patient) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | | Insured |

**Date**   05/29/2018

**Provider**   Richard Yoham DC CH-7892                      *** continued from previous page ***

- Facilitate weak muscles.
- Scar management.
- Attain maximum medical improvement status.

SUPPLIES:
- (Gel Pack) Cold packs were prescribed to reduce swelling and discomfort in the affected area.

HOME EXERCISE:
Mr. _____ has been instructed to perform subtle stretching and range of motion exercises as tolerated
to speed healing.

The following X-ray were performed by Silvina A. Sanabria, ARRT 519524, CRT 85719.
- (Davis) series 7 views.
- (APLatT/S) AP and Lateral (T/S)thoracic spine.

The following therapies were performed by M. Torres Diaz, LMT, MA 60408.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.

The following therapies were performed by O. Ceballos, LMT, MA 73466.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas,
cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine region for a duration of 13-15
minutes.
- (TP)Trigger point therapy was performed over active trigger point sights along the  cervical spine and thoracic spine
region(s) for 13-15 minutes.

MA

| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S29.012A: Strain of back wall of thorax |
| | S24.2XXA: Injury of nerve root of thoracic spine, initial encounter |
| | R51: Headache |
| | F41.9: Anxiety disorder, unspecified |
| | H93.13: bilateral tinnitus |
| | V49.40XA: Driver injured in collision w unsp mv in traf, init |

Electronically Signed

06/05/2018 03:16 PM



**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

05/26/2018 thru 05/31/2018

06/18/2018

| Patient: | | DOB: | |
| (New Patient) | | | |
| Ins Co **STATE FARM INSURANCE** | Pol # | | Insured |

| Date | 05/29/2018 | | |
| Provider | Richard Yoham DC CH-7892 | | *** continued from previous page *** |

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | |
|---|---|---|
| ☐ PICA | | PICA ☐ |

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER — 1a. INSURED'S I.D. NUMBER  (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX M ☐ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY  STATE

ZIP CODE  TELEPHONE (Include Area Code) ( )

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY   SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☒ YES  ☐ NO  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File  DATE 06 04 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 05 25 2018  QUAL. 431

15. OTHER DATE  MM  DD  YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0

22. RESUBMISSION CODE  ORIGINAL REF. NO.

A. S134XXA  B. S161XXA  C. S142XXA  D. S233XXA
E. S29012A  F. S242XXA  G. R51  H. F419
I. H9313  J. V4940XA  K.  L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 29 2018 05 29 2018 | 11 | 72052 | ABCD | 207 00 | 1 | | NPI | 1215952924 |
| 2 | 05 29 2018 05 29 2018 | 11 | 72070 | ABCD | 112 00 | 1 | | NPI | 1215952924 |
| 3 | 05 29 2018 05 29 2018 | 11 | 99203  25 | ABCD | 359 00 | 1 | | NPI | 1215952924 |
| 4 | 05 29 2018 05 29 2018 | 11 | A9273 | ABCD | 30 00 | 1 | | NPI | 1215952924 |
| 5 | 05 29 2018 05 29 2018 | 11 | 97012 | ABCD | 51 00 | 1 | | NPI | 1215952924 |
| 6 | 05 29 2018 05 29 2018 | 11 | 97010 | ABCD | 25 00 | 1 | | NPI | 1215952924 |

25. FEDERAL TAX I.D. NUMBER  271347291  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?  ☒ YES  ☐ NO

28. TOTAL CHARGE $ 784 00

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Richard Yonani DC CFF-7892
SIGNED  On File  DATE 06 04 2018

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of FIU/Kendall LLC
11890 SW 8 Street Ste 400
Miami, Florida 33184
a. 1629196651  b.

33. BILLING PROVIDER INFO & PH # (305) 6859771
CEDA Ortho & Int Med of FIU/Kendall
PO Box 26-1750
Miami, FL 33126
a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)