*Exhibit 26*

# Chart Notes

**08/05/2017 thru 08/11/2017**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

08302017

| Patient: | (MVA - PIP) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | | Pol # | | **Insured** | CL#590918J33 |

**Date    08/09/2017**

**Provider   M.Cristina Crespo-Smith MD-ME90226**

Patient Name.
Date of Birth:
Age: 46
Sex: Female
Date of Injury: 07/28/2017

## INITIAL EVALUATION

### HISTORY OF ACCIDENT
An initial examination was performed on ██████████████████████ for injuries sustained in a motor vehicle crash occurring on 07/28/2017. She was the driver of a motor vehicle when it was struck on the front end and rear end. She recalls that the onset of her symptoms presented gradually after the accident occurred. Ms. ██████████ states that she has been under the care of Ceda due to the current injuries. While under care, she received radiographs, physical therapy and chiropractic manipulation.

### CHIEF COMPLAINT
Ms. ██████████ presented herself to my office today complaining of constant cervical spine, upper thoracic, mid thoracic, lumbar spine, left trapezius and right trapezius and sternal pain with qualities described as aching, sore and stiff. The patient is experiencing radiating pain from the cervical spine into the lumbar spine. Ms. ██████████ quantifies her overall pain intensity as 8, based on a zero through ten visual analog scale.

### DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
She relates that sitting, transfer, reclining, bending, twisting and walking exacerbate(s) her symptoms. She reports that NSAID's and ice packs help(s) to mitigate her symptoms.

### MEDICAL HISTORY
Past Medical History: Hypertension.
Past Surgical History: She denies any prior surgical procedures.
Allergies: No known allergies.
Current Medications: birth control pills.
Prior Injury History: The patient denies any prior accidents or injuries.

### FAMILY HISTORY
Non-contributory.

### SOCIAL HISTORY
Alcohol: Never.
Tobacco: Never.
Occupation: The patient is currently employed as a traffic agent.

### REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.

**Chart Notes**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

08/05/2017 thru 08/11/2017

| Patient: | (MVA - PIP) | DOB: | | |
|----------|-------------|------|--------|--------------|
| Ins Co **STATE FARM INSURANCE** | | Pol # | **Insured** | CL#590918J33 |

**Date      08/09/2017**

Provider   **M.Cristina Crespo-Smith MD-ME90226**                    *** *continued from previous page* ***

Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.

Musculoskeletal: Please refer to the physical exam for detail.

Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.

Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.

Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.

Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.

Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

*all systems inquiries above are normal unless specified below

Abnormal Findings:

-The following systems inquiries are positive: backache.

PHYSICAL EXAMINATION:

Vital Signs:
Height: 5'3"
Weight: 145lbs
BP: 140/91
Pulse: 80BPM
Temperature: 98.7 F
RR:18 BPM
LMP: 07/23/2017.
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.

MUSCULOSKELETAL EXAMINATION:

Cervical Spine Exam:
Extension is with pain. Flexion is with pain. Right and left rotation is with pain. Right and left lateral flexion is with pain. Myospasm is noted on palpation of the upper trapezius muscles. Tenderness is noted upon palpation of the upper trapezius muscles. Spurling's test is positive.

Thoracic Spine Exam:
Tenderness is noted upon palpation of the upper, mid and lower thoracic spine. Myospasm is noted on palpation of the upper, mid and lower thoracic spinal musculature. Extension is with pain. Flexion is with pain. Right and left rotation is with pain. Right and left lateral flexion is with pain.

Lumbar Spine Exam:
Extension is with pain. Flexion is with pain. Bilateral rotation is with pain. Bilateral lateral flexion is with pain. Myospasm is noted on palpation of the lower lumbar spine. Tenderness is noted upon palpation of the lower lumbar spine. Straight leg raise test is positive on the right and positive on the left.

DIAGNOSTIC STUDIES
There are no imaging studies available for review.

IMPRESSION
See below.

Printed:   **Thursday, August 24, 2017 12:31:57 PM**                                        Page 81 Of  155

# Chart Notes

**CEDA Ortho & Int Med of Downtown/LH**
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

08302017

**08/05/2017 thru 08/11/2017**

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | Insured | CL#590918J33 |

**Date** 08/09/2017

**Provider** M.Cristina Crespo-Smith MD-ME90226     *** continued from previous page ***

DISCUSSION

Ms. _____ initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Ms. _____ subjective complaints are consistent with the patient's history and objective findings on physical examination. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the injury occurring on 07/28/2017.

It is my medical opinion that Mrs. _____ had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 07/28/2017.

The patient was prescribed Motrin 800 mg and Flexeril 5 mg to be taken as directed. The patient has been advised as to the possible side effects of the medication.

RETURN APPOINTMENT
The patient should return for an appointment when necessary.

Document has not been officially reviewed until signed.

MB

**Diagnosis**
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S29.012A: Strain of back wall of thorax
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M99.03: Segmental and somatic dysfunction of lumbar region
S23.420A: Sprain of sternoclavicular (joint) (ligament), initial encounter
S43.401A: Unspecified sprain of right shoulder joint, init encntr
S46.911A: Strain unsp musc/fasc/tend at shldr/up arm, right arm, init
S43.402A: Unspecified sprain of left shoulder joint, initial encounter
S46.912A: Strain unsp musc/fasc/tend at shldr/up arm, left arm, init
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Electronically Signed

08/19/2017 08:51 AM

**Chart Notes**

08/05/2017 thru 08/11/2017

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

08302017

| Patient: | ███████ (MVA - PIP) | DOB: ███████ | | |
|----------|---------|------|---------|------|
| Ins Co | STATE FARM INSURANCE | Pol # | Insured | CL#590918J33 |

| Date | 08/09/2017 | | |
|------|-----------|---|---|
| Provider | M.Cristina Crespo-Smith MD-ME90226 | *** continued from previous page *** | |



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

08302017

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL#590918J33 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE | SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. RESERVED FOR NUCC USE

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( )

ZIP CODE | TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH MM DD YY | SEX M [ ] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES [X] NO [ ] PLACE (State) [FL]

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X]  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **Signature On File**  DATE **08 24 2017**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **Signature On File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  **07 28 2017**  QUAL **431**

15. OTHER DATE QUAL | MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY | MM DD YY FROM | TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY | MM DD YY FROM | TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [ ] NO [X] | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. [0]

A. S134XXA | B. S233XXA | C. S335XXA | D.
E. | F. | G. | H.
I. | J. | K. | L.

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | | |
| 08 | 09 | 2017 | 08 | 09 | 2017 | 11 | | 99203 | | ABC | 35900 | 1 | | NPI | 1093938995 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER | SSN EIN
271347175  [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES [X] NO [ ]

28. TOTAL CHARGE $ 35900

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
M.Cristina Crespo-Smith
MD-ME90226
SIGNED  On File  DATE 08 24 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Med of
Downtown/LH LLC
2190 W Flagler Street
Miami, FL 33135
a. 1316267321  b.

33. BILLING PROVIDER INFO & PH # (305 4419918
CEDA Ortho & Interventional Med of
Downtown/LH LLC
PO Box 26-1750
Miami, FL 33126
a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

08282017

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#0309W65 |

**Date     06/07/2017**

**Provider   M. Cristina Crespo-Smith MD-ME90226**

Patient Name:
Date of Birth
Age: 24
Sex: Male
Date of Injury: 05/31/2017

INITIAL EVALUATION

HISTORY OF ACCIDENT
An initial examination was performed on ▇▇▇▇▇▇▇▇ for injuries sustained in a motor vehicle crash occurring on 05/31/2017. He was the driver of a motor vehicle when it was struck on the rear end. He recalls that the onset of his symptoms presented immediately after the accident occurred. Mr. ▇▇▇▇▇▇▇ states that he has been under the care of Ceda due to the current injuries. While under care, he received physical therapy and chiropractic manipulation.

CHIEF COMPLAINT
Mr. ▇▇▇▇▇▇ presented himself to my office today complaining of constant head, cervical spine, upper thoracic, mid thoracic, lumbar spine, right shoulder, left shoulder, right wrist, left wrist, right knee and left knee pain with qualities described as sharp, deep and shooting. He also complains of chest and abdominal pain. Mr. ▇▇▇▇▇▇ quantifies his overall pain intensity as 10, based on a zero through ten visual analog scale.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
He relates that sitting, standing, transfer, reclining, reaching, bending, stooping, lifting, twisting, walking and climbing stairs exacerbate(s) his symptoms. He reports that rest help(s) to mitigate his symptoms.

MEDICAL HISTORY
Past Medical History: Non-contributory.
Past Surgical History: He denies any prior surgical procedures.
Allergies: No known allergies.
Current Medications: Ibuprofen.
Prior Injury History: The patient denies any prior accidents or injuries.

FAMILY HISTORY
Hypertension and diabetes.

SOCIAL HISTORY
Alcohol: Socially.
Tobacco: Cigarettes.
Occupation: The patient is currently employed as a logistician.
Civil Status: Married.

REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

08282017

| Patient: | | DOB: | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured ′ CL#0309W65 |

**Date    06/07/2017**

**Provider    M. Cristina Crespo-Smith MD-ME90226**                          *** *continued from previous page* ***

Genitourinary: The patient denies any renal or bladder issues.

Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.

*Musculoskeletal: Please refer to the physical exam for detail.*

Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.

Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.

Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.

Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.

Psychiatric: The patient denies anxiety, tension, or any changes in mood.

*all systems inquiries above are normal unless specified below

Abnormal Findings:

-The following systems inquiries are positive: Loss of memory, confusion, nervousness, depression and sleeping problems.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'0"
Weight: 217lbs
BP: 136/68
Pulse: 64BPM
Temperature: 98.3 F
RR: 17/MIN
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.

MUSCULOSKELETAL EXAMINATION

Cervical Spine Exam:

Extension is with pain. Flexion is with pain. Right and left rotation is with pain. Right and left lateral flexion is with pain. Myospasm is noted on palpation of the upper trapezius muscles. Tenderness is noted upon palpation of the upper trapezius muscles. Spurling's test is positive bilaterally.

Thoracic Spine Exam:

Tenderness is noted upon palpation of the upper, middle and lower thoracic spine. Myospasm is noted on palpation of the upper, middle and lower thoracic spinal musculature. Extension is with pain. Flexion is with pain. Right and left rotation is with pain. Right and left lateral flexion is with pain.

Lumbar Spine Exam:

Extension is with pain. Flexion is with pain. Bilateral rotation is with pain. Bilateral lateral flexion is with pain. Myospasm is noted on palpation of the lower lumbar spine. Tenderness is noted upon palpation of the lower lumbar spine. Straight leg raise test is positive on the right and positive on the left.

Left Shoulder Exam:

Range of motion reveals abduction is with pain. Adduction is with pain. Flexion is with pain. Extension is with pain. Internal rotation is with pain. External rotation is with pain. Elevation is with pain.

08282017

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | | Insured    CL#0309W65 |

**Date    06/07/2017**

Provider   M. Cristina Crespo-Smith MD-ME90226                *** continued from previous page ***

Right Shoulder Exam:
Range of motion reveals abduction is with pain. Adduction is with pain. Flexion is with pain. Extension is with pain. Internal rotation is with pain. External rotation is with pain. Elevation is with pain.

Left Elbow Exam:
Examination of the left elbow shows no ecchymosis, swelling, or masses. There is no deformity or atrophy visualized. Flexion and extension are full and pain free. Pronation and supination are also full and without pain. Neither tenderness or myospasm is palpable at the elbow joint. Orthopedic testing shows there is no laxity of the medial and lateral collateral ligaments of the left elbow. Tinel's sign is absent on the left.

Right Elbow Exam:
Examination of the right elbow shows no ecchymosis, swelling, or masses. There is no deformity or atrophy visualized. Flexion and extension are full and pain free. Pronation and supination are also full and without pain. Neither tenderness or myospasm is palpable at the elbow joint. Orthopedic testing shows there is no laxity of the medial and lateral collateral ligaments of the right elbow. Tinel's sign is absent on the right.

Left Wrist Exam:
Range of motion reveals flexion is with pain. Extension is with pain. Radial deviation is with pain. Ulnar deviation is with pain.

Right Wrist Exam:
Range of motion reveals flexion is with pain. Extension is with pain. Radial deviation is with pain. Ulnar deviation is with pain.

Left Hand Exam:
Examination of the left  reveals there is no ecchymosis, swelling, or masses. There is no deformity or atrophy visualized.
Ranges of motion in the thumb and fingers at the metacarpophalangeal joints, proximal interphalangeal joints, and distal interphalangeal joints are full and pain free upon flexion and extension. Abduction and adduction of the thumb at the carpometacarpal joint and the fingers at the metacarpophalangeal joints are also full and pain free. Opposition of the thumb is full and without pain. There is no ligamentous instability of the radial and ulnar collateral ligaments within the left hand. The Allen test is negative on the left.

Right Hand Exam:
Examination of the right  reveals there is no ecchymosis, swelling, or masses. There is no deformity or atrophy visualized.
Ranges of motion in the thumb and fingers at the metacarpophalangeal joints, proximal interphalangeal joints, and distal interphalangeal joints are full and pain free upon flexion and extension. Abduction and adduction of the thumb at the carpometacarpal joint and the fingers at the metacarpophalangeal joints are also full and pain free. Opposition of the thumb is full and without pain. There is no ligamentous instability of the radial and ulnar collateral ligaments within the right hand. The Allen test is negative on the right.

Left Knee Exam:
Range of motion reveals flexion is with pain. Extension is with pain. McMurray's test is positive medially and laterally.

Right Knee Exam:
Range of motion reveals flexion is with pain. Extension is with pain. McMurray's test is positive medially and laterally.

Right Foot Exam:
Examination of the right foot reveals there is no swelling, echymosis, or deformity. Abduction and adduction of the forefoot at the midtarsal joints is full and without pain. Flexion and extension of the toes at the metatarsophalangeal

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

08282017

| Patient: | | DOB: | | | |
|----------|--|------|--|--|--|
| Ins Co  **STATE FARM INSURANCE** | | Pol # | | Insured | **CL#0309W65** |

**Date**     06/07/2017

**Provider   M. Cristina Crespo-Smith MD-ME90226**                    *** *continued from previous page* ***

joints, proximal interphalangeal joints, and distal interphalangeal joints is also full and pain free. Palpation elicits no
tenderness throughout the foot. Orthopedic testing shows no ligamentous instability within the right.

IMPRESSION
See below.

DISCUSSION
Mr. ▒▒▒▒▒▒ initially presented in this office after undergoing a course of conservative treatment.
The patient has sought medical care due to the persistence of pain. Mr. ▒▒▒▒▒▒ subjective complaints
are consistent with the patient's history and objective findings on physical examination. It is therefore within a
reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on
05/31/2017.

It is my medical opinion that Mr. ▒▒▒▒▒ had suffered an emergency medical condition as a result of the
motor vehicle crash that occured on 05/31/2017.

Mr. ▒▒▒▒▒ was advised to have MRI studies of the cervical spine and lumbar spine to rule out herniated
nucleus pulposus.

The patient was prescribed Ibuprofen 800 mg and Flexeril 5 mg to be taken as directed. The patient has been
advised as to the possible side effects of the medication.

RETURN APPOINTMENT
The patient should return for an appointment when necessary.

Document has not been officially reviewed until signed.

MA.

**Chart Notes**

08282017

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#0309W65 |

Date    06/07/2017

Provider  M. Cristina Crespo-Smith MD-ME90226            *** continued from previous page ***

**Diagnosis**      S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
M25.511: Pain in right shoulder
M25.512: Pain in left shoulder
M25.561: Pain in right knee
M25.562: Pain in left knee
M25.531: Pain in right wrist
M25.532: Pain in left wrist
G54.2: Cervical root disorders, not elsewhere classified
G54.3: Thoracic root disorders, not elsewhere classified
G54.4: Lumbosacral root disorders, not elsewhere classified
S43.421A: Sprain of right rotator cuff capsule, initial encounter
S43.422A: Sprain of left rotator cuff capsule, initial encounter
S53.431A: Radial collateral ligament sprain of right elbow, init
S53.432A: Radial collateral ligament sprain of left elbow, init encntr
S63.501A: Unspecified sprain of right wrist, initial encounter
S63.502A: Unspecified sprain of left wrist, initial encounter
S63.621A: Sprain of interphalangeal joint of right thumb, init encntr
S63.622A: Sprain of interphalangeal joint of left thumb, init encntr
R51: Headache
S63.91XA: Sprain of unsp part of right wrist and hand, init encntr
S63.92XA: Sprain of unsp part of left wrist and hand, init encntr
S93.601A: Unspecified sprain of right foot, initial encounter
V49.40XA: Driver injured in collision w unsp mv in traf, init
G54.1: Lumbosacral plexus disorders
M54.5: Low back pain
M54.16: Radiculopathy, lumbar region
M62.838: Other muscle spasm
M24.20: Disorder of ligament, unspecified site
R29.3: Abnormal posture
M54.40: Lumbago with sciatica, unspecified side

Electronically Signed

06/13/2017 11:49 AM



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐☐ PICA

PICA ☐☐

| 1. MEDICARE (Medicare#) ☐ | MEDICAID (Medicaid#) ☐ | TRICARE (ID#/DoD#) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (ID#) ☐ | FECA BLK LUNG (ID#) ☐ | OTHER (ID#) ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL#0309W65 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE    SEX   M ☒  F ☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED   Self ☒  Spouse ☐  Child ☐  Other ☐ | 7. INSURED'S ADDRESS (No., Street) |

| CITY    STATE | 8. RESERVED FOR NUCC USE | CITY    STATE |

| ZIP CODE    TELEPHONE (Include Area Code) (    ) | | ZIP CODE    TELEPHONE (Include Area Code) (    ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)   YES ☐  ☒ NO | a. INSURED'S DATE OF BIRTH    SEX   M ☒  F ☐ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?   ☒ YES  NO ☐   PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?   YES ☐  ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES ☐  ☒ NO   If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File    DATE  06 20 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  05 31 2017  QUAL. 431 | 15. OTHER DATE  MM DD YY  QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB?   YES ☐  ☒ NO    $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

| A. S134XXA | B. S233XXA | C. S335XXA | D. M25511 |
| E. M25512 | F. M25561 | G. M25562 | H. M25531 |
| I. M25532 | J. | K. | L. |

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 06 07 2017 | 06 07 2017 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 1093938995 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  271347291  ☒ | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  NO ☐ | 28. TOTAL CHARGE  $ 35900 | 29. AMOUNT PAID  $ 000 | 30. Rsvd for NUCC Use |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  M. Cristina Crespo-Smith  MD-ME90226  SIGNED On File    06 20 2017 | 32. SERVICE FACILITY LOCATION INFORMATION  CEDA Orthopedics & Int Medicine of  Kendall/FIU  11890 SW 8th Street Ste 400  Miami, Florida 33184  a. 1629398631  b. | 33. BILLING PROVIDER INFO & PH #  (305) 6859771  CEDA Ortho & Interventional Med of  FIU/Kendall LLC  PO Box 26-1750  Miami, FL 33126  a. 1205127578  b. |

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

CEDA Orthopedics & Interventional
Medicine
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

08032017

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| **Ins Co  STATE FARM INSURANCE** | | **Pol #** | | **Insured** | **CL#5907525V5** |

**Date    02/09/2017**

**Provider   M. Cristina Crespo-Smith MD-ME90226**

Patient Name:
Date of Birth:
Age: 38
Sex: Male
Date of Injury: 01/31/2017

**INITIAL EVALUATION**

**HISTORY OF ACCIDENT**
An initial examination was performed on                              for injuries sustained in a motor vehicle crash
occurring on 01/31/2017. He was the driver of a motor vehicle when it was struck on the front end, rear end and
driver's side. He recalls that the onset of his symptoms presented gradually after the accident occurred. Mr.
         states that he has been under the care of Ceda due to the current injuries. While under care, he received
radiographs and physical therapy.

**CHIEF COMPLAINT**
Mr.                              presented himself to my office today complaining of intermittent head pain with qualities
described as dull, deep, aching, sore, stiff and discomfort. He also complains of constant cervical spine and upper
thoracic pain with qualities described as dull, deep, aching, stiff, sore and discomfort. In addition, the patient states
that he experiences tingling in the right hand and left hand. Mr.                              quantifies his overall pain intensity as
6, based on a zero through ten visual analog scale. He relates that bending, stooping, lifting and twisting
exacerbate(s) his symptoms. He reports that rest help(s) to mitigate his symptoms.

**MEDICAL HISTORY**
Past Medical History: Non-contributory.
Past Surgical History: Appendectomy in 2016.
Allergies: Penicillin.
Current Medications: Tylenol.
Prior Injury History: The patient denies any prior accidents or injuries.

**FAMILY HISTORY**
Cancer.

**SOCIAL HISTORY**
Alcohol: Never.
Tobacco: Never.
Occupation: The patient is currently employed as a driver.
Civil Status: Single.

**REVIEW OF SYSTEMS**
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and
rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or
lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical

**Chart Notes**

CEDA Ortho & Interventional Medicine
~~2551 Hialeah~~ Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

08032017

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#5907525V5 |

**Date    02/09/2017**

**Provider   M. Cristina Crespo-Smith MD-ME90226**                    *** *continued from previous page* ***

exam for additional detail.

Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.
*all systems inquiries above are normal unless specified below

Abnormal Findings:
-The following systems inquiries are positive: dry skin.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'8"
Weight: 176lbs
BP: 115/71
Pulse: 93BPM
Temperature: 98.3 F
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.

MUSCULOSKELETAL EXAMINATION

Cervical Spine Exam:
Extension is with pain. Flexion is with pain. Right and left rotation is with pain. Right and left lateral flexion is with pain.
Myospasm is noted on palpation of the upper trapezius muscles. Tenderness is noted upon palpation of the upper
trapezius muscles. Spurling's test is positive.

Thoracic Spine Exam:
Tenderness is noted upon palpation of the upper thoracic spine. Myospasm is noted on palpation of the upper
thoracic spinal musculature. Extension is with pain. Flexion is with pain.

DIAGNOSTIC STUDIES
A MRI study of the cervical spine was performed on 02/03/2017. The following impression was given:
C5-C6 disc bulge
C6-C7 disc herniation
Please refer to attached MRI report for greater detail.

A MRI study of the thoracic spine was performed on 02/03/2017. The following impression was given:
Exams are normal
Please refer to attached MRI report for greater detail.

IMPRESSION
See below.

DISCUSSION
Mr.                     initially presented in this office after undergoing a course of conservative treatment. The
patient has sought medical care due to the persistence of pain. Mr.                     subjective complaints are
consistent with the patient's history and objective findings on physical examination and diagnostic studies.  It is

**Chart Notes**

CEDA Ortho & Interventional Medicine
555 East 8th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

08032017

| Patient: | | DOB: | | |
|----------|--|------|--|--|
| **Ins Co  STATE FARM INSURANCE** | | **Pol #** | | **Insured**    CL#5907525V5 |

**Date     02/09/2017**

**Provider   M. Cristina Crespo-Smith MD-ME90226**                    *** *continued from previous page* ***

therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the injury occurring on 01/31/2017.

It is my medical opinion that Mr. [            ] had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 01/31/2017.

The patient has been advised to take Advil 400 mg, as needed, for pain.

RETURN APPOINTMENT
The patient should return for an appointment when necessary.

Document has not been officially reviewed until signed.

MC.

**Diagnosis**     S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
S29.012A: Strain of muscle and tendon of back wall of thorax, init
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
S39.011A: Strain of muscle, fascia and tendon of abdomen, init encntr
R51: Headache
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, unsp cervical region

Electronically Signed

02/21/2017 02:38 PM



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

0227-2017

| | PICA | | | | | | PICA | |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#) X  **OTHER** (ID#)
**1a. INSURED'S I.D. NUMBER** (For Program in Item 1) CL#5907525V5

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** MM DD YY  **SEX** M X  F

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED** Self X  Spouse  Child  Other

**7. INSURED'S ADDRESS** (No., Street)

**CITY**   **STATE**

**8. RESERVED FOR NUCC USE**

**CITY**   **STATE**

**ZIP CODE**   **TELEPHONE** (Include Area Code) ( )

**ZIP CODE**   **TELEPHONE** (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)  YES  X NO

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M X  F

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** X YES  NO  **PLACE (State)** FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES  X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES  X NO  *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _Signature On File_  DATE 02 21 2017

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _Signature On File_

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM 01 DD 31 YY 2017  QUAL. 431

**15. OTHER DATE** MM DD YY  QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**   17a.   17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES  X NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0
A. S134XXA  B. S233XXA  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 02 | 09 | 2017 | 02 | 09 | 2017 | 11 | | 99203 | | AB | 35900 | | 1 | | NPI | 1093938995 |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 271347409  SSN  EIN X

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) X YES  NO

**28. TOTAL CHARGE** $ 35900

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.) M. Cristina Crespo-Smith MD-ME90226
SIGNED On File  DATE 02 21 2017

**32. SERVICE FACILITY LOCATION INFORMATION** CEDA Orthopedics & Interventional Medicine of Hialeah 235 West 49 Street Hialeah, FL 33012
a. 1154641165  b.

**33. BILLING PROVIDER INFO & PH #** ( 305)5585432 CEDA Ortho & Interventional Med of Hialeah, LLC PO Box 26-1750 Miami, FL 33126
a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

**07/06/2015 thru 07/06/2015**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL# 596Q76240 |

**Date** 07/06/2015

**Provider** M.Cristina Crespo-Smith MD ME90226

Patient Name
Date of Birth:
Age: 30
Sex: Male
Date of Injury: 06/27/2015

**INITIAL EVALUATION**

**HISTORY OF ACCIDENT**
An initial examination was performed on          for injuries sustained in a motor vehicle crash occurring on 06/27/2015. He was the driver of a motor vehicle when it was struck on the rear end. He recalls that the onset of his symptoms presented immediately after the accident occurred. Mr.■ reports that he did receive emergency medical attention at the scene of the accident. Mr.■ states that he has been under the care of a physician due to the current injuries. .

**CHIEF COMPLAINT**
Mr.■ presented himself to my office today complaining of constant cervical spine, upper thoracic, mid thoracic and lumbar spine pain with qualities described as aching, sore and stiff. He also complains of constant right shoulder pain with qualities described as sharp, aching and sore. There is an additional complaint of constant left knee pain with qualities noted as sharp. He reports left ankle pain and weakness with qualities noted as sharp, aching and sore. He also reports constant left shin pain with qualities noted as aching and sore. The patient is experiencing radiating pain from the cervical spine into the right arm down to the right hand. In addition, the patient states that he experiences weakness, numbness and tingling in the right arm and left calf. Mr.■ quantifies his overall pain intensity as 8, based on a zero through ten visual analog scale. He relates that sitting, standing, transfer, bending, twisting and walking exacerbate(s) his symptoms. He reports that rest and stretching help(s) to mitigate his symptoms.

**MEDICAL HISTORY**
Past Medical History: Non-contributory.
Past Surgical History: Left arm fracture in 1994.
Allergies: No known allergies.
Current Medications: None.
Prior Injury History: Mr.■ has a prior history of motor vehicle crashes that occurred in 2003 and 2014. He reports that there are no residual symptoms relating to those accidents.

**FAMILY HISTORY**
Pertinent family history to chief complaint is non-contributory.

**SOCIAL HISTORY**
Alcohol: Never.
Tobacco: Never.

**REVIEW OF SYSTEMS**
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.

07242015

**Chart Notes**

07/06/2015 thru 07/06/2015

**Ceda Ortho & Int Med of South Miami**
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: (MVA - PIP) | DOB: | |
|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured CL# 596Q76240 |

| Date | 07/06/2015 | |
|---|---|---|
| Provider M.Cristina Crespo-Smith MD ME90226 | | *** continued from previous page *** |

Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'7"
Weight: 115lbs
BP: 113/71
Pulse: 89BPM
Temperature: 98 F
RR: 19/MIN
Dominant Hand: Right

MUSCULOSKELETAL EXAMINATION

Cervical Spine Exam:
Extension is within normal limits with pain. Flexion is within normal limits with pain. Right and left rotation is within normal limits with pain. Right and left lateral flexion is within normal limits with pain. Myospasm is noted on palpation of the upper trapezius muscles. Tenderness is noted upon palpation of the upper trapezius muscles.

Thoracic Spine Exam:
Tenderness is noted upon palpation of the lower thoracic spine. Myospasm is noted on palpation of the lower thoracic spinal musculature. Extension is within normal limits. Flexion is within normal limits. Right and left rotation is within normal limits. Right and left lateral flexion is within normal limits.

Lumbar Spine Exam:
Extension is within normal limits with pain. Flexion is within normal limits with pain. Bilateral rotation is within normal limits with pain. Bilateral lateral flexion is within normal limits with pain. Myospasm is noted on palpation of the lower lumbar spine. Tenderness is noted upon palpation of the lower lumbar spine. Straight leg raise test is positive on the left.

Right Shoulder Exam:
Shoulder examination reveals no swelling, masses, ecchymosis, or skin abnormalities. No deformity or atrophy is visualized. There is no palpable myospasm or tenderness throughout the shoulder girdle. Abduction and adduction are full and without pain. Flexion and extension are full and painless. External and internal rotation are full and without pain. Orthopedic testing of the shoulder shows no impingment sign on the right. O'Brien test is negative on the right. The drop arm test is negative on the right.

Left Knee Exam:
Tenderness is elicited on palpation of the medial collateral ligament. McMurray's test is positive medially.

Right Knee Exam:
Tenderness is elicited on palpation of the medial collateral ligament. McMurray's test is positive medially.

Left Ankle Exam:
Range of motion reveals plantar flexion is within normal limits with pain. Dorsiflexion is within normal limits with pain.

**Chart Notes**

07/06/2015 thru 07/06/2015

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | | |
|----------|-------------|------|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL# 596Q76240 |

| Date | 07/06/2015 | | |
|------|-----------|---|---|
| Provider | M.Cristina Crespo-Smith MD ME90226 | | *** continued from previous page.*** |

DIAGNOSTIC STUDIES
There are no imaging studies available for review.

IMPRESSION
(847.0) Cervical strain/sprain, (723.1) Cervicalgia, (722.0) Cervical IVD displacement w/o myelopathy, (724.1) Thoracalgia, (724.2) Lumbalgia, (722.10) Lumbar IVD displacement w/o myelopathy, (724.4) Radiculitis Lumbar, (719.46) Pain -knee/leg, (924.11) Contusion of the lower limb-knee, (719.47) Pain - ankle/foot, (924.10) Contusion of the lower limb-lower leg

DISCUSSION
Mr. ▉ initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Mr. ▉ subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the injury occurring on 06/27/2015.

It is my medical opinion that Mr. ▉ had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 06/27/2015.

Mr. ▉ was advised to have a(n) MRI of the lumbar spine to rule out herniated nucleus pulposus. The patient was prescribed Advil 400 mg to be taken as directed. The patient has been advised as to the possible side effects of the medication.

RETURN APPOINTMENT
The patient should return for an appointment when necessary.

Document has not been officially reviewed until signed.

07242015

**Chart Notes**

07/06/2015 thru 07/06/2015

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL# 596Q76240 |

**Date**   07/06/2015

**Provider**   M.Cristina Crespo-Smith MD ME90226           *** continued from previous page ***

**Diagnosis**
847.0: Cervical strain/sprain
723.1: Cervicalgia
722.0: Cervical IVD displacement w/o myelopathy
724.1: Thoracalgia
724.2: Lumbalgia
722.10: Lumbar IVD displacement w/o myelopathy
724.4: Radiculitis Lumbar
719.46: Pain -knee/leg
924.11: Contusion of the lower limb-knee
719.47: Pain - ankle/foot
924.10: Contusion of the lower limb-lower leg
847.1: Thoracic sprain/strain
847.2: Lumbar sprain or strain
840.4: Sprain strain of shoulder and upper arm rotator cuff (capsule)
844.0: Sprain strain knee and leg lateral collateral
845.00: Sprain strain ankle unspecified
353.2: Cervical root lesions
723.4: Brachial Neuritis or Radiculitis
353.4: Lumbosacral Root Lesions not elsewhere classified
728.85: Myospasm
739.1: Cervical Segmental Dysfunction
739.2: Thoracic segmental dysfunction
739.3: Lumbosacral segment dysfunction
338.11: Acute Pain Due to Trauma
782.0: Disturbance of skin sensation - unspecified
719.7: Difficulty in walking
E812.0: Driver

Provider Signature X          07/07/2015 05:02 PM

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐☐ PICA

PICA ☐☐

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|

CL# 596Q76240

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE | SEX M ☐ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. RESERVED FOR NUCC USE

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code)
(   )

ZIP CODE | TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH MM DD YY | SEX M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
☒ YES ☐ NO | PLACE (State) ☐ FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _Signature On File_ DATE _07 17 2015_

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _Signature On File_

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY
06 27 2015 QUAL. 431

15. OTHER DATE MM DD YY
QUAL. --

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY
FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY
FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO | $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 9

22. RESUBMISSION CODE | ORIGINAL REF. NO.

A. 8470  B. 7231  C. 7220  D. 7241
E. 7242  F. 72210  G. 7244  H. 71946
I. 92411  J. 71947  K. 92410  L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS \| MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fmly Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 07 06 2015 | 07 06 2015 | 11 | | 99203 | ABCD | 35900 | 1 | | | NPI |
| 2 | | | | | | | | | | | NPI |
| 3 | | | | | | | | | | | NPI |
| 4 | | | | | | | | | | | NPI |
| 5 | | | | | | | | | | | NPI |
| 6 | | | | | | | | | | | NPI |

25. FEDERAL TAX I.D. NUMBER | SSN EIN
271391503 ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE
$ 35900

29. AMOUNT PAID
$ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
M.Cristina Crespo-Smith MD
ME90226
SIGNED _On File_ DATE _07 17 2015_

32. SERVICE FACILITY LOCATION INFORMATION
6075 Sunset Drive
4th Floor
South Miami, Fl. 33143
a. 1558681569  b.

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South
Miami LLC
PO Box 1750
Miami, Fl. 33126
a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org | **PLEASE PRINT OR TYPE** | APPROVED OMB-0938-1197 FORM 1500 (02-12)

07242015

**02/05/2018**

# Chart Notes

**01/16/2018 thru 01/16/2018**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| (SPECIALIST) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#592282V14 |

**Date** 01/16/2018

**Provider** **Nestor Joaquin Javech**

Patient Name:
Date of Birth:
Age: 49
Sex: Female
Date of Injury: 12/06/2017

## INITIAL EVALUATION

### HISTORY OF ACCIDENT
An initial examination was performed on ████████ for injuries sustained in a motor vehicle crash occurring on 12/06/2017. She was the restrained driver of a motor vehicle when it was struck on the rear end. She recalls that the onset of her symptoms presented immediately after the accident occurred. Ms.████████ states that she has been under the care of Ceda due to the current injuries. While under care, she received physical therapy and chiropractic manipulation. She reports that the treatment was effective. The patient is currently undergoing physical therapy.

### CHIEF COMPLAINT
Ms. ████████ presented herself to the office today complaining of intermittent cervical spine, upper thoracic, mid thoracic and lumbar spine pain with qualities described as sharp, dull, deep, shooting, aching and stiff. The patient is experiencing radiating pain from the cervical spine into the left shoulder. In addition, the patient states that she experiences numbness and tingling in the bilateral hands (right greater than left) and right leg. Ms.████████ quantifies her overall pain intensity as 6, based on a zero through ten visual analog scale.

### DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
She relates that sitting, standing, transfer, reclining, reaching, bending, stooping, lifting, twisting and walking exacerbate her symptoms.

### MEDICAL HISTORY
Medical Conditions: Non-contributory.
Metal Hardware: Root canal (crown).
Past Surgical History: She denies any prior surgical procedures.
Allergies: No Known Allergies.
Current Medications: None.
Prior Injury History: The patient denies any prior accidents or injuries.
Pregnancy: Ms. ████████ denies current pregnancy.

### FAMILY HISTORY
Cancer.

### SOCIAL HISTORY
Alcohol: Never.
Tobacco: Never.
Occupation: The patient is currently employed in cleaning.
Civil Status: Divorced.

### REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or

02/05/2018

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

01/16/2018 thru 01/16/2018

| Patient: | DOB: | | |
|----------|------|--|--|
| (SPECIALIST) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#592282V14 |

**Date    01/16/2018**

**Provider   Nestor Joaquin Javech**                                   *** continued from previous page ***

lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'3"
Weight: 150lbs
BP: 104/72
Pulse: 71BPM
Temperature: 97.6 F
RR: 16BPM
SPO%:99
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: Turgor is resilient. No rashes or abnormal lesions. No exudate, swelling or temperature changes.
-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.
-(Nck)Neck: The trachea is midline. Neck is supple.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion. Breathing is easy, regular and without distress.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:
+(ROMC/S) Range of motion of the cervical spine in flexion, extension, bilateral rotation and bilateral lateral flexion is with moderate pain.
+(Tndr) There is moderate palpatory tenderness over the paravertebral muscles on the right, paravertebral muscles on the left and trapezius musculature.
+(Spsm) There is moderate myospasm on palpation over the paravertebral muscles on the right, paravertebral muscles on the left and trapezius musculature.
-(Jcks) Jackson's test is negative bilaterally.
-(Sprlg) Spurling's test is negative bilaterally.
-(Hoff) Hoffman's sign is absent.
-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.
-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.
-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.
-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:
+(ROMEx) Extension is with pain.
+(ROMFl) Flexion is with pain.

**02/05/2018**

## Chart Notes

01/16/2018 thru 01/16/2018

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | | DOB: | | |
|---|---|---|---|---|
| | (SPECIALIST) | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#592282V14 |

**Date    01/16/2018**

Provider    Nestor Joaquin Javech                                 *** *continued from previous page* ***

+(Tndr) Tenderness is noted upon palpation of the paraspinal musculature on the right and paraspinal musculature on the left.

-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.

-(Kyph) The thoracic kyphosis is within normal limits.

-(ScWng) Scapular winging is absent.

LUMBAR SPINE EXAM:

+(ROML/S) Range of motion in flexion, extension, bilateral rotation and bilateral lateral flexion is with moderate pain.

+(Tndr) There is moderate palpatory tenderness over the paraspinal musculature on the right and paraspinal musculature on the left.

+(Spsm) There is moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.

+(Hypr) Hyperextension test is positive.

-(SLR) Straight leg raising is negative bilaterally.

-(CntraSLR) Contralateral straight leg raising is negative.

-(Homn) Homan's test is negative.

-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.

-(StrEHL) Strength testing at the extensor hallicus longus is intact and 5/5 bilaterally.

-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.

-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.

-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.

-(SnsLT) Sensation to light touch is intact.

IMPRESSION
See below.

DISCUSSION
Ms.                 initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Ms.                 subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 12/06/2017.

It is my medical opinion that Mrs.                 had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 12/06/2017.

Ms.                 was advised to have MRI studies of the cervical spine and lumbar spine to rule out herniated nucleus pulposus.

I have recommended that the patient should continue physical therapy with an emphasis on strengthening, stretching, and proper body mechanics.

RETURN APPOINTMENT
The patient should return for an appointment in four weeks.

This document has not been officially reviewed until signed.

ME

**Chart Notes**

01/16/2018 thru 01/16/2018

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | | DOB: | | |
|----------|--|------|--|--|
| (SPECIALIST) | | | | |
| Ins Co  STATE FARM INSURANCE | | Pol # | Insured | CL#592282V14 |

Date      01/16/2018

Provider   Nestor Joaquin Javech                                    *** *continued from previous page* ***

Diagnosis   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
            M54.2: Cervicalgia
            M54.12: Radiculopathy, cervical region
            M62.838: Other muscle spasm
            S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
            M54.6: Pain in thoracic spine
            M62.830: Muscle spasm of back
            S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
            M54.5: Low back pain
            M54.16: Radiculopathy, lumbar region

Electronically Signed

Nestor Joaquin Javech 01/17/2018 03:54 PM

02/05/2018

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

02/05/2018

PICA                                                                                                    PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X | CLF592282V14 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY                                      STATE  F L

8. RESERVED FOR NUCC USE

CITY                                      STATE

ZIP CODE      TELEPHONE (Include Area Code)

CITY                                      STATE

ZIP CODE      TELEPHONE (Include Area Code)   (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES   NO

a. INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M   F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES   NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES   NO  X

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO  X   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File           DATE   01 16 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  01 16 2018  QUAL. 431 | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  MM DD YY  FROM  TO |
|---|---|---|

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  MM DD YY  FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. M542   C. M5412   D. M62838
E. S233XXA   F. LM546   G. M62830   H. S335XXA
I. M545   J. LM5416   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 16 2018 | 01 16 2018 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 1760400725 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES   NO

28. TOTAL CHARGE   $

29. AMOUNT PAID   $

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   Nestor Joaquin Javech           DATE

32. SERVICE FACILITY LOCATION INFORMATION
6075 Sunset Drive,
South Miami FL 33143
a.   b.

33. BILLING PROVIDER INFO & PH #   ( 000 )  305 6691808
Ceda Ortho & Interventional Med of
South Miami LLC
a. PO Box 26-1750
b. 17604

681569   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

| **Chart Notes** | | | Ceda Orthopedic Group<br>815 NW 57 Ave<br>Suite 202 | |
|---|---|---|---|---|
| 04/27/2018 thru 04/27/2018 | | | Miami, Florida 33126<br>Phone: (954) 388-7743<br>Fax: | |

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | | Pol # | **Insured** | **CL#593553W99** |

**Date** 04/27/2018

**Provider Nestor Joaquin Javech**

Patient Name
Date of Birth:
Age: 48
Sex: Female
Date of Injury: 3/8/2018

## INITIAL EVALUATION

**HISTORY:**
An initial examination was performed on                      for injuries sustained in a bicycle crash with a motor vehicle occurring on 3/8/2018. The patient states she was struck on her right side. She also reports loss of consciousness at the time of the accident. She reports that the onset of the symptoms began immediately after the accident occurred. Ms. reports that she did receive emergency medical attention at the scene of the accident. Ms. states that she went to the emergency room at Coral Way Hospital where she was evaluated and treated for her injuries. Treatment at the hospital included a CT scan and radiographs. Ms.          states that she has been under the care of Clinica De Accidentes-Dr. Shlugman due to the current injuries. While under care, she received physical therapy which she is still doing three times per week.

**CHIEF COMPLAINT**
Ms.          presented herself to the office today complaining of intermittent head pain with qualities described as aching. She also complains of intermittent cervical spine, upper thoracic and mid thoracic pain with qualities described as aching, sore and stiff. There is an additional complaint of constant lumbar spine pain with qualities noted as sharp, shooting, aching, sore and stiff. She reports intermittent right shoulder pain with qualities noted as dull, aching and sore. She also reports left shoulder and left arm pain. She also complains of intermittent right hip pain with qualities described as sharp, shooting, sore and stiff. There is an additional complaint of intermittent right knee pain with qualities noted as aching, sore and stiff. The patient is experiencing radiating pain from the lumbar spine into the right calf. In addition, the patient states that she experiences tingling in the right hand and right foot. Ms.          quantifies her overall pain intensity as 7-8, based on a zero through ten visual analog scale.

**DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:**
She relates that sitting, standing, transfer, bending, lifting, twisting and walking exacerbate(s) her symptoms. She reports that therapy, NSAIDs (Aleve), Tylenol, stretching, warm baths, ice, hot packs and an analgesic cream help(s) to mitigate her symptoms.

**Chart Notes**

04/27/2018 thru 04/27/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: (954) 388-7743
Fax:

05/21/2018

| Patient: | (Specialist) | DOB: | | |
|----------|--------------|------|---------|-------------|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593553W99 |

**Date    04/27/2018**

Provider    Nestor Joaquin Javech

*** continued from previous page ***

MEDICAL HISTORY
Medical Conditions: Non-contributory.
Past Surgical History: Breast implant surgery in 1996.
Allergies: No Known Allergies.
Current Medications: None.
Prior Injury History: The patient denies any prior accidents or injuries.

FAMILY HISTORY
Cancer and heart disease.

SOCIAL HISTORY
Alcohol: Socially.
Tobacco: Cigarettes, 3 packs per week.
Occupation: Ms.        is currently unemployed.

REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper
respiratory tract infections. Weber test lateralizes equally to both ears.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or
abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB,
COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.
Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria,
polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or
memory.

PHYSICAL EXAMINATION

Vital Signs:
Height:5'5"
Dominant Hand: Right

| **Chart Notes** | | | Ceda Orthopedic Group<br>815 NW 57 Ave<br>Suite 202 | |
|---|---|---|---|---|
| 04/27/2018 thru 04/27/2018 | | | Miami, Florida 33126<br>Phone: (954) 388-7743<br>Fax: | |

05/21/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593553W99 |

**Date** 04/27/2018

Provider Nestor Joaquin Javech

*** continued from previous page ***

-(Gen)General: The patient is well developed and well nourished.

-(Psy) Psyche: The patient is alert and fully oriented times three.

-(Neuro) Neurological: Gait and station are intact.

-(Skn)Skin: Turgor is resilient. No exudate, swelling or temperature changes.

-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.

-(Nck)Neck: The trachea is midline.

-(Lng)Chest/Lungs: There is symmetric thoracic expansion. Breathing is easy, regular and without distress.

-(Hrt)Heart/Vessels: No clubbing.

-(Abs)Abdomen: There are no masses or areas of tenderness to palpation.

-(Lymph)Lymphatics: No visible enlargement of lymph nodes.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:

+(ROMC/S) Range of motion of the cervical spine reveals flexion, right rotation and right lateral flexion are with pain.

+(Tndr) There is palpatory tenderness.

+(Spsm) There is moderate myospasm on palpation over the paravertebral muscles.

+(Jcks) Jackson's test is positive bilaterally.

+(DTR) Deep tendon reflex is 4+/4 at the biceps, triceps and brachioradialis on the right.

-(Sprlg) Spurling's test is negative bilaterally.

-(Hoff) Hoffman's sign is absent.

-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.

-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.

-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:

+(ROMEx) Extension is restricted with pain.

+(Tndr) Tenderness is noted upon palpation of the costovertebral angle on the right, costovertebral angle on the left, paraspinal musculature on the right and paraspinal musculature on the left.

-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.

-(Kyph) The thoracic kyphosis is within normal limits.

-(ScWng) Scapular winging is absent.

LUMBAR SPINE EXAM:

+(ROML/S) Range of motion reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with pain.

+(Tndr) There is mild palpatory tenderness over the paraspinal musculature and facet joints.

**Chart Notes**

04/27/2018 thru 04/27/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: (954) 388-7743
Fax:

05/21/2018

| Patient: | (Specialist) | DOB: | | |
|----------|--------------|------|--------|--------------|
| Ins Co **STATE FARM INSURANCE** | | Pol # | Insured | CL#593553W99 |

Date  04/27/2018

Provider  Nestor Joaquin Javech

*** continued from previous page ***

+(Spsm) There is moderate myospasm on palpation.
+(Hypr) Hyperextension test is positive.
+Trendelenburg test is positive on the right.

LEFT SHOULDER EXAM:
+(ROM) Range of motion in elevation is with mild to moderate pain.
+(Tndr) Tenderness is noted on palpation of the acromioclavicular joint.
-(Neer) Neer's test is negative.
-(Hawk) Hawkin's test is negative.
-(Spd) Speed's test is negative.
-(Appr) Apprehension test are negative.
-(Crpts) Crepitus is absent.
-(StrBiExRot) Biceps strength and strength to resisted external rotation of the shoulder is intact.
-(Jobe) Jobe's test is negative.
-(Crnk) Crank test is negative.
-(Tin) Tinel's sign is absent over the median and ulnar nerves.
-(AtrphSkn) There is no atrophy or skin abnormalities observed.
-(NeuroVas) Neurovascular status of the extremity is within normal limits.
-(TOS) Thoracic outlet testing is negative.
-(Pulse) Pulses are normal throughout the brachial, axillary, radial and ulnar arteries.

RIGHT SHOULDER EXAM:
ι(ROM) Range of motion in extension and abduction is moderately restricted.
-(Tndr) There is no palpatory tenderness over the acromioclavicular and sternoclavicular joints.
There is no palpatory tenderness over the anterior and posterior glenohumeral joint and scapulothoracic musculature.
-(Neer) Neer's test is negative.
-(Hawk) Hawkin's test is negative.
-(Spd) Speed's test is negative.
-(Appr) Apprehension test are negative.
-(Crpts) Crepitus is absent.
-(StrBiExRot) Biceps strength and strength to resisted external rotation of the shoulder is intact.
-(Jobe) Jobe's test is negative.
-(Crnk) Crank test is negative.
-(Tin) Tinel's sign is absent over the median and ulnar nerves.
-(AtrphSkn) There is no atrophy or skin abnormalities observed.
-(NeuroVas) Neurovascular status of the extremity is within normal limits.
-(TOS) Thoracic outlet testing is negative.

| **Chart Notes** | | | Ceda Orthopedic Group<br>815 NW 57 Ave<br>Suite 202 | |
| :--- | :--- | :--- | :--- | :--- |
| 04/27/2018 thru 04/27/2018 | | | Miami, Florida 33126<br>Phone: (954) 388-7743<br>Fax: | |
| Patient: | (Specialist) | DOB: | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593553W99 |

**Date    04/27/2018**

Provider   Nestor Joaquin Javech                               *** *continued from previous page* ***

-(Pulse) Pulses are normal throughout the brachial, axillary, radial and ulnar arteries.

RIGHT HIP EXAM:
-(ROM)Examination of the hip shows range of motion is full in extension, flexion, internal rotation and external rotation.
Both abduction and adduction are within normal limits.
-(Def) There is no deformity, atrophy, or swelling.
-(Crpts) Crepitus is absent.
-(LegDscrp) There is no leg length discrepency.
-(Tndr) There is no tenderness to palpation over the greater trochanter and the hip flexor muscle group.
-(Ptrck) Patrick FABERE's test is negative.

RIGHT KNEE EXAM:
+(ROM) Range of motion is mildly restricted.
+(Effsn) Examination of the knee reveals there is mild joint effusion.
-(Def) No varus or valgus deformity is noted.
-(Crpts) Crepitus is absent.
-(Tndr) There is no pain over the medial and lateral joint lines. There is no tenderness over the pes insertion, plica, medial patellar facet, lateral patellar facet, prepatellar bursa, quadriceps insertion or infrapatellar tendon.
-(Lach) Lachman's test is negative.
-(Piv) Pivot shift test is negative.
-(Thes) Thessaly's test is negative.
-(Spr) Spring test is negative.
-(Var) There is no instability of the knee joint to varus stress at either 0 or 30 degrees of flexion.
-(Val) There is no instability of the knee joint to valgus stress at 0 or 30 degrees of flexion.
-(Drwrs) The anterior and posterior drawer tests are negative.
-(McMrry) McMurray's test is negative medially and laterally.
-(PatTrck) There is no abnormality noted in patellar tracking.
-(Tin) Tinel's sign is absent.

DIAGNOSTIC STUDIES
An MRI study of the lumbar spine was performed on 4/16/2018. The following impression was given:
Canal stenosis at L2-L3 and L3-L4
Neuroforaminal narrowing at L2-L3 through L5-S1

IMPRESSION
See below.

**Chart Notes**

04/27/2018 thru 04/27/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: (954) 388-7743
Fax:

05/21/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593553W99 |

**Date** 04/27/2018

**Provider** Nestor Joaquin Javech

*** *continued from previous page* ***

---

DISCUSSION

Ms. ▇▇▇ initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Ms. ▇▇▇ subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 3/8/2018.

It is my medical opinion that Mrs. ▇▇▇ had suffered an emergency medical condition as a result of the motor vehicle crash that occurred on 3/8/2018.

I have recommended that the patient should continue physical therapy with an emphasis on strengthening, stretching, and proper body mechanics.

Ms. ▇▇▇ was advised to have a(n) MRI study of the cervical spine to rule out herniated nucleus pulposus.

The patient was prescribed Mobic 15 mg and Omeprazole 20 mg to be taken as directed. The patient has been advised as to the possible side effects of the medication.

RETURN APPOINTMENT

The patient should return for an appointment in four weeks.

This document has not been officially reviewed until signed.

MA.

| Diagnosis | S13.4XXA: Sprain of cervical ligts, initl. |
|---|---|
| | M54.2: Cervicalgia |
| | M50.21: Oth cervical disc displacement, occipt-atlan-ax region |
| | M54.6: Pain in thoracic spine |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | M47.26: Other spondylosis with radiculopathy, lumbar region |
| | M25.511: Pain in right shoulder |
| | M25.512: Pain in left shoulder |
| | M25.561: Pain in right knee |

**Chart Notes**

04/27/2018 thru 04/27/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: (954) 388-7743
Fax:

05/21/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | Insured | CL#593553W99 |

**Date**    04/27/2018

**Provider**    Nestor Joaquin Javech

*** *continued from previous page* ***

Electronically Signed

Nestor Joaquin Javech 05/08/2018 09:00 AM



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐☐☐ PICA
PICA ☐☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) X | (ID#) | CL#593553W99 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  SEX
MM DD YY   M☐ F☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self☐ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)

CITY  STATE

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE  TELEPHONE (Include Area Code)
( )

ZIP CODE  TELEPHONE (Include Area Code)
( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  SEX
MM DD YY   M☐ F☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  PLACE (State)
☒ YES ☐ NO

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE 04 27 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM DD YY  06 04 2018  QUAL. 431

15. OTHER DATE  MM DD YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM DD YY  MM DD YY
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY  MM DD YY
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  $ CHARGES
☐ YES ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0
A. S134XXA  B. M542  C. M5021  D. M546
E. M4726  F.  G.  H.
I.  J.  K.  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 04 | 27 | 2018 | 04 | 27 | 2018 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 1760400725 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
271391503  ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
For govt. claims, see back
☒ YES ☐ NO

28. TOTAL CHARGE
$ 35900

29. AMOUNT PAID
$ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Nestor Joaquin Javech

SIGNED  On File  DATE 05 04 2018

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedic Group, LLC
815 NW 57th Avenue
#202
Miami, FL 33126
a. 1346737749  b.

33. BILLING PROVIDER INFO & PH # (954)3887743
Ceda Orthopedic Group, LLC
PO Box 26-1750
Miami, FL 33126
a. 1760400725  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

# Chart Notes

**Ceda Ortho & Int Med of South Miami**
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

**11/01/2016 thru 11/01/2016**

| Patient: | (SPECIALIST) | DOB: | | | |
|----------|--------------|------|--|--|--|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL# 599F02994 |

**Date    11/01/2016**

**Provider   Roberto Moya ME31217**

Patient Name:
Date of Birth:
Age: 29
Sex: Female
Date of Injury: 09/18/2016

### INITIAL EVALUATION

### HISTORY OF ACCIDENT

An initial examination was performed on [ ] for injuries sustained in a motor vehicle crash occurring on 09/18/2016. She was the restrained driver of a motor vehicle when it was struck on the rear end. She recalls that the onset of her symptoms presented gradually after the accident occurred. Ms. [ ] states that she has been under the care of a chiropractic physician due to the current injuries. While under care, she received physical therapy and chiropractic manipulation. She reports that the treatment was effective; she is currently still going to physical therapy.

### CHIEF COMPLAINT

Ms. [ ] presented herself to the office today complaining of constant cervical spine, upper thoracic, mid thoracic and lumbar spine pain with qualities described as aching, sore and stiff. She also complains of intermittent right wrist pain with qualities described as sore and stiff. There is an additional complaint of intermittent left wrist pain with qualities noted as aching, sore and stiff. The patient is experiencing radiating pain from the cervical spine into the right trapezius. In addition, the patient states that she experiences numbness in the right arm to finger tips. Ms. [ ] quantifies her overall pain intensity as 3, based on a zero through ten visual analog scale. She relates that bending, stooping and lifting exacerbate(s) her symptoms. She reports that therapy, rest and ice help(s) to mitigate her symptoms.

### MEDICAL HISTORY

Medical Conditions: Non-contributory.
Past Surgical History: Cesarean section in 2015.
Allergies: Penicillin.
Current Medications: None.
Prior Injury History: Ms. [ ] has a prior history of a motor vehicle accident that occured 2 years ago. The patient reports that they were treated for a few months and there are no residual symptoms related to that accident.

### FAMILY HISTORY

Diabetes.

### SOCIAL HISTORY

Alcohol: Never.
Tobacco: Never.
Occupation: The patient is currently employed as a youth care worker.

### REVIEW OF SYSTEMS

General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.

11212016

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

11/01/2016 thru 11/01/2016

| Patient: | (SPECIALIST) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL# 599F02994 |

Date    11/01/2016

Provider  Roberto Moya ME31217            *** continued from previous page ***

Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'3"
Weight: 117lbs
BP: 102/71
Pulse: 65BPM
Temperature: 98 F
RR: 16/MIN
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: There is resilient turgor and absence of rashes or abnormal lesions. No exudate, swelling or temperature changes.
-(He)HEENT: Normocephalic, patients' conversational hearing is appropriate and EOM are intact.
-(Nck)Neck: The trachea is midline.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion and easy and regular breathing. Lung fields are clear and free of adventitious sounds.
-(Hrt)Heart/Vessels: There is equal and symmetric arterial pulses and no edema or cyanosis in the extremities. No clubbing.
-(Abs)Abdomen: There are active bowel sounds.
-(Lymph)Lymphatics: Lymph nodes are not enlarged.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:
+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with mild pain.
+(Tndr) There is mild palpatory tenderness over the paravertebral muscles on the right and paravertebral muscles on the left.
+(Spsm) There is mild myospasm on palpation over the paravertebral muscles on the right and paravertebral muscles on the left.
+(Jcks) Jackson's test is positive bilaterally.
-(Sprlg) Spurling's test is negative bilaterally.
-(Hoff) Hoffman's sign is absent.
-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.
-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.
-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.
-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:
+(ROMEx) Extension is restricted with pain.

11212016

# Chart Notes

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

**11/01/2016 thru 11/01/2016**

| Patient: | (SPECIALIST) | DOB: | | |
|----------|--------------|------|--|--|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL# 599F02994 |

**Date   11/01/2016**

| Provider   Roberto Moya ME31217 | *** continued from previous page *** |
|---|---|

+(Tndr) Tenderness is noted upon palpation of the costovertebral angle on the right, costovertebral angle on the left, paraspinal musculature on the right and paraspinal musculature on the left.
-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.
-(Kyph) The thoracic kyphosis is within normal limits.
-(ScWng) Scapular winging is absent.

LUMBAR SPINE EXAM:
+(ROML/S) Range of motion reveals flexion, extension, right rotation and left rotation are with mild pain.
+(Tndr) There is mild palpatory tenderness over the paraspinal musculature on the right, paraspinal musculature on the left, L1-L2 facet joints, L2-L3 facet joints, L3-L4 facet joints and T12-L1 facet joints.
+(Hypr) Hyperextension test is positive.
-(Spasm) There is no myospasm on palpation over the lumbar spine.
-(SLR) Straight leg raising is negative bilaterally.
-(CntraSLR) Contralateral straight leg raising is negative.
-(Homn) Homan's test is negative.
-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.
-(StrEHL) Strength testing at the extensor hallicus longus is intact and 5/5 bilaterally.
-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.
-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.
-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.
-(SnsLT) Sensation to light touch is intact.

RIGHT WRIST AND HAND EXAM:
+(Grip) Grip strength is weak.
+(Tin) Tinel's sign is present.
+(Phaln) Phalen's test is positive.

LEFT WRIST AND HAND EXAM:
-(Def) Examination of the wrist and hand reveals there is no deformity.
-(Mas) No masses visualized.
-(Crpts) Crepitus is absent.
-(Tndr) There is no palpatory tenderness over the distal radius, distal ulna, triangular fibrocartilage complex, scaphoid, or scapholunate ligament. There is no palpatory tenderness over the hook of hamate or the basal thumb joint.
-(ROMWrst) Range of motion at the wrist is intact.
-(ROMDIP) Range of motion of the fingers at the distal interphalangeal joints are intact.
-(ROMPIP) Proximal interphalangeal joints are also intact.
-(ROMMP) Metacarpophalangeal joints are intact.
-(FngAbd) Finger strength to abduction is intact.
-(FngAdd) Finger strength adduction is intact.
-(FngPnch) Finger pinch test is intact.
-(Grip) Grip strength is intact.
-(Tin) Tinel's sign is absent.
-(Phaln) Phalen's test is negative.

DIAGNOSTIC STUDIES
An MRI study of the cervical spine was performed on 09/30/2016. The following impression was given:
C5-C6 disc bulge

An MRI study of the thoracic spine was performed on 10/21/2016. The following impression was given:
Within normal limits

IMPRESSION

11212016

# Chart Notes

**Ceda Ortho & Int Med of South Miami**
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

**11/01/2016 thru 11/01/2016**

| Patient: | (SPECIALIST) | DOB: | | |
|---|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | | Pol # | **Insured** | **CL# 599F02994** |

**Date    11/01/2016**

Provider  Roberto Moya ME31217                                     *** *continued from previous page* ***
See below.

DISCUSSION
Ms. [        ] initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Ms. [        ] subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies.  It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 09/18/2016.

It is my medical opinion that Mrs. [        ] had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 09/18/2016.

I have recommended that the patient should continue physical therapy with an emphasis on strengthening, stretching, and proper body mechanics.

The patient was prescribed Mobic and Omeprazole to be taken as directed. The patient has been advised as to the possible side effects of the medication.

RETURN APPOINTMENT
The patient should return for an appointment in one month.

This document has not been officially reviewed until signed.

MA.

| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | M54.2: Cervicalgia |
| | M53.82: Other specified dorsopathies, cervical region |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | M54.6: Pain in thoracic spine |
| | M53.84: Other specified dorsopathies, thoracic region |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | M54.5: Low back pain |
| | M53.86: Other specified dorsopathies, lumbar region |
| | G56.01: Carpal Tunnel synd, RT |

**Electronically Signed**

11/08/2016 01:27 PM

11212016

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

☐☐☐ PICA

PICA ☐☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☒ (ID#) | CL# 599F02994 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▊▊▊

3. PATIENT'S BIRTH DATE   SEX   M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street) ▊▊▊

6. PATIENT RELATIONSHIP TO INSURED   Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ▊▊▊   STATE

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE ▊▊▊   TELEPHONE (Include Area Code) (   )

ZIP CODE   TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH   MM  DD  YY   SEX   M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   ☒ YES  ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE 11 14 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 09 DD 18 YY 2016   QUAL. 431

15. OTHER DATE   QUAL.   MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S134XXA   B. M542   C. M5382   D. S233XXA
E. M546   F. M5384   G. S335XXA   H. M545
I. M5386   J. G5601   K.   L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 01 2016 | 11 01 2016 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 1376596205 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271391503   SSN ☐  EIN ☒

26. PATIENT'S ACCOUNT NO. ▊▊▊

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   ☒ YES  ☐ NO

28. TOTAL CHARGE $ 35900

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roberto Moya ME31217
SIGNED On File   DATE 11 14 2016

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
South Miami, FL 33143
a. 1598681369   b.

33. BILLING PROVIDER INFO & PH # ( 305 ) 6691808
Ceda Ortho & Int Med of South Miami
PO Box 26-1750
Miami, FL 33126
a. 1376596205   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

11212016

# Chart Notes

Ceda Ortho & Interventional Med of
6826 SW 80th Ave Office, 4th Floor
South Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

09182017

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#599V61008 |

**Date**    05/22/2017

**Provider   Roberto Moya, MD**

Patient Name
Date of Birth:
Age: 57
Sex: Male
Date of Injury: 02/27/2017

## INITIAL EVALUATION

### HISTORY OF ACCIDENT
An initial examination was performed on                          for injuries sustained in a motor vehicle crash occurring
on 02/27/2017. He was the restrained driver of a motor vehicle when it was struck on the driver's side. He recalls that
the onset of his symptoms presented gradually after the accident occurred. Mr.                    states that he has been
under the care of Ceda due to the current injuries. While under care, he received physical therapy and chiropractic
manipulation. He reports that the treatment was effective.

### CHIEF COMPLAINT
Mr.                          presented himself to the office today complaining of intermittent head, cervical spine, upper
thoracic, mid thoracic, lumbar spine and left forearm pain with qualities described as aching. He also complains of
intermittent right knee pain with qualities described as sharp and aching. There is an additional complaint of
intermittent left knee pain with qualities noted as sharp, aching, clicking and buckling. He reports intermittent left ankle
pain. He also reports intermittent right shin pain with qualities noted as sharp and aching. The patient is experiencing
radiating pain from the right arm into the right chest wall and from the lumbar spine into the right leg. In addition, the
patient states that he experiences numbness and tingling in the right arm. Mr.                    quantifies his overall pain
intensity as 5, based on a zero through ten visual analog scale.

### DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
He relates that sitting, standing, transfer, reclining, reaching, bending, stooping, lifting, twisting and walking
exacerbate(s) his symptoms. He reports that rest help(s) to mitigate his symptoms.

### MEDICAL HISTORY
Medical Conditions: Non-contributory.
Past Surgical History: He denies any prior surgical procedures.
Allergies: No Known Allergies.
Current Medications: None.
Prior Injury History: The patient denies any prior accidents or injuries.

### FAMILY HISTORY
Pertinent family history to chief complaint is non-contributory.

### SOCIAL HISTORY
Alcohol: Never.
Tobacco: Never.
Occupation: The patient is currently employed as a ramp agent at the airport (loading and unloading airplanes).

### REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and
rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or
lung cancer.

**Chart Notes**

Ceda Ortho & Interventional Med of
6666 Miami Drive, 4th Floor
South Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

09182017

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#599V61008 |

Date   05/22/2017

Provider   Roberto Moya, MD                                  *** continued from previous page ***

Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.  Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'8"
Weight: 230lbs
BP: 136/91
Pulse: 206BPM
Temperature: 97.1 F
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: There is resilient turgor and absence of rashes or abnormal lesions. No exudate, swelling or temperature changes.
-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.
-(Nck)Neck: The trachea is midline.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion and easy and regular breathing. Lung fields are clear and free of adventitious sounds.
-(Hrt)Heart/Vessels: There is equal and symmetric arterial pulses and no edema or cyanosis in the extremities. No clubbing.
-(Abs)Abdomen: There are active bowel sounds.
-(Lymph)Lymphatics: Lymph nodes are not enlarged.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:
+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with mild to moderate pain.
+(Tndr) There is mild to moderate palpatory tenderness over the paravertebral muscles on the right and paravertebral muscles on the left.
+(Spsm) There is mild to moderate myospasm on palpation over the paravertebral muscles on the right and paravertebral muscles on the left.
+(Jcks) Jackson's test is positive bilaterally.
+(Sprlg) Spurling's test is positive bilaterally.
+(StrAbnml) In the upper extremities, triceps is 3-4/5 on the right.

THORACIC SPINE EXAM:
+(ROMEx) Extension is with pain.
+(ROMFl) Flexion is with pain.
+(Tndr) Tenderness is noted upon palpation of the costovertebral angle on the right, costovertebral angle on the left,

09182017

**Chart Notes**

Ceda Ortho & Interventional Med of
South Miami, LL, 4th Floor
South Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#599V61008 |

**Date    05/22/2017**

**Provider   Roberto Moya, MD**                     *** *continued from previous page* ***

paraspinal musculature on the right and paraspinal musculature on the left.

LUMBAR SPINE EXAM:
+(ROML/S) Range of motion reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain.
+(Tndr) There is moderate palpatory tenderness over the paraspinal musculature on the right and paraspinal musculature on the left.
+(Spsm) There is moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.
+(SLR) Straight leg raising is positive on the right at 60 degrees.

RIGHT KNEE EXAM:
+(ROM)Range of motion in extension and flexion is with mild pain.
+(Effsn) Examination of the knee reveals there is mild joint effusion.
+(Tndr) There is tenderness elicited on palpation of the medial joint line, lateral joint line and pes anserine.
+(Thess) Thessaly's test is positive.
+(Spr) Spring test is positive.

LEFT KNEE EXAM:
-(ROM) Examination of the knee joint reveals range of motion is intact.
-(Effsn) No effusion or swelling is evident.
-(Def) No varus or valgus deformity is noted.
-(Crpts) Crepitus is absent.
-(Tndr) There is no pain over the medial and lateral joint lines. There is no tenderness over the pes insertion, plica, medial patellar facet, lateral patellar facet, prepatellar bursa, quadriceps insertion or infrapatellar tendon.
-(Lach) Lachman's test is negative.
-(Piv) Pivot shift test is negative.
-(Thes) Thessaly's test is negative.
-(Spr) Spring test is negative.
-(Var) There is no instability of the knee joint to varus stress at either 0 or 30 degrees of flexion.
-(Val) There is no instability of the knee joint to valgus stress at 0 or 30 degrees of flexion.
-(Drwrs) The anterior and posterior drawer tests are negative.
-(McMrry) McMurray's test is negative medially and laterally.
-(PatTrck) There is no abnormality noted in patellar tracking.
-(Tin) Tinel's sign is absent.

LEFT ANKLE EXAM:
-(ROM) Examination of the ankle reveals range of motion is intact.
-(Swll) No swelling or ecchymosis is evident.
-(Tndr) There is no tenderness palpable over the anterior talofibular, posterior talofibular, calcaneofibular, and deltoid ligaments. There is no tenderness to palpation over the distal fibula, proximal fibula, distal tibia, or base of the fifth metatarsal.
-(TalrTlt) There is no instability to talar tilt or anterior drawer.
-(PmilTnds) The peroneal tendons do not sublux.
-(StrExIntRot) Strength to resisted external rotation and internal rotation is intact.
-(StrDrsiPltrFlx) Strength to resisted dorsiflexion and plantar flexion is intact.

DIAGNOSTIC STUDIES
An MRI study of the cervical spine was performed on 03/27/2017. The following impression was given:
C3-C4 herniated disc 3.4 mm
C4-C5 herniated disc 1.2 mm
C6-C7 herniated disc 3.1 mm

**Chart Notes**

Ceda Ortho & Interventional Med of
90741SMMard DtiOe, 4th Floor
South Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

09182017

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured | CL#599V61008 |

**Date    05/22/2017**

**Provider   Roberto Moya, MD**                    *** *continued from previous page* ***

An MRI study of the lumbar spine was performed on 03/27/2017. The following impression was given:
L2-L3 herniated disc 3.8 mm
L3-L4 herniated disc 4.3 mm
L4-L5 herniated disc 1.4 mm

IMPRESSION
See below.

DISCUSSION
Mr.                    initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Mr.                    subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 02/27/2017.

It is my medical opinion that Mr.                    had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 02/27/2017.

It is my medical opinion that the patient will benefit from a therapeutic lumbar medial branch facet block at L3-S1 bilaterally. The patient understands and it was explained that a facet joint nerve block is the injection of medicine (glucocorticoid and anesthetic solution) into the facet joint space and onto the medial branch nerve of the facet which supplies sensation to the joint. The patient understands that the procedure is performed under fluoroscopy. The patient understands the risks related to glucocorticoids which includes but is not limited to: increase in blood sugar (mainly in diabetics), water retention, and suppression of the body's own natural production of glucocorticoids. The procedure has an associated cost of approximately $3,500. This fee is inclusive of the professional component and supply costs. Please note that this is an estimate and that the cost of the procedure varies from patient to patient depending on complicating factors such as the patient's age and history. The patient was informed of possible side effects and risks associated with the procedure which include but are not limited to; reaction to the injections such as allergy or vasovagal reaction, bleeding locally creating hematoma which is usually self limited and resolved, but can result in infection requiring surgery and drainage as well as long-term antibiotics, infection, and rarely injury to another nerve such as a nerve root or a motor nerve can theoretically occur at the time of the procedure. The patient understands all risks associated with the procedure and wishes to undergo lumbar facet joint injection(s).

RETURN APPOINTMENT
The patient should return for an appointment for an injection.

This document has not been officially reviewed until signed.

MA.

**Chart Notes**

Ceda Ortho & Interventional Med of
6874 SM Miami Office, 4th Floor
South Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

09182017

| Patient: | DOB: | | |
|---|---|---|---|
| **Ins Co  STATE FARM INSURANCE** | **Pol #** | **Insured** | **CL#599V61008** |

**Date    05/22/2017**

**Provider   Roberto Moya, MD**                                    *** continued from previous page ***

**Diagnosis**   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
M54.2: Cervicalgia
M54.11: Radiculopathy, occipito-atlanto-axial region
M62.838: Other muscle spasm
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
M54.5: Low back pain
M51.26: Other intervertebral disc displacement, lumbar region
M54.16: Radiculopathy, lumbar region
M25.572: Pain in left ankle and joints of left foot
M25.561: Pain in right knee
M25.562: Pain in left knee

Electronically Signed

Roberto Moya, MD 05/25/2017 01:50 PM

74RFECS — 8/23/2017 3:15:42 PM PAGE 2/005 Fax Server

74RFECS 7/17/2017 8:15:45 PM PAGE 2/005 Fax Server

08142017
06032017

**HEALTH INSURANCE CLAIM FORM**

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒ (ID#)
   (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): CL#599V61008

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE ☐ MM ☐ DD ☐ YY   SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ___ STATE ___

8. RESERVED FOR NUCC USE

CITY ___ STATE ___

ZIP CODE ___ TELEPHONE (Include Area Code) ( )

ZIP CODE ___ TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH ☐ MM ☐ DD ☐ YY   SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE 05 22 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 02 27 2017   QUAL. 431

15. OTHER DATE   MM DD YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM ___ TO ___

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a. ___   17b. NPI ___

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM ___ TO ___

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. M542   C. M5411   D. M62838
E. S233XXA   F. M546   G. M62830   H. S335XXA
I. S45   J. M5126   K. M5416   L. M25572

22. RESUBMISSION CODE ___ ORIGINAL REF. NO. ___

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 22 2017 05 22 2017 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 376596205 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒   271391503

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ 35900

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roberto Moya MD
ME31217/M.A. Suarez/D.M.
SIGNED  Signature On File   DATE 05 22 2017

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Ortho & Interventional Med
of South Miami LLC
6075 Sunset Drive, 4th Floor
South Miami, FL 33143
155868 1369

33. BILLING PROVIDER INFO & PH# 905 6691808
Ceda Ortho & Int Med of South Miami
PO Box 26-1750
Miami, FL 33126
376596205

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

SEP 18 2017

## Chart Notes

06/15/2018 thru 06/15/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/09/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM (TEXAS) | | Pol # | Insured | CL#593470C01 |

**Date** 06/15/2018

**Provider** Roberto Moya, MD, FAAOS

Patient Name:
Date of Birth:
Age: 67
Sex: Female
Date of Injury: 3/15/2018

### INITIAL EVALUATION

### HISTORY OF ACCIDENT

An initial examination was performed on       for injuries sustained in a motor vehicle crash occurring on 3/15/2018. She was the restrained driver of a motor vehicle when it was struck on the rear end. She recalls that the onset of her symptoms presented gradually after the accident occurred. Ms.     states that she has been under the care of Ceda due to the current injuries. While under care, she received physical therapy and chiropractic manipulation. She reports that the treatment was effective, she is currently still going to physical therapy.

### CHIEF COMPLAINT

Ms.       presented herself to my office today complaining of constant head, cervical spine, lumbar spine, left knee and left ankle pain with qualities described as dull, aching, sore and stiff. The patient is experiencing radiating pain from the cervical spine into the right arm. - In addition, the patient states that she experiences numbness in the right foot and right toes since the accident. Ms.     quantifies her overall pain intensity as 7, based on a zero through ten visual analog scale since the last evaluation.

### DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:

She relates that sitting, standing, bending, lifting, walking and climbing stairs exacerbate(s) her symptoms. She reports that NSAIDs and an analgesic cream help(s) to mitigate her symptoms.

### MEDICAL HISTORY

Past Medical History: Hypertension, fibromyalgia, costochondritis and Chiari malformation.
Past Surgical History: Left knee, hernia repair, hysterectomy and cholecystectomy.
Allergies: Compazine and potassium
Current Medications: Hypertension and cholesterol pills.
Ms.     has a prior history of a motor vehicle accident that occurred in 1998 and 1999. She reports that motor vehicle crash developed Chiari I.

### FAMILY HISTORY

**Chart Notes**

06/15/2018 thru 06/15/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/09/2018

| Patient: | (Specialist) | DOB: | | |
|----------|--------------|------|-----------|--------------|
| Ins Co STATE FARM (TEXAS) | | Pol # | Insured | CL#593470C01 |

**Date    06/15/2018**

Provider   Roberto Moya, MD, FAAOS

*** continued from previous page ***

Non-contributory.

SOCIAL HISTORY
Alcohol: Never.
Tobacco: Never.
Occupation: Ms.          is currently a retired teacher (theology) and class room
management.

REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper
respiratory tract infections. Weber test lateralizes equally to both ears.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or
abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB,
COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.
Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures.
Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria,
polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or
memory.

PHYSICAL EXAMINATION

Vital Signs:
Height:5'4
Weight: 210 lbs
BP: 134/ 71
Pulse: 61 BPM
Dominant Hand: Right.

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.

**Chart Notes**

06/15/2018 thru 06/15/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 306-646-9645

07/09/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM (TEXAS) | | Pol # | Insured | CL#593470C01 |

**Date    06/15/2018**

Provider  Roberto Moya, MD, FAAOS
^^^ *continued from previous page* ***

-(Skn)Skin: Turgor is resilient. No rashes or abnormal lesions. No exudate, swelling or temperature changes.

-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.

-(Nck)Neck: The trachea is midline.

-(Lng)Chest/Lungs: There is symmetric thoracic expansion. Breathing is easy, regular and without distress.

-(Hrt)Heart/Vessels: Arterial pulses are equal and symmetric.

-(Abs)Abdomen: There are active bowel sounds.

-(Lymph) Lymphatics: No visible enlargement of lymph nodes.

MUSCULOSKELETAL EXAMINATION:

CERVICAL SPINE EXAM:

+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain

+(Tndr) There is moderate palpatory tenderness over the paravertebral muscles on the right and paravertebral muscles on the left.

+(Spsm) There is moderate myospasm on palpation over the paravertebral muscles on the right and paravertebral muscles on the left.

+(Jcks) Jackson's test is positive bilaterally.

-(Sprlg) Spurling's test is negative bilaterally.

-(Hoff) Hoffman's sign is absent.

-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.

-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.

-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.

-(SnsLTNml) Sensation to light touch is intact bilaterally.

LUMBAR SPINE EXAM:

+(ROML/S) Range of motion reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain.

+(Tndr) There is moderate palpatory tenderness over the paraspinal musculature on the right, paraspinal musculature on the left and L3-S1 facet joints.

+(Spsm) There is moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.

+(HprEx) Hyperextension test is positive.

-(SLR) Straight leg raising is negative bilaterally.

-(CntraSLR) Contralateral straight leg raising is negative.

-(Homn) Homan's test is negative.

-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.

# Chart Notes

06/15/2018 thru 06/15/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/09/2018

| Patient: | (Specialist) | DOB: | | |
|----------|--------------|------|---|---|
| Ins Co STATE FARM (TEXAS) | | Pol # | Insured | CL#593470C01 |

**Date    06/15/2018**

Provider   Roberto Moya, MD, FAAOS                    *** continued from previous page ***

-(StrEHL) Strength testing at the extensor hallucis longus is intact and 5/5 bilaterally.
-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.
-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.
-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.
-(SnsLT) Sensation to light touch is intact.

LEFT KNEE EXAM:
+(ROM) Range of motion in flexion is mildly restricted with pain.
+(Effsn) Examination of the knee reveals there is mild joint effusion.
+(Crpts) Crepitus is present over the patella.
+(Tndr) There is tenderness elicited on palpation of the medial joint line.
+(Spr) Spring test is positive.
+(PatTrck) There is abnormality in patellar tracking.

LEFT ANKLE EXAM:
+(ROM) Examination of the ankle shows range of motion in inversion is mild to moderately
restricted with pain.
+(Swll) There is mild swelling.
+(Tndr) There is palpatory tenderness over the anterior talofibular ligament ( Achilles
insertion bump), posterior talofibular ligament and distal fibula.

DIAGNOSTIC STUDIES
An MRI study of the cervical spine was performed on 5/11/2018. The following impression
was given:
C4-C5 herniated disc 1.3 mm
C5-C6 herniated disc 1.5 mm
Spasm.

An MRI study of the left knee was performed on 5/11/2018. The following impression was
given:
Mild tricompartment osteoarthritic changes of the left knee.

IMPRESSION
See below.

DISCUSSION

Ms.            initially presented in this office after undergoing a course of conservative
treatment. The patient has sought medical care due to the persistence of pain. The patient
also reported experiencing radicular symptoms relating to the area of complaint. Ms.
subjective complaints are consistent with the patient's history and objective findings on

**Chart Notes**

06/15/2018 thru 06/15/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/09/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM (TEXAS) | | Pol # | Insured | CL#593470C01 |

Date    06/15/2018

Provider   Roberto Moya, MD, FAAOS                              ^^^ *continued from previous page* ***

physical examination and diagnostic studies. It is therefore within a reasonable degree of
medical certainty that this patient's injuries are a direct result of the injury occurring on
3/15/2018.

It is my medical opinion that Ms. [            ] had suffered an emergency medical condition
as a result of the motor vehicle crash that occurred on 3/15/2018.

Ms. [      ] was advised to have a(n) MRI study of the cervical spine to rule out herniated
nucleus pulposus, pain, trauma and radiculitis.
Ms. [      ] was advised to have a(n) MRI study of the left knee to rule out internal
derangement, pain and trauma.

It is my medical opinion that the patient will benefit from a therapeutic cervical medial branch
block at 1 level. The patient understands and it was explained that a medial branch block is
the injection of medicine (glucocorticoid and anesthetic solution) into the facet joint space
and onto the medial branch nerve of the facet which supplies sensation to the joint. The
patient understands that the procedure is performed under fluoroscopy. The patient
understands the risks related to glucocorticoids which includes but is not limited to; increase
in blood sugar (mainly in diabetics), water retention, and suppression of the body's own
natural production of glucocorticoids. The procedure has an associated cost of approximately
$3,500-$16,000. This fee is inclusive of the professional component and supply costs. Please
note that this is an estimate and that the cost of the procedure varies from patient to patient
depending on complicating factors such as the patient's age and history. The patient was
informed of possible side effects and risks associated with the procedure which include but
are not limited to; reaction to the injections such as allergy or vasovagal reaction, bleeding
locally creating hematoma which is usually self limited and resolved, but can result in
infection requiring surgery and drainage as well as long-term antibiotics, infection, and rarely
injury to another nerve such as a nerve root or a motor nerve can theoretically occur at the
time of the procedure. The patient understands all risks associated with the procedure and
will consider a cervical medial branch block.

Since Ms. [      ] has failed to respond to treatment of the cervical spine, it is my opinion that
she is a candidate for a(n) anterior cervical discectomy with fusion at 1-2 levels as indicated.
Risk factors associated with the procedure were outlined for Ms. [      ] which includes but
is not limited to; injury to the spine or nerve root which could lead to worsening of pain,
paralysis, and/or weakness in the extremities, injury to motor nerves which could lead to
motor or organ dysfunction, vascular complications such as hematomas, injury to the dural
sac which could lead to a CSF leak, post surgical headache, the possibility of infection and
bleeding. Surgical intervention will be performed in a hospital setting. This type of
intervention has an associated cost of approximately $105.000-$120.000. This fee is
inclusive of the professional component, operating room time, recovery room, supply costs,

**Chart Notes**

06/15/2018 thru 06/15/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/09/2018

| Patient: | (Specialist) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM (TEXAS) | | Pol # | Insured | CL#593470C01 |

**Date    06/15/2018**

**Provider  Roberto Moya, MD, FAAOS**                           *** continued from previous page ***

as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

I have discussed left knee arthroscopy in detail with the patient. The risks of the procedure, include infection, bleeding, persistent pain, knee stiffness, nerve injury, pain about the surgical sites, persistent swelling of the knee, phlebitis, thromboembolism. I have advised the patient that the anesthesiologist will discuss further anesthetic risks. Non-surgical approaches were also discussed including rehabilitation and bracing. I have advised the patient that there is a significant risk of re-injury in pursuing cutting and pivoting sports with this option. It was discussed with the patient that should any additional procedures need to be performed at the time of surgery; these will be done in accordance with the appropriate indications for repair or reconstruction. This is a summary of the discussion with the patient and in no way is intended to be a verbatim summation of everything we discussed. The approximate cost of the surgery is between $50,000-$75,000. This is inclusive of physician fees, hospital charges, anesthesia, supplies and any durable medical equipment needed for post surgical care. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

**RETURN APPOINTMENT**
The patient should return for an appointment in four weeks.

This document has not been officially reviewed until signed.

MB.

| **Diagnosis** | S13.4XXA: Sprain of cervical ligts, initl. |
|---|---|
| | M54.2: Cervicalgia |
| | M50.22: Other cervical disc displacement, mid-cervical region |
| | M62.838: Other muscle spasm |
| | M53.82: Other specified dorsopathies, cervical region |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | M54.5: Low back pain |
| | M53.86: Other specified dorsopathies, lumbar region |
| | M25.562: Pain in left knee |
| | M25.572: Pain in left ankle and joints of left foot |

Electronically Signed

Roberto Moya, MD, FAAOS 06/29/2018 10:59 AM



STATE FARM (TEXAS)
PO BOX 149203
AUSTIN, TX 78714

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

▢▢ PICA

| PICA |

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☒ (ID#)  OTHER ☐ (ID#)   1a. INSURED'S I.D. NUMBER (For Program in Item 1)   CL#593470C01

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮

3. PATIENT'S BIRTH DATE   MM ▮ DD ▮ YY   SEX   M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▮▮▮

5. PATIENT'S ADDRESS (No., Street) ▮▮▮

6. PATIENT RELATIONSHIP TO INSURED   Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street) ▮▮▮

CITY ▮▮▮   STATE ▮

8. RESERVED FOR NUCC USE

CITY ▮▮▮   STATE ▮

ZIP CODE ▮▮▮   TELEPHONE (Include Area Code) ( )

ZIP CODE ▮▮▮   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH   MM ▮ DD ▮ YY   SEX   M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES ☒  NO ☐   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES ☐  NO ☒   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE 06 15 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM 03 DD 15 YY 2018   QUAL. 431

15. OTHER DATE   MM ▮ DD ▮ YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM ▮ DD ▮ YY   TO MM ▮ DD ▮ YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM ▮ DD ▮ YY   TO MM ▮ DD ▮ YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. M542   C. M5022   D. M62838
E. M545   F. M5386   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 15 2018 | 06 15 2018 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 1376596205 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   271391503   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. ▮▮▮

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   YES ☒  NO ☐

28. TOTAL CHARGE   $ 35900

29. AMOUNT PAID   $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   Roberto Moya, MD, FAAOS

SIGNED   On File   DATE 07 25 2018

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedic Group, LLC
815 NW 57th Avenue
#202
Miami, FL 33126
a. 1346737749   b.

33. BILLING PROVIDER INFO & PH # (305) 6469644
Ceda Orthopedic Group, LLC
PO Box 26-1750
Miami, FL 33126
a. 1376596205   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

02/09/2018

**Chart Notes**

12/18/2017 thru 12/19/2017

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

01/04/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (Specialist) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#591676T66 |

**Date   12/18/2017**

Provider   Roberto Moya MD-ME3121

Patient Name:
Date of Birth:
Age: 40
Sex: Female
Date of Injury: 10/09/2017

INITIAL EVALUATION

HISTORY OF ACCIDENT
An initial examination was performed on                                for injuries sustained in a motor vehicle crash occurring
on 10/09/2017. She was the restrained driver of a motor vehicle when it was struck on the front end. She recalls that
the onset of her symptoms presented gradually within 2 to 3 hours after the accident occurred. Ms.
reports that she did receive emergency medical attention at the scene of the accident. Ms.                        states that
she has been under the care of Ceda due to the current injuries. While under care, she received physical therapy and
chiropractic manipulation. She reports that the treatment was effective and is currently treating.

CHIEF COMPLAINT
Ms.                          presented herself to the office today complaining of constant head, cervical spine, upper
thoracic, mid thoracic and lumbar spine pain with qualities described as sharp and aching. The patient is experiencing
radiating pain from the cervical spine into the right arm, left arm, right hand and left hand. In addition, the patient
states that she experiences numbness and tingling in the right hand, left hand and bilaterl legs to knees. Ms.
quantifies her overall pain intensity as 5, based on a zero through ten visual analog scale.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
She relates that sitting and walking exacerbate(s) her symptoms. She reports that NSAIDs (Ibuprofen) help(s) to
mitigate her symptoms.

MEDICAL HISTORY
Medical Conditions: Non-contributory.
Past Surgical History: Cesarean sections in 2000 and 2006.
Allergies: No Known Allergies.
Current Medications: Ibuprofen.
Prior Injury History: The patient denies any prior accidents or injuries.

FAMILY HISTORY
Diabetes.

SOCIAL HISTORY
Alcohol: Never.
Tobacco: Never.
Occupation: The patient is currently employed as a seamstress assistant.

REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and
rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or
lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.

# Chart Notes

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

**12/18/2017 thru 12/19/2017**

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#591676T66 |

**Date    12/18/2017**

**Provider   Roberto Moya MD-ME3121**                    *** *continued from previous page* ***

Genitourinary: The patient denies any renal or bladder issues.

Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.

Musculoskeletal: Please refer to the physical exam for detail.

Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.

Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.

Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.

Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.

Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'4"
Weight: 186lbs
BP: 113/89
Pulse: 90BPM
Temperature: 97.6 F
Dominant Hand: Left

-(Gen)General: The patient is well developed and well nourished.

-(Psy) Psyche: The patient is alert and fully oriented times three.

-(Neuro) Neurological: Gait and station are intact.

-(Skn)Skin: Turgor is resilient. No rashes or abnormal lesions. No exudate, swelling or temperature changes.

-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.

-(Nck)Neck: The trachea is midline. Neck is supple.

-(Lng)Chest/Lungs: There is symmetric thoracic expansion. Breathing is easy, regular and without distress.

-(Hrt)Heart/Vessels: Arterial pulses are equal and symmetric. No edema or cyanosis of the upper or lower extremities. No clubbing.

-(Abs)Abdomen: There are active bowel sounds.

-(Lymph)Lymphatics: No visible enlargement of lymph nodes.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:

+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain.

+(Tndr) There is moderate palpatory tenderness over the paravertebral muscles on the right, paravertebral muscles on the left, C4-C5 facet joints, C5-C6 facet joints and C6-C7 facet joints.

+(Spsm) There is mild to moderate myospasm on palpation over the paravertebral muscles on the left and paravertebral muscles on the right.

+(Jcks) Jackson's test is positive bilaterally.

-(Sprlg) Spurling's test is negative bilaterally.

-(Hoff) Hoffman's sign is absent.

-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.

-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.

-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.

-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:

+(ROMEx) Extension is restricted.

+(Tndr) Tenderness is noted upon palpation of the costovertebral angle on the right, costovertebral angle on the left,

# Chart Notes

**CEDA Ortho & Int Med of Hialeah**
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

**12/18/2017 thru 12/19/2017**

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#591676T66 |

**Date    12/18/2017**

**Provider  Roberto Moya MD-ME3121**                         *** continued from previous page ***

paraspinal musculature on the right and paraspinal musculature on the left.
-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.
-(Kyph) The thoracic kyphosis is within normal limits.
-(ScWng) Scapular winging is absent.

LUMBAR SPINE EXAM:
+(ROML/S) Range of motion reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain.
+(Tndr) There is moderate palpatory tenderness over the paraspinal musculature on the right, paraspinal musculature on the left, L3-L4 facet joints, L4-L5 facet joints and L5-S1 facet joints.
+(Spsm) There is mild to moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.
+(Hypr) Hyperextension test is positive.
-(SLR) Straight leg raising is negative bilaterally.
-(CntraSLR) Contralateral straight leg raising is negative.
-(Homn) Homan's test is negative.
-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.
-(StrEHL) Strength testing at the extensor hallicus longus is intact and 5/5 bilaterally.
-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.
-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.
-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.
-(SnsLT) Sensation to light touch is intact.

DIAGNOSTIC STUDIES
An MRI study of the cervical spine was performed on 11/06/2017. The following impression was given:
C6-C7 disc herniation 1.3 mm
Spasm

An MRI study of the lumbar spine was performed on 11/06/2017. The following impression was given:
L1-L2 disc herniation 1.7 mm
L3-L4 disc herniation 1.3 mm
L4-L5 disc herniation 2.9 mm

IMPRESSION
See below.

DISCUSSION
Ms. _____ initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. The patient also reported experiencing radicular symptoms relating to the area of complaint. Ms. _____ subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 10/09/2017.

It is my medical opinion that Mrs. _____ had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 10/09/2017.

I have recommended that the patient should continue physical therapy with an emphasis on strengthening, stretching, and proper body mechanics.

The patient was prescribed Mobic 15 mg and Omeprazole 20 mg to be taken as directed. The patient has been advised as to the possible side effects of the medication.

# Chart Notes

**12/18/2017 thru 12/19/2017**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

01/04/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| | (Specialist) | | | |
| **Ins Co** | **STATE FARM INSURANCE** | **Pol #** | **Insured** | **CL#591676T66** |

**Date    12/18/2017**

**Provider   Roberto Moya MD-ME3121**

*** continued from previous page ***

RETURN APPOINTMENT
The patient should return for an appointment in four weeks.

This document has not been officially reviewed until signed.

MC.

| **Diagnosis** | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | M54.2: Cervicalgia |
| | M50.22: Other cervical disc displacement, mid-cervical region |
| | M62.838: Other muscle spasm |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | M54.6: Pain in thoracic spine |
| | M47.14: Other spondylosis with myelopathy, thoracic region |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | M54.5: Low back pain |
| | M51.27: Other intervertebral disc displacement, lumbosacral region |
| | M53.86: Other specified dorsopathies, lumbar region |

Electronically Signed

12/22/2017 12:41 PM



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

04/04/2018

☐ PICA | PICA ☐

| 1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☒ (ID#) OTHER ☐ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL#591676T66 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE ___ SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY | STATE

8. RESERVED FOR NUCC USE

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( )

ZIP CODE | TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES ☐ ☒ NO

a. INSURED'S DATE OF BIRTH MM DD YY SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ ☒ NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE 12 28 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 10 09 2017 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ ☒ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. S134XXA  B. M542  C. M5022  D. M62838
E. S233XXA  F. M546  G. M4714  H. S335XXA
I. M545  J. M5127  K. M5386  L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 18 2017 | 12 18 2017 | 11 | | 99203 | | ABCD | 35900 | 1 | | NPI | 1376596205 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER SSN EIN 271347409 ☐ ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES ☐ NO

28. TOTAL CHARGE $ 35900

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roberto Moya MD-ME3121

SIGNED  On File  DATE 12 28 2017

32. SERVICE FACILITY LOCATION INFORMATION
235 West 49 Street
Hialeah, FL. 33012

a. 1154641165  b.

33. BILLING PROVIDER INFO & PH # (305) 5585432
CEDA Ortho & Interventional Med of Hialeah, LLC
PO Box 26-1750
Miami, FL 33126
a. 1376596205  b.

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)