*Exhibit 27*

**Chart Notes**

Ceda Ortho & Interventional Med of
6078 ISMiami Office
4th Floor
South Miami, Fl. 33143
Phone: 305-669-1808
Fax: 305-669-8170

03242017

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#5908847V3 |

Date   02/27/2017

Provider   M. Cristina Crespo-Smith-MD-ME90226

Patient Name:
Date of Birth:
Age: 45
Sex: Female
Date of Injury: 02/18/2017

INITIAL EVALUATION

HISTORY OF ACCIDENT
An initial examination was performed on ▮▮▮ for injuries sustained in a motor vehicle crash occurring on 02/18/2017. She was the driver of a motor vehicle when it was struck on the rear end. She recalls that the onset of her symptoms presented immediately after the accident occurred. Ms. ▮▮▮ states that she has been under the care of Ceda due to the current injuries. While under care, she received physical therapy and chiropractic manipulation.

CHIEF COMPLAINT
Ms. ▮▮▮ presented herself to the office today complaining of constant head pain with qualities described as throbbing and sore. She also complains of constant cervical spine, upper thoracic, mid thoracic and lumbar spine pain with qualities described as sharp, shooting, throbbing, sore and stiff. There is an additional complaint of chest pain. The patient's left knee and right knee pain is better. Ms. ▮▮▮ quantifies her overall pain intensity as 8, based on a zero through ten visual analog scale. She relates that sitting, standing, transfer, reclining, reaching, bending, stooping, lifting, twisting, walking and climbing stairs exacerbate(s) her symptoms. She reports that rest, ice and hot packs help(s) to mitigate her symptoms.

MEDICAL HISTORY
Medical Conditions: Non-contributory.
Past Surgical History: Breast augmentation in 2004, cesarean sections in 2003 and 2006 and hernia repair in 1994 and 2004.
Allergies: No Known Allergies.
Current Medications: Zoloft.
Prior Injury History: Ms. ▮▮▮ has a prior history of a motor vehicle accident that occurred in 2002. The patient reports that they were treated and there are no residual symptoms related to that accident.

FAMILY HISTORY
Diabetes and cancer.

SOCIAL HISTORY
Alcohol: Socially.
Tobacco: Never.
Occupation: The patient is currently employed as a hairstylist.
Civil Status: Married.

REVIEW OF SYSTEMS
General: The patient denies fevers, chills, recent weight change, or recent illness.
HEENT: The patient denies change in vision, hearing, ringing in ears, or recent upper respiratory tract infections.
Cardiovascular: The patient denies chest pain, palpitations, and any history of murmurs or abnormalities in rate and rhythm.
Respiratory: The patient denies shortness of breath, cough, or any history of asthma, TB, COPD, emphysema, or lung cancer.
Gastrointestinal: The patient denies ulcers, gastritis, or recent change in bowel habits.

**Chart Notes**

Ceda Ortho & Interventional Med of
South Miami Office
4th Floor
South Miami, Fl. 33143
Phone: 305-669-1808
Fax: 305-669-8170

03242017

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co - STATE FARM INSURANCE | Pol # | Insured | CL#5908847V3 |

Date   02/27/2017
Provider  M. Cristina Crespo-Smith-MD-ME90226                                *** continued from previous page ***

Genitourinary: The patient denies any renal or bladder issues.
Dermatologic: The patient denies discoloration, keloids, non healing wounds, and rashes.
Musculoskeletal: Please refer to the physical exam for detail.
Neurologic: The patient denies any tremors, paralysis, fainting, black outs, or seizures. Please refer to the physical exam for additional detail.
Lymphatic/Hematologic: The patient denies swollen glands and being easily bruised.
Endocrine: The patient denies any heat/cold intolerance, excessive sweating, polyuria, polydipsia, thyroid problems.
Allergy/Immunology: The patient denies latex allergy, AIDS, or HIV infection.
Psychiatric: The patient denies depression, anxiety, tension, or any changes in mood or memory.

PHYSICAL EXAMINATION

Vital Signs:
Height: 5'5"
Weight: 135lbs
BP: 121/84
Pulse: 73BPM
Temperature: 97.4 F
RR: 17/MIN
Dominant Hand: Right

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.

MUSCULOSKELETAL EXAMINATION

Cervical Spine Exam:
Extension is with pain. Flexion is with pain. Right and left rotation are with pain. Right and left lateral flexion are with pain. Myospasm is noted on palpation of the upper trapezius muscles. Tenderness is noted upon palpation of the upper trapezius muscles.

Thoracic Spine Exam:
Tenderness is noted upon palpation of the middle and lower thoracic spine. Myospasm is noted on palpation of the middle and lower thoracic spinal musculature. Extension is with pain. Flexion is with pain. Right and left rotation is with pain. Right and left lateral flexion is with pain.

Lumbar Spine Exam:
Extension is with pain. Flexion is with pain. Bilateral rotation is with pain. Bilateral lateral flexion is with pain. Myospasm is noted on palpation of the lower lumbar spine. Tenderness is noted upon palpation of the lower lumbar spine. Straight leg raise test is positive on the right and positive on the left.

Left Knee Exam:
Examination of the left knee reveals no skin abnormalities, ecchymosis, swelling, or effusion. There is no deformity or atrophy present. Extension and flexion are full and without pain. There is no palpatory tenderness. Orthopedic testing shows no ligamentous instability of the ligaments of the left knee. McMurray's test is negative on the left. The patellar apprehension test is negative on the left.

Right Knee Exam:
Examination of the right knee reveals no skin abnormalities, ecchymosis, swelling, or effusion. There is no deformity or atrophy present. Extension and flexion are full and without pain. There is no palpatory tenderness. Orthopedic testing shows no ligamentous instability of the ligaments of the right knee. McMurray's test is negative on the right.

Printed:   Monday, March 20, 2017 10:34:15 AM                                                              Page 4  Of  6

**Chart Notes**

Ceda Ortho & Interventional Med of
South Miami Office
4th Floor
South Miami, Fl. 33143
Phone: 305-669-1808
Fax: 305-669-8170

03242017

| | | | |
|---|---|---|---|
| Patient: | DOB: | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#5908847V3 |

Date    02/27/2017
Provider — M. Cristina Crespo-Smith-MD-ME90226        *** continued from previous page ***

The patellar apprehension test is negative on the right.

IMPRESSION
See below.

DISCUSSION
Ms. ▇▇▇ initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. Ms. ▇▇▇ subjective complaints are consistent with the patient's history and objective findings on physical examination. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 02/18/2017.

It is my medical opinion that Mrs. ▇▇▇ had suffered an emergency medical condition as a result of the motor vehicle crash that occured on 02/18/2017.

Ms. ▇▇▇ was advised to have MRI studies of the cervical spine and lumbar spine to rule out herniated nucleus pulposus.

The patient was prescribed Mobic 15 mg and Flexeril 5 mg to be taken as directed. The patient has been advised as to the possible side effects of the medication.

RETURN APPOINTMENT
The patient should return for an appointment when necessary.

Document has not been officially reviewed until signed.

MA

Diagnosis
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
G54.2: Cervical root disorders, not elsewhere classified
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
G54.3: Thoracic root disorders, not elsewhere classified
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
G54.4: Lumbosacral root disorders, not elsewhere classified
R51: Headache
S83.421A: Sprain of lateral collateral ligament of right knee, init
S83.422A: Sprain of lateral collateral ligament of left knee, init
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M25.561: Pain in right knee
M25.562: Pain in left knee

Electronically Signed    C Smith
03/08/2017 01:32 PM

Printed:   Monday, March 20, 2017 10:34:15 AM                                    Page  5  Of  6

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER: CL#5908847V3 |
| 2. PATIENT'S NAME | 3. PATIENT'S BIRTH DATE — SEX: F [X] |
| 4. INSURED'S NAME | |
| 5. PATIENT'S ADDRESS | 6. PATIENT RELATIONSHIP TO INSURED |
| 7. INSURED'S ADDRESS | |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: |
| a. EMPLOYMENT? NO [X] | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| b. AUTO ACCIDENT? YES [X] PLACE (State) FL | |
| c. OTHER ACCIDENT? NO [X] | |
| d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] | |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature On File    DATE: 03 14 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 02 18 2017  QUAL. 431

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY    ICD Ind. 0
A. S134XXA   B. S233XXA   C. S335XXA   D. M25561
E. M25562

| 24.A DATE(S) OF SERVICE From - To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 27 2017  02 27 2017 | 11 | | 99203 | | ABCD | 359 00 | 1 | | NPI | 1093938995 |

25. FEDERAL TAX I.D. NUMBER: 271391503  EIN [X]
28. TOTAL CHARGE: $ 359 00
29. AMOUNT PAID: $ 0 00
27. ACCEPT ASSIGNMENT? YES [X]

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
M.Cristina Crespo-Smith MD
ME90226
SIGNED: On File   DATE 03 14 2017

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive
4th Floor
a. 1558681569

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 26-1750
Miami, FL 33126
a. 1205127578

APPROVED OMB-0938-1197 FORM 1500 (02-12)