*Exhibit 28*



**CEDA** | Orthopedics & Interventional Medicine

Patient Name: ███████   Date: 4/21/2016

## NOTICE OF EMERGENCY MEDICAL CONDITION

The undersigned licensed medical provider, hereby affirms:

1.   The below injured patient, has in the opinion of this medical provider, suffered an **Emergency Medical Condition**, as a result of the patient's injuries sustained in an automobile accident that occurred on <u>04/13/2016</u> (fill in date of accident).

2.   The basis for the finding of an **Emergency Medical Condition** is that the patient has sustained acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention <u>could</u> reasonable be expected to result in any of the following: a) serious jeopardy to patient health; b) serious impairment to bodily functions; or c) serious dysfunction of a bodily organ or part.

*I hereby attest that I am a physician licensed under chapter 458 or chapter 459, a dentist licensed under chapter 466, a physician assistant licensed under chapter 458 or chapter 459, or an advanced registered nurse practitioner licensed under chapter 464, and that the above facts are true and correct.*

M. Cristina Crespo-Smith MD, 90226   [signature]   4/21/2016
Name (Print or Type)   Signature of medical provider   Date

The undersigned injured person or legal guardian of such person affirms:

1.   The symptoms I reported to the medical provider are true and accurate.

2.   I understand the medical provider has determined I sustained an Emergency Medical Condition as a result of the injuries I suffered in the car accident.

3.   The medical provider has explained to my satisfaction the need for future medical attention and the harmful consequences to my health which may occur if I do not receive future treatment.

Injured patient receiving this diagnosis or legal guardian of said injured patient:

███████   ███████   4/21/2016
Name (Print or Type)   Signature of injured patient/guardian   Date

---

**CEDA Orthopedic & Interventional Medicine of South Miami, LLC**
6075 Sunset Dr, 4th floor
South Miami, Fl 33143
(305) 669-1808

**CEDA Orthopedic & Interventional Medicine of Hialeah, LLC**
235 W 49th Street
Hialeah, Fl 33012
(305) 558-5432

**CEDA Orthopedic & Interventional Medicine of FIU/Kendall, LLC**
11890 SW 8th St., Suit 400
Miami, Fl 33184
(305) 665-9771

**CEDA Orthopedic & Interventional Medicine of Downtown/Little Havana, LLC**
2750 Coral Way, Suite 202
Miami Fl, 33145
(305) 441-9918

Revised: 04/15/2015

05092016

 **CEDA** | Orthopedics & Interventional Medicine

DR JAVECH INITIAL REPORT

Patient name: ▮  
Account #: ▮

Date: 11/14/2017

12/04/2017

## NOTICE OF EMERGENCY MEDICAL CONDITION

The undersigned licensed medical provider, hereby affirms:

1. The below injured patient, has in the opinion of this medical provider, suffered an **Emergency Medical Condition**, as a result of the patient's injuries sustained in an automobile accident that occurred on 05/08/2017 (fill in date of accident).

2. The basis for the finding of an **Emergency Medical Condition** is that the patient has sustained acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonable be expected to result in any of the following: a) serious jeopardy to patient health; b) serious impairment to bodily functions; or c) serious dysfunction of a bodily organ or part.

*I hereby attest that I am a physician licensed under chapter 458 or chapter 459, a dentist licensed under chapter 466, a physician assistant licensed under chapter 458 or chapter 459, or an advanced registered nurse practitioner licensed under chapter 464, and that the above facts are true and correct.*

Nestor J. Javech, ME. 41274            11/14/2017  
Name (Print or Type)     Signature of medical provider     Date

The undersigned injured person or legal guardian of such person affirms:

1. The symptoms I reported to the medical provider are true and accurate.

2. I understand the medical provider has determined I sustained an Emergency Medical Condition as a result of the injuries I suffered in the car accident.

3. The medical provider has explained to my satisfaction the need for future medical attention and the harmful consequences to my health which may occur if I do not receive future treatment.

Injured patient receiving this diagnosis or legal guardian of said injured patient:

▮                                            11/14/2017  
Name (Print or Type)     Signature of injured/patient/guardian     Date

CEDA Orthopedic & Interventional Medicine of South Miami, LLC  
6075 Suntet Dr. 4th floor  
South Miami, Fl 33143  
(305) 669-1808

CEDA Orthopedic & Interventional Medicine of Hialeah, LLC  
235 W 49th Street  
Hialeah, Fl 33012  
(305) 558-5432

CEDA Orthopedic & Interventional Medicine of FIU,(Kendall, LLC  
11890 SW 8th St., Suit 400  
Miami, Fl 33184  
(305) 665-9771

CEDA Orthopedic & Interventional Medicine of Downtown/Little Havana, LLC  
2750 Coral Way, Suite 202  
Miami Fl, 33145  
(305) 441-9918

**CEDA** Orthopedics & Interventional Medicine    **DR. MOYA-JAVECH INITIAL REPORT**

Patient name: 
Account #: 

Date: 3/29/2018.

04/30/2018

# NOTICE OF EMERGENCY MEDICAL CONDITION

The undersigned licensed medical provider, hereby affirms:

1. The below injured patient, has in the opinion of this medical provider, suffered an **Emergency Medical Condition**, as a result of the patient's injuries sustained in an automobile accident that occurred on 02/26/2018 (fill in date of accident).

2. The basis for the finding of an **Emergency Medical Condition** is that the patient has sustained acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonable be expected to result in any of the following: a) serious jeopardy to patient health; b) serious impairment to bodily functions; or c) serious dysfunction of a bodily organ or part.

*I hereby attest that I am a physician licensed under chapter 458 or chapter 459, a dentist licensed under chapter 466, a physician assistant licensed under chapter 458 or chapter 459, or an advanced registered nurse practitioner licensed under chapter 464, and that the above facts are true and correct.*

Roberto Moya, ME, 31217           3/29/2018
Name (Print or Type)    Signature of medical provider    Date

The undersigned injured person or legal guardian of such person affirms:

1. The symptoms I reported to the medical provider are true and accurate.

2. I understand the medical provider has determined I sustained an Emergency Medical Condition as a result of the injuries I suffered in the car accident.

3. The medical provider has explained to my satisfaction the need for future medical attention and the harmful consequences to my health which may occur if I do not receive future treatment.

Injured patient receiving this diagnosis or legal guardian of said injured patient:

                                                  3/29/2018
Name (Print or Type)    Signature of injured patient/guardian    Date

---

CEDA Orthopedic & Interventional Medicine of South Miami, LLC
6075 Sunset Dr, 4th floor
South Miami, Fl 33143
(305) 669-1800

CEDA Orthopedic & Interventional Medicine of Hialeah, LLC
235 W 49th Street
Hialeah, Fl 33012
(305) 558-5432

CEDA Orthopedic & Interventional Medicine of FIU/Kendall, LLC
11890 SW 8th St., Suit 400
Miami, Fl 33184
(305) 665-9771

CEDA Orthopedic & Interventional Medicine of Downtown/Little Havana, LLC
2750 Coral Way, Suite 202
Miami Fl, 33145
(305) 441-9918