# *Exhibit 29*

**Chart Notes**

05/13/2017 thru 05/19/2017

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

05302017

| Patient: ▮▮▮▮▮ (MVA - PIP) | DOB: ▮▮▮▮ | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # ▮▮▮▮ | Insured | CL#599X15652 |

| Date | 05/17/2017 |
|---|---|
| Provider | Roy Canizares DC-CH7764 |

**Subjective:**
▮▮▮▮ presented herself to the office today complaining of pain in the (CS) cervical spine, (LS) lumbar spine, (RSH) right posterior shoulder, (RSH) right anterior shoulder, (RTri) right tricep and (RBic) right bicep.
The patient quantified her overall pain intensity as a 2, based on a zero through ten visual analog scale.

**Objective:**
Objective findings are listed in the narrative reports including the initial, follow up and final reports when applicable.

**Assessment:**
Therapeutic Assessment:
-Ms. ▮▮▮▮ was able to tolerate today's treatment.

**Plan:**
The following therapies were performed by Y. Gomez, LMT 84389.
- (IST) Intersegmental traction was performed to cervical and lumbar regions of the spine.
- (NMR Vibe) Neuromuscular re-education was performed in the lumbar spine region(s) by utilizing a medical grade motorized three plane vibration device.

The following therapies were performed by C. Zuniga, RCA 16251.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, lumbar spine and right shoulder. .
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine and right shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: right shoulder regions for a duration of 8 minutes.
-(Mass) Massage therapy was performed over the cervical spine, lumbar spine and right shoulder regions for 8 to 23 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the lower cervical and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician.)

**Chart Notes**

05/13/2017 thru 05/19/2017

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

05302017

| Patient: | ▮▮▮▮ (MVA - PIP) | DOB: ▮▮▮▮ | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # ▮▮▮▮ | Insured | CL#599X15652 |

Date    05/17/2017

| Provider   Roy Canizares DC-CH7764 | *** continued from previous page *** |
|---|---|

Diagnosis    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M99.02: Segmental and somatic dysfunction of thoracic region
S43.401A: Unspecified sprain of right shoulder joint, init encntr
S46.911A: Strain unsp musc/fasc/tend at shldr/up arm, right arm, init
M25.511: Pain in right shoulder
S40.021A: Contusion of right upper arm, initial encounter
R51: Headache
M53.0: Cervicocranial syndrome
S83.421A: Sprain of lateral collateral ligament of right knee, init
S80.01XA: Contusion of right knee, initial encounter
M25.561: Pain in right knee
R42: Dizziness and giddiness
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, unsp cervical region
M51.26: Other intervertebral disc displacement, lumbar region
G54.1: Lumbosacral plexus disorders
M54.5: Low back pain
M62.838: Other muscle spasm
M75.101: Unsp rotatr-cuff tear/ruptr of right shoulder, not trauma
S43.431A: Superior glenoid labrum lesion of right shoulder, init

Electronically Signed

05/19/2017 02:54 PM



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

05302017

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | CL#599X15652 |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)

**3. PATIENT'S BIRTH DATE** — SEX: M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)

**6. PATIENT RELATIONSHIP TO INSURED** — Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)

CITY — STATE

**8. RESERVED FOR NUCC USE**

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code) ( )

ZIP CODE — TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) — YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH — SEX: M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☒ NO ☐ PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ *If yes, complete items 9, 9a, and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE 05 24 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 03 11 2017  QUAL. 431

**15. OTHER DATE** QUAL. MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM — TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a. / 17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM — TO

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES ☐ NO ☒  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

| A. S134XXA | B. S161XXA | C. S142XXA | D. M542 |
|---|---|---|---|
| E. M9901 | F. S233XXA | G. S29012A | H. S242XXA |
| I. M546 | J. M9902 | K. S43401A | L. S46911A |

**22. RESUBMISSION CODE** — ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From To MM DD YY MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 16 2017 | 05 16 2017 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1689801490 |
| 2 | 05 16 2017 | 05 16 2017 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1689801490 |
| 3 | 05 16 2017 | 05 16 2017 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1689801490 |
| 4 | 05 16 2017 | 05 16 2017 | 11 | | 99211 | 25 | ABCD | 6500 | 1 | | NPI | 1689801490 |
| 5 | 05 17 2017 | 05 17 2017 | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1689801490 |
| 6 | 05 17 2017 | 05 17 2017 | 11 | | 97112 | 59 | ABCD | 10500 | 1 | | NPI | 1689801490 |

**25. FEDERAL TAX I.D. NUMBER** 271347175 ☒

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** YES ☒ NO ☐

**28. TOTAL CHARGE** $ 42400

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roy Canizares DC-CH7764
SIGNED  On File  DATE 05 24 2017

**32. SERVICE FACILITY LOCATION INFORMATION**
CEDA Ortho & Interventional Med of Downtown/LH LLC
2190 W Flagler Street
Miami, FL 33135
a. 1316267321  b.

**33. BILLING PROVIDER INFO & PH #** (305 )4419918
CEDA Ortho & Interventional Med of Downtown/LH LLC
PO Box 26-1750
Miami, FL 33126
a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

0530 2017

PICA        PICA

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL#599X15652 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮

3. PATIENT'S BIRTH DATE ▮▮ SEX M □ F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED — Self [X] Spouse □ Child □ Other □

7. INSURED'S ADDRESS (No., Street) ▮▮▮▮

CITY ▮▮▮ STATE

8. RESERVED FOR NUCC USE

CITY ▮▮▮ STATE

ZIP CODE ▮▮▮ TELEPHONE (Include Area Code) ( )

ZIP CODE TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER ▮▮▮

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) □ YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY   SEX M □ F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES □ NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? □ YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? □ YES [X] NO If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE 05 24 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY 03 11 2017 QUAL. 431

15. OTHER DATE MM DD YY QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? □ YES [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M542
E. M9901   F. S233XXA   G. S29012A   H. S242XXA
I. M546   J. M9902   K. S43401A   L. S46911A

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| # | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 17 2017 | 05 17 2017 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1689801490 |
| 2 | 05 17 2017 | 05 17 2017 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1689801490 |
| 3 | 05 17 2017 | 05 17 2017 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1689801490 |
| 4 | 05 17 2017 | 05 17 2017 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1689801490 |
| 5 | 05 17 2017 | 05 17 2017 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1689801490 |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271347175   SSN □ EIN [X]

26. PATIENT'S ACCOUNT NO. ▮▮▮

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES □ NO

28. TOTAL CHARGE $ 26800

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roy Canizares DC-CH7764
SIGNED On File   DATE 05 24 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Med of Downtown/LH LLC
2190 W Flagler Street
Miami, FL 33135
1316267321

33. BILLING PROVIDER INFO & PH # (305) 4419918
CEDA Ortho & Interventional Med of Downtown/LH LLC
PO Box 26-1750
Miami, FL 33126
1205127578

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)

To:RF74CLAIM1        From:State Farm        Fax: ISC East FOIP        KOFAX® at:15-11-14-01:23  Doc:882  Page:008

## Chart Notes

**CEDA Ortho & Int Med of Hialeah**
235 W 49th St
Hialeah, FL 33012
Phone: 305-558-5432
Fax: 305-824-9946

**10/24/2015 thru 10/30/2015**

| Patient: | (MVA - PIP) | DOB: | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | Insured |

| Date | 10/29/2015 |
|---|---|
| Provider | Edgar Facuseh DC-CH9646 |

**Subjective:**
                      presented herself to the office today complaining of pain in the (CS) cervical spine, (UTS) upper thoracic spine, (LS) lumbar spine, (RSH) right posterior shoulder and (RSH) right anterior shoulder.
The patient quantified her overall pain intensity at 6, based on a zero through ten visual analog scale.
Ms.            cannot perform her activities of daily living effectively and without pain.

**Objective:**
- Pain and tenderness were noted during digital palpation in the following regions; (CS) cervical spine, (UTS) upper thoracic spine, (LS) lumbar spine, (RSH) right posterior shoulder and (RSH) right anterior shoulder.

**Assessment:**
Therapeutic Assessment:
-Ms.            was able to tolerate today's treatment well.

**Plan:**
The following therapies were performed by J. Portela LMT, MA 55114.
- (Bike Up/Low) Active therapeutic exercise was performed in the upper and lower extremities, in a group setting, for 8
- 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.
- (NMR Vibe) Neuromuscular re-education was performed in the cervical spine and lumbar spine region(s), for 8 - 23 minutes by utilizing a medical grade motorized three plane vibration device.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.

The following therapies were performed by Y. Gonzalez, RCA 12982.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine, lumbar spine and right shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine and right shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine regions for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the thoracic spine, lumbar spine and cervical spine regions for 8 to 23 minutes.
- (CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)

1c1531800099WPSD4XNB Received 11/14/2015 12:23:23 AM [Central Standard Time]

To:RF74CLAIM1      From:State Farm      Fax: ISC East FOIP      KOFAX at:15-11-14-01:23  Doc:002  Page:009

## Chart Notes

CEDA Ortho & Int Med of Hialeah
235 W 49th St
Hialeah, FL 33012
Phone: 305-558-5432
Fax: 305-824-9946

**10/24/2015 thru 10/30/2015**

| Patient: | (MVA - PIP) | DOB: | |
|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | | Pol # | Insured |

| Date | 10/29/2015 |
|---|---|

**Provider  Edgar Facuseh DC-CH9646**                    *** continued from previous page ***

Diagnosis
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S43.401A: Unspecified sprain of right shoulder joint, init encntr
R51: Headache
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M99.10: Subluxation complex (vertebral) of head region
M99.12: Subluxation complex (vertebral) of thoracic region
M99.13: Subluxation complex (vertebral) of lumbar region
G89.11: Acute pain due to trauma
V49.59XA: Passenger injured in collision with other motor vehicles in traffic accident, initial
encounter

Provider Signature X _____
10/30/2015 05:27 PM

1c1531800100WPSD4XNB Received 11/14/2015 12:23:23 AM [Central Standard Time]



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

☐ ☐ ┤PICA                                                          PICA ☐ ☐

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                          STATE

8. RESERVED FOR NUCC USE

CITY                          STATE

ZIP CODE       TELEPHONE (Include Area Code) (    )

ZIP CODE       TELEPHONE (Include Area Code) (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  SEX  M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☒  NO ☐  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File    DATE  11 04 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  10 05 2015  QUAL. 431

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM        TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM        TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. S134XXA  B. LS233XXA  C. LS335XXA  D. LS43401A
E. R51  F. LS142XXA  G. LS242XXA  H. LS3421XA
I. M9910  J. LM9912  K. LM9913  L. LG8911

22. RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10.29.2015 | 10.29.2015 | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1669617395 |
| 2 | 10.29.2015 | 10.29.2015 | 11 | | 97112 | 59 | ABCD | 10500 | 1 | | NPI | 1669617395 |
| 3 | 10.29.2015 | 10.29.2015 | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1669617395 |
| 4 | 10.29.2015 | 10.29.2015 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1669617395 |
| 5 | 10.29.2015 | 10.29.2015 | 11 | | 97014 | | ABCD | 3700 | 1 | | NPI | 1669617395 |
| 6 | 10.29.2015 | 10.29.2015 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1669617395 |

| 25. FEDERAL TAX I.D. NUMBER  271347409  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒  NO ☐ | 28. TOTAL CHARGE  $ 31300 | 29. AMOUNT PAID  $ 000 | 30. Rsvd for NUCC Use |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Edgar Facuseh DC-CH9646
SIGNED  On File    DATE 11 04 2015

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Orthopedics & Interventional
Medicine of Hialeah
235 West 49 Street
Hialeah, FL 33012
a. 1134641165  b.

33. BILLING PROVIDER INFO & PH #  ( 305 )585432
CEDA Ortho & Interventional Med of Hialeah, LLC
PO Box 1750
Miami, FL 33126
a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

11092015



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | | | | | PICA | |

**CARRIER**

1. ☐ MEDICARE *(Medicare#)* ☐ MEDICAID *(Medicaid#)* ☐ TRICARE *(ID#/DoD#)* ☐ CHAMPVA *(Member ID#)* ☐ GROUP HEALTH PLAN *(ID#)* ☐ FECA BLK LUNG *(ID#)* ☒ OTHER *(ID#)*

1a. INSURED'S I.D. NUMBER (For Program in Item 1) ▮▮▮▮

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮

3. PATIENT'S BIRTH DATE / / SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street) ▮▮▮▮

CITY ▮▮▮ STATE ▮▮

8. RESERVED FOR NUCC USE

CITY ▮▮▮ STATE ▮▮

ZIP CODE ▮▮▮ TELEPHONE (Include Area Code) ( )

ZIP CODE ▮▮▮ TELEPHONE (Include Area Code) ( )

**PATIENT AND INSURED INFORMATION**

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER ▮▮▮

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH / / SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☒ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO *If yes, complete items 9, 9a, and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File DATE 11 04 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 10 05 2015 QUAL. 431

15. OTHER DATE MM DD YY QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. S134XXA B. S233XXA C. S335XXA D. S43401A
E. R51 F. S142XXA G. S242XXA H. S3421XA
I. M9910 J. M9912 K. M9913 L. G8911

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

**PHYSICIAN OR SUPPLIER INFORMATION**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 29 2015 | 10 29 2015 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1669617395 |
| 2 | 10 29 2015 | 10 29 2015 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1669617395 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271347409 SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ 19800

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Edgar Facuseh DC-CH9646

SIGNED On File DATE 11 04 2015

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Orthopedics & Interventional
Medicine of Hialeah
235 West 49 Street
Hialeah FL 33012
a. 1154641165 b.

33. BILLING PROVIDER INFO & PH # (305) 558-5432
CEDA Ortho & Interventional Med of Hialeah, LLC
PO Box 1750
Miami FL 33126
a. 1205127578 b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

11092015

**Chart Notes**

11/07/2015 thru 11/13/2015

CEDA Ortho & Int Med of Hialeah
235 W 49th St
Hialeah, FL 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | ▮▮▮▮ (MVA - PIP) | DOB: ▮▮▮▮ | | |
|----------|------------------|------|---|---|
| Ins Co STATE FARM INSURANCE | Pol # ▮▮▮▮ | | Insured | ▮▮▮▮ |

Date    11/09/2015

Provider   Patrick Louis Fenelus DC CH 8094

**Subjective:**
▮▮▮▮ presented himself to the office today complaining of pain in the (CS) cervical spine, (UTS) upper thoracic spine, (LS) lumbar spine, (LKn) left knee and (LPop) left popliteal fossa.
The patient quantified his overall pain intensity at 5, based on a zero through ten visual analog scale.
Mr.▮▮▮ cannot perfom his activities of daily living effectively and without pain.

**Objective:**
- Pain and tenderness were noted during digital palpation in the following regions; (CS) cervical spine, (UTS) upper thoracic spine, (LS) lumbar spine, (LKn) left knee and (LPop) left popliteal fossa.
- Isolated Myospasm were noted during digital palpation in the following regions; (CS) cervical spine, (UTS) upper thoracic spine and (LS) lumbar spine.

**Assessment:**
Therapeutic Assessment:
-Mr.▮▮▮ was able to tolerate today's treatment well.

**Plan:**
The following therapies were performed by J. Acuna, LMT, MA 55114.
- (Bike Low) Active therapeutic exercise was performed in the lower extremities, in a group setting, for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.

The following therapies were performed by Y. Gonzalez, RCA 12982.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, lumbar spine, thoracic spine and left knee.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine and left knee.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine regions for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.
- (CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)

**Chart Notes**

11/07/2015 thru 11/13/2015

CEDA Ortho & Int Med of Hialeah
235 W 49th St
Hialeah, FL 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | ▮▮▮▮▮(MVA - PIP) | DOB: | ▮▮▮▮▮ | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | ▮▮▮▮▮ | Insured | ▮▮▮▮▮ |

| Date | 11/09/2015 | |
|---|---|---|
| Provider | Patrick Louis Fenelus DC CH 8094 | *** *continued from previous page* *** |
| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter | |
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init | |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter | |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter | |
| | S83.422A: Sprain of lateral collateral ligament of left knee, init | |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter | |
| | S24.2XXA: Injury of nerve root of thoracic spine, initial encounter | |
| | G54.4: Lumbosacral root disorders, not elsewhere classified | |
| | M99.01: Segmental and somatic dysfunction of cervical region | |
| | M99.02: Segmental and somatic dysfunction of thoracic region | |
| | M99.03: Segmental and somatic dysfunction of lumbar region | |
| | G89.11: Acute pain due to trauma | |
| | M53.0: Cervicocranial syndrome | |
| | V43.52XA: Car driver injured in collision w car in traf, init | |

Provider Signature X

12/10/2015 06:29 PM



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE (Medicare#) ☐   MEDICAID (Medicaid#) ☐   TRICARE (ID#/DoD#) ☐   CHAMPVA (Member ID#) ☐   GROUP HEALTH PLAN (ID#) ☐   FECA BLK LUNG (ID#) ☐   OTHER (ID#) ☒   1a. INSURED'S I.D. NUMBER (For Program in Item 1) ▮▮▮▮

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮

3. PATIENT'S BIRTH DATE  SEX  M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street) ▮▮▮▮

CITY  STATE

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE    TELEPHONE (Include Area Code) ( )

ZIP CODE    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER ▮▮▮▮

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH ▮▮▮▮  SEX  M ☒  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☒  NO ☐  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE 11 18 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 08 31 2015  QUAL. 431

15. OTHER DATE  MM | DD | YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM | TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a. / 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM | TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S233XXA   D. S335XXA
E. S83422A   F. S142XXA   G. S544      H. G8911
I. M9901     J. M9902     K. M9903     L.

22. RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 09 2015 11 09 2015 | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1003836826 |
| 2 | 11 09 2015 11 09 2015 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1003836826 |
| 3 | 11 09 2015 11 09 2015 | 11 | | 97014 | | ABCD | 3700 | 1 | | NPI | 1003836826 |
| 4 | 11 09 2015 11 09 2015 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1003836826 |
| 5 | 11 09 2015 11 09 2015 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1003836826 |
| 6 | 11 09 2015 11 09 2015 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1003836826 |

25. FEDERAL TAX I.D. NUMBER  271347409  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?  YES ☒  NO ☐

28. TOTAL CHARGE  $ 35500

29. AMOUNT PAID  $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Patrick Louis Fenelus DC CH 8094
SIGNED  On File  DATE 11 18 2015

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of Hialeah
235 West 49 Street
Hialeah, FL 33012
a. 1154641165  b.

33. BILLING PROVIDER INFO & PH # (305 5585432
CEDA Ortho & Interventional Med of Hialeah, LLC
PO Box 1750
Miami, FL 33126
a. 1003836826  b.

112520 15



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| PICA | PICA |

**CARRIER**

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | ☒ (ID#) | ███████ | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE ☒ SEX ☐ M ☐ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ███████ STATE

8. RESERVED FOR NUCC USE

CITY ███████ STATE

ZIP CODE █████ TELEPHONE (Include Area Code) ( )

ZIP CODE TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH M ☒ SEX F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? ☒ YES ☐ NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File** DATE **11 18 2015**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature On File**

**PATIENT AND INSURED INFORMATION**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) **08 31 2015** QUAL. **431**

15. OTHER DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. **0**

22. RESUBMISSION CODE ORIGINAL REF. NO.

A. S134XXA  B. S161XXA  C. S233XXA  D. S335XXA
E. S83422A  F. S142XXA  G. S242XXA  H. G544
I. M9901  J. M9902  K. M9903  L. G8911

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | 11 09 2015 | | 11 09 2015 | | | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1003836826 |
| 2 | 11 10 2015 | | 11 10 2015 | | | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1003836826 |
| 3 | 11 10 2015 | | 11 10 2015 | | | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1003836826 |
| 4 | 11 10 2015 | | 11 10 2015 | | | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1003836826 |
| 5 | 11 10 2015 | | 11 10 2015 | | | 11 | | 97014 | | ABCD | 3700 | 1 | | NPI | 1003836826 |
| 6 | 11 10 2015 | | 11 10 2015 | | | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1003836826 |

**PHYSICIAN OR SUPPLIER INFORMATION**

25. FEDERAL TAX I.D. NUMBER **271347409** SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. ███████

27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO

28. TOTAL CHARGE $ **25900**

29. AMOUNT PAID $ **000**

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**Patrick Louis Fenelus DC CH 8094**
SIGNED **On File** DATE **11 18 2015**

32. SERVICE FACILITY LOCATION INFORMATION
**CEDA Ortho & Interventional Medicine of Hialeah**
**235 West 49 Street**
**Hialeah FL 33012**
a. 1154641765  b. 1003836826

33. BILLING PROVIDER INFO & PH # (305)585432
**CEDA Ortho & Interventional Med of Hialeah, LLC**
**PO Box 1750**
**Miami FL 33126**
a. 1003836826  b.

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

11232015

**Chart Notes**

**05/19/2018 thru 05/25/2018**

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33167
Phone: (305) 363-1366
Fax:

06/05/2018

| Patient: | ███████ (MVA - PIP) | DOB: ████████ | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # ████████ | Insured | CL#593388K05 |

**Date    05/24/2018**

**Provider   Thomas Haban, DC- CH 8590**

**Subjective:**
████████ presented herself to the office today complaining of pain in the (CS) cervical spine, (LS) lumbar spine, (LSH) left anterior shoulder and (LSH) left posterior shoulder.
The patient quantified her overall pain intensity as a 2, based on a zero through ten visual analog scale.

**Objective:**
Objective findings are listed in the narrative report including the initial, follow up and final report when applicable.

**Assessment:**
Therapeutic Assessment:
-Ms. ██████ was able to tolerate today's treatment well. She has continued to progress and will continued the plan of care.

**Plan:**
The following therapies were performed by M. E. Hernandez, LMT, MA 76687.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine, lumbar spine and left shoulder region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
██████ could not tolerate the following treatment(s) today: intersegmental traction due to an increase pain.

The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, lumbar spine and left shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine and left shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine region for a duration of 13-15 minutes.
-(Mass) Massage therapy was performed over the cervical spine, lumbar spine and left shoulder region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

**Chart Notes**

05/19/2018 thru 05/25/2018

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

06/05/2018

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | | Insured | CL#593388K05 |

| Date | 05/24/2018 |
|---|---|

Provider   Thomas Haban, DC- CH 8590                    *** continued from previous page ***

Diagnosis    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.16: Radiculopathy, lumbar region
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
S23.41XA: Sprain of ribs, initial encounter
S20.212A: Contusion of left front wall of thorax, initial encounter
S43.402A: Unspecified sprain of left shoulder joint, initial encounter
S46.912A: Strain unsp musc/fasc/tend at shldr/up arm, left arm, init
M25.512: Pain in left shoulder
M25.612: Stiffness of left shoulder, not elsewhere classified
R51: Headache
S83.92XA: Sprain of unspecified site of left knee, initial encounter
S80.02XA: Contusion of left knee, initial encounter
M25.562: Pain in left knee
M25.662: Stiffness of left knee, not elsewhere classified
R42: Dizziness and giddiness
F41.9: Anxiety disorder, unspecified
G47.00: Insomnia, unspecified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, upper cervical region

Electronically Signed

Thomas Haban, DC- CH 8590 05/29/2018 04:56



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

┌ PICA

| 1. MEDICARE (Medicare#) ☐ | MEDICAID (Medicaid#) ☐ | TRICARE (ID#/DoD#) ☐ | CHAMPVA (Member ID#) ☐ | GROUP HEALTH PLAN (ID#) ☐ | FECA BLK LUNG (ID#) ☐ | OTHER (ID#) ☒ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL#593388K05 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▇ | 3. PATIENT'S BIRTH DATE  SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▇ |

| 5. PATIENT'S ADDRESS (No., Street) ▇ | 6. PATIENT RELATIONSHIP TO INSURED  Self ☐ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street) ▇ |

| CITY ▇  STATE ▇ | 8. RESERVED FOR NUCC USE | CITY ▇  STATE ▇ |

| ZIP CODE ▇  TELEPHONE (Include Area Code) ( ) | | ZIP CODE ▇  TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) ▇ | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER ▇ |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES ☐ NO ☒ | a. INSURED'S DATE OF BIRTH  SEX  M ☐ F ☒ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  YES ☒ NO ☐  PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  YES ☐ NO ☒ | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File    DATE  03 27 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  05 10 2018  QUAL. 431 | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI | | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY |

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  YES ☐ NO ☒  $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0

| A. S134XXA | B. S161XXA | C. S142XXA | D. M5412 |
| E. M542 | F. M62838 | G. M9901 | H. S233XXA |
| I. S29012A | J. M546 | K. M62830 | L. M9902 |

| 22. RESUBMISSION CODE  ORIGINAL REF. NO. |
| 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| **1** | 05 | 21 | 2018 | 05 | 21 | 2018 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1255659769 |
| **2** | 05 | 21 | 2018 | 05 | 21 | 2018 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1255659769 |
| **3** | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 97150 | 59 | ABCD | 5500 | 1 | | NPI | 1255659769 |
| **4** | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 97112 | 59 | ABCD | 10500 | 1 | | NPI | 1255659769 |
| **5** | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1255659769 |
| **6** | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1255659769 |

| 25. FEDERAL TAX I.D. NUMBER  474264026  SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒ NO ☐ | 28. TOTAL CHARGE  $ 34500 | 29. AMOUNT PAID  $ 000 | 30. Rsvd for NUCC Use |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED  Thomas Haban, DC- CH 8590    DATE  06 01 2018 | 32. SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC
10974 SW 184th Street
Cutler Bay FL, 33157
a. 1548777543  b. | 33. BILLING PROVIDER INFO & PH # (305)3631366
CEDA Ortho & Int. Medicine of Cutler bay
PO BOX 26-1750
MIAMI, FL 33126
a. 1255659769  b. |

NUCC Instruction Manual available at: www.nucc.org       **PLEASE PRINT OR TYPE**       APPROVED OMB-0938-1197 FORM 1500 (02-12)



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

06/05/2018

| PICA | | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)  CL#593388K05

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) ████

**3. PATIENT'S BIRTH DATE** ████   **SEX** M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial) ████

**5. PATIENT'S ADDRESS** (No., Street) ████

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street) ████

**CITY** ████   **STATE**

**8. RESERVED FOR NUCC USE**

**CITY** ████   **STATE**

**ZIP CODE** ████   **TELEPHONE** (Include Area Code) (   )

**ZIP CODE** ████   **TELEPHONE** (Include Area Code) (   )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH**   **SEX** M ☒ F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☐ NO ☒   **PLACE (State)** FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒   *If yes, complete items 9, 9a, and 9d.*

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE 03 27 2018

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 03 19 2018  QUAL. 431

**15. OTHER DATE** MM DD YY  QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM      TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**   17a.   17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM      TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ☐ NO ☒   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. M542   F. M62838   G. M9901   H. S233XXA
I. S29012A   J. M546   K. M62830   L. M9902

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | | | To | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1255659769 |
| 2 | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1255659769 |
| 3 | 05 | 24 | 2018 | 05 | 24 | 2018 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1255659769 |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 474264026   SSN ☐ EIN ☐

**26. PATIENT'S ACCOUNT NO.** ████

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES ☒ NO ☐

**28. TOTAL CHARGE** $ 20300

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Thomas Haban, DC- CH 8590
SIGNED      DATE 06 01 2018

**32. SERVICE FACILITY LOCATION INFORMATION**
Ceda Orthopedics & Interventional
Medicine of Cutler Bay, LLC
10974 SW 184th Street
Cutler Bay FL, 33157
a. 1548777543   b.

**33. BILLING PROVIDER INFO & PH #** (305) 3631366
CEDA Ortho & Int. Medicine of Cutler bay
PO BOX 26-1750
MIAMI, FL 33126
a. 1255659769   b.

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

**02/20/2016 thru 02/26/2016**

| Patient: | ███████ (MVA - PIP) | DOB: ███████ | | |
|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # ███████ | Insured | CL# 597J87168 |

**Date    02/23/2016**

**Provider  Karim Habayeb DC-CH9650**

**Subjective:**
█████████ presented herself to the office today complaining of pain in the (CS) cervical spine and (LS) lumbar spine.
The patient quantified her overall pain intensity as a 1, based on a zero through ten visual analog scale.
Ms ██████ cannot perfom her activities of daily living effectively and without pain.

**Objective:**
- Pain and tenderness  were noted during digital palpation in the following regions; (CS) cervical spine and (LS) lumbar spine.
- Myospasm were noted during digital palpation in the following regions; cervical and lumbar.

**Assessment:**
Therapeutic Assessment:
-Ms. ██████ was able to tolerate today's treatment well.

**Plan:**
The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (CMT 1-2) *Chiropractic manipulative treatment was performed on the spine to the cervical and lumbar region(s). * (CMT's are performed solely by the chiropractic physician.)
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and lumbar spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine region for a duration of 8 to 23 minutes.
- (IST) Intersegmental traction was performed to cervical and lumbar regions of the spine.
- (Bike Up/Low) Active therapeutic exercise was performed in the upper and lower extremities for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.
-(Mass) Massage therapy was performed over the cervical spine and lumbar spine regions for 8 to 23 minutes.

**Diagnosis**
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of  lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M99.03: Segmental and somatic dysfunction of lumbar region
R51: Headache
V49.50: Passenger injured in collision with unspecified motor vehicles in traffic accident

Provider Signature X _____
02/24/2016 10:48 AM

03072016



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | PICA

1. MEDICARE ( ) MEDICAID ( ) TRICARE ( ) CHAMPVA ( ) GROUP HEALTH PLAN ( ) FECA BLK LUNG ( ) OTHER (X)
1a. INSURED'S I.D. NUMBER   CL# 597J87168

2. PATIENT'S NAME ▮

3. PATIENT'S BIRTH DATE   SEX M ▮

4. INSURED'S NAME ▮

5. PATIENT'S ADDRESS ▮

6. PATIENT RELATIONSHIP TO INSURED: Self/Spouse/Child/Other

7. INSURED'S ADDRESS ▮

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? YES/NO
b. AUTO ACCIDENT? X YES / NO   PLACE FL
c. OTHER ACCIDENT? YES/ X NO

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH  SEX M X
b. OTHER CLAIM ID
c. INSURANCE PLAN NAME
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES / X NO

12. PATIENT'S SIGNATURE: Signature On File   DATE 03 02 2016

13. INSURED'S SIGNATURE: Signature On File

14. DATE OF CURRENT ILLNESS: 10 22 2015  QUAL 431

17. NAME OF REFERRING PROVIDER

21. DIAGNOSIS OR NATURE OF ILLNESS   ICD Ind. 0
A. S134XXA  B. S161XXA  C. M62838  D. M9901
E. S335XXA  F. S390T2A  G. S3421XA  H. M9903
I. R51  J. V4950

| # | From MM DD YY | To MM DD YY | POS | EMG | CPT/HCPCS | MOD | DIAG PTR | $ CHARGES | DAYS | ID | RENDERING PROVIDER ID# |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 23 2016 | 02 23 2016 | 11 | | 98940 | | ABCD | 8000 | 1 | NPI | 1558696062 |
| 2 | 02 23 2016 | 02 23 2016 | 11 | | 97010 | | ABCD | 2500 | 1 | NPI | 1558696062 |
| 3 | 02 23 2016 | 02 23 2016 | 11 | | 97014 | | ABCD | 4000 | 1 | NPI | 1558696062 |
| 4 | 02 23 2016 | 02 23 2016 | 11 | | 97035 | | ABCD | 4000 | 1 | NPI | 1558696062 |
| 5 | 02 23 2016 | 02 23 2016 | 11 | | 97012 | | ABCD | 5100 | 1 | NPI | 1558696062 |
| 6 | 02 23 2016 | 02 23 2016 | 11 | | 97110 | | ABCD | 10000 | 1 | NPI | 1558696062 |

25. FEDERAL TAX I.D. NUMBER 271391503  X
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? X YES / NO
28. TOTAL CHARGE $ 33600
29. AMOUNT PAID 000

31. SIGNATURE OF PHYSICIAN: Karim Habayeb DC-CH9650   SIGNED On File  03 02 2016

32. SERVICE FACILITY LOCATION: CEDA Health of South Miami, LLC, 6075 Sunset Drive, 4th Floor, South Miami, FL 33143   a. 1558681569

33. BILLING PROVIDER INFO & PH # (305 6691808
Ceda Ortho & Interventional Med of South Miami LLC, PO Box 1750, Miami, FL 33126   a. 1558696062

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

03072016

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)   **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)   CL# 597J87168

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) ▮▮▮▮▮▮

**3. PATIENT'S BIRTH DATE**   MM DD YY   **SEX**  M ☐  F ▮

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial) ▮▮▮▮▮

**5. PATIENT'S ADDRESS** (No., Street) ▮▮▮▮▮

**6. PATIENT RELATIONSHIP TO INSURED**  Self ☐  Spouse ☐  Child ☐  Other ☐

**7. INSURED'S ADDRESS** (No., Street)

CITY ▮▮▮    STATE ▮
ZIP CODE ▮▮▮    TELEPHONE (Include Area Code) (   )

**8. RESERVED FOR NUCC USE**

CITY    STATE
ZIP CODE    TELEPHONE (Include Area Code) (   )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER** ▮▮▮▮▮

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous)  ☐ YES  ☒ NO

**a. INSURED'S DATE OF BIRTH**  MM DD YY   **SEX**  M ☒  F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?**  ☒ YES  ☐ NO   PLACE (State) FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?**  ☐ YES  ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**  ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE   03 02 2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)**  MM DD YY  TO 02 22 2015  QUAL. 431

**15. OTHER DATE**  QUAL.  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**  FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**   17a.   17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**  FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?**  ☐ YES  ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. M62838   D. M9901
E. S335XXA   F. S39012A   G. S3421XA   H. M9903
I. R51   J. V4950   K.   L.

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. | A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | | | | | | | | | |
| 1 | 02 | 23 | 2016 | 02 | 23 | 2016 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1558696062 |
| 2 | | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**  271391503   SSN ☐  EIN ☒

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)  ☒ YES  ☐ NO

**28. TOTAL CHARGE**  $ 8300

**29. AMOUNT PAID**  $ 0.00

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Karim Habayeb DC-CH9650
SIGNED   On File   DATE   03 02 2016
a. 1558681569

**32. SERVICE FACILITY LOCATION INFORMATION**
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th Floor
South Miami, FL 33143
a. 1558696062

**33. BILLING PROVIDER INFO & PH #** (305) 669-1808
Ceda Ortho & Interventional Med of South
Miami LLC
PO Box 1750
Miami, FL 33126
a. 1558696062

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

03072016

**Chart Notes**

06/01/2018 thru 06/08/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

06/21/2018

| Patient: | ███████ (MVA - PIP) | DOB: | ███████ | | |
|----------|---------------------|------|---------|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | ███████ | Insured | CL# 594197Q27 |

Date    06/04/2018

Provider    John P. Ross, DC CH12227

**Subjective:**

███████ presented himself to the office today complaining of pain in the (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine, (RSH) right anterior shoulder, (LSH) left anterior shoulder, (LSH) left posterior shoulder and (RSH) right posterior shoulder.
The patient quantified his overall pain intensity at 5, based on a zero through ten visual analog scale.

**Objective:**

Objective findings are listed in the narrative reports including the initial, follow up and final reports when applicable.

**Assessment:**

Therapeutic Assessment:
-Mr. ███████ was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

**Plan:**

The following therapies were performed by C. de Armas, LMT, MA 63604.
- (NMR Vibe) Neuromuscular re-education was performed in the cervical spine, thoracic spine, lumbar spine, right shoulder and left shoulder region(s), by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.

The following therapies were performed by Y. Gonzalez, RCA 12982.
- (Hydroc.) Moist heat pads were applied to the following areas, thoracic spine, lumbar spine, cervical spine, right shoulder and left shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, lumbar spine, cervical spine, thoracic spine and right shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine regions for 13-15 minutes.
-(Mass) Massage therapy was performed over the thoracic spine, cervical spine, lumbar spine, right shoulder and left shoulder regions for 8-10 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the upper cervical, mid cervical, upper thoracic, mid thoracic, lower cervical, lower thoracic, upper lumbar, mid lumbar and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician)

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

06/01/2018 thru 06/08/2018

06/21/2018

| Patient: | ▮▮▮▮ (MVA - PIP) | DOB: | ▮▮▮▮ | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | ▮▮▮▮ | Insured | CL# 594197Q27 |

| Date | 06/04/2018 | |
|---|---|---|
| Provider | John P. Ross, DC CH12227 | *** continued from previous page *** |
| Diagnosis | M62.838: Other muscle spasm | |

S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of muscle and tendon of back wall of thorax, init
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S39.012A: Strain of muscle, fascia and tendon of lower back, init
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
S43.401A: Unspecified sprain of right shoulder joint, init encntr
S46.911A: Strain unsp musc/fasc/tend at shldr/up arm, right arm, init
M25.511: Pain in right shoulder
S43.402A: Unspecified sprain of left shoulder joint, initial encounter
S46.912A: Strain unsp musc/fasc/tend at shldr/up arm, left arm, init
M25.512: Pain in left shoulder
R20.2: Paresthesia of skin
R26.2: Difficulty in walking, not elsewhere classified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Electronically Signed        *John P. Ross DC*
                              06/05/2018 07:20 PM

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | PICA | |

1. ☐ MEDICARE (Medicare#)  ☐ MEDICAID (Medicaid#)  ☐ TRICARE (ID#/DoD#)  ☐ CHAMPVA (Member ID#)  ☐ GROUP HEALTH PLAN (ID#)  ☐ FECA BLK LUNG (ID#)  ☒ OTHER (ID2)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
CL# 594197Q27

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▉

3. PATIENT'S BIRTH DATE ▉  SEX  M ☐  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▉

5. PATIENT'S ADDRESS (No., Street) ▉

6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street) ▉

CITY ▉  STATE

8. RESERVED FOR NUCC USE

CITY ▉  STATE

ZIP CODE ▉  TELEPHONE (Include Area Code) (   )

CITY ▉  STATE

ZIP CODE  TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  SEX  M ☒  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State)  FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File  DATE  06 15 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  05 11 2018  QUAL. 431

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. M62838   B. S335XXA   C. S134XXA   D. S161XXA
E. S142XXA   F. M542   G. M9901   H. S233XXA
I. S29012A   J. S242XXA   K. M546   L. M62830

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | | | To | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | 06 01 2018 | | 06 01 2018 | | | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1659556223 |
| 2 | 06 01 2018 | | 06 01 2018 | | | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1659556223 |
| 3 | 06 04 2018 | | 06 04 2018 | | | 11 | | 97112 | 59 | ABCD | 10500 | 1 | | NPI | 1659556223 |
| 4 | 06 04 2018 | | 06 04 2018 | | | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1659556223 |
| 5 | 06 04 2018 | | 06 04 2018 | | | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1659556223 |
| 6 | 06 04 2018 | | 06 04 2018 | | | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1659556223 |

25. FEDERAL TAX I.D. NUMBER  271347409  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. ▉

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE  $ 43400

29. AMOUNT PAID  $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John P. Ross, DC CHT227
SIGNED  On File  DATE  06 15 2018

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of Hialeah, LLC
755 E 49th Street
Hialeah, FL 33013
a. 1154641165  b.

33. BILLING PROVIDER INFO & PH # (305 )585432
CEDA Ortho & Int Med of Hialeah
PO Box 26-1750
Miami, FL 33126
a. 1659556223  b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

06/24/2018

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐☐ PICA | | | | PICA ☐☐

| 1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL# 594197Q27 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮▮▮▮▮

3. PATIENT'S BIRTH DATE     SEX  M ☐  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮▮▮▮

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street) ▮▮▮▮▮▮

CITY ▮▮▮▮  STATE

8. RESERVED FOR NUCC USE

CITY ▮▮▮▮  STATE

ZIP CODE ▮▮▮  TELEPHONE (Include Area Code) ( )

ZIP CODE  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐  NO ☒

a. INSURED'S DATE OF BIRTH  M ☐  SEX  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☒  NO ☐  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐  NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐  NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File  DATE  06 15 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 05 11 2018  QUAL. 431

15. OTHER DATE  MM DD YY  QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐  NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. M62838  B. S335XXA  C. S134XXA  D. S161XXA
E. S142XXA  F. M542  G. M9901  H. S233XXA
I. S29012A  J. S242XXA  K. M546  L. M62830

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 04 2018 | 06 04 2018 | 11 | | 97014 | | ABCD | 3700 | 1 | | NPI | 1659556223 |
| 2 | 06 04 2018 | 06 04 2018 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1659556223 |
| 3 | 06 04 2018 | 06 04 2018 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1659556223 |
| 4 | 06 04 2018 | 06 04 2018 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1659556223 |
| 5 | 06 06 2018 | 06 06 2018 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1659556223 |
| 6 | 06 06 2018 | 06 06 2018 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1659556223 |

25. FEDERAL TAX I.D. NUMBER  271347409  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO. ▮▮▮▮

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒  NO ☐

28. TOTAL CHARGE  $ 41500

29. AMOUNT PAID  $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
John P. Ross, DC CH1222?
SIGNED  On File  DATE  06 15 2018

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of Hialeah, LLC
755 E 49th Street
Hialeah, FL 33013
a. 1154641165  b.

33. BILLING PROVIDER INFO & PH #  (305 )585432
CEDA Ortho & Int Med of Hialeah
PO Box 26-1750
Miami, FL 33126
a. 1659556223  b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

12/12/2015 thru 12/18/2015

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | | |
|----------|-------------|------|--|--|--|
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured | CL#59760K296 |

| Date | 12/15/2015 |
|------|-----------|
| Provider | Michael B. Schulman DC |

**Subjective:**

presented herself to the office today complaining of pain in the (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine, (LElb) left elbow, (LFing) left fingers, (RFing) right fingers and (RKn) right knee.
The patient quantified her overall pain intensity as a 8, based on a zero through ten visual analog scale.
Ms     cannot perfom her activities of daily living effectively and without pain.

**Objective:**

- Pain and tenderness were noted during digital palpation in the following regions; (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine, (LElb) left elbow, (LFing) left fingers, (RFing) right fingers, (RKn) right knee and (RPop) right popliteal fossa.

**Assessment:**

Therapeutic Assessment:
-Ms.     was able to tolerate today's treatment well.

**Plan:**

The following therapies were performed by A. Menezes, MA 71338 and RCA 9943.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, lumbar spine, thoracic spine and left elbow.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine, thoracic spine and left elbow,
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine region for a duration of 8 to 23 minutes.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)
-(Mass) Massage therapy was performed over the cervical spine, lumbar spine and thoracic spine regions for 8 to 23 minutes.
- (Par) Paraffin bath was applied over the right knee and left elbow.
- (Bike Up/Low) Active therapeutic exercise was performed in the upper and lower extremities, in a group setting, for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.

12282815

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

**12/12/2015 thru 12/18/2015**

| Patient: | ████████ (MVA - PIP) | DOB: ████████ | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # ████████ | Insured | CL#59760K296 |

| Date | 12/15/2015 |
|---|---|

| Provider | Michael B. Schulman DC | *** *continued from previous page* *** |
|---|---|---|

Diagnosis
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M99.03: Segmental and somatic dysfunction of lumbar region
S83.91XA: Sprain of unspecified site of right knee, initial encounter
S53.432A: Radial collateral ligament sprain of left elbow, init encntr
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
M79.644: Pain in right finger(s)
M79.645: Pain in left finger(s)
R20.2: Paresthesia of skin
R26.2: Difficulty in walking, not elsewhere classified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Provider Signature X
12/15/2015 06:03 PM

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | |
|---|---|
| PICA | PICA |

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
CL#59760K296

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) ▮▮▮▮▮

**3. PATIENT'S BIRTH DATE** MM DD YY   SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street) ▮▮▮▮

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)

CITY ▮▮▮   STATE

**8. RESERVED FOR NUCC USE**

CITY ▮▮▮   STATE

ZIP CODE ▮▮▮   TELEPHONE (Include Area Code) (    )

ZIP CODE   TELEPHONE (Include Area Code) (    )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☒ NO

**a. INSURED'S DATE OF BIRTH** MM DD YY   SEX M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☒ NO ☐   PLACE (State) FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE  12 23 2015

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  11 09 2015  QUAL. 431

**15. OTHER DATE** MM DD YY   QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** MM DD YY  FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** MM DD YY  FROM   TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ☐ NO ☒   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. M62838   F. M9901   G. S335XXA   H. S39012A
I. S3421XA   J. M9903   K. S8391XA   L. S53432A

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 12 09 | 2015 | 12 09 | 2015 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1023130382 |
| 2 | 12 09 | 2015 | 12 09 | 2015 | 11 | | 97110 | | ABCD | 10000 | 1 | | NPI | 1023130382 |
| 3 | 12 09 | 2015 | 12 09 | 2015 | 11 | | 97018 | | ABCD | 3700 | 1 | | NPI | 1023130382 |
| 4 | 12 15 | 2015 | 12 15 | 2015 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1023130382 |
| 5 | 12 15 | 2015 | 12 15 | 2015 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1023130382 |
| 6 | 12 15 | 2015 | 12 15 | 2015 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1023130382 |

**25. FEDERAL TAX I.D. NUMBER**  271391503   SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** YES ☒ NO ☐

**28. TOTAL CHARGE** $ 32500

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Michael B. Schulman DC
SIGNED  On File   DATE  12 23 2015

**32. SERVICE FACILITY LOCATION INFORMATION**
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
South Miami, FL 33143
a. 1538681865   b.

**33. BILLING PROVIDER INFO & PH #** (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750
Miami, FL 33126
a. 1205742578   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

12282815



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☒ (ID#)
**1a. INSURED'S I.D. NUMBER** (For Program in Item 1) CL#59760K296

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) ▓▓▓

**3. PATIENT'S BIRTH DATE** MM DD YY   SEX M ☐ F ☒

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial) ▓▓▓

**5. PATIENT'S ADDRESS** (No., Street) ▓▓▓

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street) ▓▓▓

CITY ▓▓▓   STATE ▓▓▓

CITY ▓▓▓   STATE ▓▓▓

ZIP CODE ▓▓▓   TELEPHONE (Include Area Code) ( )

ZIP CODE ▓▓▓   TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) ☐ YES ☒ NO

**a. INSURED'S DATE OF BIRTH** ▓▓▓   SEX M ☐ F ☒

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** ☐ YES ☒ NO   PLACE (State) FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** ☐ YES ☒ NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** ☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED Signature On File   DATE 12 23 2015

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM 11 DD 09 YY 2015   QUAL. 431

**15. OTHER DATE** MM DD YY   QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY   TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**   17a.   17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY   TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** ☐ YES ☒ NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. M62838   F. M9901   G. S335XXA   H. S39012A
I. S3421XA   J. M9903   K. S8391XA   L. S53432A

**22. RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 12 | 15 | 2015 | 12 | 15 | 2015 | 11 | | 97012 | | ABCD | 5100 | 1 | | NPI | 1023130382 |
| 12 | 15 | 2015 | 12 | 15 | 2015 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1023130382 |
| 12 | 15 | 2015 | 12 | 15 | 2015 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1023130382 |
| 12 | 15 | 2015 | 12 | 15 | 2015 | 11 | | 97018 | | ABCD | 3700 | 1 | | NPI | 1023130382 |
| 12 | 15 | 2015 | 12 | 15 | 2015 | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1023130382 |
| | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 271391503   SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.** ▓▓▓

**27. ACCEPT ASSIGNMENT?** ☒ YES ☐ NO

**28. TOTAL CHARGE** $ 34100

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Michael B. Schulman DC
SIGNED On File   DATE 12 23 2015

**32. SERVICE FACILITY LOCATION INFORMATION**
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
South Miami FL 33143
a. 1598681905 b.

**33. BILLING PROVIDER INFO & PH #** (305 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750
Miami FL 33126
a. 1265172578 b.

12232015

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

10/17/2015 thru 10/23/2015

| Patient: | ██████ (MVA - PIP) | DOB: | ██████ | | | |
|---|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | ██████ | Insured | CL# 597B94889 |

| Date | 10/19/2015 |
|---|---|
| Provider | Richard Yoham DC CH-7892 |

**Subjective:**
██████ presented himself to the office today complaining of pain in the (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine and (LS) lumbar spine.
The patient quantified his overall pain intensity as a 7, based on a zero through ten visual analog scale.
Mr.██████cannot perfom his activities of daily living effectively and without pain.

**Objective:**
- Pain and tenderness were noted during digital palpation in the following regions; (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine and (LS) lumbar spine.
- Myospasm were noted during digital palpation in the following regions; cervical, upper thoracic, mid thoracic and lumbar.

**Assessment:**
Therapeutic Assessment:
-Mr. ██████was able to tolerate today's treatment well.

**Plan:**
The following therapies were performed by J. Acuna LMT, MA 55114.
- (Bike Low) Active therapeutic exercise was performed in the lower extremities, in a group setting, for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.
- (NMR Vibe) Neuromuscular re-education was performed in the lumbar spine region(s), for 8 - 23 minutes by utilizing a medical grade motorized three plane vibration device.

The following therapies were performed by Y. Garcia LMT, MA 63414.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine regions for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.
- (CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)

**Chart Notes**

10/17/2015 thru 10/23/2015

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | ████████████ (MVA - PIP) | DOB: | ████████████ | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | ████████████ | Insured | CL# 597B94889 |

| Date | 10/19/2015 |
|---|---|

Provider  Richard Yoham DC CH-7892                                *** continued from previous page ***

Diagnosis
- G54.2: Cervical root disorders, not elsewhere classified
- G54.3: Thoracic root disorders, not elsewhere classified
- G54.4: Lumbosacral root disorders, not elsewhere classified
- M62.40: Contracture of muscle, unspecified site
- M62.81: Muscle weakness (generalized)
- M60.9: Myositis, unspecified
- M79.1: Myalgia
- M99.01: Segmental and somatic dysfunction of cervical region
- M99.02: Segmental and somatic dysfunction of thoracic region
- M99.03: Segmental and somatic dysfunction of lumbar region
- G89.11: Acute pain due to trauma
- R51: Headache
- F07.81: Postconcussional syndrome
- M50.00: Cervical disc disorder with myelopathy, unsp cervical region
- M51.06: Intervertebral disc disorders with myelopathy, lumbar region
- S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
- S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
- S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
- V49.88XA: Car occupant (driver)(passenger) injured in other specified transport accidents, initials encounter

Provider Signature X _____

10/21/2015 11:02 AM



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

**CARRIER**

| | PICA | | | | | | | | PICA | |

1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#)  1a. INSURED'S I.D. NUMBER (For Program in Item 1)  CL# 597B94889

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  ▉

3. PATIENT'S BIRTH DATE  SEX  M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)  ▉

5. PATIENT'S ADDRESS (No., Street)  ▉

6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)  ▉

CITY  ▉  STATE  ▉

8. RESERVED FOR NUCC USE

CITY  ▉  STATE  ▉

ZIP CODE  ▉  TELEPHONE (Include Area Code)  ( )

ZIP CODE  ▉  TELEPHONE (Include Area Code)  ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH  ▉  SEX  M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☒ NO ☐  PLACE (State)  FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE  10 28 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  08 19 2015  QUAL. 431

15. OTHER DATE  QUAL.  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  MM DD YY  TO  MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐ NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. G542  B. G543  C. G544  D. M6240
E. M6281  F. M609  G. M791  H. M9901
I. M9902  J. M9903  K. G8911  L. R51

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 10 19 2015 | 10 19 2015 | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1215952924 |
| 2 | 10 19 2015 | 10 19 2015 | 11 | | 97112 | 59 | ABCD | 10500 | 1 | | NPI | 1215952924 |
| 3 | 10 19 2015 | 10 19 2015 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1215952924 |
| 4 | 10 19 2015 | 10 19 2015 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1215952924 |
| 5 | 10 19 2015 | 10 19 2015 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1215952924 |
| 6 | 10 19 2015 | 10 19 2015 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1215952924 |

25. FEDERAL TAX I.D. NUMBER  271347291  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?  YES ☒ NO ☐

28. TOTAL CHARGE  $ 34800

29. AMOUNT PAID  $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Richard Yoham DC CH-7892
SIGNED  On File  10 28 2015

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of FIU/Kendall LLC
11890 SW 8 Street Ste 400
Miami Florida 33184
a. 1629598931

33. BILLING PROVIDER INFO & PH #  (305) 6859771
CEDA Ortho & Interventional Med of FIU/Kendall LLC
PO Box 1750
Miami, FL 33126
a. 1205127578

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

11022015

**PATIENT AND INSURED INFORMATION**

**PHYSICIAN OR SUPPLIER INFORMATION**



# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

CARRIER

☐☐PICA                                                                                                                 PICA ☐☐

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare#) | ☐ (Medicaid#) | ☐ (ID#/DoD#) | ☐ (Member ID#) | ☐ (ID#) | ☐ (ID#) | ☒ (ID#) | CL# 597B94889 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  
3. PATIENT'S BIRTH DATE   SEX   M ☒  F ☐  
4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)  
6. PATIENT RELATIONSHIP TO INSURED   Self ☒ Spouse ☐ Child ☐ Other ☐  
7. INSURED'S ADDRESS (No., Street)

CITY                           STATE  
8. RESERVED FOR NUCC USE  
CITY                           STATE

ZIP CODE   TELEPHONE (Include Area Code) (   )  
ZIP CODE   TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)  
10. IS PATIENT'S CONDITION RELATED TO:  
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER  
a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO  
a. INSURED'S DATE OF BIRTH   SEX   M ☒  F ☐

b. RESERVED FOR NUCC USE  
b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) FL  
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE  
c. OTHER ACCIDENT? ☐ YES ☒ NO  
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME  
10d. CLAIM CODES (Designated by NUCC)  
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.  
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.  
SIGNED   Signature On File   DATE 10 28 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.  
SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM 08 DD 19 YY 2015   QUAL. 431  
15. OTHER DATE   QUAL.   MM   DD   YY  
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI  
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)  
20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. Relate A-L to service line below (24E)   ICD Ind. 0  
22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. LG542   B. LG543   C. LG544   D. LM6240  
E. LM6281   F. LM609   G. LM791   H. LM9001  
I. LM9902   J. LM9903   K. LG8911   L. R51

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG. | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 19 2015 | 10 19 2015 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1215952924 |
| 2 | 10 21 2015 | 10 21 2015 | 11 | | 97112 | 59 | ABCD | 10500 | 1 | | NPI | 1215952924 |
| 3 | 10 21 2015 | 10 21 2015 | 11 | | 97150 | | ABCD | 5500 | 1 | | NPI | 1215952924 |
| 4 | 10 21 2015 | 10 21 2015 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1215952924 |
| 5 | 10 21 2015 | 10 21 2015 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1215952924 |
| 6 | 10 21 2015 | 10 21 2015 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1215952924 |

25. FEDERAL TAX I.D. NUMBER   271347291   SSN ☐ EIN ☒  
26. PATIENT'S ACCOUNT NO.  
27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO  
28. TOTAL CHARGE $ 38000 00  
29. AMOUNT PAID $ 000  
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  
Richard Yoham DC CH-7892  
SIGNED   On File   DATE 10 28 2015

32. SERVICE FACILITY LOCATION INFORMATION  
CEDA Ortho & Interventional Medicine of FIU/Kendall LLC  
11890 SW 8 Street Ste 400  
Miami Florida 33184  
a. 1629398635   b.

33. BILLING PROVIDER INFO & PH # (305 6859771  
CEDA Ortho & Interventional Med of FIU/Kendall LLC  
PO Box 1750  
Miami FL 33126  
a. 1205127578   b.

PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

11022015