*Exhibit 31*

```
 1                      Claim No.:      59-1153-G01

 2                      Date of Loss:   08/20/2017

 3                      Our File No.:   21707596

 4

 5

 6    IN RE:      ███████████

 7    BY:      STATE FARM INSURANCE COMPANY

 8    _____/

 9

10

11

12

13                  EXAMINATION UNDER OATH

14                       ███████████

15

16    DATE TAKEN:        October 2, 2017

17    TIME:              1:12 p.m. - 2:53 p.m.

18    PLACE:             Orange Legal
                         6303 Blue Lagoon Drive, Suite 380
19                       Miami, Florida 33126

20    REPORTED BY:       Angel Cruz, Digital Court Reporter
                         and Notary Public
21

22    TRANSCRIBED BY:    Janice Aguirre, FPR and Notary
                         Public
23

24          Examination of the witness transcribed by:

25                       Janice Aguirre,
                  Florida Professional Reporter
```

```
 1      A    I don't recall.  Maybe.  I'm not sure.
 2      Q    Did he tell you, on the first day, that he
 3 was going to send you for an MRI or for MRI's?
 4      A    No, not that I remember.  I can't honestly
 5 recall.  I think maybe he said that we should get MRI's
 6 after the x-ray.  I'm pretty sure he did, that same
 7 day.  When we saw the x-rays he said that we needed to
 8 see better views of the neck and the back because there
 9 were some locations that were just -- that seemed off.
10 So, to be safe, we should get some MRI's in case there
11 was something major going on there.  So, yes, I retract
12 my no.  Yes, he did tell me that I needed to get MRI's
13 that same day.
14      Q    Okay.  So, on your first day at the clinic,
15 he told you that he was going to refer you for MRI's,
16 right?
17      A    Yes.
18      Q    Did he give you a choice as to where to go to
19 get the MRI's done?
20      A    No, I don't think so.  I think it was the
21 receptionist that told me that they would give my more
22 information, from what I can remember.
23      Q    Did he tell you which part of your body he
24 wanted MRI's of?
25      A    Yes.
```