*Exhibit 32A*



## Springs Crossing Imaging, LLC

Patient Name: ▮▮▮▮▮▮▮▮▮▮▮                          Date:      06/14/2016
Exam:                Cervical Spine
Patient ID:          ▮▮▮▮▮▮▮▮
Referring Physician: ROY CANIZARES, DC
DOB:                 ▮▮▮▮▮▮▮

**MRI OF THE CERVICAL SPINE:**

TECHNIQUE:  Standard pulse sequences of the cervical spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 5/12/2016.

**FINDINGS:**

Vertebral body heights are within normal limits. There is no anterior or retrolisthesis. The cord is of normal size and caliber for this examination. The posterior fossa demonstrates no cerebral tonsil ectopia or herniation. There is straightening and loss of the normal cervical lordotic curvature.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is a right paracentral posterior protruding herniated disc, which measures approximately 1.7 mm and is causing stenosis of the central canal with cord compression. The bilateral neural foraminal are patent.

At the level of C4-5 there is a central posterior disc bulge present without significant stenosis of the central canal or neural foramen.

At the level of C5-6 there is a central posterior protruding herniated disc, which measures approximately 1.5 mm and is causing stenosis of the central canal with cord compression. The bilateral neural foraminal are patent.

At the level of C6-7 there is a central posterior protruding herniated disc, which measures approximately 1.2 mm and is causing stenosis of the central canal without cord compression. The bilateral neural foraminal are patent.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

**IMPRESSION:**

06272016



## Springs Crossing Imaging, LLC

| | | | |
|---|---|---|---|
| Patient Name: | | Date: | 06/14/2016 |
| Exam: | Cervical Spine | | |
| Patient ID: | | | |
| Referring Physician: | ROY CANIZARES, DC | | |
| DOB: | | | |

C3-4 right paracentral posterior protruding herniated disc, which measures approximately 1.7 mm causing stenosis of the central canal with cord compression.

C4-5 central posterior disc bulge present without significant stenosis of the central canal or neural foramen.

C5-6 central posterior protruding herniated disc, which measures approximately 1.5 mm causing stenosis of the central canal with cord compression.

C6-7 central posterior protruding herniated disc, which measures approximately 1.2 mm causing stenosis of the central canal without cord compression.

Straightening and loss of the normal cervical lordotic curvature, which may be seen in sprain or strain injury.

Electronically Signed 6/15/2016 8:35:21 PM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist

51 East 1st Ave, Hialeah FL 33010
Office: 305.548.8370

Page 2 of 3

06272016



**Springs Crossing Imaging, LLC**

Patient Name:  ███████████████          Date:    06/14/2016
Exam:          Cervical Spine
Patient ID:    ████████
Referring Physician:  ROY CANIZARES, DC
DOB:           ██████████



51 East 1ˢᵗ Ave, Hialeah FL 33010
Office: 305.548.8370

06272016

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

CARRIER

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) X (ID#) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX
M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY

STATE

8. RESERVED FOR NUCC USE

CITY

STATE

ZIP CODE

TELEPHONE (Include Area Code)

ZIP CODE

TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   X NO

a. INSURED'S DATE OF BIRTH   SEX
M X   F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   PLACE (State)
X YES   NO   FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE   06 23 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   05 12 2016   QUAL.   431

15. OTHER DATE   MM   DD   YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM   DD   YY   TO   MM   DD   YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM   DD   YY   TO   MM   DD   YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES   X NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0
A. S134XXA   B.   M5021   C.   M5022   D.   M4802
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 14 2016 | 06 14 2016 | 11 | | 72141 | ABCD | 149000 | 1 | | NPI | 1184027989 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
464644464   X

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
YES   NO

28. TOTAL CHARGE   $ 149000

29. AMOUNT PAID   $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Springs Crossing Imaging
SIGNED   On File   DATE   06 23 2016   1184027989

32. SERVICE FACILITY LOCATION INFORMATION
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010

a. 1184027989   b.

33. BILLING PROVIDER INFO & PH #   (305) 5488370
Springs Crossing Imaging
P.O. BOX 1750
Miami, FL 33126

a. 1184027989   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

06272016



 **Springs Crossing Imaging, LLC**



Patient Name:
Exam:               LUMBAR SPINE                    Date:    05/13/2017 10:14 AM EDT
Patient ID:
Referring Physician: EDGAR FACUSEH, DC
DOB:

06052017

## MRI OF THE LUMBOSACRAL SPINE:

TECHNIQUE: Standard pulse sequences of the lumbar sacral spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 3/23/2017.

### FINDINGS:

The vertebral body heights are within normal limits. There is no anterior or retrolisthesis. There is no evidence of bony mass demonstrated on this examination, or bony destructive process. The conus terminates at its normal anatomic position and appears normal. There is straightening and loss of the normal lordotic curvature.

At the level of L1-2 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L2-3 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L3-4 there is a circumferential posterior disc bulge present without stenosis of the central canal or neural foramina.

At the level of L4-5 there is a circumferential posterior protruding herniated disc, which measures approximately 1.7 mm with tearing of the anulus which is causing stenosis of the central canal, best seen on sagittal image #7 of the T2 weighted sequence with compression of the thecal sac. The bilateral neural foraminal are patent.

At the level of L5-S1 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

### IMPRESSION:

L3-4 circumferential posterior disc bulge present without stenosis of the central canal or neural foramina.

L4-5 circumferential posterior protruding herniated disc, which measures approximately 1.7 mm with tearing of the anulus causing stenosis of the central canal, best seen on sagittal image #7 of the T2 weighted sequence with compression of the thecal sac.

51 East 1st Ave, Hialeah FL 33010    Office: (305)548-8370



**Springs Crossing Imaging, LLC**

| | |
|---|---|
| Patient Name: | |
| Exam: | LUMBAR SPINE |
| Patient ID: | |
| Referring Physician: | EDGAR FACUSEH, DC |
| DOB: | |

Date:   05/13/2017 10:14 AM EDT

06052017

---

Straightening and loss of the normal lumbar lordotic curvature, which may be seen in sprain or strain injury.

Report Electronically Signed 05/15/2017 9:06 AM EDT:

Alonso, Alex M.D.
Board Certified Radiologist

---

51 East 1st Ave, Hialeah FL 33010    Office: (305)548-8370



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER   1a. INSURED'S I.D. NUMBER   (For Program in Item 1)
CL#591179158

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)   3. PATIENT'S BIRTH DATE   SEX   4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)   6. PATIENT RELATIONSHIP TO INSURED   7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)   10. IS PATIENT'S CONDITION RELATED TO:   11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER   a. EMPLOYMENT? (Current or Previous)   [X] NO   a. INSURED'S DATE OF BIRTH   SEX

b. RESERVED FOR NUCC USE   b. AUTO ACCIDENT? [X] YES   PLACE (State) FL   b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE   c. OTHER ACCIDENT? [X] NO   c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME   10d. CLAIM CODES (Designated by NUCC)   d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] NO   If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED  Signature On File   DATE 05 30 2017
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  03 23 2017   QUAL. 431   15. OTHER DATE   16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)   20. OUTSIDE LAB? [X] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0   22. RESUBMISSION CODE   ORIGINAL REF. NO.
A. M5126   B. LM4806   C. LS335XXA   D.
E.   F.   G.   H.
I.   J.   K.   L.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 13 2017 05 13 2017 | 11 | | 72148 | ABC | 149000 | 1 | | NPI | 1184027989 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   464644464   [X] EIN
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? [X] YES
28. TOTAL CHARGE  $ 149000
29. AMOUNT PAID  $ 000
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNED  On File   05 30 2017
Springs Crossing Imaging

32. SERVICE FACILITY LOCATION INFORMATION
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010
1184027989

33. BILLING PROVIDER INFO & PH # (305) 5488370
Springs Crossing Imaging
P.O. Box 26-1750
Miami, FL 33126
1184027989

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

KANNER & PINTALUGA ,P.A.



**Springs Crossing Imaging, LLC**

Patient Name: ███████████            Date:    02/04/2016
Exam:        LUMBAR SPINE
Patient ID:  ███████████
Referring Physician:  PATRICK FENELUS, DC
DOB: ████████

**MRI OF THE LUMBOSACRAL SPINE:**

TECHNIQUE: Standard pulse sequences of the lumbar sacral spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 12/17/2015.

**FINDINGS:**

There is disc space narrowing at the level of C3-4, C4-5 and C5-6. The vertebral body heights are within normal limits. There is no anterior or retrolisthesis. There is no evidence of bony mass demonstrated on this examination, or bony destructive process. The conus terminates at its normal anatomic position and appears normal.

At the level of L1-2 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L2-3 there is a broad-based posterior disc bulge present without stenosis of the central canal or neural foramina.

At the level of L3-4 there is a broad based posterior protruding herniated disc, which measures approximately 1.6 mm and is causing stenosis of the central canal with flattening of the ventral aspect of the thecal sac. The bilateral neural foraminal are patent.

At the level of L4-5 there is a broad based posterior protruding herniated disc, which measures approximately 1.5 mm and is causing stenosis of the central canal with compression of the thecal sac and stenosis of the left neural foramen with associated compression of the nerve root.

At the level of L5-S1 there is a circumferential posterior protruding herniated disc, which measures approximately 1.2 mm and is causing stenosis of the central canal without compression of the thecal sac and stenosis of the right neural foramen with associated compression of the nerve root.

**IMPRESSION:**

L2-3 broad-based posterior disc bulge present without stenosis of the central canal or neural foramina.

L3-4 broad based posterior protruding herniated disc, which measures approximately 1.6 mm causing stenosis of the central canal with flattening of the ventral aspect of the thecal sac.

51 East 1ᵉ Ave, Hialeah FL 33010
Office: 305.548.8370               Page 1 of 2



KANNER & PINTALUGA ,P.A.



**Springs Crossing Imaging, LLC**

Patient Name: ███████                                    Date:    02/04/2016
Exam:            LUMBAR SPINE
Patient ID:      ███████
Referring Physician:   PATRICK FENELUS, DC
DOB:             ███████

L4-5 broad based posterior protruding herniated disc, which measures approximately 1.5 mm causing stenosis of the central canal with compression of the thecal sac and stenosis of the left neural foramen with associated compression of the nerve root.

L5-S1 circumferential posterior protruding herniated disc, which measures approximately 1.2 mm causing stenosis of the central canal without compression of the thecal sac and stenosis of the right neural foramen with associated compression of the nerve root.

Electronically Signed  2/6/2016 10:22:58 AM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist



51 East 1ᵗ Ave, Hialeah FL 33010
Office: 305.549.8370

Page 2 of 2

14c1609419920WPSD4XND Received 3/24/2016 2:37:19 PM [Central Daylight Time]

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

59-783N-076

| | PICA | | | | | | | | | | | | | | | PICA | |

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** [X] (ID#)  **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)  **3. PATIENT'S BIRTH DATE** MM DD YY  **SEX** M [ ] F [X]  **4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street)  **6. PATIENT RELATIONSHIP TO INSURED** Self [ ] Spouse [X] Child [ ] Other [ ]  **7. INSURED'S ADDRESS** (No., Street)

**CITY**  **STATE**  **8. RESERVED FOR NUCC USE**  **CITY**  **STATE**

**ZIP CODE**  **TELEPHONE** (Include Area Code)  **ZIP CODE**  **TELEPHONE** (Include Area Code)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)  **10. IS PATIENT'S CONDITION RELATED TO:**  **11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**  **a. EMPLOYMENT?** (Current or Previous) YES [ ] NO [X]  **a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M [ ] F [X]

**b. RESERVED FOR NUCC USE**  **b. AUTO ACCIDENT?** YES [X] NO [ ]  **PLACE (State)** FL  **b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**  **c. OTHER ACCIDENT?** YES [ ] NO [X]  **c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**  **10d. CLAIM CODES** (Designated by NUCC)  **d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES [ ] NO [X] If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File  DATE 02 22 2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM 12 DD 17 YY 2015  **15. OTHER DATE** QUAL. 431 MM DD YY  **16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**  17a.  17b. NPI  **18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)  **20. OUTSIDE LAB?** YES [ ] NO [X]  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0  **22. RESUBMISSION CODE**  ORIGINAL REF. NO.

A. S134XXA  B. M5021  C. M4802  D. M5126
E. M4806  F.  G.  H.
I.  J.  K.  L.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 04 2016 | 02 04 2016 | 11 | | 72141 | | ABCD | 149000 | 1 | | NPI | 1184027989 |
| 02 04 2016 | 02 04 2016 | 11 | | 72148 | | ABCD | 149000 | 1 | | NPI | 1184027989 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 464644464  SSN [ ] EIN [X]  **26. PATIENT'S ACCOUNT NO.**  **27. ACCEPT ASSIGNMENT?** (For govt. claims, see back) YES [X] NO [ ]  **28. TOTAL CHARGE** $ 298000  **29. AMOUNT PAID** $ 000  **30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Springs Crossing Imaging

SIGNED  On File  DATE 02 22 2016

**32. SERVICE FACILITY LOCATION INFORMATION**
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010

a. 1184027989

**33. BILLING PROVIDER INFO & PH #** ( 305 )5488370
Springs Crossing Imaging
P.O. BOX 1750
Miami, FL 33126

a. 1184027989

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

02262016



**Springs Crossing Imaging, LLC**

Patient Name:                               Date:    07/16/2018 7:52 AM EDT
Exam:              CERVICAL SPINE
Patient ID:
Referring Physician:    THOMAS HABAN, DC
DOB:



## MRI OF THE CERVICAL SPINE:

TECHNIQUE: Standard pulse sequences of the cervical spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 7/2/2018.

### FINDINGS:

Vertebral body heights are within normal limits. There is no anterior or retrolisthesis. The cord is of normal size and caliber for this examination. The posterior fossa demonstrates no cerebral tonsil ectopia or herniation. There is straightening and loss of the normal cervical lordotic curvature.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is a left paracentral posterior protruding herniated disc measures approximately 1.4 mm and is causing stenosis of the left side of the central canal without cord compression. The neural foramina are preserved.

At the level of C4-5 there is a central posterior protruding herniated disc, which measures approximately 1.3 mm and is causing stenosis of the central canal without cord compression. The bilateral neural foraminal are patent.

At the level of C5-6 there is a central posterior protruding herniated disc measuring approximately 2.7 mm and cause central canal stenosis with cord compression as well as stenosis of the right neural foramen.

At the level of C6-7 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

### IMPRESSION:

C3-4 left paracentral posterior protruding herniated disc measures approximately 1.4 mm causing stenosis of the left side of the central canal without cord compression.

51 East 1st Ave, Hialeah FL 33010    Office: (305)548-8370



**Springs Crossing Imaging, LLC**

Patient Name:

Exam:        CERVICAL SPINE

Patient ID:

Referring Physician:   THOMAS HABAN, DC

DOB:

Date:    07/16/2018 7:52 AM EDT

08/20/2018

---

C4-5 central posterior protruding herniated disc, which measures approximately 1.3 mm causing stenosis of the central canal without cord compression.

C5-6 central posterior protruding herniated disc measuring approximately 2.7 mm and cause central canal stenosis with cord compression as well as stenosis of the right neural foramen.

Straightening and loss of the normal cervical lordotic curvature, which may be seen in sprain or strain injury.

---

Report Electronically Signed 07/16/2018 6:09 PM EDT:



Alonso, Alex M.D.
Board Certified Radiologist

---

51 East 1st Ave, Hialeah FL 33010    Office: (305)548-8370

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | X | c1#594940K24 | | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER** — **1a. INSURED'S I.D. NUMBER** (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE   SEX   M   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED   Self   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)

CITY   STATE

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code) ( )

c1#594940K24

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   YES   NO

a. INSURED'S DATE OF BIRTH   MM   DD   YY   SEX   M   F

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   YES   NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM   DD   YY   QUAL.

15. OTHER DATE   QUAL.   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)   0

20. OUTSIDE LAB?   YES   NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind.
A. S134XXA   B. M5126   C. M4806   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

M5020   M4802   M5021   M5022

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 07 | 16 | 2018 | 07 | 16 | 2018 | 11 | | 72141 | | ABCD | 149000 | 1 | | | 184027989 |
| | | | | | | | | | | | | | | NPI | |
| 07 | 16 | 2018 | 07 | 16 | 2018 | 11 | | 72148 | | ABCD | 149000 | 1 | | | 184027989 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   464644464   SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?   YES   NO

28. TOTAL CHARGE   $ 298000

29. AMOUNT PAID   $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Springs Crossing Imaging
SIGNED On File   DATE 08 15 2018

32. SERVICE FACILITY LOCATION INFORMATION
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010
a. 184027989   b.

33. BILLING PROVIDER INFO & PH # ( 805 ) 5488370
Springs Crossing Imaging
PO Box 26-1750
Miami, FL 33126
a. 184027989   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)



## Springs Crossing Imaging, LLC

Patient Name:                                                      Date:    11/19/2016
Exam:                Cervical Spine
Patient ID:
Referring Physician:  KARIM HABAYEB, DC
DOB:

### MRI OF THE CERVICAL SPINE:

TECHNIQUE:  Standard pulse sequences of the cervical spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 11/8/2016.

### FINDINGS:

There is disc space narrowing at the level of C6-7.  Vertebral body heights are within normal limits. There is no anterior or retrolisthesis. The cord is of normal size and caliber for this examination. The posterior fossa demonstrates no cerebral tonsil ectopia or herniation.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C4-5 there is a central posterior protruding herniated disc, which measures approximately 1.8 mm and is causing stenosis of the central canal with cord compression.  The bilateral neural foraminal are patent.

At the level of C5-6 there is a left paracentral posterior protruding herniated disc, which measures approximately 1.2 mm and is causing stenosis of the central canal without cord compression.  The bilateral neural foraminal are patent.

At the level of C6-7 there is a left paracentral posterior protruding herniated disc, which measures approximately 1.8 mm and is causing stenosis of the central canal with compression of the ventral aspect of the cord.  The bilateral neural foraminal are patent.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

### IMPRESSION:

51 East 1st Ave, Hialeah FL 33010
Office: 305.548.8370

12052016



### Springs Crossing Imaging, LLC

| | | | |
|---|---|---|---|
| Patient Name: | ████████ | Date: | 11/19/2016 |
| Exam: | Cervical Spine | | |
| Patient ID: | ████ | | |
| Referring Physician: | KARIM HABAYEB, DC | | |
| DOB: | ████ | | |

C4-5 central posterior protruding herniated disc; which measures approximately 1.8 mm causing stenosis of the central canal with cord compression.

C5-6 left paracentral posterior protruding herniated disc, which measures approximately 1.2 mm causing stenosis of the central canal without cord compression.

C6-7 left paracentral posterior protruding herniated disc, which measures approximately 1.8 mm causing stenosis of the central canal with compression of the ventral aspect of the cord.

Electronically Signed  11/21/2016 8:13:25 AM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist

51 East 1ˢᵗ Ave, Hialeah FL 33010
Office: 305.548.8370

Page 2  of  2

12052016

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | PICA | |

**1.** MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
CL# 5901346F2

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial) ▮▮▮▮

**3. PATIENT'S BIRTH DATE** ▮▮ **SEX** M ☒ F ☐

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)

**5. PATIENT'S ADDRESS** (No., Street) ▮▮▮▮

**6. PATIENT RELATIONSHIP TO INSURED** Self ☒ Spouse ☐ Child ☐ Other ☐

**7. INSURED'S ADDRESS** (No., Street)

**CITY** ▮▮▮ **STATE** ▮▮

**8. RESERVED FOR NUCC USE**

**CITY** ▮▮▮ **STATE** ▮▮

**ZIP CODE** ▮▮ **TELEPHONE** (Include Area Code) ▮▮

**ZIP CODE** ▮▮ **TELEPHONE** (Include Area Code) ▮▮

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**
CL# 5901346F2

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT?** (Current or Previous) YES ☐ NO ☒

**a. INSURED'S DATE OF BIRTH** **SEX** M ☒ F ☐

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES ☒ NO ☐ **PLACE (State)** FL

**b. OTHER CLAIM ID** (Designated by NUCC)

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES ☐ NO ☒

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES** (Designated by NUCC)

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **Signature On File** DATE **11 30 2016**

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **Signature On File**

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 11 08 2016 QUAL. 431

**15. OTHER DATE** MM DD YY QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** 17a. 17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM TO

**19. ADDITIONAL CLAIM INFORMATION** (Designated by NUCC)

**20. OUTSIDE LAB?** YES ☐ NO ☒ $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E) ICD Ind. 0
A. R51 B. M530 C. M5021 D. M5022
E. M4802 F. G. H.
I. J. K. L.

**22. RESUBMISSION CODE** ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From | | | | To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 11 | 19 | 2016 | 11 | 19 | 2016 | 11 | | 70551 | | ABCD | 149000 | 1 | | NPI | 1184027989 |
| 11 | 19 | 2016 | 11 | 19 | 2016 | 11 | | 72141 | | ABCD | 149000 | 1 | | NPI | 1184027989 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 464644464 SSN ☐ EIN ☒

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** YES ☒ NO ☐

**28. TOTAL CHARGE** $ 298000

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Springs Crossing Imaging
SIGNED **On File** DATE 11 30 2016

**32. SERVICE FACILITY LOCATION INFORMATION**
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010
a. 1184027989 b.

**33. BILLING PROVIDER INFO & PH #** (305)5488370
Springs Crossing Imaging, LLC
P.O. BOX 26-1750
Miami, FL 33126
a. 1184027989 b.

**PLEASE PRINT OR TYPE** APPROVED OMB-0938-1197 FORM 1500 (02-12)

12052016



**Springs Crossing Imaging, LLC**

Patient Name:
Exam:          LUMBAR SPINE
Patient ID:
Referring Physician:  JOHN ROSS, DC
DOB:

Date:   06/26/2018 12:23 PM EDT

09/04/2018

## MRI OF THE LUMBOSACRAL SPINE:

TECHNIQUE: Standard pulse sequences of the lumbar sacral spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 5/26/2018.

**FINDINGS:**

The vertebral body heights are within normal limits. There is no anterior or retrolisthesis. There is no evidence of bony mass demonstrated on this examination, or bony destructive process. The conus terminates at its normal anatomic position and appears normal.

At the level of L1-2 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L2-3 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L3-4 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L4-5 there is a broad-based posterior disc bulge present without stenosis of the central canal or neural foramina.

At the level of L5-S1 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

**IMPRESSION:**

L4-5 broad-based posterior disc bulge present without stenosis of the central canal or neural foramina.

Report Electronically Signed 06/26/2018 3:56 PM EDT:

Alonso, Alex M.D.
Board Certified Radiologist

7/6/18

7/13/14

51 East 1st Ave, Hialeah FL 33010    Office: (305)548-8370



**Springs Crossing Imaging, LLC**

09/04/2018

| | |
|---|---|
| Patient Name: | ▉▉▉▉▉▉ |
| Exam: | LUMBAR SPINE |
| Patient ID: | |
| Referring Physician: | JOHN ROSS, DC |
| DOB: | ▉▉▉▉ |

Date:   06/26/2018 12:23 PM EDT

51 East 1st Ave, Hialeah FL 33010   Office: (305)548-8370

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | CI# 594342H97 | PICA |
|---|---|---|---|---|---|---|---|

**1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER**  1a. INSURED'S I.D. NUMBER   (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)   |   3. PATIENT'S BIRTH DATE  MM DD YY  SEX M  F   |   4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)   |   6. PATIENT RELATIONSHIP TO INSURED  Self  Spouse  Child  Other   |   7. INSURED'S ADDRESS (No., Street)

CITY   STATE   |   8. RESERVED FOR NUCC USE   |   CITY   STATE

ZIP CODE   TELEPHONE (Include Area Code)  (    )   |   |   ZIP CODE   TELEPHONE (Include Area Code)  (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)   |   10. IS PATIENT'S CONDITION RELATED TO:   |   11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER   |   a. EMPLOYMENT? (Current or Previous)  YES  NO   |   a. INSURED'S DATE OF BIRTH  MM DD YY  SEX  M  F

b. RESERVED FOR NUCC USE   |   b. AUTO ACCIDENT?  YES  NO  PLACE (State) FL   |   b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE   |   c. OTHER ACCIDENT?  YES  NO   |   c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME   |   10d. CLAIM CODES (Designated by NUCC)   |   d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  NO  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____   DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  QUAL.   |   15. OTHER DATE  QUAL.  MM DD YY   |   16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI   |   18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)   0   |   20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind.  0   M4002   |   22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S134XXA   B.   M5126   C.   D.
E.   F.   G.   H.
I.   J.   K.   L.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From  To | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS   MODIFIER | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | |
| 1 | 06 | 26 | 2018 | 06 | 26 | 2018 | 11 | | 72141 | | ABCD | 149000 | 1 | | | 1184027989 |
| | | | | | | | | | | | | | | NPI | |
| 2 | 06 | 26 | 2018 | 06 | 26 | 2018 | 11 | | 72148 | | ABCD | 149000 | 1 | | | 1184027989 |
| | | | | | | | | | | | | | | NPI | |
| 3 | 06 | 26 | 2018 | 06 | 26 | 2018 | 11 | | 73221 | RT | ABCD | 149000 | 1 | | | 1184027989 |
| | | | | | | | | | | | | | | NPI | |
| 4 | 06 | 26 | 2018 | 06 | 26 | 2018 | | | A0100 | | ABCD | 3396 | 1 | | | 1184027989 |
| | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  464644464   SSN  EIN   |   26. PATIENT'S ACCOUNT NO.   |   27. ACCEPT ASSIGNMENT?  YES  NO   |   28. TOTAL CHARGE  $ 450396   |   29. AMOUNT PAID  $ 000   |   30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Springs Crossing Imaging
SIGNED  On File  DATE 08 23 2018

32. SERVICE FACILITY LOCATION INFORMATION
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010
a. 1184027989   b.

33. BILLING PROVIDER INFO & PH #  (305) 5488370
Springs Crossing Imaging
PO Box 26-1750
Miami, FL 33126
a. 1184027989   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)



**Springs Crossing Imaging, LLC**

Patient Name: █████████████████                                    Date:    09/14/2015
Exam:                  LUMBAR SPINE
Patient ID:            ████████
Referring Physician:   MICHAEL SCHULMAN, D.C.
DOB:                   ████████

**MRI OF THE LUMBOSACRAL SPINE:**

TECHNIQUE: Standard pulse sequences of the lumbar sacral spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 7/30/2015.

**FINDINGS:**

The vertebral body heights are within normal limits. There is no anterior or retrolisthesis. There is no evidence of bony mass demonstrated on this examination, or bony destructive process. The conus terminates at its normal anatomic position and appears normal. There is straightening and loss of the normal lordotic curvature.

At the level of L1-2 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L2-3 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of L3-4 there is a broad-based posterior protruding herniated disc, which measures approximately 1.3 mm and is causing stenosis of the central canal with compression of the ventral aspect of the thecal sac. The bilateral neural foraminal are patent.

At the level of L4-5 there is a broad based posterior protruding herniated disc, which measures approximately 2.3 mm with tearing of the anulus which is causing stenosis of the central canal, best seen on sagittal image #7 of the T2 weighted sequence with compression of the thecal sac. The bilateral neural foraminal are patent.

At the level of L5-S1 there is a circumferential posterior protruding herniated disc, which measures approximately 1.7 mm and is causing stenosis of the central canal with compression of the thecal sac. The bilateral neural foraminal are patent.

**IMPRESSION:**

L3-4 broad-based posterior protruding herniated disc, which measures approximately 1.3 mm causing stenosis of the central canal with compression of the ventral aspect of the thecal sac.



### Springs Crossing Imaging, LLC

Patient Name: ███████████████         Date:    09/14/2015
Exam:          LUMBAR SPINE
Patient ID:    ██████
Referring Physician:   MICHAEL SCHULMAN, D.C.
DOB:           ██████

L4-5 broad based posterior protruding herniated disc, which measures approximately 2.3 mm with tearing of the anulus causing stenosis of the central canal, best seen on sagittal image #7 of the T2 weighted sequence with compression of the thecal sac.

L5-S1 circumferential posterior protruding herniated disc, which measures approximately 1.7 mm causing stenosis of the central canal with compression of the thecal sac.

Straightening and loss of the normal lumbar lordotic curvature, which may be seen in sprain or strain injury.

Electronically Signed  9/15/2015 10:28:52 AM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist



51 East 1ˢᵗ Ave, Hialeah FL 33010
Office: 305.548.8370

10052015

Page 2 of 2

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | |
|---|---|---|
| □□ PICA | | PICA □□ |

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) ☒ (ID#) | | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE    SEX  M □  F □ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED  Self ☒  Spouse □  Child □  Other □ | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|

| ZIP CODE | TELEPHONE (Include Area Code) ( ) | | ZIP CODE | TELEPHONE (Include Area Code) ( ) |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  □ YES  □ NO | a. INSURED'S DATE OF BIRTH  MM DD YY    SEX  M □  F ☒ |
| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?  ☒ YES  □ NO  PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?  □ YES  ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  □ YES  ☒ NO  If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File     DATE  09 30 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  QUAL. 431 | 15. OTHER DATE  QUAL.  MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a.  17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY |
| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?  □ YES  ☒ NO    $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9 | 22. RESUBMISSION CODE    ORIGINAL REF. NO. |
|---|---|
| A. 7241  B. 8471  C. 7242  D. 8472 | |
| E.  F.  G.  H. | 23. PRIOR AUTHORIZATION NUMBER |
| I.  J.  K.  L. | |

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | | | | | | | | |
| 09 14 2015 | 09 14 2015 | 11 | | 72146 | | ABCD | 149000 | 1 | | NPI | 1184027989 |
| 09 14 2015 | 09 14 2015 | 11 | | 72148 | | ABCD | 149000 | 1 | | NPI | 1184027989 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  464644464   SSN □ EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? ☒ YES □ NO | 28. TOTAL CHARGE $ 298000 | 29. AMOUNT PAID $ 000 | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Springs Crossing Imaging | 32. SERVICE FACILITY LOCATION INFORMATION  Springs Crossing Imaging  51 E 1st Ave  Hialeah, FL 33010 | 33. BILLING PROVIDER INFO & PH # ( 305 ) 5488370  Springs Crossing Imaging  815 NW 57th Ave, Ste 100  Miami, FL 33126 |
|---|---|---|
| SIGNED  On File   DATE 09 30 2015  a. 1184027989  b. | a. 1184027989  b. | a. 1184027989  b. |

NUCC Instruction Manual available at: www.nucc.org     PLEASE PRINT OR TYPE     APPROVED OMB-0938-1197 FORM 1500 (02-12)



## Springs Crossing Imaging, LLC

| | |
|---|---|
| Patient Name: | |
| Exam: | Cervical Spine |
| Patient ID: | |
| Referring Physician: | RICHARD YOHAM, D.C. |
| DOB: | |

Date:    09/29/2015

### MRI OF THE CERVICAL SPINE:

TECHNIQUE: Standard pulse sequences of the cervical spine were obtained without gadolinium administration.

History: Patient is seen status post MVA from 9/19/2015.

### FINDINGS:

Vertebral body heights are within normal limits. There is no anterior or retrolisthesis. The cord is of normal size and caliber for this examination. The posterior fossa demonstrates no cerebral tonsil ectopia or herniation. There is straightening and loss of the normal cervical lordotic curvature.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C4-5 there is a broad-based posterior disc bulge present without stenosis of the central canal or neural foramina.

At the level of C5-6 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C6-7 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

### IMPRESSION:

C4-5 broad-based posterior disc bulge present without stenosis of the central canal or neural foramina.

51 East 1ˢᵗ Ave, Hialeah FL 33010
Office: 305.548.8370

Page 1 of 2      10192015



## Springs Crossing Imaging, LLC

Patient Name:                                                      Date:    09/29/2015
Exam:                Cervical Spine
Patient ID:
Referring Physician:  RICHARD YOHAM, D.C.
DOB:

Straightening and loss of the normal cervical lordotic curvature, which may be seen in sprain or strain injury.

Electronically Signed  9/30/2015 2:10:04 PM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist



51 East 1ˢᵗ Ave, Hialeah FL 33010
Office: 305.548.8370

Page 2 of 01 02 01 5



STATEFARM
PO BOX 106145
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

CARRIER

| PICA | | | | | | PICA |
|---|---|---|---|---|---|---|

1. MEDICARE    MEDICAID    TRICARE    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER
(Medicare#)  (Medicaid#)  (ID#/DoD#)  (Member ID#)  (ID#)  (ID#)  (ID#) [X]

1a. INSURED'S I.D. NUMBER                    (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE        SEX
MM  DD  YY    M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self [ ]  Spouse [X]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY                          STATE

8. RESERVED FOR NUCC USE

CITY                          STATE

ZIP CODE      TELEPHONE (Include Area Code)

ZIP CODE      TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

a. INSURED'S DATE OF BIRTH        SEX
MM  DD  YY    M [ ]  F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?
YES [X]  NO [ ]    PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
YES [ ]  NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File     DATE  10 13 2015

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
09 19 2015   QUAL. 431

15. OTHER DATE   MM  DD  YY
QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   MM DD YY   TO   MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   YES [ ]  NO [X]     $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 9

A. 7231   B. 8470   C. 71946   D.
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION CODE        ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 09 | 29 | 2015 | 09 | 29 | 2015 | 11 | | 72141 | | ABC | 149000 | 1 | | NPI | 1184027989 |
| 09 | 29 | 2015 | 09 | 29 | 2015 | 11 | | 73721 | RT | ABC | 149000 | 1 | | NPI | 1184027989 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER     SSN EIN
464644464   [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
For govt. claims, see back
YES [X]  NO [ ]

28. TOTAL CHARGE
$ 298000

29. AMOUNT PAID
$ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Springs Crossing Imaging
SIGNED  On File   DATE 10 13 2015  a. 1184027989  b.

32. SERVICE FACILITY LOCATION INFORMATION
Springs Crossing Imaging
51 E 1st Ave
Hialeah, FL 33010
a. 1184027989  b.

33. BILLING PROVIDER INFO & PH #  ( 305 )5488370
Springs Crossing Imaging
P.O. BOX 1750
Miami, FL 33126
a. 1184027989  b.

10 19 2015

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION