# *Exhibit 32B*



| Patient Name: | [redacted] | Date: | 01/15/2016 |
|---|---|---|---|
| Exam: | C-SPINE | | |
| Patient ID: | [redacted] | | |
| Referring Physician: | MICHAEL SCHULMAN, DC | | |
| DOB: | [redacted] | | |

**CAT SCAN OF THE CERVICAL SPINE:**

TECHNIQUE: Spiral CT scan images of the cervical spine with sagittal reconstruction images were obtained.

History: Patient is seen status post trauma.

**FINDINGS:**

Cervical vertebral body heights, alignment and anterior spacing are maintained. There is no evidence of fracture or destructive osseous lesion. There are no significant degenerative endplate or facet changes. No significant osseous central canal or foraminal narrowing is present. There is straightening and loss of the normal cervical lordotic curvature. There are right thyroid lobe hypodensities measure up to 1 cm. Thyroid ultrasound could further evaluate.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C4-5 there is a central posterior protruding herniated disc, which measures approximately 1.7 mm and is causing stenosis of the anterior aspect of the central canal. The bilateral neural foramen are patent.

At the level of C5-6 there is a circumferential posterior protruding herniated disc, which measures approximately 1.4 mm and is causing stenosis of the anterior aspect of the central canal. The bilateral neural foramen are patent.

At the level of C6-7 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

**IMPRESSION:**



CEDA
Orthopedics &
Interventional
Medicine

| | | | |
|---|---|---|---|
| Patient Name: | [redacted] | Date: | 01/15/2016 |
| Exam: | C-SPINE | | |
| Patient ID: | [redacted] | | |
| Referring Physician: | MICHAEL SCHULMAN, DC | | |
| DOB: | [redacted] | | |

C4-5 central posterior protruding herniated disc, which measures approximately 1.7 mm causing stenosis of the anterior aspect of the central canal.

C5-6 circumferential posterior protruding herniated disc, which measures approximately 1.4 mm causing stenosis of the anterior aspect of the central canal.

Straightening and loss of the normal cervical lordotic curvature, which may be seen in sprain or strain injury.

Right thyroid lobe hypodensities measure up to 1 cm. Thyroid ultrasound could further evaluate.

Electronically Signed 1/17/2016 1:08:18 PM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist



| Patient Name: | [redacted] | Date: | 01/15/2016 |
|---|---|---|---|
| Exam: | L-SPINE | | |
| Patient ID: | [redacted] | | |
| Referring Physician: | MICHAEL SCHULMAN, DC | | |
| DOB: | [redacted] | | |

**CAT SCAN OF THE LUMBOSACRAL SPINE:**

TECHNIQUE: Spiral CT scan images of the lumbosacral spine with sagittal reconstruction images were obtained.

History: Patient is seen status post trauma.

**FINDINGS:**

The vertebral body heights are within normal limits. There is no anterior or retrolisthesis. There is no evidence of bony mass demonstrated on this examination, or bony destructive process. There is a 4 mm nonobstructing right renal calculi on image 27. Cortical regularity involving the posterior inferior margin of the L5 vertebral body only seen in the lateral reconstruction images which could represent a focal fracture correlation with MRI of the lumbar spine is recommended.

At the level of L1-2 there is no disc bulges or herniations present. The central canal and neural foraminal are within normal limits.

At the level of L2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are within normal limits.

At the level of L3-4 there is no disc bulges or herniations present. The central canal and neural foraminal are within normal limits.

At the level of L4-5 there is a circumferential posterior protruding herniated disc, which measures approximately 2.7 mm and is causing stenosis of the anterior aspect of the central canal. The bilateral neural foramen are patent.

At the level of L5-S1 there is a circumferential posterior protruding herniated disc, which measures approximately 1.9 mm and is causing stenosis of the anterior aspect of the central canal. The bilateral neural foramen are patent.

**IMPRESSION:**

4 mm nonobstructing right renal calculi on image 27.



CEDA
Orthopedics &
Interventional
Medicine

Patient Name: [redacted] Date: 01/15/2016
Exam: L-SPINE
Patient ID: [redacted]
Referring Physician: MICHAEL SCHULMAN, DC
DOB: [redacted]

L4-5 circumferential posterior protruding herniated disc, which measures approximately 2.7 mm causing stenosis of the anterior aspect of the central canal.

L5-S1circumferential posterior protruding herniated disc, which measures approximately 1.9 mm causing stenosis of the anterior aspect of the central canal.

4 mm nonobstructing right renal.

**Cortical regularity involving the posterior inferior margin of the L5 vertebral body only seen in the lateral reconstruction images which could represent a focal fracture correlation with MRI of the lumbar spine is recommended.**

Electronically Signed 1/17/2016 1:07:31 PM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist

02022016

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | PICA

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [X]

1a. INSURED'S I.D. NUMBER (For Program in Item 1): CL#59760K296

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE: [redacted] SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY: [redacted] STATE: [redacted]

8. RESERVED FOR NUCC USE

CITY | STATE

ZIP CODE: [redacted] TELEPHONE (Include Area Code) ( )

ZIP CODE | TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY SEX M [ ] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES [ ] NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File DATE 01 26 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature On File

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 11 09 2015 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

| | | | |
|---|---|---|---|
| A. S134XXA | B. S161XXA | C. S142XXA | D. M5412 |
| E. M62838 | F. M9901 | G. S335XXA | H. S39012A |
| I. S3421XA | J. M9903 | K. S8391XA | L. S53432A |

22. RESUBMISSION CODE | ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 15 2016 | 01 15 2016 | 11 | | 72125 | | ABCD | 86000 | 1 | | NPI | 1023130382 |
| 2 | 01 15 2016 | 01 15 2016 | 11 | | 72131 | | ABCD | 86000 | 1 | | NPI | 1023130382 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 271391503 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 172000

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Michael B. Schulman DC
SIGNED On File DATE 01 26 2016

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Ortho & Interventional Med of South
Miami LLC
6075 Sunset Drive, 4th Floor
South Miami FL 33143
a. 1558681569

33. BILLING PROVIDER INFO & PH # (305 6691808
Ceda Ortho & Interventional Med of South
Miami LLC
PO Box 1750
Miami FL 33126
a. 1205127578



CEDA
Orthopedics &
Interventional
Medicine

11/13/2017

Patient Name: [redacted]
Date: 08/12/2016
Exam: C-SPINE
Patient ID: [redacted]
Referring Physician: ROY CANIZARES, DC
DOB: [redacted]

**CAT SCAN OF THE CERVICAL SPINE**

TECHNIQUE: Spiral CT scan images of the cervical spine with sagittal reconstruction images were obtained.

History: Patient is seen status post trauma.

**FINDINGS:**

There is flattening of the endplates of the lower cervical spine at the level of C5-6 and C6-7. There is no evidence of an acute compression fracture deformity. There is no osteolytic or osteoblastic process. There is no evidence of fracture or destructive osseous lesion. There is straightening and loss of the normal cervical lordotic curvature.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C4-5 there is circumferential posterior disc bulge present without significant stenosis of the central canal or neural foramen.

At the level of C5-6 there is a central posterior protruding herniated disc, which measures approximately 1.6 mm along with posterior osteophytic ridging are causing stenosis of the anterior aspect of the central canal. The bilateral neural foramen are patent.

At the level of C6-7 there is a circumferential posterior protruding herniated disc, which measures approximately 1.4 mm and is causing stenosis of the anterior aspect of the central canal. There is left neural foraminal stenosis.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

**IMPRESSION:**



CEDA
Orthopedics &
Interventional
Medicine

11/13/2017

| | | | |
|---|---|---|---|
| Patient Name: | [redacted] | Date: | 08/12/2016 |
| Exam: | C-SPINE | | |
| Patient ID: | [redacted] | | |
| Referring Physician: | ROY CANIZARES, DC | | |
| DOB: | [redacted] | | |

C4-5 circumferential posterior disc bulge present without significant stenosis of the central canal or neural foramen.

C5-6 central posterior protruding herniated disc, which measures approximately 1.6 mm along with posterior osteophytic ridging causing stenosis of the anterior aspect of the central canal.

C6-7 circumferential posterior protruding herniated disc, which measures approximately 1.4 mm causing stenosis of the anterior aspect of the central canal and left neural foraminal stenosis.

Straightening and loss of the normal cervical lordotic curvature, which may be seen and sprain or strain injury.

Electronically Signed 8/17/2016 7:15:51 PM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

11/13/2017

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) [X] OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): CL#59892X936

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE: [redacted] SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial):

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street):

CITY: [redacted] STATE: [redacted]

8. RESERVED FOR NUCC USE

CITY / STATE

ZIP CODE: [redacted] TELEPHONE (Include Area Code): ( )

ZIP CODE / TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY — SEX M [ ] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES [ ] NO — PLACE (State): FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO — *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: Signature On File DATE: 08 12 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: Signature On File

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 06 06 2016 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE — 17a. — 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO — $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

| | | | |
|---|---|---|---|
| A. S134XXA | B. S161XXA | C. S142XXA | D. M542 |
| E. M9901 | F. S233XXA | G. S29012A | H. M546 |
| I. M9902 | J. S43402A | K. S46912A | L. M25512 |

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 08 12 2016 | 08 12 2016 | 11 | | 72125 | | ABCD | 860 00 | 1 | | NPI | 1558696062 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 271391503 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE: $ 860 00

29. AMOUNT PAID: $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Karim Habayeb DC-CH9650
SIGNED: On File DATE: 11 13 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th & 5th Floor
South Miami, FL 33143
a. 1558681569

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 26-1750
Miami, FL 33126
a. 1558696062

02282017



Patient Name: [redacted]
Exam: L-S SPINE
Patient ID: [redacted]
Referring Physician: ROY CANIZARES, DC
DOB: [redacted]

Date: 02/10/2017

**CAT SCAN OF THE LUMBOSACRAL SPINE:**

TECHNIQUE: Spiral CT scan images of the lumbosacral spine with sagittal reconstruction images were obtained.

History: Patient status post trauma

**FINDINGS:**

There is intervertebral disc space narrowing at all lumbar levels, most severe at L2-3. There is no evidence of acute compression fracture deformity. There is no osteolytic or osteoblastic process.

At the level of L1-2 there is no disc bulges or herniations present. The central canal and neural foraminal are within normal limits.

At the level of L2-3 there is a broad based posterior protruding herniated disc, which measures approximately 1.8 mm along with osteophytic ridging are causing stenosis of the anterior aspect of the central canal. There is bilateral neural foraminal stenosis.

At the level of L3-4 there is a broad based posterior protruding herniated disc, which measures approximately 2.1 mm and is causing stenosis of the anterior aspect of the central canal. There is bilateral neural foraminal stenosis.

At the level of L4-5 there is a broad based posterior protruding herniated disc, which measures approximately 1.4 mm and is causing stenosis of the anterior aspect of the central canal. There is bilateral neural foraminal stenosis.

At the level of L5-S1 there is a circumferential posterior protruding herniated disc, which measures approximately 2.4 mm along with posterior osteophytic ridging are causing stenosis of the anterior aspect of the central canal. There is bilateral neural foraminal stenosis

**IMPRESSION:**

L2-3 broad based posterior protruding herniated disc, which measures approximately 1.8 mm along with osteophytic ridging causing stenosis of the anterior aspect of the central canal and bilateral neural foraminal stenosis.



CEDA
Orthopedics &
Interventional
Medicine

02282017

Patient Name: ██████ Date: 02/10/2017
Exam: L-S SPINE
Patient ID: ██████
Referring Physician: ROY CANIZARES, DC
DOB: ██████

L3-4 broad based posterior protruding herniated disc, which measures approximately 2.1 mm causing stenosis of the anterior aspect of the central canal and bilateral neural foraminal stenosis.

L4-5 broad based posterior protruding herniated disc, which measures approximately 1.4 mm causing stenosis of the anterior aspect of the central canal and bilateral neural foraminal stenosis.

L5-S1 circumferential posterior protruding herniated disc, which measures approximately 2.4 mm along with posterior osteophytic ridging causing stenosis of the anterior aspect of the central canal and bilateral neural foraminal stenosis.

Electronically Signed 2/13/2017 7:18:13 PM

Alex Alonso, M.D., MRI Fellowship Trained
Board Certified Radiologist

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X](ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): CL# 5902027T2

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]
3. PATIENT'S BIRTH DATE / SEX: F [X]
4. INSURED'S NAME (Last Name, First Name, Middle Initial):

5. PATIENT'S ADDRESS (No., Street): [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self / Spouse / Child / Other
7. INSURED'S ADDRESS (No., Street):

CITY: [redacted]   STATE: [redacted]
8. RESERVED FOR NUCC USE
CITY / STATE

ZIP CODE: [redacted]   TELEPHONE: ( )
ZIP CODE / TELEPHONE ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous)   YES [X]NO
a. INSURED'S DATE OF BIRTH  SEX  M / F

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT?  [X]YES  NO   PLACE (State) FL
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT?   YES [X]NO
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES [X]NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature On File   DATE: 02 17 2017
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 11 13 2016  QUAL. 431
15. OTHER DATE
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a. / 17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB?  YES [X]NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY   ICD Ind. 0
A. S134XXA   B. S161XXA   C. S142XXA   D. M542
E. M9901    F. S233XXA   G. S29012A   H. S242XXA
I. M546     J. M9902     K. S335XXA   L. S39012A

22. RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 10 2017  02 10 2017 | 11 | | 72131 | ABCD | 86000 | 1 | | NPI | 1558696062 |
| 2 | | | | | | | | | NPI | |
| 3 | | | | | | | | | NPI | |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 271391503  SSN / EIN [X]
26. PATIENT'S ACCOUNT NO.: [redacted]
27. ACCEPT ASSIGNMENT? [X]YES  NO
28. TOTAL CHARGE: $ 86000
29. AMOUNT PAID: $ 000
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Karim Habayeb DC-CH9650
SIGNED: On File   DATE: 02 17 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th Floor
South Miami, FL 33143
a. 1558681569

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 26-1750
Miami, FL 33126
a. 1558696062

NUCC Instruction Manual available at: www.nucc.org    PLEASE PRINT OR TYPE    APPROVED OMB-0938-1197 FORM 1500 (02-12)



05/29/2018

CEDA
Orthopedics & Interventional Medicine

Patient Name: [redacted]
Exam: C-SPINE
Patient ID: [redacted]
Referring Physician: HABAN,
DOB: [redacted]

Date: 05/11/2018 10:51 AM EDT

**CAT SCAN OF THE CERVICAL SPINE**

TECHNIQUE: Spiral CT scan images of the cervical spine with sagittal reconstruction images were obtained.

History: Patient is seen status post trauma.

**FINDINGS:**

There is flattening of the endplates of the lower cervical spine at the level of C5-6. There is no evidence of an acute compression fracture deformity. There is no osteolytic or osteoblastic process. There is no evidence of fracture or destructive osseous lesion.

At the level of C2-3 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C3-4 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

At the level of C4-5 there is a central posterior protruding herniated disc, which measures approximately 1.3 mm and is causing stenosis of the anterior aspect of the central canal. The neural foramina are within normal limits.

At the level of C5-6 there is a central posterior protruding herniated disc measuring approximately 1.5 mm and is causing central canal stenosis. The neural foramina are preserved.

At the level of C6-7 there is no disc bulges or herniations present. The central canal and neural foramen are patent.

At the level of C7-T1 there is no disc bulges or herniations present. The central canal and neural foraminal are patent.

**IMPRESSION:**

C4-5 central posterior protruding herniated disc, which measures approximately 1.3 mm causing stenosis of the anterior aspect of the central canal.

C5-6 central posterior protruding herniated disc measuring approximately 1.5 mm causing central canal stenosis.

05/29/2018

CEDA
Orthopedics & Interventional Medicine

Patient Name: [redacted]
Exam: C-SPINE
Patient ID: [redacted]
Referring Physician: HABAN,
DOB: [redacted]

Date: 05/11/2018 10:51 AM EDT

Straightening and loss of the normal cervical lordotic curvature, which may be seen and sprain or strain injury.

**Report Electronically Signed** 05/13/2018 11:37 AM EDT:

Alonso, Alex M.D.
Board Certified Radiologist

05/29/2018

CEDA
Orthopedics & Interventional Medicine

| | | | |
|---|---|---|---|
| Patient Name: | [redacted] | Date: | 05/11/2018 10:56 AM EDT |
| Exam: | LT.KNEE | | |
| Patient ID: | [redacted] | | |
| Referring Physician: | HABAN, | | |
| DOB: | [redacted] | | |

**CAT SCAN OF THE LEFT KNEE:**

TECHNIQUE: Spiral CT scan images of the left knee with sagittal reconstruction images were obtained.

History: Patient is seen status post MVA.

**FINDINGS:**

Evaluation of the osseous structures demonstrates no evidence of an acute fracture deformity or dislocation.

There is mild tricompartmental osteoarthritic changes of the left knee with definite osteophytes and narrowing of joint space.

There is no osteolytic or osteoblastic process.

The soft tissues are normal.

There is normal alignment of the joint space.

Physiologic amount of fluid is present within the joint space.

The anterior and posterior muscle groups are unremarkable.

The major vascular structures are unremarkable.

**IMPRESSION:**

No evidence of acute bony abnormality or bony destructive process.

Mild tricompartment osteoarthritic changes of the left knee.

**Report Electronically Signed** 05/13/2018 2:09 PM EDT:

Alonso, Alex M.D.
Board Certified Radiologist

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

05/25/2018

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) [X] OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1): CL#593470C01

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): [redacted]

3. PATIENT'S BIRTH DATE — SEX: M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY: [redacted] STATE: [redacted]

8. RESERVED FOR NUCC USE

CITY / STATE

ZIP CODE: [redacted] TELEPHONE (Include Area Code) ( )

ZIP CODE / TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY — SEX M [ ] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [X] YES [ ] NO PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [ ] YES [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes, complete items 9, 9a, and 9d.*

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED Signature On File DATE 05 11 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED Signature On File

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): 05 19 2018 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE — 17a. — 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [X] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. S134XXA B. S161XXA C. S142XXA D. M5412
E. M542 F. M62838 G. M9901 H. S335XXA
I. S39012A J. S3421XA K. M5416 L. M545

22. RESUBMISSION CODE — ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 11 2018 | 05 11 2018 | 11 | | 72125 | | ABCD | 860 00 | 1 | | NPI | 1558696062 |
| 05 11 2018 | 05 11 2018 | 11 | | 73700 | | ABCD | 860 00 | 1 | | NPI | 1558696062 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER: 271391503 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: [redacted]

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE $ 1720 00

29. AMOUNT PAID $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Karim Habayeb DC-CH9650
SIGNED On File DATE 05 22 2018

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th & 5th Floor
South Miami, FL 33143
a. 1558681569 b.

33. BILLING PROVIDER INFO & PH # (305 )6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 26-1750
Miami, FL 33126
a. 1558696062 b.

NUCC Instruction Manual available at: www.nucc.org

*PLEASE PRINT OR TYPE*

APPROVED OMB-0938-1197 FORM 1500 (02-12)