# *Exhibit 33*

**Chart Notes**

03/26/2016 thru 04/01/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (MVA - PIP) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured |

Date    04/01/2016

Provider    Roy Canizares DC-CH7764

**Subjective:**
RE-EVALUATION:
An examination of Ms. [redacted] was performed today to further assess her current condition.
She presented herself complaining of the following:
Intermittent (HA) headache, (CS) cervical spine, (MTS) mid thoracic spine, (LS) lumbar spine, (RSH) right posterior shoulder and (RSH) right anterior shoulder pain with qualities described as sharp.
Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder, (RSH) right posterior shoulder, (RBic) right bicep, (RTri) right tricep and (RElb) right elbow with qualities described as shooting.
She reported that sitting, standing, transfer, bending and twisting exacerbate(s) her symptoms.
She reports that therapy, NSAIDs and medication help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her overall pain intensity at 10, based on a zero through ten visual analog scale.

**Objective:**
PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (RSH) right anterior shoulder and (RSH) right posterior shoulder.

ORTHOPEDIC TESTS:
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
-(Neg C/S Ortho) The following cervical orthopedic tests performed were negative; cervical compression, cervical distraction and O'Donoghue's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 60 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative: Minor's, Bechterew's, Bragard's test, Milgrams and Valsalva's.

Shoulder Exam:
+(Aptey's) Apley's scratch test was positive on the right. This test is indicative of a rotator cuff lesion.
+(Hawk) Hawkin's / Kennedy test was positive right. This test is indicative of supraspinatus tendinitis.
-(NegShOrtho) The following orthopedic tests were negative: Codman's, Supraspinatus press, Dawbarn's, Apprehension and Yergason's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, head translation to the right, pelvis is high on the left and even shoulders.

BALANCE & PROPRIOCEPTION:

04112016

**Chart Notes**

03/26/2016 thru 04/01/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | DOB: | |
|---|---|---|
| (MVA - PIP) | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured |

**Date   04/01/2016**

Provider   Roy Canizares DC-CH7764                                                    *** *continued from previous page* ***

+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: Leg Length Discrepancy.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right,
Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper extremities demonstrated isometric
weakness of the following muscle groups:
C5 deltoid on the right. They graded 4/5.
All other muscle groups in the upper extremities tested graded 5/5 in accordance with the AMA Guides to the
Evaluation of Permanent Impairment.

A complete isometric evaluation of the major muscle groups of the  S1 foot everters on the right, S1 foot everters on
the left, S1 hip extensors on the right and S1 hip extensors on the left could not be performed on this patient due to
the severity of pain in the test regions. All other muscle groups tested graded 5/5 in accordance with the AMA Guides
to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed no sensory deficits or hypersensitivity and were
within normal limits.
Sensory pin wheel examination of the lower extremities revealed sensory deficits along the following dermatome
levels: L5 on the right. All other lower extremity dermatomes tested were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper extremities rated +2 and are considered normal according to Wexler Scale
standards.

Deep Tendon Reflexes of the lower extremities were tested and were graded as the follows:
Patellar (L2, L3, L4) 1+: somewhat diminished; low normal on the left and 2+: average normal on the right.
Achilles (S1, S2) 2+: average: normal.
These reflexes were graded in accordance with Wexler Scale Standards.

**Assessment:**
DIAGNOSIS:
See below.

Therapeutic Assessment:
-Ms. [                    ] was able to tolerate today's treatment.

**Plan:**
VISIT FREQUENCY:
Modify the current recommended frequency of visits to 2 times per week.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.

04112016

**Chart Notes**

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

03/26/2016 thru 04/01/2016

| Patient: | | DOB: | |
|---|---|---|---|
| (MVA - PIP) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | | Insured |

**Date    04/01/2016**

**Provider   Roy Canizares DC-CH7764**                     *** *continued from previous page* ***

- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Scar management.
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:

was instructed to continue applying moist heat.

WORK STATUS:
The patient was placed on light duty status until further notice.

The following therapies were performed by E. Mulkay, LMT, MA 77832.
- (Erg.Up/Low) Active therapeutic exercise was performed in the upper and lower extremities by utilizing the Sci Fit upper and lower extremity ergometer in a group setting for 8- 23 minutes.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.

The following therapies were performed by Y. Hidalgo, LMT, MA 64678.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine, lumbar spine and right shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine and right shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: right shoulder regions for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the cervical spine, thoracic spine, lumbar spine and right shoulder regions for 8 to 23 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the upper cervical, mid thoracic and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician.)

**Chart Notes**

03/26/2016 thru 04/01/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | | DOB: | |
|---|---|---|---|
| (MVA - PIP) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | | Insured |

Date     04/01/2016

Provider   Roy Canizares DC-CH7764                                    *** continued from previous page ***

**Diagnosis**   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
R51: Headache
G47.00: Insomnia, unspecified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident

Provider Signature X _____
04/05/2016 09:34 AM

04112016



**HEALTH INSURANCE CLAIM FORM**

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CARRIER

1. MEDICARE ☐ (Medicare#) | MEDICAID ☐ (Medicaid#) | TRICARE ☐ (ID#/DoD#) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☐ (ID#) | FECA BLK LUNG ☐ (ID#) | OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE MM DD YY   SEX M ☐ F ☒ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self ☒ Spouse ☐ Child ☐ Other ☐ | 7. INSURED'S ADDRESS (No., Street)

CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( ) | | ZIP CODE | TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH MM DD YY   SEX M ☐ F ☒

b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? ☒ YES ☐ NO   PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

PATIENT AND INSURED INFORMATION

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File    DATE  04 06 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY  02 01 2016  QUAL. 431 | 15. OTHER DATE MM DD YY  QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM   MM DD YY TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM   MM DD YY TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | 20. OUTSIDE LAB? ☐ YES ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0 | 22. RESUBMISSION CODE   ORIGINAL REF. NO.
A. S134XXA  B. S161XXA  C. S142XXA  D. M542
E. M9901  F. S233XXA  G. S29012A  H. S242XXA
I. M546  J. M9902  K. S335XXA  L. S39012A | 23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | To MM DD YY | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| 1 | 04 01 2016 | | 04 01 2016 | | 11 | | 98941 | | ABCD | 11500 | 1 | | | NPI | 1689801490 |
| 2 | 04 01 2016 | | 04 01 2016 | | 11 | | 99213 | 25 | ABCD | 23700 | 1 | | | NPI | 1689801490 |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER   SSN EIN  271347175  ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? ☒ YES ☐ NO | 28. TOTAL CHARGE  $ 35200 | 29. AMOUNT PAID  $ 000 | 30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Roy Canizares DC-CH7764
SIGNED  On File   DATE 04 06 2016 | 32. SERVICE FACILITY LOCATION INFORMATION  CEDA Ortho & Interventional Med of Downtown/LH LLC  2190 W Flagler Street  a. Miami, FL 33135  b. 1316267321 | 33. BILLING PROVIDER INFO & PH #  ( 305 )4419918  CEDA Ortho & Interventional Med of Downtown/LH LLC  PO Box 1750  a. Miami, FL 33126  b. 1209127578

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

04112016

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
8551 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL# 599F02994 |

Date 10/25/2016

Provider Patrick Louis Fenelus DC CH 8094

**Subjective:**
RE-EVALUATION:
An examination of Ms. ▮▮▮ was performed today to further assess her current condition.
She presented herself complaining of the following:
Constant (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine and (LWr) left wrist pain with qualities described as aching, discomfort and sore.
She reported that reaching, lifting and grasping exacerbate(s) her symptoms.
She reports that therapy and rest help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her overall pain intensity as a 3, based on a zero through ten visual analog scale.

**Objective:**
PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C3, C4, C5, C6, T6, T7, T8, T9, L3, L4 and L5.
- Pain and tenderness were noted during digital palpation in the following regions; (LWr) left wrist.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs. ▮▮▮ tested positive with pain on the right and left.
+(C/S Dist)Cervical Distraction test was performed on this patient in order to rule out nerve root lesions. Mrs. ▮▮▮ tested negative confirmed by pain reduction on the right and left.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; Jackson's compression, shoulder depression, Valsalva's maneuver and Dejerine's Triad.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:
+(Min)Minors sign was positive, this is indicative lumbar nerve root lesion.
+Bechterew's test was positive on the right. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; SLR and Bragard's test.

Left Wrist Exam:
+Bracelet sign was positive on the left. A positive sign is indicative of rheumatoid arthritis,fracture or sprain.
-(NegWrOrthos)The following orthopedic tests of the wrist were negative; Tinel's and Phalen's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, head translation to the left, pelvis is high on the left and even shoulders.

**03202017**

**Chart Notes**

CEDA Ortho & Interventional Medicine
885 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | | Insured  CL# 599F02994 | |

Date    10/25/2016

Provider  Patrick Louis Fenelus DC CH 8094 *** continued from previous page ***

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Balance Test, Leg Length Discrepancy, Finger to Nose on the right and Finger to Nose on the left.
-The following tests for proprioception performed were negative:
Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the
following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent
Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory deficits or hypersensitivity and
were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to
Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

IMAGING STUDIES:

MRI FINDINGS:
A MRI study of the thoracic spine was performed on 10/21/2016. The study revealed the following:
Unremarkable MRI of the thoracic spine. No disc bulges or herniations.
Please refer to attached MRI report for greater detail.

Therapeutic Assessment:
-Ms.      was able to tolerate today's treatment well.

**Plan:**
VISIT FREQUENCY:
Modify the current recommended frequency of visits to 3 times per week.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Postural correction.
- Scar management.

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
8851 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | Pol # | **Insured** | **CL# 599F02994** |

Date    10/25/2016

Provider   Patrick Louis Fenelus DC CH 8094                                   *** continued from previous page ***
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:
was instructed to continue applying ice and heat.

WORK STATUS:
The patient was placed on regular duty status until further notice.

The following therapies were performed by M. Montero LMT, MA 81249.
- (NMR Vibe) Neuromuscular re-education was performed in the cervical spine, lumbar spine and left wrist region(s), for 8 - 23 minutes by utilizing a medical grade motorized three plane vibration device.
- (Bike Up/Low) Active therapeutic exercise was performed in the upper and lower extremities, in a group setting, for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.

The following therapies were performed by Y. Gonzalez, RCA 12982.
- (Hydroc.) Moist heat pads were applied to the following areas, thoracic spine, lumbar spine, cervical spine and left wrist.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine and left wrist.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine regions for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the cervical spine, thoracic spine and lumbar spine regions for 8 to 23 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the upper cervical, mid cervical, lower cervical, upper thoracic, mid thoracic, lower thoracic, upper lumbar, mid lumbar and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician.)

IT

| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter |
| | M54.12: Radiculopathy, cervical region |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S29.012A: Strain of muscle and tendon of back wall of thorax, init |
| | S24.2XXA: Injury of nerve root of thoracic spine, initial encounter |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | S39.012A: Strain of muscle, fascia and tendon of lower back, init |
| | S34.21XA: Injury of nerve root of lumbar spine, initial encounter |
| | S63.502A: Unspecified sprain of left wrist, initial encounter |
| | V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident |
| | M50.20: Other cervical disc displacement, unsp cervical region |

Electronically Signed

11/01/2016 03:09 PM

03202017

## Chart Notes

CEDA Ortho & Interventional Medicine
885 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured     CL# 599F02994 |

Date     10/25/2016

Provider  Patrick Louis Fenelus DC CH 8094                          *** continued from previous page ***

**CEDA Ortho & Int Med of Hialeah**

235 W 49th St
Hialeah, FL 33012
Phone: 305-558-5432   Fax: 305-824-9946

# Account Ledger

Account: ████████
PIP
Account Balance: $12,830.00

| Date | | Code | | Description | Qty | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 10/25/2016 | CSV | 97014 | | EMS | 1 | $37.00 | $7,520.00 |
| 10/25/2016 | CSV | 97035 | | Ultrasound | 1 | $40.00 | $7,560.00 |
| 10/25/2016 | CSV | 97124 | 59 | Massage 15 Mins | 1 | $83.00 | $7,643.00 |
| 10/25/2016 | CSV | 98941 | | Manipulation 3-4 Regions | 1 | $115.00 | $7,758.00 |
| 10/25/2016 | CSV | 99213 | 25 | EP III | 1 | $237.00 | $7,995.00 |
| 10/26/2016 | CSV | 97112 | 59 | Neuromuscular Re Ed, Vibration Plate | 1 | $105.00 | $8,100.00 |
| 10/26/2016 | CSV | 97150 | | Group Therapeutic Exercise | 1 | $55.00 | $8,155.00 |
| 10/26/2016 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | $8,206.00 |
| 10/26/2016 | CSV | 97010 | | Hot/cold | 1 | $25.00 | $8,231.00 |
| 10/26/2016 | CSV | 97014 | | EMS | 1 | $37.00 | $8,268.00 |
| 10/26/2016 | CSV | 97035 | | Ultrasound | 1 | $40.00 | $8,308.00 |
| 10/26/2016 | CSV | 97124 | 59 | Massage 15 Mins | 1 | $83.00 | $8,391.00 |
| 10/26/2016 | CSV | 98941 | | Manipulation 3-4 Regions | 1 | $115.00 | $8,506.00 |
| 10/26/2016 | CSV | 97018 | | Paraffin Bath | 1 | $37.00 | $8,543.00 |
| 10/31/2016 | CSV | 97112 | 59 | Neuromuscular Re Ed, Vibration Plate | 1 | $105.00 | $8,648.00 |
| 10/31/2016 | CSV | 97110 | | Therapeutic Exercise, Wrist & Elbow Sup/Pron | 1 | $100.00 | $8,748.00 |
| 10/31/2016 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | $8,799.00 |
| 10/31/2016 | CSV | 97010 | | Hot/cold | 1 | $25.00 | $8,824.00 |
| 10/31/2016 | CSV | 97014 | | EMS | 1 | $37.00 | $8,861.00 |
| 10/31/2016 | CSV | 97035 | | Ultrasound | 1 | $40.00 | $8,901.00 |
| 10/31/2016 | CSV | 97124 | 59 | Massage 15 Mins | 1 | $83.00 | $8,984.00 |
| 10/31/2016 | CSV | 98942 | | Manipulation 5 Regions | 1 | $145.00 | $9,129.00 |
| 10/31/2016 | CSV | 97018 | | Paraffin Bath | 1 | $37.00 | $9,166.00 |
| 11/04/2016 | CSV | 97112 | 59 | Neuromuscular Re Ed, Vibration Plate | 1 | $105.00 | $9,271.00 |
| 11/04/2016 | CSV | 97110 | | Therapeutic Exercise, Sci Fit Stepper | 1 | $100.00 | $9,371.00 |
| 11/04/2016 | CSV | 97012 | | Intersegmental Traction (IST) | 1 | $51.00 | $9,422.00 |
| 11/04/2016 | CSV | 97010 | | Hot/cold | 1 | $25.00 | $9,447.00 |

12272016

# Chart Notes

05/05/2018 thru 05/11/2018

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

05/21/2018

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593663S95 |

**Date    05/11/2018**

**Provider    Thomas Haban, DC- CH 8590**

**Subjective:**
RE-EVALUATION:
*An examination of Ms.* _____ *was performed today to further assess her current condition.*
She presented herself complaining of the following:
Intermittent (HA) headache, (CS) cervical spine, (LS) lumbar spine and (LRibs) left anterior ribs pain with qualities described as numbness, discomfort and sore.
Right and left lower abdominal pain has resolved; patient also relates upper mid back pain and mid back have also resolved. No pain to palpation of lower right and left abdominal quadrants.
Left anterior lower ribs tenderness of mild nature to this region. No inflammation noted. Left anterior lateral ribpain came on gradually and was not present ont he initial exam.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL) She reported that sitting, standing and reclining exacerbate(s) her symptoms.
She reports that therapy, rest and analgesic cream help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her overall pain intensity as 2, based on a zero through ten visual analog scale.

**Objective:**
PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C3, C4, C5, C6, C7, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius and (RTrap) right trapezius.

ORTHOPEDIC TESTS:

Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions.Mrs. _____ tested positive with pain on the right and left.
+(C/S Dist)Cervical Distraction test was performed on this patient in order to rule out nerve root lesions. Mrs. _____ tested negative confirmed by pain reduction on the right and left.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or I-1.
+(Sh Dcp) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.

Thoracic Spine Exam:
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Kemp's.

Lumbar Spine Exam:
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
+(ValsL/S) Valsalva's test was positive in the lumbar spine. This test is indicative of intrathecal pressure when positive.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; Bechterew's, SLR and Bragard's test.

# Chart Notes

05/05/2018 thru 05/11/2018

**CEDA Ortho & Int Medicine of Cutler bay**
10974 SW 184th Street, Cutler bay, FL 33157
Phone: (305) 363-1366
Fax:

05/21/2018

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | Insured | CL#593663S95 |

**Date    05/11/2018**

Provider   Thomas Haban, DC- CH 8590                          *** *continued from previous page* ***

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, shoulder high on right and pelvis is high on the left.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s) were positive for deficits in proprioception: Leg Length Discrepancy and Balance Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

Therapeutic Assessment:
-Ms.                      was able to tolerate today's treatment well. She has continued to progress and will continued the plan of care.

**Plan:**
REFERRAL:
-(Referral) I am recommending that Ms.                      should follow up with a(n) orthopedic spine surgeon for further evaluation and treatment.

VISIT FREQUENCY:
Modify the current recommended frequency of visits to 3 times per week.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.

# Chart Notes

**CEDA Ortho & Int Medicine of Cutler bay**
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

05/21/2018

**05/05/2018 thru 05/11/2018**

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | Insured | CL#593663S95 |

**Date    05/11/2018**

Provider   Thomas Haban, DC- CH 8590                                    *** continued from previous page ***

- Scar management.
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:
▓▓▓▓ was instructed to continue applying ice and moist heat.

WORK STATUS:
The patient was placed on light duty status until further notice.

The following therapies were performed by C. A. Aguiar, LMT, MA 41689.
- (Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (NMR Vibe)Neuromuscular re-education was performed in the cervical spine, thoracic spine and lumbar spine region(s) by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.

The following therapies were performed by M. E. Hernandez, LMT, MA 76687.
-(Mass) Massage therapy was performed over the cervical spine, thoracic spine and lumbar spine region(s) for 8-10 minutes.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine region for a duration of 13-15 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical, upper thoracic and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

MB

**Chart Notes**

05/05/2018 thru 05/11/2018

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

05/21/2018

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| **Ins Co** STATE FARM INSURANCE | | **Pol #** | | **Insured** CL#593663S95 |

**Date**    05/11/2018

Provider   Thomas Haban, DC- CH 8590                                                              *** continued from previous page ***

**Diagnosis**
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.16: Radiculopathy, lumbar region
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
S39.011A: Strain of muscle, fascia and tendon of abdomen, init encntr
R51: Headache
G47.00: Insomnia, unspecified
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, unsp cervical region
S23.41XA: Sprain of ribs, initial encounter

Electronically Signed

Thomas Haban, DC- CH 8590 05/18/2018 08:33



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | PICA | |

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
CL#593663S95

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE          SEX  M ☐  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY          STATE

8. RESERVED FOR NUCC USE

CITY          STATE

ZIP CODE          TELEPHONE (Include Area Code)  (   )

ZIP CODE          TELEPHONE (Include Area Code)  (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH          SEX  M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File          DATE  05 05 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM 04 DD 09 YY 2018   QUAL. 431

15. OTHER DATE  QUAL.   MM   DD   YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)  ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. M542   F. M62838   G. M9901   H. S233XXA
I. S29012A   J. M546   K. M62830   L. M9902

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 11 2018 | 05 11 2018 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1255659769 |
| 2 | 05 11 2018 | 05 11 2018 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1255659769 |
| 3 | 05 11 2018 | 05 11 2018 | 11 | | 99213 | 25 | ABCD | 23700 | 1 | | NPI | 1255659769 |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  474264026  SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE  $ 39200

29. AMOUNT PAID  $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Thomas Haban, DC
SIGNED          DATE 05 18 2018

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedics & Interventional
Medicine of Cutler Bay, LLC
10974 SW 184th Street
Cutler Bay FL, 33157
a. 1548777543   b.

33. BILLING PROVIDER INFO & PH #  (305) 3631366
CEDA Ortho & Int. Medicine of Cutler bay
PO BOX 26-1750
MIAMI, FL 33126
a. 1255659769   b.

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

04/30/2016 thru 05/06/2016

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#59842L968 |

Date  05/06/2016

Provider  Karim Habayeb DC-CH9650

**Subjective:**
RE-EVALUATION:
An examination of Mr.          was performed today to further assess his current condition.
He presented himself complaining of the following:
Constant (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine and (LS) lumbar spine pain with qualities described as sore and stiff.
He is also experiencing numbness and tingling over the (LFt) left foot, (LCalf) left calf and (LShin) left shin region.
He reported that sitting, standing, transfer, reclining, bending, lifting and twisting exacerbate(s) his symptoms.
He reports that therapy, ice, hot packs and medication help(s) to mitigate his symptoms.
Patient states that has no pain of the left foot and left knee.

VISUAL ANALOG SCALE:
The patient quantified his overall pain intensity as a 5, based on a zero through ten visual analog scale.

**Objective:**
PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C5, C6, C7, T1, T2, T3, T4, T5, T10, T11, T12, L4, L5 and sacrum.
- Isolated myospasm were noted during digital palpation in the following regions; , (LTrap) left trapezius, (RTrap) right trapezius, left quadratus lumborum and right quadratus lumborum.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr.
          tested positive with pain on the left.
+(Jacs) Jackson's cervical compression test was positive on the left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(O'Don) O'Donoghue's Maneuver was positive cervical flexion, cervical extention, cervical left lateral flexion and cervical left rotation. This test is indicative of a sprain/strain injury to the cervical spine, when positive.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facect capsul imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right and left at 45 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative;Minor's, Bechterew's and Bragard's test.

## Chart Notes

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808

**04/30/2016 thru 05/06/2016**

Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#59842L968 |

Date    05/06/2016

| Provider   Karim Habayeb DC-CH9650 | *** continued from previous page *** |
|---|---|

Left Knee Exam:
-(NegKnOrthos)The following orthopedic tests were negative; Anterior Drawer's, Posterior Drawer's, Patellar Grinding, McMurry's, Valgus Stress and Varus Stress.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, head translation to the right, shoulder high on left and pelvis is high on the right.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Balance Test, Leg Length Discrepancy and Heel to Toe (walk) Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right and Alternating Hand Movement on the left.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed hyperesthesia along the following dermatome levels: C5 on the left, C6 on the left, C7 on the left, C8 on the left and T1 on the left. All other upper extremity dermatomes tested were within normal limits.
Sensory pin wheel examination of the lower extremities revealed no sensory deficits or hypersensitivity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

Therapeutic Assessment:
-Mr.          was able to tolerate today's treatment well.

**Plan:**
VISIT FREQUENCY:
Modify the current recommended frequency of visits to 3 times per week.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.

05162016

Chart Notes

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

04/30/2016 thru 05/06/2016

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#59842L968 |

Date    05/06/2016

Provider   Karim Habayeb DC-CH9650                    *** continued from previous page ***

- Facilitate weak muscles.
- Postural correction.
- Scar management.
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:
[ ] was instructed to continue applying ice and heat.

WORK STATUS:
The patient was placed on regular duty status until further notice.

The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (NMR Vibe)Neuromuscular re-education was performed in the lumbar spine region(s), for 8 - 23 minutes by utilizing a medical grade motorized three plane vibration device.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine region for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the thoracic spine, cervical spine and lumbar spine regions for 8 to 23 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)

| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | M25.572: Pain in left ankle and joints of left foot |
| | M50.00: Cervical disc disorder with myelopathy, unsp cervical region |
| | M51.06: Intervertebral disc disorders with myelopathy, lumbar region |

Provider Signature X _____
05/09/2016 04:17 PM

05162016

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

PICA

| 1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☒ OTHER ☐ | 1a. INSURED'S I.D. NUMBER CL#598421968 |

3. PATIENT'S BIRTH DATE SEX M ☒ F ☐

4. INSURED'S NAME

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED Self ☒

7. INSURED'S ADDRESS

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? ☒ NO
b. AUTO ACCIDENT? ☒ YES PLACE (State) FL
c. OTHER ACCIDENT? ☒ NO

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH M ☒ F ☐
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☒ NO

12. SIGNED Signature On File  DATE 05 11 2016

13. SIGNED Signature On File

14. DATE OF CURRENT ILLNESS 03 30 2016 QUAL. 431

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY ICD Ind. 0
A. S134XXA B. S233XXA C. S335XXA D. M25572
E. M5000 F. M5106

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE | C. | D. CPT/HCPCS | MODIFIER | E. DIAG PTR | F. $ CHARGES | G. DAYS | H. | I. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 06 2016 05 06 2016 | 11 | | 98941 | | ABCD | 11500 | 1 | | NPI | 1558696062 |
| 05 06 2016 05 06 2016 | 11 | | 99213 | 25 | ABCD | 23700 | 1 | | NPI | 1558696062 |

25. FEDERAL TAX I.D. NUMBER 271391503 SSN ☐ EIN ☒

27. ACCEPT ASSIGNMENT? ☒ YES

28. TOTAL CHARGE $ 35200  29. AMOUNT PAID $ 000

31. SIGNATURE OF PHYSICIAN Karim Habayeb DC-CH9650  SIGNED On File DATE 05 11 2016

32. SERVICE FACILITY LOCATION
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th Floor
South Miami, FL 33143
a. 1558681589

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750
Miami, FL 33126
a. 1558696062

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

05162016

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#591807W40 |

**Date** 11/28/2017

**Provider** John P. Ross, DC CH12227

**Subjective:**

RE-EVALUATION:

An examination of Ms. [redacted] was performed today to further assess her current condition.

She presented herself complaining of the following:

Intermittent (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine, (LS) lumbar spine, (LSH) left anterior shoulder and (LSH) left posterior shoulder pain with qualities described as aching, deep, discomfort, dull and stiff. The patient stated that her headache is improving.

Intermittent (CS) cervical spine pain that radiates to the (MTS) mid thoracic spine, (LSH) left anterior shoulder and (LSH) left posterior shoulder with qualities described as aching, deep and dull.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:

-(DUD/ADL) She reported that sitting, standing, transfer, bending, lifting and twisting exacerbate(s) her symptoms. She reports that therapy and rest help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:

The patient quantified her overall pain intensity as a 5, based on a zero through ten visual analog scale.

**Objective:**

PALPATION FINDINGS:

-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over  C1, C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, L1, L2, L3, L4, L5 and sacrum.

- Pain and tenderness  were noted during digital palpation in the following regions; (LTrap) left trapezius, (RTrap) right trapezius, (LRhom) left rhomboid and (LSI) left sacroiliac joint.

ORTHOPEDIC TESTS:

Cervical Spine Exam:

+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mrs. [redacted] tested positive with pain on the left.

+(Jacs) Jackson's cervical compression test was positive on the left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.

+(Sh Dep) Shoulder Depressor test was positive on the left. This test is indicative of nerve root lesions, specifically to the dural sleeves when positive.

+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.

-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction, Valsalva's maneuver, Dejerine's Triad and O'Donoghue's.

Thoracic Spine Exam:

+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.

-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:

+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.

+(SLR) Lesgue's test was positive on the right and left at 60 degrees.

These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | |
|----------|---|------|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | | Insured | CL#591807W40 |

### Date 11/28/2017

### Provider John P. Ross, DC CH12227

*** continued from previous page ***

+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.

-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; Minor's, Bechterew's, Bragard's test and Valsava's.

Shoulder Exam:

+(Apley's) Apley's scratch test was positive on the left. This test is indicative of a rotator cuff lesion.

+(Cod) Codman's drop arm test was positive on the left. This test indicates a tear of the rotator cuff, when positive.

+(Supra) Supraspinatus test was positive on the left shoulder. This test is indicative of a supraspinatus tendon tear.

+(Daw) Dawbarn's sign was positive on the left. This sign is indicative of subacromial bursitis when positive.

+(Appr) Apprehension test was found to be positive on the left. This test is indicative of chronic shoulder dislocation, when positive.

-(NegShOrtho) The following orthopedic tests were negative; Yergason's and Hawkin's.

POSTURE ANALYSIS:

-Posture analysis revealed the following: head tilt to the right, head translation to the right, shoulder high on left and pelvis is high on the right.

BALANCE & PROPRIOCEPTION:

+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: Leg Length Discrepancy. -The following tests for proprioception performed were negative: Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:

A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:

Sensory pin wheel examination of the upper extremities revealed hyperesthesia along the following dermatome levels: C5 on the left and C6 on the left. All other upper extremity dermatomes tested were within normal limits. Sensory pin wheel examination of the lower extremities revealed no sensory deficits or hypersensitivity and were within normal limits.

DEEP TENDON REFLEXES:

Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

IMAGING STUDIES:
MRI FINDINGS:
A MRI study of the cervical spine was performed on 10/31/2017. The study revealed the following:
IVD bulge at C5-C6
Herniated nucleus pulposus at C6-C7
Please refer to attached MRI report for greater detail.

**Chart Notes**

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

12/14/2017

| Patient: | DOB: | | |
|---|---|---|---|
| **Ins Co STATE FARM INSURANCE** | **Pol #** | **Insured** | **CL#591807W40** |

**Date    11/28/2017**

**Provider   John P. Ross, DC CH12227**                    *** *continued from previous page* ***

MRI FINDINGS:
An MRI study of the left shoulder was performed on 11/13/2017. The study revealed the following:
Full-thickness tear of the distal aspect of the supraspinatus tendon at its attachment site on the greater tuberosity
along with subdeltoid/subacromial bursitis.
Tear of the anterior aspect of the labrum.
No evidence of acute bony abnormality.
Please refer to attached MRI report for greater detail.

Therapeutic Assessment:
-Ms. [redacted] was able to tolerate today's treatment well.

Plan:
REFERRAL:
-(Referral) I am recommending that Ms. [redacted] should follow up with a(n) interventional specialist for an injection
and orthopedic spine surgeon for further evaluation and treatment.

VISIT FREQUENCY:
Modify the current recommended frequency of visits to 3 times per week.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Scar management.
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:
[redacted] was instructed to continue applying moist heat.

WORK STATUS:
The patient was placed on light duty status until further notice.

The following therapies were performed by A. M. Silverio, LMT, MA 69749.
- (NMR Vibe) Neuromuscular re-education was performed in the cervical spine, thoracic spine, lumbar spine and left
shoulder region(s), by utilizing a medical grade motorized three plane vibration device.
- (Erg.Up/Low) Active therapeutic exercise was performed in the upper and lower extremities by utilizing the Sci Fit
upper and lower extremity ergometer in a group setting for 8 minutes.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.

The following therapies were performed by L. del C. Parapar, LMT 43240.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine, lumbar spine and left
shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas,
thoracic spine, lumbar spine, cervical spine and left shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine regions for 8 minutes.

# Chart Notes

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#591807W40 |

**Date    11/28/2017**

**Provider   John P. Ross, DC CH12227**                    *** *continued from previous page* ***

-(Mass) Massage therapy was performed over the cervical spine, thoracic spine, lumbar spine and left shoulder regions for 8 to 23 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the upper cervical, mid cervical, lower cervical, upper thoracic, mid thoracic, lower thoracic, upper lumbar and mid lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician)

MB

| **Diagnosis** | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter |
| | M54.2: Cervicalgia |
| | M99.01: Segmental and somatic dysfunction of cervical region |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S29.012A: Strain of muscle and tendon of back wall of thorax, init |
| | S24.2XXA: Injury of nerve root of thoracic spine, initial encounter |
| | M54.6: Pain in thoracic spine |
| | M99.02: Segmental and somatic dysfunction of thoracic region |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | S39.012A: Strain of muscle, fascia and tendon of lower back, init |
| | S34.21XA: Injury of nerve root of lumbar spine, initial encounter |
| | M54.5: Low back pain |
| | M99.03: Segmental and somatic dysfunction of lumbar region |
| | S43.402A: Unspecified sprain of left shoulder joint, initial encounter |
| | M25.512: Pain in left shoulder |
| | M25.622: Stiffness of left elbow, not elsewhere classified |
| | M25.522: Pain in left elbow |
| | R51: Headache |
| | H93.12: Tinnitus, left ear |
| | V49.40XA: Driver injured in collision with unspecified motor vehicles in traffic accident |
| | M50.20: Other cervical disc displacement, unsp cervical region |
| | S43.432A: Superior glenoid labrum lesion of left shoulder, init encntr |
| | S43.82XA: Sprain of oth parts of left shoulder girdle, init encntr |

Electronically Signed

*Joh P. Ross DC*

12/06/2017 12:42 PM



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|

| 1. MEDICARE   MEDICAID   TRICARE   CHAMPVA   GROUP HEALTH PLAN   FECA BLK LUNG   OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#)   (Medicaid#)   (ID#/DoD#)   (Member ID#)   (ID#)   (ID#)   X (ID#) | CL#591807W40 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX   M   F X | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED   Self X   Spouse   Child   Other | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

| CITY   STATE | 8. RESERVED FOR NUCC USE | CITY   STATE |
|---|---|---|

| ZIP CODE   TELEPHONE (Include Area Code)   ( ) | | ZIP CODE   TELEPHONE (Include Area Code)   ( ) |
|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)   YES   X NO | a. INSURED'S DATE OF BIRTH   SEX   M   F X |
|---|---|---|

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?   PLACE (State)   X YES   NO FL | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT?   YES   X NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES   X NO   If yes, complete items 9, 9a, and 9d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE   12 08 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   10 21 2017   QUAL. 431 | 15. OTHER DATE   MM   DD   YY   QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a.   17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB?   YES   X NO   $ CHARGES |
|---|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0 | 22. RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| A. S134XXA   B. S161XXA   C. S142XXA   D. M542 | |
| E. M9901   F. S233XXA   G. S29012A   H. S242XXA | 23. PRIOR AUTHORIZATION NUMBER |
| I. M546   J. M9902   K. S335XXA   L. S39012A | |

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From | | | To | | | | | CPT/HCPCS | MODIFIER | | | | | | | |
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 11 | 28 | 2017 | 11 | 28 | 2017 | 11 | | 97124 | 59 | ABCD | 83 | 00 | 1 | | NPI | 1659556223 |
| 11 | 28 | 2017 | 11 | 28 | 2017 | 11 | | 98941 | | ABCD | 115 | 00 | 1 | | NPI | 1659556223 |
| 11 | 28 | 2017 | 11 | 28 | 2017 | 11 | | 99213 | 25 | ABCD | 237 | 00 | 1 | | NPI | 1659556223 |
| 12 | 01 | 2017 | 12 | 01 | 2017 | 11 | | 97112 | 59 | ABCD | 105 | 00 | 1 | | NPI | 1659556223 |
| 12 | 01 | 2017 | 12 | 01 | 2017 | 11 | | 97110 | | ABCD | 100 | 00 | 1 | | NPI | 1659556223 |
| 12 | 01 | 2017 | 12 | 01 | 2017 | 11 | | 97012 | | ABCD | 51 | 00 | 1 | | NPI | 1659556223 |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN   271347409   X | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   X YES   NO | 28. TOTAL CHARGE   $ 691 00 | 29. AMOUNT PAID   $ 000 | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)   John P. Ross, DC CH12227   SIGNED On File   DATE 12 08 2017 | 32. SERVICE FACILITY LOCATION INFORMATION   CEDA Ortho & Interventional Medicine of Hialeah   755 E 49th Street   Hialeah, FL 33013   a. 1154641165   b. | 33. BILLING PROVIDER INFO & PH # (305 5585432   CEDA Ortho & Int Med of Hialeah   PO Box 26-1750   Miami, FL 33126   a. 1659556223   b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

| **Chart Notes** | | Ceda Ortho & Interventional Med of 601 arrowhead 4th Fl Miami, FL 33143 Phone: 305-669-1808 Fax: 305-669-8170 |
|---|---|---|
| **Patient:** | **DOB:** | |
| **Ins Co STATE FARM INSURANCE** | **Pol #** | **Insured    CL#597M07925** |

**Date    11/02/2015**

**Provider    Michael B. Schulman DC**

**Subjective:**
RE-EVALUATION:
An examination of Ms. [ ] was performed today to further assess her current condition.

She presented herself complaining of the following:
Intermittent (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine and (RElb) right elbow pain with qualities described as aching. The patient stated no longer having (RSH) right anterior shoulder, (LSH) left anterior shoulder, (LSH) left posterior shoulder and (RSH) right posterior shoulder pain.

Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder, (RSH) right posterior shoulder, (RBic) right bicep, (RTri) right tricept and (RElb) right elbow with qualities described as burning.
She is also experiencing numbness and tingling over the (RShin) right shin, (LShin) left shin, (LCalf) left calf, (RCalf) right calf, (LFt) left foot and (RFt) right foot region.

She reported that standing, transfer, reclining, reaching, bending, lifting and climbing (stairs) exacerbate(s) her symptoms.
She reports that therapy, NSAID's, hot packs and analgesic cream help(s) to mitigate her symptoms.

VISUAL ANALOG SCALE:
The patient quantified her overall pain intensity at 6, based on a zero through ten visual analog scale.

**Objective:**
PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C4, C5, C6, C7, T1, T2, T3, T4, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius, (RTrap) right trapezius and (RElb) right elbow.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical compression, Jackson's compression, Valsalva's maneuver, Dejerine's Triad and O'Donoghue's.

Thoracic Spine Exam:
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's and Kemp's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative;Bechterew's, SLR, Valsava's and DeJerene's Triad.

Bilateral Shoulder Exam:
-(NegShOrtho) The following orthopedic tests were negative;Appley's , Codman's, Supraspinatus press, Dawbarn's, Apprehension, Yergason's and Hawkin's.

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
6076f5MW Dti@e 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#597M07925 |

**Date    11/02/2015**

| Provider   Michael B. Schulman DC | *** continued from previous page *** |
|---|---|

Elbow Exam:
+(Coz) Cozen's Test was found to be positive on the right.  This test is indicative of lateral epicondylitis.
-(NegElbOrthos)The following orthopedic tests were negative: Tinel's, Reverse Cozen's, Varus Stress and Valgus Stress.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the left, pelvis is high on the left and even shoulders.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy and Balance Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed hyperesthesia along the following dermatome levels: C8 on the left and T1 on the left. All other upper extremity dermatomes tested were within normal limits. Sensory pin wheel examination of the lower extremities revealed no sensory deficits or hypersensitivity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

Therapeutic Assessment:
-Ms. ⬛ was able to tolerate today's treatment well.

**Plan:**
ELECTRODIAGNOSTIC STUDIES:
EMG and NCV studies of the upper and lower extremities were prescribed to rule out neuropathy/radiculopathy.

REFERRAL:
-(Referral) I am recommending that Ms. ⬛ should follow up with a(n) D.C.-Neurologist for further evaluation and treatment.

VISIT FREQUENCY:
Modify the current recommended frequency of visits to 3 times per week.

TREATMENT GOALS:
- Increase functional capacity.

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
6878 SW 8 St 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | |
|----------|------|---|
| Ins Co  STATE FARM INSURANCE | Pol # | Insured   CL#597M07925 |

**Date    11/02/2015**

| Provider   Michael B. Schulman DC | *** continued from previous page *** |
|-----------|------------|

- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Postural correction.
- Scar management.
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:
was instructed to continue applying heat and ice.

WORK STATUS:
The patient was placed on no work status until further notice.

The following therapies were performed by L. Santos, LMT, MA 60367.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, thoracic spine, lumbar spine and right elbow.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine and lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine region for a duration of 8 to 23 minutes.
-(Mass) Massage therapy was performed over the thoracic spine, lumbar spine and cervical spine regions for 8 to 23 minutes.
- (NMR Vibe)Neuromuscular re-education was performed in the lumbar spine region(s), for 8 - 23 minutes by utilizing a medical grade motorized three plane vibration device.
- (Erg.Up/Low) Active therapeutic exercise was performed in the upper and lower extremities by utilizing the Sci Fit upper and lower extremity ergometer for 8- 23 minutes.
- (Par) Paraffin bath was applied over the right elbow.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)

01182016

**Chart Notes**

Ceda Ortho & Interventional Med of
6674 SW 4th St Suite 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | | DOB: | | |
|---|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | | Pol # | Insured | CL#597M07925 |

Date  11/02/2015

| Provider  Michael B. Schulman DC | *** continued from previous page *** |
|---|---|

**Diagnosis**    R51: Headache
S06.890A: Other specified intracranial injury without loss of consciousness, initial encounter
M53.0: Cervicocranial syndrome
R42: Dizziness and giddiness
S00.93XA: Contusion of unspecified part of head, initial encounter
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S43.491A: Other sprain of right shoulder joint, initial encounter
S43.402A: Unspecified sprain of left shoulder joint, initial encounter
S53.402A: Unspecified sprain of left elbow, initial encounter
G54.2: Cervical root disorders, not elsewhere classified
G54.4: Lumbosacral root disorders, not elsewhere classified
M54.14: Radiculopathy, thoracic region
M62.830: Muscle spasm of back
M99.01: Segmental and somatic dysfunction of cervical region
M99.02: Segmental and somatic dysfunction of thoracic region
M99.03: Segmental and somatic dysfunction of lumbar region
G89.11: Acute pain due to trauma
R20.2: Paresthesia of skin
R26.2: Difficulty in walking, not elsewhere classified
H53.8: Other visual disturbances
R07.1: Chest pain on breathing

Provider Signature X

11/11/2015 07:09 AM

01182016

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

PICA

| 1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| | CL#F597M07925 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  SEX  M  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED: Self Spouse Child Other

7. INSURED'S ADDRESS (No., Street)

8. RESERVED FOR NUCC USE

9. OTHER INSURED'S NAME

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? YES [X] NO

b. AUTO ACCIDENT? [X] YES  NO  PLACE (State) FL

c. OTHER ACCIDENT? YES [X] NO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. INSURED'S DATE OF BIRTH  SEX

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNED  Signature On File  DATE 01 12 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS: 10 12 2015  QUAL. 431

15. OTHER DATE

16. DATES PATIENT UNABLE TO WORK

17. NAME OF REFERRING PROVIDER

18. HOSPITALIZATION DATES

19. ADDITIONAL CLAIM INFORMATION

20. OUTSIDE LAB? YES [X] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. 0

A. R51  B. S06890A  C. M530  D. R42
E. S0093XA  F. S134XXA  G. S233XXA  H. S335XXA
I. S43491A  J. S43402A  K. S53402A  L. G542

22. RESUBMISSION CODE

23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From - To | PLACE | EMG | CPT/HCPCS | MODIFIER | DIAGNOSIS POINTER | $ CHARGES | DAYS/UNITS | ID. | RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 02 2015 11 02 2015 | 11 | | 97018 | | ABCD | 3700 | 1 | NPI | 1023130382 |
| 2 | 11 02 2015 11 02 2015 | 11 | | 98941 | | ABCD | 11500 | 1 | NPI | 1023130382 |
| 3 | 11 02 2015 11 02 2015 | 11 | | 99213 | 25 | ABCD | 23700 | 1 | NPI | 1023130382 |
| 4 | 11 06 2015 11 06 2015 | 11 | | 97010 | | ABCD | 2500 | 1 | NPI | 1023130382 |
| 5 | 11 06 2015 11 06 2015 | 11 | | 97014 | | ABCD | 4000 | 1 | NPI | 1023130382 |
| 6 | 11 06 2015 11 06 2015 | 11 | | 97035 | | ABCD | 4000 | 1 | NPI | 1023130382 |

25. FEDERAL TAX I.D. NUMBER 271391503 [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? [X] YES NO

28. TOTAL CHARGE $ 49400

29. AMOUNT PAID $ 000

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
Michael B. Schulman DC
SIGNED  On File  DATE 01 12 2016

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
South Miami, FL 33143
a. 1558681569

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750
Miami, FL 33126
a. 1205127578

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

01182016

**Chart Notes**

06/16/2018 thru 06/22/2018

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

07/03/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (MVA - PIP) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | |

**Date    06/22/2018**

**Provider   Richard Yoham DC CH-7892**

**Subjective:**
RE-EVALUATION:
*An examination of Mr.*                          *was performed today to further assess his current condition.*
He presented himself complaining of the following:
Constant (HA) headache, (CS) cervical spine, (UTS) upper thoracic spine and (MTS) mid thoracic spine pain with
qualities described as sharp, discomfort, dull, stiff and sore.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL) He reported that sitting, transfer, reclining, bending, lifting and twisting exacerbate(s) his symptoms.
He reports that therapy help(s) to mitigate his symptoms.

VISUAL ANALOG SCALE:
The patient quantified his overall pain intensity as a 8, based on a zero through ten visual analog scale since the last
evaluation.

**Objective:**
PALPATION FINDINGS:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C5,
C6, C7, T1, T2, T3 and T4.
- Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius and (RTrap)
right trapezius.
- Isolated myospasm were noted during digital palpation in the following regions; C5, C6, C7, T1, T2, T3 and T4,
(LTrap) left trapezius and (RTrap) right trapezius.

ORTHOPEDIC TESTS:

Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions.  Mr.
                          tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative
of cervical nerve root compression lesions, when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens
fracture at C-7 and/ or T-1.
+(Slump) Slump test , when positive is indicative of a spinal cord lesion due to discal pressure on the cord and/or
stenosis of the neural canal.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction, shoulder
depression, Valsalva's maneuver, Dejerine's Triad and O'Donoghue's.

Thoracic Spine Exam:
+(Shep)Shepelmann's test was positive on the right and left. When positive this test is indicative of intercostal neuritis.
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion
and or facect capsul imbrication.

POSTURE ANALYSIS:
-Posture analysis revealed the following: no head tilt, even shoulders and even pelvis.

BALANCE & PROPRIOCEPTION:

**Chart Notes**

06/16/2018 thru 06/22/2018

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

07/03/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (MVA - PIP) | | | |
| Ins Co  STATE FARM INSURANCE | Pol # | | Insured |

**Date    06/22/2018**

**Provider   Richard Yoham DC CH-7892**                                    *** *continued from previous page* ***

+(Balance / Proprioception) The following test(s) were positive for deficits in proprioception: None.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Leg Length Discrepancy, Balance Test, Alternating Hand
Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the
following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent
Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity
and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to
Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

Therapeutic Assessment:
-Mr.                                   was able to tolerate today's treatment well. He has continued to progress and will
continued the plan of care.

**Plan:**
VISIT FREQUENCY:
Modify the current recommended frequency of visits to 3 times per week.

TREATMENT GOALS:
- Increase functional capacity.
- Return to normal ADL's.
- Increase work capacity.
- Decrease inflammation, muscle spasms and pain.
- Increase coordination, strength and endurance.
- Neuromuscular facilitation.
- Inhibit tight muscles.
- Facilitate weak muscles.
- Scar management.
- Attain maximum medical improvement status.

HOMECARE/ WORK INSTRUCTIONS:
         was instructed to continue applying moist heat and home exercises as instructed.

WORK STATUS:
The patient was placed on light duty status until further notice.

**Chart Notes**

06/16/2018 thru 06/22/2018

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

07/03/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (MVA - PIP) | | | | |
| Ins Co **STATE FARM INSURANCE** | | Pol # | | **Insured** |

**Date    06/22/2018**

**Provider   Richard Yoham DC CH-7892**                    *** *continued from previous page* ***

The following therapies were performed by M. Torres Diaz, LMT, MA 60408.
- (Bike Up) Active therapeutic exercise was performed on the upper extremities in a group setting utilizing a Schwinn stationary bicycle with motion resistant levers.
- (IST) Intersegmental traction was performed to cervical and thoracic regions of the spine.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine and thoracic spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine and thoracic spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: thoracic spine region for a duration of 13-15 minutes.
-(Mass) Massage therapy was performed over the cervical spine and thoracic spine region(s) for 8-10 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the upper cervical, mid cervical, lower cervical, upper thoracic, mid thoracic and lower thoracic regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

MA

| **Diagnosis** | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|---|---|
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter |
| | S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter |
| | S29.012A: Strain of back wall of thorax |
| | S24.2XXA: Injury of nerve root of thoracic spine, initial encounter |
| | R51: Headache |
| | F41.9: Anxiety disorder, unspecified |
| | H93.13: bilateral tinnitus |
| | V49.40XA: Driver injured in collision w unsp mv in traf, init |

Electronically Signed

06/28/2018 01:40 PM



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| PICA | | | | | | | PICA |

1. MEDICARE ☐ MEDICAID ☐ TRICARE ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☒

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  SEX M☒ F☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED  Self☐ Spouse☐ Child☐ Other☐

7. INSURED'S ADDRESS (No., Street)

CITY  STATE

8. RESERVED FOR NUCC USE

CITY  STATE

ZIP CODE  TELEPHONE (Include Area Code) (  )

ZIP CODE  TELEPHONE (Include Area Code) (  )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES☐ NO☒

a. INSURED'S DATE OF BIRTH MM DD YY  SEX M☐ F☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES☒ NO☐ PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES☐ NO☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒ If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  **Signature On File**  DATE 06 29 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  **Signature On File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 05 25 2018  QUAL. 431

15. OTHER DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a. / 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES☐ NO☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  ICD Ind. 0
A. S134XXA  B. S161XXA  C. S142XXA  D. S233XXA
E. S29012A  F. S242XXA  G. R51  H. F419
I. H9313  J. V4940XA  K. L.

22. RESUBMISSION CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24.A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 22 2018 / 06 22 2018 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1215952924 |
| 06 22 2018 / 06 22 2018 | 11 | | 97124 | 59 | ABCD | 8300 | 1 | | NPI | 1215952924 |
| 06 22 2018 / 06 22 2018 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1215952924 |
| 06 22 2018 / 06 22 2018 | 11 | | 99213 | 25 | ABCD | 23700 | 1 | | NPI | 1215952924 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271347291  SSN☐ EIN☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES☒ NO☐

28. TOTAL CHARGE $ 44000

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER  Richard Yoham DC CH-7892  SIGNED  On File  DATE 06 29 2018

32. SERVICE FACILITY LOCATION INFORMATION  CEDA Ortho & Interventiional Medicine of FIU/Kendall LLC  11890 SW 8 Street Ste 400  Miami, Florida 33184  a. 1629398631  b.

33. BILLING PROVIDER INFO & PH # (305) 6859771  CEDA Ortho & Int Med of FIU/Kendall  PO Box 26-1750  Miami, FL 33126  a. 1205127578  b.

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)