*Exhibit 34*

**Chart Notes**

04/23/2016 thru 04/29/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (Finalized) | | | | | |
| Ins Co | STATE FARM (TEXAS) | Pol # | | Insured | CL#597N81610 |

| Date | 04/28/2016 |
|---|---|
| Provider | Roy Canizares DC-CH7764 |

**Subjective:**
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of _____, the following is a final narrative report relative to the injuries sustained by Mr. _____, who was involved in motor vehicle crash (MVC), which occurred on 11/15/2015.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Mr. _____ has been treating in my office for injuries sustained in the 11/15/2015 accident. He has been undergoing active care consisting of various modalities with the goal of returning him to pre-injury status or maximum functional capacity status. The initial diagnostic impression was as follows: (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S14.2XXA) Injury of nerve root of cervical spine, initial encounter, (M54.2) Cervicalgia, (M99.01) Segmental and somatic dysfunction of cervical region, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S34.21XA) Injury of nerve root of lumbar spine, initial encounter, (M54.5) Low back pain, (M99.03) Segmental and somatic dysfunction of lumbar region, (S43.401A) Unspecified sprain of right shoulder joint, init encntr, (S46.911A) Strain unsp musc/fasc/tend at shldr/up arm, right arm, init, (M25.511) Pain in right shoulder, (R51) Headache, (S93.401A) Sprain of unspecified ligament of right ankle, init encntr, (M25.671) Stiffness of right ankle, not elsewhere classified, (G47.00) Insomnia, unspecified, (R26.2) Difficulty in walking, not elsewhere classified, (V49.40XA) Driver injured in collision w unsp mv in traf, init.
It is my opinion at this time that Mr. _____ has reached maximum medical improvement status or MMI as it relates to conservative care. Even though _____ has had moderate improvement in his condition with treatment, he continues to experience intermittent pain over the following regions: (CS) cervical spine and (LS) lumbar spine described as aching. Mr. _____ cannot perform his activities of daily living effectively and without pain.
In addition, he is also experiencing intermittent (CS) cervical spine pain that radiates to the (RHnd) right hand and (LHnd) left hand with qualities described as cramping.
In addition, he is also experiencing intermittent (LS) lumbar spine pain that radiates to the (RHip) right hip, (RThigh) right thigh, (RKn) right knee, (RPop) right popliteal fossa and (RShin) right shin with qualities described as aching. He has been following a prescription regimen of Medrol dose pack and Flexeril 5 mg under the direction of Dr. Crespo-Smith, M.D.
He quantified his overall pain intensity as 9, based on a one through ten visual analog scale.

ACTIVITIES OF DAILY LIVING:
-(ADL) _____ was given a questionnaire relating to his activities of daily living and if they have been limited or unaffected by his condition. The following activities elicit pain and thus inhibit function: washing, dressing, eating, bathing, defecation, brushing teeth, brushing hair, hearing, sitting, standing, transfer, reclining, reaching, bending, stooping, lifting, leaning, twisting, driving, climbing (stairs), walking, nocturnal sleep patterns, sexual activities and outdoor recreation.

-The pain is intermittent and occurs approximately 85% to 100% of his awake time.

**Objective:**
PALPATION EXAMINATION:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C5, C6, C7, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (RSH) right anterior shoulder and (RSH) right posterior shoulder.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr.

Printed: Wednesday, May 04, 2016 9:01:15 AM

Page 35 Of 225

# Chart Notes

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

04/23/2016 thru 04/29/2016

| Patient: | DOB: | · | | |
|----------|------|---|---|---|
| (Finalized) | | | | |
| Ins Co STATE FARM (TEXAS) | Pol # | | Insured | CL#597N81610 |

Date    04/28/2016

Provider   Roy Canizares DC-CH7764                                    *** *continued from previous page* ***

tested positive with pain on the right and left.
+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
-(Neg C/S Ortho) The following cervical orthopedic tests performed were negative; cervical compression, cervical distraction, Soto-hall and O'Donoghue's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative: Minor's, Bechterew's, SLR and Bragard's test.

Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the right.
-(NegShOrtho) The following orthopedic tests were negative: Codman's, Supraspinatus press, Dawbam's, Apprehension, Yergason's and Hawkin's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: no head tilt, pelvis is high on the left and even shoulders.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy.
-The following tests for proprioception performed were negative:
Balance Test, Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper extremities revealed sensory deficits along the following dermatome levels: C7-C8 on the right. All other upper extremity dermatomes tested were within normal limits.
Sensory pin wheel examination of the lower extremities revealed sensory deficits along the following dermatome levels: L4 -L5 on the right. All other lower extremity dermatomes tested were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Chart Notes**

04/23/2016 thru 04/29/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | DOB: | |
|---|---|---|
| (Finalized) | | |
| Ins Co STATE FARM (TEXAS) | Pol # | Insured CL#597N81610 |

Date 04/28/2016

Provider Roy Canizares DC-CH7764     *** *continued from previous page* ***

**Assessment:**
DIAGNOSIS:
See below.

IMAGING STUDIES:
MRI FINDINGS:
A MRI study of the cervical spine was performed on 01/19/2016. The study revealed the following:
Herniated nucleus pulposus at C6-C7
Please refer to attached MRI report for greater detail.

CLINICAL IMPRESSION:
-Status Post Chronic:
Sprain/ strain injury of the Sprain/ strain injury of the cervical spine, lumbar spine and right shoulder.
Nerve root compression/ distraction lesions of the cervical spine and lumbar spine.
Cervicalgia.
Pain in the lumbar spine and right shoulder.
IVD displacement without myelopathy in the cervical spine.
Segmental joint dysfunction of the cervical spine and lumbar spine.
Insomnia.
Difficulty walking.

-Status Post Resolved:
Headache.
Sprain/ strain injury of the right ankle.
Stiffness of the right ankle.

IMPAIRMENT RATING:
Permanent Impairment Rating of the cervical spine: 5 %.
Permanent Impairment Rating of the lumbar spine: 4 %.
Permanent Impairment Rating of the right shoulder: 4%.
Combined Whole Body Impairment: 13 %.

PROGNOSIS:
   's prognosis is guarded based on the objective findings supported by the Norris and Watt protocols.

Therapeutic Assessment:
-Mr.    was able to tolerate today's treatment.

Plan:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Mr.    should: avoid heavy lifting, bend

05092015

**Chart Notes**

04/23/2016 thru 04/29/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| Patient: | | DOB: | | | |
|----------|--|------|--|--|--|
| (Finalized) | | | | | |
| Ins Co STATE FARM (TEXAS) | | Pol # | | Insured | CL#597N81610 |

**Date**   04/28/2016

| Provider   Roy Canizares DC-CH7764 | *** continued from previous page *** |
|---|---|

only at the knees, do not lift anything heavier than 15 lbs, continue range of motion exercises to the affected areas, continue with isometric exercises as tolerated, take warm bath for at least 20 minutes daily, take daily 20 minute warm baths after 48 hours and wear supportive garment during activity.

RECOMMENDED PROCEDURES:
Mr. [        ] suffers from residual symptoms and should consider a more invasive approach such as, MRI studies of the lumbar spine and right shoulder, facet blocks of the cervical spine, thoracic spine and lumbar spine, epidurals of the cervical spine, thoracic spine, lumbar spine, spinal surgery of the lumbar spine and an arthroscopy of the right shoulder, should the orthopedic surgeon concur.
The approximate cost associated with a(n) MRI is $1100, facet block is $5200, epidural is $4500, spinal surgery is $50.000 - $120.000 and arthroscopy is $ 35.000 - $ 75.000.

The following therapies were performed by M. P. Perez Pena, LMT, MA 80263.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, lumbar spine and right shoulder.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine and right shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: right shoulder regions for a duration of 8 to 23 minutes.
- (CMT 2) Chiropractic manipulative treatment was performed on the spine to the lower cervical and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic

| Diagnosis | S13.4XXA: Sprain of ligaments of cervical spine, initial encounter |
|-----------|---------------------------------------------------------------------|
| | S16.1XXA: Strain of muscle, fascia and tendon at neck level, init |
| | S14.2XXA: Injury of nerve root of cervical spine, initial encounter |
| | M54.2: Cervicalgia |
| | M99.01: Segmental and somatic dysfunction of cervical region |
| | S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter |
| | S39.012A: Strain of lower back |
| | S34.21XA: Injury of nerve root of lumbar spine, initial encounter |
| | M54.5: Low back pain |
| | M99.03: Segmental and somatic dysfunction of lumbar region |
| | S43.401A: Unspecified sprain of right shoulder joint, init encntr |
| | S46.911A: Strain unsp musc/fasc/tend at shldr/up arm, right arm, init |
| | M25.511: Pain in right shoulder |
| | R51: Headache |
| | S93.401A: Sprain of unspecified ligament of right ankle, init encntr |
| | M25.671: Stiffness of right ankle, not elsewhere classified |
| | G47.00: Insomnia, unspecified |
| | R26.2: Difficulty in walking, not elsewhere classified |
| | V49.40XA: Driver injured in collision w unsp mv in traf, init |
| | M50.20: Other cervical disc displacement, unsp cervical region |

05092016

**Chart Notes**

04/23/2016 thru 04/29/2016

CEDA Ortho & Int Med of Downtown/LH
2190 W Flagler Street
Miami, FL 33135
Phone: 305-441-9918
Fax: 305-441-9945

| | | |
|---|---|---|
| **Patient:** (Finalized) | **DOB:** | |
| **Ins Co** STATE FARM (TEXAS) | **Pol #** | **Insured** CL#597N81610 |

**Date** 04/28/2016

**Provider** Roy Canizares DC-CH7764      *** *continued from previous page* ***

Provider Signature X _____

05/03/2016 09:12 AM

05092016

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM (TEXAS)
PO BOX 149203
AUSTIN, TX 78714

CARRIER

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLKLUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
CI#597N81610

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  SEX  M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

8. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY / STATE

8. RESERVED FOR NUCC USE

CITY / STATE

ZIP CODE  TELEPHONE (Include Area Code)

ZIP CODE  TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH  SEX  M ☒ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☒ NO ☐ PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE...

SIGNED  Signature On File  DATE 05.04 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE...
SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 11.15.2015  QUAL. 431

15. OTHER DATE QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.  17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM  TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0

22. RESUBMISSION CODE  ORIGINAL REF. NO.

A. S134XXA  B. LS161XXA  C. LS142XXA  D. M542
E. IM9901  F. LS335XXA  G. LS39012A  H. LS3421XA
I. IM545  J. LM9903  K. LS43401A  L. LS46911A

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 04-28-2016 04-28-2016 | 11 | | 97010 | | ABCD | 2500 | 1 | | NPI | 1689801490 |
| 2 | 04-28-2016 04-28-2016 | 11 | | 97014 | | ABCD | 4000 | 1 | | NPI | 1689801490 |
| 3 | 04-28-2016 04-28-2016 | 11 | | 97035 | | ABCD | 4000 | 1 | | NPI | 1689801490 |
| 4 | 04-28-2016 04-28-2016 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1689801490 |
| 5 | 04-28-2016 04-28-2016 | 11 | | 99214 | 25 | ABCD | 34800 | 1 | | NPI | 1689801490 |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271347175  SSN EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES ☒ NO ☐

28. TOTAL CHARGE $ 53300

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Roy Canizares DC-CH7764
SIGNED  On File  05.04 2016

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Med of Downtown/LH LLC
2190 W Flagler Street
a. Miami, FL 33135

33. BILLING PROVIDER INFO & PH # (305) 4419918
CEDA Ortho & Interventional Med of Downtown/LH LLC
PO Box 1750
a. Miami, FL 33126

NUCC Instruction Manual available at: www.nucc.org  PLEASE PRINT OR TYPE  APPROVED OMB-0938-1197 FORM 1500 (02-12)

**03202017**

**Chart Notes**

CEDA Ortho & Interventional Medicine
8851 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL# 599F02994 |

**Date** 01/25/2017

**Provider** Patrick Louis Fenelus DC CH 8094

**Subjective:**
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of     , the following is a final narrative report relative to the injuries sustained by Ms.     , who was involved in motor vehicle crash (MVC), which occurred on 09/18/2016.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Ms.      has been treating in my office for injuries sustained in the 09/18/2016 accident. She has been undergoing active care consisting of various modalities with the goal of returning her to pre- injury status or maximum functional capacity status. The initial diagnostic impression was as follows: (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S14.2XXA) Injury of nerve root of cervical spine, initial encounter, (M54.12) Radiculopathy, cervical region, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S29.012A) Strain of muscle and tendon of back wall of thorax, init, (S24.2XXA) Injury of nerve root of thoracic spine, initial encounter, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of muscle, fascia and tendon of lower back, init, (S34.21XA) Injury of nerve root of lumbar spine, initial encounter, (S63.502A) Unspecified sprain of left wrist, initial encounter, (V49.40) Driver injured in collision with unspecified motor vehicles in traffic accident.
It is my opinion at this time that Ms.      has reached maximum medical improvement status or MMI as it relates to conservative care. Even though      has had mild-moderate improvement in her condition with treatment, she continues to experience intermittent pain over the following regions: (CS) cervical spine, (UTS) upper thoracic spine and (LS) lumbar spine described as discomfort and stiff. Mrs      cannot perform her activities of daily living effectively and without pain.

Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder, (RBic) right bicep, (RSH) right posterior shoulder, (RTri) right tricep and (RElb) right elbow with qualities described as numbness.
She is also experiencing numbness and tingling over the (RBic) right bicep, (RHnd) right hand, (RTri) right tricep and (RFing) right fingers region.
She quantified her overall pain intensity as a 2, based on a zero through ten visual analog scale.

ACTIVITIES OF DAILY LIVING:
-(ADL)      was given a questionnaire relating to her activities of daily living and if they have been limited or unaffected by her condition. The following activities elicit pain and thus inhibit function: bending, lifting and twisting. The pain is intermittent and occurs approximately 5% to 20% of her awake time.

**Objective:**
PALPATION FINDING:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C2, C3, C4, C5, T4, T5, T6, T7, L2, L3, L4 and L5.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(C/S Dist)Cervical Distraction test was performed on this patient in order to rule out nerve root lesions. Mrs.      tested negative confirmed by pain reduction on the right and left.
+(Sh Dep) Shoulder Depressor test was positive on the right. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical compression, Jackson's compression, Soto-hall, Valsalva's maneuver and Dejerine's Triad.

-Thoracic Spine Exam:

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
885 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL# 599F02994 |

Date 01/25/2017

Provider Patrick Louis Fenelus DC CH 8094        *** continued from previous page ***

+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(DeJ)Dejerines Triad was positive in the lumbar spine. This test is performed by the patient . While in the seated position, the patient is instructed to bear down while holding their breath. A positive sign is indicative of intrathecal pressure.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; Bechterew's, Kemp's test, SLR, Bragard's test, Milgrams, Valsava's and Goldthwait's test.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, head translation to the left, pelvis is high on the left and even shoulders.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception} The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy and Heel to Toe (walk) Test.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right and Alternating Hand Movement on the left.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

**Assessment:**
DIAGNOSIS:
See below.

IMAGING STUDIES:

MRI FINDINGS:
A MRI study of the cervical spine was performed on 09/30/2016. The study revealed the following:
IVD bulge at C5-C6.
Straightening and loss of the normal cervical lordotic curvature, which may be seen in sprain or strain injury.
Please refer to attached MRI report for greater detail.

CLINICAL IMPRESSION:
-Status Post Chronic:

**03202017**

**Chart Notes**

CEDA Ortho & Interventional Medicine
885 West 49 Street
Hialeah, FL. 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| **Ins Co  STATE FARM INSURANCE** | | **Pol #** | | **Insured**  CL# 599F02994 | |

Date    01/25/2017

Provider    Patrick Louis Fenelus DC CH 8094                         *** *continued from previous page* ***

Sprain/strain injury of the cervical spine, thoracic spine and lumbar spine.
Nerve root compression/ distraction lesions of the cervical spine, thoracic spine and lumbar spine.
Radiculopathy/neuritis of the cervical spine.
IVD displacement without myelopathy in the cervical spine.

IMPAIRMENT RATING:
Permanent Impairment Rating of the cervical spine: 5 %.
Permanent Impairment Rating of the thoracic spine: 1 %.
Permanent Impairment Rating of the lumbar spine: 4 %.
Combined Whole Body Impairment: 10 %.

PROGNOSIS:
The prognosis for Ms.            is fair based on the objective findings supported by the Norris and Watt Protocols.

Plan:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Ms             should: avoid heavy lifting, bend only
at the knees and continue range of motion exercises to the affected areas.

RECOMMENDED PROCEDURES:
Ms.            suffers from residual symptoms and should consider a more invasive approach such as, discography of
the cervical spine and epidurals of the cervical spine and lumbar spine, should the orthopaedic surgeon concur.
The approximate cost associated with a (n) discography is $ 4500 and epidural is $ 4500.

MB

**Diagnosis**    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of muscle and tendon of back wall of thorax, init
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of muscle, fascia and tendon of lower back, init
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
S63.502A: Unspecified sprain of left wrist, initial encounter
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, unsp cervical region

Electronically Signed

01/30/2017 03:11 PM

03202017

**Chart Notes**

CEDA Ortho & Interventional Medicine
8851 West 49 Street
Hialeah, FL, 33012
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | ▮▮▮▮▮▮ | DOB: | ▮▮▮▮▮ | | |
| Ins Co STATE FARM INSURANCE | | Pol # | ▮▮▮▮▮▮ | Insured | CL# 599F02994 |

Date    01/25/2017

Provider   Patrick Louis Fenelus DC CH 8094                    *** continued from previous page ***



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA 30348

| | | PICA | | | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|---|---|---|

**CARRIER**

1. MEDICARE ☐   MEDICAID ☐   TRICARE ☐   CHAMPVA ☐   GROUP HEALTH PLAN ☐   FECA BLK LUNG ☐   OTHER ☐
(Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
CL# 599F02994

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  MM | DD | YY   SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ▮▮▮▮ STATE ▮

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE ▮▮▮   TELEPHONE (Include Area Code) ( )

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☒ NO

a. INSURED'S DATE OF BIRTH  MM | DD | YY   SEX  M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☐ YES ☒ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, complete items 9, 9a, and 9d.

**PATIENT AND INSURED INFORMATION**

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE  02 01 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM | DD | YY
09 18 2016   QUAL. 431

15. OTHER DATE  QUAL.  MM | DD | YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM | DD | YY   TO  MM | DD | YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM | DD | YY   TO  MM | DD | YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. S233XXA   F. S29012A   G. S242XXA   H. S335XXA
I. S39012A   J. S3421XA   K. S63502A   L. V4940

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 25 2017 | 01 25 2017 | 11 | | 99214 | | ABCD | 34800 | 1 | | NPI | 1003836826 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**PHYSICIAN OR SUPPLIER INFORMATION**

25. FEDERAL TAX I.D. NUMBER   SSN  EIN ☒
271347409

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES ☐ NO

28. TOTAL CHARGE  $ 34800

29. AMOUNT PAID  $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Patrick Louis Fenelus DC CH
8094
SIGNED  On File   DATE  02 01 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Ortho & Interventional Medicine of Hialeah
235 West 49 Street
a. Hialeah, FL 33012   b.

33. BILLING PROVIDER INFO & PH #  ( ) 305 5585432
CEDA Ortho & Interventional Med of Hialeah, LLC
PO Box 26-1750
a. Miami, FL 33126   b. 1003836826

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

# Chart Notes

06/30/2018 thru 07/06/2018

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

| Patient: | (MVA - PIP) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured | CL#593414G12 |

**Date** 07/02/2018

**Provider** Thomas Haban, DC- CH 8590

**Subjective:**
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of                    , the following is a final narrative report relative to the injuries sustained by Ms.                    , who was involved in a motor vehicle crash (MVC) , which occurred on 03/22/2018.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Ms                    has been treating in my office for injuries sustained in the 03/22/2018 accident. She has been undergoing active care consisting of various modalities with the goal of returning her to pre-injury status or maximum functional capacity status. The initial diagnostic impression was as follows: (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S14.2XXA) Injury of nerve root of cervical spine, initial encounter, (M54.12) Radiculopathy, cervical region, (M54.2) Cervicalgia, (M62.838) Other muscle spasm, (M99.01) Segmental and somatic dysfunction of cervical region, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S29.012A) Strain of back wall of thorax, (M54.6) Pain in thoracic spine, (M62.830) Muscle spasm of back, (M99.02) Segmental and somatic dysfunction of thoracic region, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (M54.5) Low back pain, (M99.03) Segmental and somatic dysfunction of lumbar region, (V49.40) Driver injured in collision with unspecified motor vehicles in traffic accident.
It is my opinion at this time that Ms.                    has reached maximum medical improvement status or MMI as it relates to conservative care. Even though                    has had mild to moderate improvement in her condition with treatment, she continues to experience intermittent pain over the following regions: (CS) cervical spine and (LS) lumbar spine described as aching, discomfort and dull. Mrs.                    cannot perform her activities of daily living effectively and without pain. The patient relates (MTS) mid thoracic spine pain and radiating left shoulder pain have resolved. She has been following a prescription regiment of Tylenol 500 mg under the direction of Dr. Crespo-Smith, M.D. She quantified her overall pain intensity at 1, based on a zero through ten visual analog scale since the last evaluation.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL)                    was given a questionnaire relating to her duties under duress/activities of daily living and if they have been limited or unaffected by her condition. The following activities elicit pain and thus inhibit function: sitting, reclining, bending and lifting.
The pain is intermittent and occurs approximately 45% to 60% of her awake time.

**Objective:**
PALPATION FINDING:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C3, C4, C5, C6, C7, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (RTrap) right trapezius and (LTrap) left trapezius.

ORTHOPEDIC TESTS:

Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions.Mrs.                    tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.

# Chart Notes

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

06/30/2018 thru 07/06/2018

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593414G12 |

Date 07/02/2018

Provider Thomas Haban, DC- CH 8590 *** continued from previous page ***

+(Sh Dep) Shoulder Depressor test was positive on the right and left. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.

Thoracic Spine Exam:
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Kemp's.

Lumbar Spine Exam:
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
+(ValsL/S) Valsalva's test was positive in the lumbar spine. This test is indicative of intrathecal pressure when positive.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; Bechterew's, SLR and Bragard's test.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, shoulder high on left and pelvis is high on the left.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s) were positive for deficits in proprioception:
Leg Length Discrepancy.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

Assessment:
DIAGNOSIS:
See below.

IMAGING STUDIES:
MRI FINDINGS:
An MRI study of the lumbar spine was performed on 04/24/2018. The study revealed the following:
Herniated nucleus pulposus at L1-L2, L2-L3, L3-L4 and L4-L5
Please refer to attached MRI report for greater detail.

CLINICAL IMPRESSION:

Printed: Friday, July 13, 2018 10:12:00 AM

Page 41 Of 330

**Chart Notes**

06/30/2018 thru 07/06/2018

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

| Patient: | (MVA - PIP) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#593414G12 |

**Date    07/02/2018**

**Provider   Thomas Haban, DC- CH 8590**                      *** *continued from previous page* ***

-Status Post Chronic:
Sprain/ strain injury of the cervical spine and lumbar spine.
Cervicalgia and lumbalgia.
IVD disorder with myelopathy in the lumbar spine.

-Status Post Resolved:
Sprain/ strain injury of the thoracic spine.
Thoracalgia.
Myospasm of the cervical spine, thoracic spine and lumbar spine.
Segmental dysfunction of the cervical spine, thoracic spine and lumbar spine.

IMPAIRMENT RATING:
Permanent Impairment Rating of the cervical spine: 5 %.
Permanent Impairment Rating of the lumbar spine: 8 %.
Duties under duress/activities of daily living: 1 %.
Combined Whole Body Impairment: 14 %.

PROGNOSIS:
's prognosis is good to poor based on the objective findings supported by the Norris and Watt protocols.

DISCUSSION:
To the best degree of medical certainty, it is my opinion that the injuries related to Ms.                    's treatment were
caused by the 03/22/2018 accident.

Plan:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Ms.                    should:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Mr.                    should: avoid heavy lifting, bend only at
the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue with range of motion
exercises to the affected areas and wear supportive garment during activity.

REFERRAL:
I am further recommending that Ms.                    should follow up with a(n): orthopedic spine surgeon for further
evaluation of the cervical spine and lumbar spine. I feel that a more invasive approach may further benefit her
condition.

RECOMMENDED PROCEDURES:
Ms.                    suffers from residual symptoms and should consider a more invasive approach such as an epidural
of the lumbar spine, should the orthopedic surgeon concur.
The approximate cost associated with a an epidural is $4500.

MB

**Chart Notes**

06/30/2018 thru 07/06/2018

CEDA Ortho & Int Medicine of Cutler bay
10974 SW 184th Street, Cutler bay, FL
33157
Phone: (305) 363-1366
Fax:

07/17/2018

| Patient: | (MVA -   PIP) | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#593414G12 |

**Date    07/02/2018**

Provider   Thomas Haban, DC- CH 8590                                *** continued from previous page ***

**Diagnosis**   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.12: Radiculopathy, cervical region
M54.2: Cervicalgia
M62.838: Other muscle spasm
M99.01: Segmental and somatic dysfunction of cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S29.012A: Strain of back wall of thorax
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M51.06: Intervertebral disc disorders with myelopathy, lumbar region

Electronically Signed

Thomas Haban, DC- CH 8590 07/12/2018 10:00 AM

Printed:   Friday, July 13, 2018 10:12:00 AM                                                      Page 43 Of   330



**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

| PICA | | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)   MEDICAID ☐ (Medicaid#)   TRICARE ☐ (ID#/DoD#)   CHAMPVA ☐ (Member ID#)   GROUP HEALTH PLAN ☐ (ID#)   FECA BLK LUNG ☐ (ID#)   OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
CL#593414G12

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
▮▮▮▮▮▮▮

3. PATIENT'S BIRTH DATE   MM  DD  YY   SEX  M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
▮▮▮▮▮▮▮

5. PATIENT'S ADDRESS (No., Street)
▮▮▮▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
▮▮▮▮▮▮▮

CITY                              STATE ▮
8. RESERVED FOR NUCC USE

CITY                              STATE ▮

ZIP CODE ▮   TELEPHONE (Include Area Code) (   )

ZIP CODE ▮   TELEPHONE (Include Area Code) (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  MM  DD  YY   SEX  M ☐  F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  ☒ YES  ☐ NO   PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE 07 02 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM 03 DD 22 YY 2018   QUAL. 431

15. OTHER DATE  MM  DD  YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY  TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  ☐ YES  ☒ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

22. RESUBMISSION CODE   ORIGINAL REF. NO.

A. S134XXA   B. S161XXA   C. S142XXA   D. M5412
E. M542   F. M62838   G. M9901   H. S233XXA
I. S29012A   J. M546   K. M62830   L. M9902

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 07 | 02 | 2018 | 07 | 02 | 2018 | 11 | | 99214 | | ABCD | 348 00 | 1 | | NPI | 1255659769 |
| 2 | | | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
474264026

26. PATIENT'S ACCOUNT NO.
▮▮▮▮

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE  $ 348 00

29. AMOUNT PAID  $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Thomas Haban, DC- CH 8590

SIGNED   DATE 07 03 2018

32. SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedics & Interventional
Medicine of Cutler Bay, LLC
10974 SW 184th Street
Cutler Bay FL 33157
a. 1548777543   b.

33. BILLING PROVIDER INFO & PH # (305 )3631366
CEDA Ortho & Int. Medicine of Cutler
bay
PO BOX 26-1750
MIAMI, FL 33126
a. 1255659769   b.

NUCC Instruction Manual available at: www.nucc.org   PLEASE PRINT OR TYPE   APPROVED OMB-0938-1197 FORM 1500 (02-12)

# Chart Notes

05/06/2017 thru 05/12/2017

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

05222017

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Finalized) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured CL#59808L123 |

**Date    05/10/2017**

**Provider    Karim Habayeb DC-CH9650**

### Subjective:
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of                    , the following is a final narrative report relative to
the injuries sustained by Ms.                    , who was involved in a motor vehicle crash (MVC) , which occurred on
02/02/2016.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Ms.                    has been treating in my office for injuries sustained in the 02/02/2016 accident. She has
been undergoing active care consisting of various modalities with the goal of returning her to pre- injury status or
maximum functional capacity status. The initial diagnostic impression was as follows: (S13.4XXA) Sprain of ligaments
of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S14.2XXA)
Injury of nerve root of cervical spine, initial encounter, (M99.01) Segmental and somatic dysfunction of cervical region,
(S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S39.012A) Strain of lower back, (S34.21XA)
Injury of nerve root of lumbar spine, initial encounter, (M99.03) Segmental and somatic dysfunction of lumbar region,
(V49.40XA) Driver injured in collision with unspecified motor vehicles in traffic accident, initial encounter
It is my opinion at this time that Ms.                    has reached maximum medical improvement status or MMI as it
relates to conservative care. Even though                    has had moderate improvement in her condition with treatment, she
continues to experience intermittent pain over the following regions: (LS) lumbar spine described as aching and
discomfort. Mrs.                    cannot perform her activities of daily living effectively and without pain.
She has been following a prescription regiment of hydrochlorothiazide 12.5 mg under the direction of Dr. Crespo-
Smith, M.D.
She quantified her overall pain intensity at 2, based on a zero through ten visual analog scale.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL)                    was given a questionnaire relating to her duties under duress/activities of daily living and if they
have been limited or unaffected by her condition. The following activities elicit pain and thus inhibit function: sitting,
transfer and driving.
The pain is intermittent and occurs approximately 5% to 20% of her awake time.

### Objective:
PALPATION FINDING:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over L4,
L5 and sacrum.

ORTHOPEDIC TESTS:

Lumbar Spine Exam:
+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is
unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath,
such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative;Minor's, Bechterew's, Kemp's test
and SLR.

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, head translation to the right, shoulder high on left and
pelvis is high on the left.

BALANCE & PROPRIOCEPTION:

# Chart Notes

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

05222017

**05/06/2017 thru 05/12/2017**

| Patient: | DOB: | | |
|---|---|---|---|
| (Finalized) | | | |
| Ins Co  STATE FARM INSURANCE | Pol # | Insured | CL#59808L123 |

**Date     05/10/2017**

**Provider   Karim Habayeb DC-CH9650**                              *** continued from previous page ***

+(Balance / Proprioception) The following test(s) were positive for deficits in proprioception:
Leg Length Discrepancy.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Balance Test, Alternating Hand Movement on the right,
Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the
following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent
Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity
and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to
Wexler Scale standards.

Assessment:
DIAGNOSIS:
See below.

IMAGING STUDIES:

MRI FINDINGS:
MRI studies of the cervical spine and lumbar spine were performed on 10/24/2016. The study revealed the following:
IVD bulge of  C4-C5
Herniated nucleus pulposus of L4-L5
Please refer to attached MRI report for greater detail.

CLINICAL IMPRESSION:
-Status Post Chronic:
Sprain/ strain injury of the lumbar spine.
Nerve root compression/ distraction lesions of the lumbar spine.
Myospasm of the lumbar spine.
Lumbalgia.
Segmental dysfunction of the lumbar spine.
IVD displacement without myelopathy in the cervical spine.
IVD disorder with myelopathy in the lumbar spine.

-Status Post Resolved:
Sprain/ strain injury of the cervical spine.
Nerve root compression/ distraction lesions of the cervical spine.
Cervicalgia.
Myospasm of the cervical spine.
Segmental dysfunction of the cervical spine.
Headache.

IMPAIRMENT RATING:
Permanent Impairment Rating of the lumbar spine: 5 %.

# Chart Notes

**Ceda Ortho & Int Med of South Miami**
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

05/06/2017 thru 05/12/2017

052220017

| Patient: | | DOB: | | | |
|----------|--|------|--|--|--|
| (Finalized) | | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#59808L123 |

**Date** 05/10/2017

**Provider Karim Habayeb DC-CH9650**

*** continued from previous page ***

Duties under duress/activities of daily living: 2 %.
Combined Whole Body Impairment: 7 %.

PROGNOSIS:
The prognosis for Ms.     is poor based on the objective findings supported by the Norris and Watt Protocols.

Therapeutic Assessment:
-Ms.     was able to tolerate today's treatment well.

**Plan:**
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Ms.     should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue with range of motion exercises to the affected areas, continue with isometric exercises as tolerated and take warm bath for at least 20 minutes daily.

RECOMMENDED PROCEDURES:
Ms.     suffers from residual symptoms and should consider a more invasive approach such as facet blocks and spinal surgery of the lumbar spine, should the orthopaedic surgeon concur. The approximate cost associated with a facet block is $5200 and spinal surgery is $ 50,000 -$ 120,000.

The following therapies were performed by M. Pascucci, LMT, MA 60408 and RCA 9941.
- (Bike Low) Active therapeutic exercise was performed in the lower extremities, in a group setting, for 8 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.
- (IST) Intersegmental traction was performed to lumbar regions of the spine.

The following therapies were performed by Y. M. Hunter Pena, RCA 14791.
- (Hydroc.) Moist heat pads were applied to the following areas, lumbar spine.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, lumbar spine.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine region for a duration of 8 minutes.
-(Mass) Massage therapy was performed over the lumbar spine region(s) for 8-23 minutes.
- (CMT 1-2) Chiropractic manipulative treatment was performed on the spine to the lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician).

MB

# Chart Notes

05/06/2017 thru 05/12/2017

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

05222017

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (Finalized) | | | | | |
| Ins Co  STATE FARM INSURANCE | | Pol # | | **Insured** | **CL#59808L123** |

**Date**  05/10/2017

**Provider**  **Karim Habayeb DC-CH9650**           *** *continued from previous page* ***

**Diagnosis**      S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M99.01: Segmental and somatic dysfunction of cervical region
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S39.012A: Strain of lower back
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M99.03: Segmental and somatic dysfunction of lumbar region
V49.40XA: Driver injured in collision with unspecified motor vehicles in traffic accident, initial
encounter

Electronically Signed

05/16/2017 10:57 AM



**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

05222017

| PICA | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☐ (ID#)  OTHER ☒ (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
CL#59808L123

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▓▓▓

3. PATIENT'S BIRTH DATE ▓▓ SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street) ▓▓▓

6. PATIENT RELATIONSHIP TO INSURED  Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ▓▓ STATE

8. RESERVED FOR NUCC USE

CITY STATE

ZIP CODE ▓▓ TELEPHONE (Include Area Code) ( )

ZIP CODE TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH MM DD YY  SEX M ☐ F ☒

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  YES ☒ NO ☐  PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?  YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES ☐ NO ☒  If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File   DATE 05 17 2017

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY
02 02 2016   QUAL. 431

15. OTHER DATE MM DD YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0
A. S134XXA   B. S161XXA   C. S142XXA   D. M9901
E. S335XXA   F. S39012A   G. S3421XXA   H. M9903
I. V4940XA   J.   K.   L.

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 05 | 10 | 2017 | 05 | 10 | 2017 | 11 | | 98940 | | ABCD | 8000 | 1 | | NPI | 1558696062 |
| 05 | 10 | 2017 | 05 | 10 | 2017 | 11 | | 99214 | 25 | ABCD | 34800 | 1 | | NPI | 1558696062 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN ☒
271391503

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  YES ☒ NO ☐

28. TOTAL CHARGE $ 42800

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Karim Habayeb DC-CH9650
SIGNED   On File   DATE 05 17 2017

32. SERVICE FACILITY LOCATION INFORMATION
CEDA Health of South Miami, LLC
6075 Sunset Drive
4th Floor
South Miami, Fl. 33143
a. 1558681589   b.

33. BILLING PROVIDER INFO & PH # (305 6691808
Ceda Ortho & Interventional Med of South
Miami LLC
PO Box 26-1750
Miami, Fl. 33126
a. 1558696062   b.

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

# Chart Notes

05/01/2018 thru 05/04/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

05/14/2018

| Patient: | (Finalized) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured |

Date    05/04/2018

Provider   John P. Ross, DC CH12227

## Subjective:
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of [        ], the following is a final narrative report relative to the injuries sustained by Mr. [        ], who was involved in motor vehicle crash (MVC), which occurred on 03/08/2018.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Mr. [        ] has been treating in my office for injuries sustained in the 03/08/2018 accident. He has been undergoing active care consisting of various modalities with the goal of returning him to pre- injury status or maximum functional capacity status. The initial diagnostic impression was as follows: (M62.838) Other muscle spasm, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S16.1XXA) Strain of muscle, fascia and tendon at neck level, init, (S14.2XXA) Injury of nerve root of cervical spine, initial encounter, (M54.2) Cervicalgia, (M99.01) Segmental and somatic dysfunction of cervical region, (S29.012A) Strain of muscle and tendon of back wall of thorax, init, (S24.2XXA) Injury of nerve root of thoracic spine, initial encounter, (M54.6) Pain in thoracic spine, (M62.830) Muscle spasm of back, (M99.02) Segmental and somatic dysfunction of thoracic region, (S39.012A) Strain of muscle, fascia and tendon of lower back, init, (S34.21XA) Injury of nerve root of lumbar spine, initial encounter, (M54.5) Low back pain, (M99.03) Segmental and somatic dysfunction of lumbar region, (S43.401A) Unspecified sprain of right shoulder joint, init encntr, (S46.911A) Strain unsp musc/fasc/tend at shldr/up arm, right arm, init, (M25.511) Pain in right shoulder, (S43.402A) Unspecified sprain of left shoulder joint, initial encounter, (S46.912A) Strain unsp musc/fasc/tend at shldr/up arm, left arm, init, (M25.512) Pain in left shoulder, (S63.501A) Unspecified sprain of right wrist, initial encounter, (M25.531) Pain in right wrist, (S83.91XA) Sprain of unspecified site of right knee, initial encounter, (M25.561) Pain in right knee, (S83.92XA) Sprain of unspecified site of left knee, initial encounter, (M25.562) Pain in left knee, (S93.401A) Sprain of unspecified ligament of right ankle, init encntr, (M25.571) Pain in right ankle and joints of right foot, (V49.40XA) Driver injured in collision with unspecified motor vehicles in traffic accident, (S63.91XA) Sprain of unsp part of right wrist and hand, init encntr, (M79.641) Pain in right hand, (M79.644) Pain in right finger(s).

It is my opinion at this time that Mr. [        ] has reached maximum medical improvement status or MMI as it relates to conservative care. Even though [        ] has had moderate improvement in his condition with treatment, he continues to experience intermittent pain over the following regions: (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine, (LS) lumbar spine, (RSH) right shoulder, (LSH) left shoulder, (RWr) right wrist, (RHnd) right hand, (LHnd) left hand, (RKn) right knee, (LKn) left knee, (RShin) right shin, (LShin) left shin, (RAnk) right ankle, (LAnk) left ankle and (RFt) right foot described as throbbing, aching, discomfort, dull and stiff. Mr. [        ] cannot perform his activities of daily living effectively and without pain. Intermittent (CS) cervical spine pain that radiates to the (RSH) right shoulder and (LSH) left shoulder with qualities described as throbbing and aching.He has been following a prescription regiment of Motrin 800 mg and Flexeril 5 mg under the direction of Dr. Crespo-Smith, M.D. He quantified his overall pain intensity as a 2, based on a zero through ten visual analog scale.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
-(DUD/ADL) [        ] was given a questionnaire relating to his duties under duress/activities of daily living and if they have been limited or unaffected by his condition. The following activities elicit pain and thus inhibit function: dressing, sitting, standing, bending, lifting, twisting, driving, flying, riding, grasping and outdoor recreation.
The pain is intermittent (neck, upper back, mid back, low back, left and right shoulder, right wrist, right hand, right ankle, and right foot) and occurs approximately 25% to 40% of his awake time.

## Objective:
PALPATION FINDING:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C1,

## Chart Notes

05/01/2018 thru 05/04/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | (Finalized) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured |

**Date    05/04/2018**

**Provider   John P. Ross, DC CH12227**                    *** continued from previous page ***

C2, C3, C4, C5, C6, C7, T1, T2, T3, T4, T5, T10, T11, T12, L1, L2, L3, L4, L5 and sacrum.
- Pain and tenderness  were noted during digital palpation in the following regions; (LTrap) left trapezius, (RTrap) right trapezius, (LRhom) left rhomboid, (RRhom) right rhomboid, (RWr) right  wrist, (RHnd) right hand, (RBic) right bicep, (RTri) right tricep, (LBic) left bicep, (LTri) left tricep, (RKn) right knee, (LKn) left knee, (RAnk) right ankle and (RFt) right foot.

ORTHOPEDIC TESTS:
Cervical Spine Exam:
+(Jacs) Jackson's cervical compression test was positive on the left for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens fracture at C-7 and/ or T-1.
+(O'Don) O'Donoghue's Maneuver was positive cervical flexion, cervical right rotation and cervical right lateral flexion. This test is indicative of a sprain/strain injury to the cervical spine, when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical compression, cervical distraction, Valsalva's maneuver and Slump's test.

Thoracic Spine Exam:
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion and or facet capsule imbrication.
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and or facet capsule rupture.
+(SLR) Lesgue's test was positive on the right at 60 and left at 70 degrees.
These findings are indicative of a space occupying lesion such as a lumbar disc protrusion, tumor, adhesions, edema and tissue inflammation at the involved nerve root level.

+(Mil) Milgram's Test was positive. The test increases subarachnoid pressure and is positive when the patient is unable to hold the position for 30 seconds without pain, indicating pathology within or outside the spinal cord sheath, such as a herniated disc.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative; Minor's, Bechterew's, Bragard's test, Valsava's and Slump's test.

Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the right. This test is indicative of a rotator cuff lesion.
+(Cod) Codman's drop arm test was positive on the right. This test indicates a tear of the rotator cuff, when positive.
+(Supra) Supraspinatus test was positive on the right shoulder. This test is indicative of a supraspinatus tendon tear.
+(Appr) Apprehension test was found to be positive on the right and left. This test is indicative of chronic shoulder dislocation, when positive.
-(NegShOrtho) The following orthopedic tests were negative;bDawbarn's, Yergason's and Hawkin's.

Vascular / TOS:
-(Vasc)The following orthopedic tests for vascular tests were negative: George's.

Ankle and Foot Exam:
+(ValStrAnk) Valgus Stress Ankle test was positive on the right ankle. This is indicative of a medial collateral ligament lesion.
-(Neg Ank Orthos)The following orthopedic tests were negative: Anterior Drawer's, Varus Stress, Thompson's and Homan's.

# Chart Notes

05/01/2018 thru 05/04/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

05/14/2018

| Patient: | (Finalized) | DOB: | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | | Insured |

Date    05/04/2018

Provider   John P. Ross, DC CH12227                           *** continued from previous page ***

POSTURE ANALYSIS:
-Posture analysis revealed the following: head tilt to the right, head translation to the left, shoulder high on right and pelvis is high on the left.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception:
Leg Length Discrepancy on the left.
-The following tests for proprioception performed were negative: Balance Test, Finger to Nose on the right, Finger to Nose on the left, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

Assessment:
DIAGNOSIS:
See below.

IMAGING STUDIES:
CT FINDINGS:
A computerized tomography (CT) study of the (CS) cervical spine was performed on 03/16/2018.  The study revealed the following:
Herniated disc, C5-C6, 1.3 mm
Straightening and loss of the normal cervical lordotic curvature
Please refer to attached CT report for greater detail.

A computerized tomography (CT) study of the lumbosacral spine was performed on 03/16/2018.  The study revealed the following:
Herniated disc, L5-S1, 1.4 mm
Please refer to attached CT report for greater detail.

CLINICAL IMPRESSION:
-Status Post Chronic:
Sprain/strain injury of the cervical spine, thoracic spine, right shoulder, left shoulder, right wrist, right hand, right ankle, and lumbar spine.
IVD displacement without myelopathy in the cervical spine and lumbar spine.
Cervicalgia.
Myospasm of the cervical spine, thoracic spine and lumbar spine.

# Chart Notes

**CEDA Ortho & Int Med of Hialeah**
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

05/14/2018

**05/01/2018 thru 05/04/2018**

| Patient: | (Finalized) | DOB: | |
|---|---|---|---|
| Ins Co **STATE FARM INSURANCE** | Pol # | | **Insured** |

**Date    05/04/2018**

**Provider   John P. Ross, DC CH12227**                          *** *continued from previous page* ***

Segmental and somatic dysfunction of the cervical spine, thoracic spine, and lumbar spine.
Pain in thoracic spine, right shoulder, left shoulder, right ankle, right wrist, right hand, right fingers, and lumbar spine.

-Status Post Resolved:
Sprain/strain injury of right and left lateral collateral ligament.
Pain in right knee and left knee.

IMPAIRMENT RATING:
Permanent Impairment Rating of the cervical spine: 3 %.
Permanent Impairment Rating of the thoracic spine: 1 %.
Permanent Impairment Rating of the lumbar spine: 3 %.
Permanent Impairment Rating of the right shoulder: 1%.
Permanent Impairment Rating of the left shoulder: 1%.
Permanent Impairment Rating of the right wrist/hand: 1%.
Permanent Impairment Rating of the right knee: 0%.
Permanent Impairment Rating of the left knee: 0%.
Permanent Impairment Rating of the right ankle/right foot: 1%.
Duties under duress/activities of daily living: 1 %.
Combined Whole Body Impairment: 12 %.

PROGNOSIS:
The prognosis for Mr. ___ is fair based on the objective findings supported by the Norris and Watt Protocols.

DISCUSSION:
To the best degreee of medical certainty, it is my opinion that the injuries related to Mr. ___ 's treatment were caused by the 03/08/2018 accident.

Therapeutic Assessment:
-Mr. ___ was able to tolerate today's treatment well. He has continued to progress and will continued the plan of care.

Plan:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Mr. ___ should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue ROM (range of motion) exercises to the affected areas, continue with isometric exercises as tolerated, take warm bath for at least 20 minutes daily and wear supportive garment during activity.

REFERRAL:
I am further recommending that Mr. ___ should follow up with a (n): orthopedic spine surgeon for further evaluation of the cervical spine, thoracic spine and lumbar spine. I feel that a more invasive approach may further benefit his condition.

RECOMMENDED PROCEDURES:
Mr. ___ suffers from residual symptoms and should consider a more invasive approach such as, MRI of the thoracic spine, right shoulder, left shoulder and right wrist/hand, right ankle, right foot, facet blocks of the cervical spine and lumbar spine, an epidural of the cervical spine and lumbar spine,spinal surgery of the cervical spine and lumbar spine, should the orthopaedic surgeon concur. The approximate cost associated with a (n) MRI is $ 1100, facet block is $ 5200, epidural is $ 4500 and spinal surgery is $ 50.000 - $ 120.000.

The following therapies were performed by A. M. Silverio, LMT, MA 69749.

# Chart Notes

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

05/01/2018 thru 05/04/2018

05/14/2018

| Patient: | (Finalized) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured |

**Date    05/04/2018**

**Provider    John P. Ross, DC CH12227**                          *** continued from previous page ***

- (NMR Vibe) Neuromuscular re-education was performed in the cervical spine, thoracic spine, lumbar spine, right shoulder, left shoulder, right wrist, right hand, right knee, left knee, right ankle and right foot region(s), by utilizing a medical grade motorized three plane vibration device for 13-15 minutes.
-(Stepper SciFit) Active therapeutic exercise was performed in the upper and lower extremities by utilizing a SciFit recumbent stepper.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.

The following therapies were performed by Y. Gonzalez, RCA 12982.
- (Hydroc.) Moist heat pads were applied to the following areas, thoracic spine, lumbar spine, cervical spine, right shoulder, left shoulder, right knee, left knee and right ankle.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, thoracic spine, lumbar spine, right shoulder and left shoulder.
- (U/S) Therapeutic ultrasound was applied over the following areas: lumbar spine regions for 13-15 minutes.
-(Mass) Massage therapy was performed over the cervical spine, thoracic spine, lumbar spine, right shoulder and left shoulder regions for 8-10 minutes.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the mid cervical, lower cervical, upper thoracic, mid thoracic, upper cervical, lower thoracic, upper lumbar, mid lumbar and lower lumbar regions. Pain, tenderness and myospasms were noted along these regions. * (CMT's are performed solely by the chiropractic physician)

ME

# Chart Notes

05/01/2018 thru 05/04/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

| Patient: | (Finalized) | DOB: | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | | Insured |

Date   05/04/2018

Provider   John P. Ross, DC CH12227 *** continued from previous page ***

**Diagnosis**   M62.838: Other muscle spasm
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S16.1XXA: Strain of muscle, fascia and tendon at neck level, init
S14.2XXA: Injury of nerve root of cervical spine, initial encounter
M54.2: Cervicalgia
M99.01: Segmental and somatic dysfunction of cervical region
S29.012A: Strain of muscle and tendon of back wall of thorax, init
S24.2XXA: Injury of nerve root of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M62.830: Muscle spasm of back
M99.02: Segmental and somatic dysfunction of thoracic region
S39.012A: Strain of muscle, fascia and tendon of lower back, init
S34.21XA: Injury of nerve root of lumbar spine, initial encounter
M54.5: Low back pain
M99.03: Segmental and somatic dysfunction of lumbar region
S43.401A: Unspecified sprain of right shoulder joint, init encntr
S46.911A: Strain unsp musc/fasc/tend at shldr/up arm, right arm, init
M25.511: Pain in right shoulder
S43.402A: Unspecified sprain of left shoulder joint, initial encounter
S46.912A: Strain unsp musc/fasc/tend at shldr/up arm, left arm, init
M25.512: Pain in left shoulder
S63.501A: Unspecified sprain of right wrist, initial encounter
M25.531: Pain in right wrist
S83.91XA: Sprain of unspecified site of right knee, initial encounter
M25.561: Pain in right knee
S83.92XA: Sprain of unspecified site of left knee, initial encounter
M25.562: Pain in left knee
S93.401A: Sprain of unspecified ligament of right ankle, init encntr
M25.571: Pain in right ankle and joints of right foot
V49.40XA: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, unsp cervical region
M51.26: Other intervertebral disc displacement, lumbar region
S63.91XA: Sprain of unsp part of right wrist and hand, init encntr
M79.641: Pain in right hand
M79.644: Pain in right finger(s)
S83.421A: Sprain of lateral collateral ligament of right knee, init

Electronically Signed   [signature]
05/09/2018 04:41 PM



STATE FARM INSURANCE
PO BOX 106145
ATLANTA, GA  30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | | |
|---|---|---|
| ☐ PICA | | ☐ PICA |

1. ☐ MEDICARE (Medicare#)  ☐ MEDICAID (Medicaid#)  ☐ TRICARE (ID#/DoD#)  ☐ CHAMPVA (Member ID#)  ☐ GROUP HEALTH PLAN (ID#)  ☐ FECA BLK LUNG (ID#)  ☒ OTHER (ID#)

1a. INSURED'S I.D. NUMBER                              (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE    SEX
   MM  DD  YY        M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
   Self ☐  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY                                        STATE

8. RESERVED FOR NUCC USE

CITY                                        STATE

ZIP CODE          TELEPHONE (Include Area Code)
                  (    )

ZIP CODE          TELEPHONE (Include Area Code)
                  (    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
   ☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH          SEX
   MM  DD  YY              M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?          PLACE (State)
   ☒ YES  ☐ NO   FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
   ☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
   ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File         DATE  05 11 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)  MM DD YY  03 08 2018   QUAL. 431

15. OTHER DATE  MM DD YY   QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
   MM DD YY   FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
   17a.
   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
   MM DD YY   FROM          TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐ YES  ☒ NO      $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

A. M62838    B. S335XXA    C. S233XXA    D. S134XXA
E. S161XXA    F. S142XXA    G. M542      H. M9901
I. S29012A    J. S242XXA    K. M546      L. M62830

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 04 2018 | 05 04 2018 | 11 | | 97014 | | ABCD | 37 00 | 1 | | NPI | 1659556223 |
| 2 | 05 04 2018 | 05 04 2018 | 11 | | 97035 | | ABCD | 40 00 | 1 | | NPI | 1659556223 |
| 3 | 05 04 2018 | 05 04 2018 | 11 | | 97124 | 59 | ABCD | 83 00 | 1 | | NPI | 1659556223 |
| 4 | 05 04 2018 | 05 04 2018 | 11 | | 98941 | | ABCD | 115 00 | 1 | | NPI | 1659556223 |
| 5 | 05 04 2018 | 05 04 2018 | 11 | | 99214 | 25 | ABCD | 348 00 | 1 | | NPI | 1659556223 |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN ☐ EIN ☒
   271347409

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
   ☒ YES  ☐ NO

28. TOTAL CHARGE   $ 623 00

29. AMOUNT PAID   $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
   John P. Ross, DC CHT2227

SIGNED  On File   DATE  05 11 2018

32. SERVICE FACILITY LOCATION INFORMATION
   CEDA Ortho & Interventional Medicine of Hialeah, LLC
   755 E 49th Street
   Hialeah, FL 33013
   a. 1154641165   b.

33. BILLING PROVIDER INFO & PH #  (305 )585432
   CEDA Ortho & Int Med of Hialeah
   PO Box 26-1750
   Miami, FL 33126
   a. 1659556223   b.

**Chart Notes**

01/09/2016 thru 01/15/2016

Coda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#597M07925 |

Date    01/13/2016

Provider    Michael B. Schulman DC

**Subjective:**
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of ⬛⬛⬛⬛ the following is a final narrative report relative to the *injuries* sustained by Ms. ⬛⬛, who was involved in a motor vehicle crash (MVC) , which occurred on 10/12/2015.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Ms. ⬛⬛⬛⬛ has been treating in my office for injuries sustained in the 10/12/2015 accident. She has been undergoing active care consisting of various modalities with the goal of returning her to pre-injury status or maximum functional capacity status. The initial diagnostic impression was as follows: (R51) Headache, (S06.890A) Other specified intracranial injury without loss of consciousness, initial encounter, (M53.0) Cervicocranial syndrome, (R42) Dizziness and giddiness, (S00.93XA) Contusion of unspecified part of head, initial encounter, (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (S43.491A) Other sprain of right shoulder joint, initial encounter, (S43.402A) Unspecified sprain of left shoulder joint, initial encounter, (S53.402A) Unspecified sprain of left elbow, initial encounter, (G54.2) Cervical root disorders, not elsewhere classified, (G54.4) Lumbosacral root disorders, not elsewhere classified, (M54.14) Radiculopathy, thoracic region, (M62.830) Muscle spasm of back, (M99.01) Segmental and somatic dysfunction of cervical region, (M99.02) Segmental and somatic dysfunction of thoracic region, (M99.03) Segmental and somatic dysfunction of lumbar region, (G89.11) Acute pain due to trauma, (R20.2) Paresthesia of skin, (R26.2) Difficulty in walking, not elsewhere classified, (H53.8) Other visual disturbances, (R07.1) Chest pain on breathing.
It is my opinion at this time that Ms. ⬛⬛ has reached maximum medical improvement status or MMI as it relates to *conservative care. Even though* ⬛⬛ has had moderate improvement in her condition with treatment, she continues to experience intermittent pain over the following regions: (CS) cervical spine, (LS) lumbar spine, (RSH) right anterior shoulder and (RSH) right posterior shoulder described as aching and discomfort. Mrs. ⬛⬛ cannot perform her activities of daily living effectively and without pain.
-Intermittent (CS) cervical spine pain that radiates to the (RSH) right anterior shoulder and (RSH) right posterior shoulder with qualities described as aching.
She has been following a prescription regiment of advil as needed for pain under the direction of Dr. Crespo-Smith, M.D.
She quantified her overall pain intensity as a 8, based on a one through ten visual analog scale.

ACTIVITIES OF DAILY LIVING:
-(ADL) ⬛⬛ was given a questionnaire relating to her activities of daily living and if they have been limited or unaffected by her condition. The following activities elicit pain and thus inhibit function: sitting, standing, bending, lifting and twisting.
-The pain is intermittent and occurs approximately 5% to 20% of her awake time.

**Objective:**
PALPATION FINDING:
-Pain, tenderness, and myospasms were noted over the paravertebral musculature during digital palpation over C3, C4, C5, C6, C7, L3, L4, L5 and sacrum.
- Pain and tenderness were noted during digital palpation in the following regions; (RSH) right anterior shoulder, (RSH) right posterior shoulder, (LTrap) left trapezius and (RTrap) right trapezius.

ORTHOPEDIC TESTS:

Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr.

01272016

| Chart Notes | | | Ceda Ortho & Int Med of South Miami<br>6075 Sunset Drive 4th Fl<br>Miami, FL 33143 |
|---|---|---|---|

**01/09/2016 thru 01/15/2016**

Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#597M07925 |

**Date 01/13/2016**

**Provider Michael B. Schulman DC** *** continued from previous page ***

tested positive with pain on the right.
+(Jacs) Jackson's cervical compression test was positive on the right for radicular pain. This test is indicative of cervical nerve root compression lesions, when positive.
+(Sh Dep) Shoulder Depressor test was positive on the right. This test is indicative of nerve root lesions, specifically to the dural sleves when positive.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; Valsalva's maneuver, Dejerine's Triad and O'Donoghue's.

Thoracic Spine Exam:
-(NEG T/S Orthos)Negative Orthopedic Tests of T/S: Schepelmann's and Kemp's.

Lumbar Spine Exam:
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse and/or facet capsule rupture.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative;SLR, Milgrams, Valsava's and DeJerene's Triad.

Right Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the right. This test is indicative of rotator cuff lesion.
+(Cod) Codman's drop arm test was positive on the right. This test indicates  tears of the rotator cuff, when positive.
+(Supra) Supraspinatus test was positive on the right shoulder. This test is indicative of a supraspinatus tendon tear.
+(Appr) Apprehension test was found to be positive on the right. This test is indicative of chronic shoulder dislocation, when positive.
+(Hawk) Hawkin's / Kennedy test was positive on the right. This test is indicative of supraspinatus tendinitis.
-(NegShOrtho) The following orthopedic tests were negative;Dawbarn's and Yergason's.

Left Shoulder Exam:
-(NegShOrtho) The following orthopedic tests were negative;Appley's , Codman's, Supraspinatus press, Dawbarn's, Apprehension, Yergason's and Hawkin's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: no head tilt, even shoulders and even pelvis.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: None.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Leg Length Discrepancy, Balance Test, Alternating Hand Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defecits or hypersensativity and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to Wexler Scale standards.

01272016

**Chart Notes**

Coda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

01/09/2016 thru 01/15/2016

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | | Pol # | Insured | CL#597M07925 |

Date    01/13/2016

Provider   Michael B. Schulman DC                                          *** *continued from previous page* ***

**Assessment:**
Diagnosis:
See below.

IMAGING STUDIES:
MRI FINDINGS:
An MRI study of the lumbar spine was performed on 11/06/2015. The study revealed the following:
Herniated nucleus pulposus at L3-L4
IVD bulge at L4-L5
Please refer to attached MRI report for greater detail.

CLINICAL IMPRESSION:
-Status Post Chronic:
Sprain/ strain injury of the cervical spine and lumbar spine.
Nerve root compression/ distraction lesions of the cervical spine and lumbar spine.
Radiculopathy/neuritis of the lumbar spine.
Myospasm of the cervical spine.
Paresthesia of the skin.
IVD disorder with myelopathy in the cervical spine and lumbar spine.

-Status Post Resolved:
Sprain/ strain injury of the thoracic spine and right elbow.
Myospasm of the thoracic spine.
Right elbow pain.
Dizziness, headache and cervico cranial syndrome.
Difficulty walking.

IMPAIRMENT RATING:
Permanent Impairment Rating of the cervical spine: 7 %.
Permanent Impairment Rating of the lumbar spine: 5 %.
Permanent Impairment Rating of the right shoulder: 2%.
Combined Whole Body Impairment: 14 %.

PROGNOSIS:
▮▮▮'s prognosis is good to poor based on the objective findings supported by the Norris and Watt protocols.

Therapeutic Assessment:
-Ms.▮▮▮ was able to tolerate today's treatment well.

Plan:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Ms.▮▮▮ should: Ms.▮▮▮ should: avoid heavy
lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue range of
motion exercises to the affected areas, continue with isometric exercises as tolerated, warm bath for at least 20
minutes daily and wear supportive garment during activity.

RECOMMENDED PROCEDURES:
Ms.▮▮▮ suffers from residual symptoms and should consider a more invasive approach such as MRI of the right
shoulder, facet blocks and epidurals and spinal surgery of the cervical spine and lumbar spine, should the
orthopaedic surgeon concur.

01272016

**Chart Notes**

01/09/2016 thru 01/15/2016

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | (MVA - PIP) | DOB: | | |
|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#597M07925 |

**Date    01/13/2016**

Provider  Michael B. Schulman DC                          *** continued from previous page ***

The approximate cost associated with a MRI is $1100, facet block is $5200, an epidural is $4500 and spinal surgery is $ 50.000 - $ 120.000.

The following therapies were performed by A. Menezes, MA 71338 and RCA 9943.
- (Hydroc.) Moist heat pads were applied to the following areas, cervical spine, lumbar spine, thoracic spine and right elbow.
- (EMS) Electrical muscle stimulation in the form of premodulated current was applied to the following areas, cervical spine, lumbar spine, thoracic spine and right elbow.
- (U/S) Therapeutic ultrasound was applied over the following areas: cervical spine region for a duration of 8 to 23 minutes.
- (IST) Intersegmental traction was performed to cervical, thoracic and lumbar regions of the spine.
-(CMT 3-4) Chiropractic manipulative treatment was performed on the spine to the cervical, thoracic and lumbar regions. * (CMT's are performed solely by the chiropractic physician.)
-(Mass) Massage therapy was performed over the cervical spine, lumbar spine and thoracic spine regions for 8 to 23 minutes.
- (Par) Paraffin bath was applied over the right elbow.
- (Bike Up/Low) Active therapeutic exercise was performed in the upper and lower extremities for 8 - 23 minutes by utilizing a Schwinn stationary bicycle with motion resistant levers for the upper extremities.

**Diagnosis**    S06.890A: Other specified intracranial injury without loss of consciousness, initial encounter
S00.93XA: Contusion of unspecified part of head, initial encounter
S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
S43.491A: Other sprain of right shoulder joint, initial encounter
S43.402A: Unspecified sprain of left shoulder joint, initial encounter
G54.2: Cervical root disorders, not elsewhere classified
G54.4: Lumbosacral root disorders, not elsewhere classified
M54.14: Radiculopathy, thoracic region
M62.830: Muscle spasm of back
M99.01: Segmental and somatic dysfunction of cervical region
M99.03: Segmental and somatic dysfunction of lumbar region
G89.11: Acute pain due to trauma
R20.2: Paresthesia of skin
H53.8: Other visual disturbances
R07.1: Chest pain on breathing

Provider Signature X _____
01/20/2016 09:40 AM

**STATE FARM INSURANCE**
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

☐ PICA

PICA ☐

| | | | | |
|---|---|---|---|---|
| 1. MEDICARE ☐ (Medicare#) MEDICAID ☐ (Medicaid#) TRICARE ☐ (ID#/DoD#) CHAMPVA ☐ (Member ID#) GROUP HEALTH PLAN ☐ (ID#) FECA BLK LUNG ☐ (ID#) OTHER ☒ (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) CL#597M07925 | | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮▮▮▮▮

3. PATIENT'S BIRTH DATE MM DD YY ▮▮ SEX M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street) ▮▮▮▮

6. PATIENT RELATIONSHIP TO INSURED Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY ▮▮▮   STATE

8. RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE ▮▮▮   TELEPHONE (Include Area Code) ( )

ZIP CODE   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES ☐ NO ☒

a. INSURED'S DATE OF BIRTH MM DD YY   SEX M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES ☒ NO ☐   PLACE (State) _FL_

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES ☐ NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES ☐ NO ☒ If yes, complete items 9, 9a, and 9d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

SIGNED _Signature On File_   DATE _01 20 2016_

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _Signature On File_

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY _10.12.2015_   QUAL. _431_

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM MM DD YY TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES ☐ NO ☒   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. S06890A   B. LS0093XA   C. LS134XXA   D. LS335XXA
E. S43491A   F. LS43402A   G. LG542   H. LG544
I. IM5414   J. LM62830   K. LM9901   L. LM9903

22. RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 01-13-2016 | 01-13-2016 | 11 | | 97018 | ABCD | 3700 | 1 | | NPI | 1023130382 |
| 2 01-13-2016 | 01-13-2016 | 11 | | 97110 | ABCD | 10000 | 1 | | NPI | 1023130382 |
| 3 01-13-2016 | 01-13-2016 | 11 | | 99214 25 | ABCD | 34800 | 1 | | NPI | 1023130382 |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271391503   SSN ☐ EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) YES ☒ NO ☐

28. TOTAL CHARGE $ 48500

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

Michael B. Schulman DC

SIGNED _On File_   _01-20-2016_

32. SERVICE FACILITY LOCATION INFORMATION

Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
a. South Miami, FL 33143 b. 1558681565

33. BILLING PROVIDER INFO & PH # ( 305 ) 6691808

Ceda Ortho & Interventional Med of South Miami LLC
PO Box 1750
a. Miami, FL 33126 b. 1268126524

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

## Chart Notes

03/26/2016 thru 04/01/2016

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (Finalized) | | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#59786C184 |

Date    03/28/2016

Provider   Richard Yoham DC CH-7892

### Subjective:
FINAL NARRATIVE REPORT:
Pursuant to your request and with consent of ███████████████, the following is a final narrative report relative to the injuries sustained by Mr. ██████████, who was involved in a motor vehicle crash (MVC), which occurred on 12/18/2015.

HISTORY OF INJURIES AND CURRENT COMPLAINT:
Mr. ████████ has been treating in my office for injuries sustained in the 12/18/2015 accident. He has been undergoing active care consisting of various modalities with the goal of returning him to pre-injury status or maximum functional capacity status. The initial diagnostic impression was as follows: (S13.4XXA) Sprain of ligaments of cervical spine, initial encounter, (G54.2) Cervical root disorders, not elsewhere classified, (S23.3XXA) Sprain of ligaments of thoracic spine, initial encounter, (G54.3) Thoracic root disorders, not elsewhere classified, (S33.5XXA) Sprain of ligaments of lumbar spine, initial encounter, (G54.4) Lumbosacral root disorders, not elsewhere classified, (S43.422A) Sprain of left rotator cuff capsule, initial encounter, (R51) Headache, (V49.40) Driver injured in collision with unspecified motor vehicles in traffic accident.
It is my opinion at this time that Mr. ████████ has reached maximum medical improvement status or MMI as it relates to conservative care. Even though ████████ has had mild-moderate improvement in his condition with treatment, he continues to experience constant pain over the following regions: (LSH) left anterior shoulder, (CS) cervical spine, (UTS) upper thoracic spine, (MTS) mid thoracic spine and (LS) lumbar spine described as sharp, deep and discomfort. Mr. ████████ cannot perform his activities of daily living effectively and without pain.
He is also experiencing numbness and tingling over the (RHnd) right hand and (LHnd) left hand region.
He has been following a prescription regiment of Motrin 800mg for pain relief under the direction of Dr. Crespo-Smith, M.D.
He quantified his overall pain intensity as a 5, based on a one through ten visual analog scale.

ACTIVITIES OF DAILY LIVING:
-(ADL)████████ was given a questionnaire relating to his activities of daily living and if they have been limited or unaffected by his condition. The following activities elicit pain and thus inhibit function: washing, sitting, reclining, lifting, twisting, walking, climbing (stairs), driving, restful, nocturnal sleep patterns, group activities and outdoor recreation.
-The pain is constant and occurs approximately 85% to 100% of his awake time.

### Objective:
PALPATION FINDING:
-Pain, tenderness and myospasms were noted over the paravertebral musculature during digital palpation over C5, C6, C7, T2, T3, T4, L2, L3 and L4.
-Pain and tenderness were noted during digital palpation in the following regions; (LTrap) left trapezius, (RTrap) right trapezius, (LSH) left anterior shoulder, (LSH) left posterior shoulder, (LGlut) left gluteus and (RGlut) right gluteus.
- Isolated myospasm were noted during digital palpation in the following regions; C5, C6, T3, T4 and L3, left trapezius, right trapezius, left gluteus and right gluteus.

ORTHOPEDIC TESTS:

Cervical Spine Exam:
+(C/SComp) Cervical Compression Test was performed on this patient in order to rule out nerve root lesions. Mr. ████████ tested positive with pain on the right and left.
+(Jacs) Jackson's cervical compression test was positive on the right and left for radicular pain. This test is indicative

04112016

**Chart Notes**

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

**03/26/2016 thru 04/01/2016**

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| | (Finalized) | | | | |
| Ins Co | STATE FARM INSURANCE | Pol # | | Insured | CL#59786C184 |

**Date    03/28/2016**

**Provider    Richard Yoham DC CH-7892**                            *** *continued from previous page* ***

of cervical nerve root compression lesions, when positive.
+(Soto)Soto-Hall test was positive in the cervical spine. This test is primarily indicative of a vertebral prominens
fracture at C-7 and/ or T-1.
-(Neg C/S Ortho)The following cervical orthopedic tests performed were negative; cervical distraction, shoulder
depression, Valsalva's maneuver, Dejerine's Triad and O'Donoghue's.

Thoracic Spine Exam:
+(Shep)Shepelmann's test was positive on the right and left. When positive this test is indicative of intercostal neuritis.
+(Kemp's T/S) Kemp's test was positive in the lower thoracic spine. This test is indicative of a spinal nerve root lesion
and/or facet capsul imbrication.

Lumbar Spine Exam:
+(Min)Minors sign was positive, this is indicative lumbar nerve root lesion.
+(Kemp's L/S) Kemp's Test was positive on the right and left. A positive test is indicative of a disk protrusion, prolapse
and or facet capsule rupture.
-(Neg L/S Orthos)The following lumbar orthopedic tests performed were negative: Bechterew's, SLR, Bragard's test,
Milgrams, Valsalva's, DeJerene's Triad and Goldthwait's.

Shoulder Exam:
+(Apley's) Apley's scratch test was positive on the left. This test is indicative of rotator cuff lesion.
+(Cod) Codman's drop arm test was positive on the left. This test indicates  tears of the rotator cuff, when positive.
+(Supra) Supraspinatus test was positive on the left. This test is indicative of a supraspinatus tendon tear.
+(Daw) Dawbarn's sign was positive on the left. This sign is indicative of subacromial bursitis when positive.
+(Appr) Apprehension test was found to be positive on the left. This test is indicative of chronic shoulder dislocation,
when positive.
-(NegShOrtho) The following orthopedic tests were negative: Yergason's and Hawkin's.

POSTURE ANALYSIS:
-Posture analysis revealed the following: no head tilt, even shoulders and even pelvis.

BALANCE & PROPRIOCEPTION:
+(Balance / Proprioception) The following test(s), were positive for deficits in proprioception: None.
-The following tests for proprioception performed were negative:
Finger to Nose on the right, Finger to Nose on the left, Leg Length Discrepancy, Balance Test, Alternating Hand
Movement on the right, Alternating Hand Movement on the left and Heel to Toe (walk) Test.

MYOTOME TESTS:
A complete isometric examination of the major muscle groups of the upper and lower extremities, revealed the
following: All muscle groups tested graded 5/5 in accordance with the AMA Guides to the Evaluation of Permanent
Impairment.

DERMATOME TESTING:
Sensory pin wheel examination of the upper and lower extremities revealed no sensory defects or hypersensativity
and were within normal limits.

DEEP TENDON REFLEXES:
Deep tendon reflex testing of the upper and lower extremities rated +2 and are considered normal according to
Wexler Scale standards.

Assessment:
DIAGNOSIS:

## Chart Notes

03/26/2016 thru 04/01/2016

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Finalized) | | | | |
| Ins Co STATE FARM INSURANCE | Pol # | | Insured | CL#59786C184 |

**Date    03/28/2016**

**Provider    Richard Yoham DC CH-7892**                   *** *continued from previous page* ***

See below.

IMAGING STUDIES:
MRI FINDINGS:
A MRI study of the cervical spine was performed on 01/07/2016. The study revealed the following:
IVD bulge at C5-C6
Please refer to attached MRI report for greater details.

MRI FINDINGS:
A MRI study of the left shoulder was performed on 01/07/2016. The study revealed the following:
No evidence of a rotator cuff tear
Subdeltoid/subacromial bursitis
Joint space narrowing of the glenohumeral joint with associated articular cartilage loss and tearing of the anterior aspect of the labrum.
Please refer to attached MRI for greater details.

CLINICAL IMPRESSION:
-Status Post Chronic:
Labrum tear of the left shoulder.
Stiffness of theleft shoulder.
IVD displacement without myelopathy in the cervical spine.

IMPAIRMENT RATING:
Permanent Impairment Rating of the cervical spine:  6 %.
Permanent Impairment Rating of the thoracic spine:  3 %.
Permanent Impairment Rating of the lumbar spine:  3 %.
Permanent Impairment Rating of the left shoulder: 5%.
Combined Whole Body Impairment: 17 %.

PROGNOSIS:
████████'s prognosis is guarded based on  the objective findings suppoted by the Norris and Watt protocols.

Plan:
RECOMMENDATIONS:
I have instructed the patient on home care instructions as follows: Mr. ████████ should: avoid heavy lifting, bend only at the knees, do not lift anything heavier than 15 lbs, limit overhead lifting to 10 lbs, continue with exercises to the affected areas, continue with isometric exercises as tolerated, take warm bath for at least 20 minutes daily and wear supportive garment during activity.

RECOMMENDED PROCEDURES:
Mr. ████████ suffers from residual symptoms and should consider a more invasive approach such as, an epidural of the cervical spine and and arthroscopy of the left shoulder, should the orthopaedic surgeon concur.
The approximate cost associated with a(n) epidural is $4500 and arthroscopy is $ 35.000 - $ 75.000.

**Chart Notes**

03/26/2016 thru 04/01/2016

CEDA Ortho & Int Med of FIU/Kendall
11890 SW 8th St, Ste 400
Miami, FL 33184
Phone: 305-685-9771
Fax: 305-685-9776

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Finalized) | | | | |
| Ins Co  STATE FARM INSURANCE | | Pol # | Insured | CL#59786C184 |

Date    03/28/2016

Provider   Richard Yoham DC CH-7892                                          *** *continued from previous page* ***

**Diagnosis**    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
G54.2: Cervical root disorders, not elsewhere classified
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
G54.3: Thoracic root disorders, not elsewhere classified
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
G54.4: Lumbosacral root disorders, not elsewhere classified
S43.422A: Sprain of left rotator cuff capsule, initial encounter
R51: Headache
V49.40: Driver injured in collision with unspecified motor vehicles in traffic accident
M50.20: Other cervical disc displacement, unsp cervical region
S43.432A: Superior glenoid labrum lesion of left shoulder, init encntr

Provider Signature X  _____
04/06/2016 08:18 AM

04112016



**STATE FARM INSURANCE**
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

□ PICA ┌─┐ ┌─┐ CARRIER

| 1. MEDICARE (Medicare#) | MEDICAID (Medicaid#) | TRICARE (ID#/DoD#) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (ID#) | FECA BLK LUNG (ID#) | OTHER [X] (ID#) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | CL#59786C184 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX M [X] F | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED Self □ Spouse □ Child □ Other [X] | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|

| ZIP CODE | TELEPHONE (Include Area Code) ( ) | | ZIP CODE | TELEPHONE (Include Area Code) ( ) |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) □ YES [X] NO | a. INSURED'S DATE OF BIRTH MM DD YY | SEX M [X] F □ |
|---|---|---|---|

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT? [X] YES □ NO PLACE (State) FL | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? □ YES [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? □ YES [X] NO If yes, complete items 9, 9a, and 9d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _Signature On File_   DATE 04 06 2016

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _Signature On File_

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY 12 18 2015 QUAL. 431 | 15. OTHER DATE QUAL. MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY FROM TO |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC) | | 20. OUTSIDE LAB? □ YES [X] NO $ CHARGES |
|---|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)   ICD Ind. 0

| | | | | | |
|---|---|---|---|---|---|
| A. S134XXA | B. G542 | C. S233XXA | D. G543 | | |
| E. S335XXA | F. G544 | G. S43422A | H. R51 | | |
| I. V4940 | J. M5020 | K. S43432A | L. | | |

22. RESUBMISSION CODE ___ ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fmly Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 28 2016 | 03 28 2016 | 11 | | 99214 | | ABCD | 34800 | 1 | | NPI | 1215952924 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN 271347291 [X] | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? For govt. claims, see back [X] YES □ NO | 28. TOTAL CHARGE $ 34800 | 29. AMOUNT PAID $ 000 | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) Richard Yoham DC CH-7892 SIGNED On File 04 06 2016 | 32. SERVICE FACILITY LOCATION INFORMATION CEDA Ortho & Interventional Medicine of FIU/Kendall LLC 11890 SW 8 Street Ste 400 Miami, Florida 33184 a. 1629399831 b. | 33. BILLING PROVIDER INFO & PH # ( 305 6859771 CEDA Ortho & Interventional Med of FIU/Kendall LLC PO Box 1750 Miami, FL 33126 a. 1629399831 b. |
|---|---|---|

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

04112016