# *Exhibit 35*

# Chart Notes

**02/13/2018 thru 02/14/2018**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (SPECIALIST) | | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#592282V14 |

**Date     02/13/2018**

**Provider   Nestor Joaquin Javech, MD**

Patient Name:
Date of Birth:
Age:
Sex: Female
Date of Injury: 12/06/2017

## EVALUATION

CHIEF COMPLAINT
Ms. ___ presented herself to the office today complaining of intermittent cervical spine, upper thoracic, mid thoracic and lumbar spine pain with qualities described as sharp, dull, deep, shooting, aching and stiff. In addition, the patient states that she experiences tingling in the right hand. Ms. ___ quantifies her overall pain intensity as 1, based on a zero through ten visual analog scale.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
She relates that sitting, standing, transfer, reclining, reaching, bending, stooping, lifting, twisting and walking exacerbate(s) her symptoms.

The patient reports that she is feeling better since the last visit. She attributes this improvement to physical therapy.

PHYSICAL EXAMINATION

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: Turgor is resilient. No rashes or abnormal lesions. No exudate, swelling or temperature changes.
-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.
-(Nck)Neck: The trachea is midline. Neck is supple.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion. Breathing is easy, regular and without distress.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:
+(ROMC/S) Range of motion of the cervical spine in flexion, extension, bilateral rotation and bilateral lateral flexion is with moderate pain.
+(Tndr) There is moderate palpatory tenderness over the paravertebral muscles on the right, paravertebral muscles on the left and trapezius musculature.
+(Spsm) There is moderate myospasm on palpation over the paravertebral muscles on the right, paravertebral muscles on the left and trapezius musculature.
-(Jcks) Jackson's test is negative bilaterally.
-(Sprlg) Spurling's test is negative bilaterally.
-(Hoff) Hoffman's sign is absent.
-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.
-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.
-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.
-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:
+(ROMEx) Extension is with pain.
+(ROMFl) Flexion is with pain.

## Chart Notes

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

02/13/2018 thru 02/14/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (SPECIALIST) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#592282V14 |

**Date    02/13/2018**

Provider  Nestor Joaquin Javech, MD                    *** *continued from previous page* ***

+(Tndr) Tenderness is noted upon palpation of the paraspinal musculature on the right and paraspinal musculature on the left.

-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.

-(Kyph) The thoracic kyphosis is within normal limits.

-(ScWng) Scapular winging is absent.

LUMBAR SPINE EXAM:

+(ROML/S) Range of motion in flexion, extension, bilateral rotation and bilateral lateral flexion is with moderate pain.

+(Tndr) There is moderate palpatory tenderness over the paraspinal musculature on the right and paraspinal musculature on the left.

+(Spsm) There is moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.

+(Hypr) Hyperextension test is positive.

-(SLR) Straight leg raising is negative bilaterally.

-(CntraSLR) Contralateral straight leg raising is negative.

-(Homn) Homan's test is negative.

-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.

-(StrEHL) Strength testing at the extensor hallicus longus is intact and 5/5 bilaterally.

-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.

-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.

-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.

-(SnsLT) Sensation to light touch is intact.

DIAGNOSTIC STUDIES

I personally reviewed MRI study of the cervical spine performed 01/23/2018. The following impression was given:
Herniated disc, C5-C6, 1.3 mm
Hernited disc, C6-C7, 1.6 mm with spasm

I personally reviewed MRI study of the lumbar spine performed 01/23/2018. The following impression was given:
Herniated disc, L4-L5, 2.4 mm

IMPRESSION
See below.

DISCUSSION

Ms.               initially presented in this office after undergoing a course of conservative treatment. The patient has sought medical care due to the persistence of pain. Ms.          's subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 12/06/2017.

The patient's functional status has improved as well as expected. The injury sustained is within reasonable medical probability and/or certainty permanent in nature. Therefore, it is of my professional opinion that          has reached maximum medical improvement. The patient has sustained a 17% partial permanent impairment of the whole body based on the AMA Guides to Evaluation of Permanent Impairment.

The patient may incur the following future medical costs associated with this condition, which are reasonable, medically necessary, and directly related to the accident occurring on 12/06/2017. The patient may require physical therapy services for any acute flare-ups to control pain and dysfunction that is likely to occur either on an annual or biannual basis at an associated cost of $2,500 to $3,000 annually depending on the complexity of the pain symptoms.

The patient may require chronic anti-inflammatory and pain medication at an associated cost of $1,500 to $2,000

# Chart Notes

02/13/2018 thru 02/14/2018

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

03/05/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (SPECIALIST) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#592282V14 |

Date    02/13/2018

Provider   Nestor Joaquin Javech, MD                                              *** continued from previous page ***

annually. The use of chronic medication requires periodic internal medicine and/or gastroenterology follow-up for monitoring of the potential sequelae of long term anti-inflammatory use. This includes but is not limited to gastritis, gastrointestinal bleeding, peptic ulcer disease, as well as liver and kidney disorders.

The patient will require interventional pain management in the future.

It is my medical opinion that the patient will benefit from a therapeutic cervical median nerve branch block; C5, C6, and C7. The patient understands and it was explained that a cervical median nerve branch block is the injection of medicine (glucocorticoid and anesthetic solution) into the facet joint space and onto the medial branch nerve of the facet which supplies sensation to the joint. The patient understands that the procedure is performed under fluoroscopy. The patient understands the risks related to glucocorticoids which includes but is not limited to; increase in blood sugar (mainly in diabetics), water retention, and suppression of the body's own natural production of glucocorticoids. The procedure has an associated cost of approximately $3,500-$10,000. This fee is inclusive of the professional component and supply costs. Please note that this is an estimate and that the cost of the procedure varies from patient to patient depending on complicating factors such as the patient's age and history. The patient was informed of possible side effects and risks associated with the procedure which include but are not limited to; reaction to the injections such as allergy or vasovagal reaction, bleeding locally creating hematoma which is usually self limited and resolved, but can result in infection requiring surgery and drainage as well as long-term antibiotics, infection, and rarely injury to another nerve such as a nerve root or a motor nerve can theoretically occur at the time of the procedure. The patient understands all risks associated with the procedure and will consider a cervical median nerve branch block.

If the patient fails to get lasting relief, cervical facet ablation will be indicated. The cervical spine surgery will be performed in a hospital setting. Cervical surgical intervention has an associated cost of $45,000 to $60,000 for the procedure. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

Since Ms.          has failed to respond to treatment of the cervical spine, it is my opinion that she is a candidate for anterior cervical discectomy with fusion as indicated. Risk factors associated with the procedure were outlined for Ms.          , which includes but is not limited to; injury to the spine or nerve root which could lead to worsening of pain, paralysis, and/or weakness in the extremities, injury to motor nerves which could lead to motor or organ dysfunction, vascular complications such as hematomas, injury to the dural sac which could lead to a CSF leak, post surgical headache, the possibility of infection and bleeding. Surgical intervention in the form of a one level anterior cervical discectomy with fusion (ACDF) will be performed in a hospital setting. This type of intervention has an associated cost of approximately $80,000. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

It is my medical opinion that the patient will benefit from therapeutic lumbar median nerve branch block, L4-L5. The patient understands and it was explained that a lumbar median nerve branch block is the injection of medicine (glucocorticoid and anesthetic solution) into the facet joint space and onto the medial branch nerve of the facet which supplies sensation to the joint. The patient understands that the procedure is performed under fluoroscopy. The patient understands the risks related to glucocorticoids which includes but is not limited to; increase in blood sugar (mainly in diabetics), water retention, and suppression of the body's own natural production of glucocorticoids. The procedure has an associated cost of approximately $3,500-$10,000. This fee is inclusive of the professional component and supply costs. Please note that this is an estimate and that the cost of the procedure varies from patient to patient depending on complicating factors such as the patient's age and history. The patient was informed of possible side effects and risks associated with the procedure which include but are not limited to; reaction to the injections such as allergy or vasovagal reaction, bleeding locally creating hematoma which is usually self limited and

**Chart Notes**

02/13/2018 thru 02/14/2018

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

03/05/2018

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (SPECIALIST) | | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL#592282V14 |

**Date** 02/13/2018

**Provider** Nestor Joaquin Javech, MD                                            *** *continued from previous page* ***

resolved, but can result in infection requiring surgery and drainage as well as long-term antibiotics, infection, and rarely injury to another nerve such as a nerve root or a motor nerve can theoretically occur at the time of the procedure. The patient understands all risks associated with the procedure and will consider lumbar median nerve branch block.

If the patient fails to get lasting relief, lumbar facet ablation will be indicated. The lumbar spine surgery will be performed in a hospital setting. Lumbar surgical intervention has an associated cost of $45,000 to $60,000 for the procedure. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

Since Ms. ▮▮▮ has failed to respond to treatment of the lumbar spine, it is my opinion that she is a candidate for a transforaminal lumbar interbody fusion, as indicated. Risk factors associated with the procedure were outlined for Ms. ▮▮▮, which includes but is not limited to; injury to the spine or nerve root which could lead to worsening of pain, paralysis, and/or weakness in the extremities, injury to motor nerves which could lead to motor or organ dysfunction such as bladder or sphincter complications with resultant incontinence, vascular complications such as hematomas, injury to the dural sac which could lead to a CSF leak and post surgical headache, the possibility of infection, intra abdominal visceral injury which could lead to a bleeding diathesis, pulmonary complications from anesthesia, nonunion requiring multiple procedures, and also the possibility of failure of the implant.

Document has not been officially reviewed until signed.

ME

**Diagnosis**      S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
                 M54.2: Cervicalgia
                 M54.12: Radiculopathy, cervical region
                 M62.838: Other muscle spasm
                 S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
                 M54.6: Pain in thoracic spine
                 M62.830: Muscle spasm of back
                 S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
                 M54.5: Low back pain
                 M54.16: Radiculopathy, lumbar region

Electronically Signed

Nestor Joaquin Javech, MD 02/14/2018 02:14 PM

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA 30348

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA      PICA

| 1. MEDICARE | MEDICAID | TRICARE | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare#) | (Medicaid#) | (ID#/DoD#) | (Member ID#) | (ID#) | (ID#) | X (ID#) | CL#592282V14 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)    ▮

3. PATIENT'S BIRTH DATE    SEX    M   F X

4. INSURED'S NAME (Last Name, First Name, Middle Initial)    ▮

5. PATIENT'S ADDRESS (No., Street)    ▮

6. PATIENT RELATIONSHIP TO INSURED    Self ☐ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY    ▮    STATE ▮

8. RESERVED FOR NUCC USE

CITY    STATE

ZIP CODE ▮    TELEPHONE (Include Area Code) ▮

ZIP CODE    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   ☐ YES   X NO

a. INSURED'S DATE OF BIRTH   MM DD YY    SEX   M ☐ F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?   X YES   ☐ NO    PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?   ☐ YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   ☐ YES   X NO   If yes, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   Signature On File    DATE 02 13 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   MM 12 DD 08 YY 2017   QUAL. 431

15. OTHER DATE   QUAL.   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE    17a.    17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM MM DD YY   TO MM DD YY

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?   ☐ YES   X NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)    ICD Ind. 0

A. S134XXA   B. M542   C. M5412   D. M62838
E. S233XXA   F. M546   G. M62830   H. S335XXA
I. M545   J. M5416   K.   L.

22. RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1   02 13 2018 | 02 13 2018 | 11 | | 99213 | | ABCD | 23700 | 1 | | NPI | 1760400725 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN X   271391503

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   X YES   ☐ NO

28. TOTAL CHARGE   $ 23700

29. AMOUNT PAID   $ 0 00

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Nestor Joaquin Javech, MD
SIGNED On File    DATE 02 26 2018

32. SERVICE FACILITY LOCATION INFORMATION
6075 Sunset Drive,
South Miami FL 33143
a. 1558681569   b.

33. BILLING PROVIDER INFO & PH # (305) 6691808
Ceda Ortho & Interventional Med of
South Miami LLC
PO Box 26-1750
Miami, FL 33126
a. 1760400725   b.

NUCC Instruction Manual available at: www.nucc.org    **PLEASE PRINT OR TYPE**    APPROVED OMB-0938-1197 FORM 1500 (02-12)

**Chart Notes**

06/20/2018 thru 06/20/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/17/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (Specialist) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#593663S95 |

**Date** 06/20/2018

**Provider Nestor Joaquin Javech**

Patient Name:
Date of Birth:
Age:
Sex: Female
Date of Injury: 4/8/2018

## FOLLOW UP

**CHIEF COMPLAINT**
Ms. [ ] presented herself to the office today complaining of constant head pain with qualities described as dull, throbbing, aching, sore and stiff. She also complains of intermittent cervical spine, upper thoracic, mid thoracic and lumbar spine pain with qualities described as dull, throbbing, aching, sore and stiff. Ms. [ ] quantifies her overall pain intensity as 1, based on a zero through ten visual analog scale since the last evaluation.

DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:
She relates that sitting, bending, breathing, and walking exacerbate(s) her symptoms. She reports that NSAIDs and medication help(s) to mitigate her symptoms.

The patient reports that she is feeling better since the last visit. She attributes this improvement to physical therapy.

PHYSICAL EXAMINATION

-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: No rashes or abnormal lesions.
-(He)HEENT: Patient's conversational hearing is appropriate. PERRLA.
-(Nck)Neck: The trachea is midline.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion. Breathing is easy, regular and without distress.
-(Hrt)Heart/Vessels: No clubbing.
-(Abs)Abdomen: There are no masses or areas of tenderness to palpation.
-(Lymph)Lymphatics: No visible enlargement of lymph nodes.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:

**Chart Notes**

06/20/2018 thru 06/20/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/17/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (Specialist) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#593663S95 |

**Date    06/20/2018**

**Provider    Nestor Joaquin Javech**                                            *** *continued from previous page* ***

+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain

+(Tndr) There is moderate palpatory tenderness over the C3-C4 facet joints and C4-C5 facet joints.

+(Spsm) There is moderate myospasm on palpation over the paravertebral muscles, trapezius musculature and upper back.

+(Jcks) Jackson's test is positive bilaterally.

+(Sprlg) Spurling's test is positive bilaterally.

-(Hoff) Hoffman's sign is absent.

-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.

-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.

-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.

-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:

+(ROMEx) Extension is restricted with pain.

LUMBAR SPINE EXAM:

+(ROML/S) Range of motion reveals flexion, bilateral rotation and bilateral lateral flexion are with pain.

+(Tndr) There is mild palpatory tenderness.

+(Spsm) There is mild myospasm on palpation.

+(HprEx) Hyperextension test is positive.

-(SLR) Straight leg raising is negative bilaterally.

-(CntraSLR) Contralateral straight leg raising is negative.

-(Homn) Homan's test is negative.

-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.

-(StrEHL) Strength testing at the extensor hallicus longus is intact and 5/5 bilaterally.

-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.

-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.

-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.

-(SnsLT) Sensation to light touch is intact.

DIAGNOSTIC STUDIES

There are no new diagnostics since the last visit.

IMPRESSION

See below.

**Chart Notes**

06/20/2018 thru 06/20/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/17/2018

| Patient: | | DOB: | | |
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured CL#593663S95 |

Date 06/20/2018

Provider  Nestor Joaquin Javech

*** continued from previous page ***

DISCUSSION:
The patient initially came to the office without radicular complaint. The patient utilized medication and physical therapy for treatment of symptoms, but continues to have residual pain. The patient reports decrease of pain after the treatment.

The patient's functional status has improved as well as expected. The injury sustained is within reasonable medical probability and/or certainty permanent in nature. Therefore, it is of my professional opinion that ▮▮▮▮▮▮▮▮ has reached maximum medical improvement. The patient has sustained a(n) 12% partial permanent impairment of the whole body based on the AMA Guides to Evaluation of Permanent Impairment.

The patient may incur the following future medical costs associated with this condition, which are reasonable, medically necessary, and directly related to the accident occurring on 4/8/2018. The patient may require physical therapy services for any acute flare-ups to control pain and dysfunction that is likely to occur either on an annual or biannual basis at an associated cost of $2,500 to $3,000 annually depending on the complexity of the pain symptoms.

The patient may require chronic anti-inflammatory and pain medication at an associated cost of $1,500 to $2,000 annually. The use of chronic medication requires periodic  internal medicine and/or gastroenterology follow-up for monitoring of the potential sequelae of long term anti-inflammatory use. This includes but is not limited to gastritis, gastrointestinal bleeding, peptic ulcer disease, as well as liver and kidney disorders.

The patient will require interventional pain management in the future.

The patient will require cervical medial nerve branch block injections at an associated cost of approximately $3,500-$16,000 per injection. A series of 3 injections are typically administered.  This may be repeated up to twice annually.

The patient will require cervical trigger point, epidural steroid or facet injections at an associated cost of approximately $3,500-$16,000 per injection. A series of 3 injections are typically administered.  This may be repeated up to twice annually.

If the patient fails to get lasting relief, cervical facet ablation will be indicated. The cervical spine surgery will be performed in a hospital setting. Cervical surgical intervention has an associated cost of $45,000 to $60,000 for the procedure.  This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as

**Chart Notes**

06/20/2018 thru 06/20/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

07/17/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#593663S95 |

**Date** 06/20/2018

**Provider** Nestor Joaquin Javech

*** continued from previous page ***

anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

If the patient fails to get lasting relief, anterior cervical discectomy with fusion will be indicated. The cervical spine surgery will be performed in a hospital setting. Cervical surgical intervention has an associated cost of $105,000 to $150,000 for the procedure. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

Document has not been officially reviewed until signed.

ME

**Diagnosis**   S13.4XXA: Sprain of cervical ligts, initl.
                S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
                M54.6: Pain in thoracic spine
                S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
                M54.5: Low back pain

Electronically Signed

Nestor Joaquin Javech 07/03/2018 04:54 PM



STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

| | PICA | | | | | | PICA | |
|---|---|---|---|---|---|---|---|---|

**1.** MEDICARE ☐ (Medicare#)  MEDICAID ☐ (Medicaid#)  TRICARE ☐ (ID#/DoD#)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (ID#)  FECA BLK LUNG ☒ (ID#)  OTHER ☐ (ID#)
**1a.** INSURED'S I.D. NUMBER (For Program in Item 1): CL#593663S95

**2.** PATIENT'S NAME (Last Name, First Name, Middle Initial) ▮

**3.** PATIENT'S BIRTH DATE: MM | DD | YY   SEX M ☐  F ☒

**4.** INSURED'S NAME (Last Name, First Name, Middle Initial)

**5.** PATIENT'S ADDRESS (No., Street) ▮

**6.** PATIENT RELATIONSHIP TO INSURED: Self ☒  Spouse ☐  Child ☐  Other ☐

**7.** INSURED'S ADDRESS (No., Street)

CITY ▮   STATE

**8.** RESERVED FOR NUCC USE

CITY   STATE

ZIP CODE ▮   TELEPHONE (Include Area Code) (  )

ZIP CODE   TELEPHONE (Include Area Code) (  )

**9.** OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

**10.** IS PATIENT'S CONDITION RELATED TO:

**11.** INSURED'S POLICY GROUP OR FECA NUMBER

**a.** OTHER INSURED'S POLICY OR GROUP NUMBER

**a.** EMPLOYMENT? (Current or Previous) ☐ YES  ☒ NO

**a.** INSURED'S DATE OF BIRTH: MM | DD | YY   SEX M ☐  F ☒

**b.** RESERVED FOR NUCC USE

**b.** AUTO ACCIDENT? ☐ YES  ☒ NO   PLACE (State) FL

**b.** OTHER CLAIM ID (Designated by NUCC)

**c.** RESERVED FOR NUCC USE

**c.** OTHER ACCIDENT? ☐ YES  ☒ NO

**c.** INSURANCE PLAN NAME OR PROGRAM NAME

**d.** INSURANCE PLAN NAME OR PROGRAM NAME

**10d.** CLAIM CODES (Designated by NUCC)

**d.** IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES  ☒ NO   If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12.** PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  Signature On File   DATE 06 20 2018

**13.** INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  Signature On File

**14.** DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP): MM 04 DD 08 YY 2018   QUAL. 431

**15.** OTHER DATE: MM | DD | YY

**16.** DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM MM | DD | YY   TO MM | DD | YY

**17.** NAME OF REFERRING PROVIDER OR OTHER SOURCE   **17a.** | **17b.** NPI

**18.** HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM MM | DD | YY   TO MM | DD | YY

**19.** ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

**20.** OUTSIDE LAB? ☐ YES  ☒ NO   $ CHARGES

**21.** DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

A. S134XXA   B. M546   C. M545   D.
E.   F.   G.   H.
I.   J.   K.   L.

**22.** RESUBMISSION CODE   ORIGINAL REF. NO.

**23.** PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 20 2018 | 06 20 2018 | 11 | | 99213 | | ABC | 23700 | 1 | | NPI | 1760400725 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25.** FEDERAL TAX I.D. NUMBER  271391503  SSN ☐  EIN ☒

**26.** PATIENT'S ACCOUNT NO.

**27.** ACCEPT ASSIGNMENT? (For govt. claims, see back) ☒ YES  ☐ NO

**28.** TOTAL CHARGE  $ 23700

**29.** AMOUNT PAID  $ 000

**30.** Rsvd for NUCC Use

**31.** SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  Nestor Joaquin Javech
SIGNED  On File   DATE 06 22 2018

**32.** SERVICE FACILITY LOCATION INFORMATION
Ceda Orthopedic Group, LLC
815 NW 57th Avenue
#202
Miami, FL 33126
a. 1346737749   b.

**33.** BILLING PROVIDER INFO & PH # (305) 6469644
Ceda Orthopedic Group, LLC
PO Box 26-1750
Miami, FL 33126
a. 1760400725   b.

# Chart Notes

**10/01/2018 thru 10/05/2018**

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

12/21/2018

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| (Specialist) | | | | | |
| Ins Co **STATE FARM INSURANCE** | | Pol # | | **Insured** | **CL #592922V85** |

**Date** 10/02/2018

**Provider Roberto Moya, MD, FAAOS**

Patient Name:
Date of Birth:
Age:
Sex: Male
Date of Injury: 2/3/2018

## FOLLOW UP EVALUATION

### CHIEF COMPLAINT

Mr. _____ presented himself to the office today complaining of constant head, cervical spine, upper thoracic, right shoulder and right ankle pain with qualities described as sharp, deep, sore and stiff. The patient is experiencing radiating pain from the cervical spine into the right shoulder. In addition, the patient states that he experiences numbness and tingling in the right toes. Mr. _____ quantifies his overall pain intensity as 3, based on a zero through ten visual analog scale.

### DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:

He relates that sitting, standing, transfer, reclining, reaching and bending, stooping, lifting, twisting and walking exacerbate(s) his symptoms. He reports that rest help(s) to mitigate his symptoms.

The patient reports that he is feeling better since the last visit. He attributes this improvement to physical therapy.

### MUSCULOSKELETAL EXAMINATION

#### CERVICAL SPINE EXAM:

+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate pain

+(Tndr) There is mild to moderate palpatory tenderness over the paravertebral muscles on the right, paravertebral muscles on the left and C4-C6 facet joints.

+(Spsm) There is mild to moderate myospasm on palpation over the paravertebral muscles on the right and paravertebral muscles on the left.

+(Jcks) Jackson's test is positive bilaterally.

+(DTR) Deep tendon reflex is 1-3+/5 at the biceps, triceps and brachioradialis on the right and left.

+(StrAbnml) In the upper extremities, biceps, triceps, wrist extension and wrist flexion is 4-5/5 on the right and left.

-(Sprlg) Spurling's test is negative bilaterally.

# Chart Notes

10/01/2018 thru 10/05/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

12/21/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL #592922V85 |

Date    10/02/2018

Provider  Roberto Moya, MD, FAAOS                                    *** continued from previous page ***

-(Hoff) Hoffman's sign is absent.

-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:

+(ROMEx) Extension is restricted with pain.

+(Tndr) Tenderness is noted upon palpation of the costovertebral angle on the right, costovertebral angle on the left, paraspinal musculature on the right and paraspinal musculature on the left.

-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.

-(Kyph) The thoracic kyphosis is within normal limits.

-(ScWng) Scapular winging is absent.

RIGHT SHOULDER EXAM:

+(ROM) Range of motion in elevation, extension, internal rotation, abduction, external rotation and adduction is mildly restricted.

+(Tndr) Tenderness is noted on palpation of the subacromial area.

+(Neer) Neer's test is positive.

+(Hawk) Hawkin's test is positive.

+(Gerber) Gerber's test is positive.

+(Crpts) Crepitus is present.

-(Jobe) Jobe's test is negative.

-(Spd) Speed's test is negative.

-(Crnk) Crank test is negative.

-(Appr) Apprehension test are negative.

-(Tin) Tinel's sign is absent over the median and ulnar nerves.

-(StrBiExRot) Biceps strength and strength to resisted external rotation of the shoulder is intact.

-(AtrphSkn) There is no atrophy or skin abnormalities observed.

-(NeuroVas) Neurovascular status of the extremity is within normal limits.

-(TOS) Thoracic outlet testing is negative.

-(Pulse) Pulses are normal throughout the brachial, axillary, radial and ulnar arteries.

RIGHT ANKLE EXAM:

-(ROM) Examination of the ankle reveals range of motion is intact.

-(Swll) No swelling or ecchymosis is evident.

-(Tndr) There is no tenderness palpable over the anterior talofibular, posterior talofibular, calcaneofibular, and deltoid ligaments. There is no tenderness to palpation over the distal fibula, proximal fibula, distal tibia, or base of the fifth metatarsal.

-(TalrTlt) There is no instability to talar tilt or anterior drawer.

-(PrnlTnds) The peroneal tendons do not sublux.

**Chart Notes**

**10/01/2018 thru 10/05/2018**

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

12/21/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| | (Specialist) | | | |
| Ins Co  STATE FARM INSURANCE | | Pol # | Insured | CL #592922V85 |

**Date    10/02/2018**

Provider  Roberto Moya, MD, FAAOS                    *** *continued from previous page* ***

-(StrExIntRot) Strength to resisted external rotation and internal rotation is intact.
-(StrDrsiPltrFlx) Strength to resisted dorsiflexion and plantar flexion is intact.

DIAGNOSTIC STUDIES
An MRI study of the cervical spine was performed on 9/19/2018. The following impression
was given:
C5-C6 herniated disc 1.3 mm
C7-T1 herniated disc 1.2 mm

An MRI study of the right shoulder was performed on 9/19/2018. The following impression
was given:
Focal full-thickness tear of the distal aspect of the supraspinatus tendon at its attachment site
on the greater tuberosity
Joint space narrowing of the glenohumeral joint with associated articular cartilage loss and
tearing of the labrum.
No evidence of acute bony abnormality

IMPRESSION
See below.

DISCUSSION:
The patient utilized medication and physical therapy for treatment of symptoms, but
continues to have residual pain. The patient reports decrease of pain after the treatment.

The patient's functional status has improved as well as expected. The injury sustained is
within reasonable medical probability and/or certainty permanent in nature. Therefore, it is of
my professional opinion that                               has reached maximum medical
improvement. The patient has sustained a(n) 12% partial permanent impairment of the whole
body based on the AMA Guides to Evaluation of Permanent Impairment.

The patient may incur the following future medical costs associated with this condition, which
are reasonable, medically necessary, and directly related to the accident occurring on
2/3/2018. The patient may require physical therapy services for any acute flare-ups to control
pain and dysfunction that is likely to occur either on an annual or biannual basis at an
associated cost of $2,500 to $3,000 annually depending on the complexity of the pain
symptoms.

The patient may require chronic anti-inflammatory and pain medication at an associated cost
of $1,500 to $2,000 annually. The use of chronic medication requires periodic  internal
medicine and/or gastroenterology follow-up for monitoring of the potential sequelae of long

**Chart Notes**

10/01/2018 thru 10/05/2018

Ceda Orthopedic Group
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

12/21/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL #592922V85 |

| Date | 10/02/2018 | |
|---|---|---|
| Provider | Roberto Moya, MD, FAAOS | *** continued from previous page *** |

term anti-inflammatory use. This includes but is not limited to gastritis, gastrointestinal bleeding, peptic ulcer disease, as well as liver and kidney disorders.

The patient will require cervical trigger point, epidural steroid or facet injections at an associated cost of approximately $3,500-$16,000 per injection. A series of 3 injections are typically administered. This may be repeated up to twice annually.

If the patient fails to get lasting relief, anterior cervical discectomy with fusion versus arthroplasty at 1 level will be indicated. The cervical spine surgery will be performed in a hospital setting. Cervical surgical intervention has an associated cost of $105,000 to $150,000 for the procedure. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

The patient will require thoracic trigger point, epidural steroid or facet injections at an associated cost of approximately $3,500-$16,000 per injection. A series of 3 injections are typically administered. This may be repeated up to twice annually.

If the patient fails to get lasting relief, thoracic medial branch ablation at 2-3 levels will be indicated. The thoracic spine surgery will be performed in a hospital setting. Thoracic surgical intervention has an associated cost of $45,000 to $60,000 for the procedure. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

If the patient fails to get lasting relief, he will require arthroscopic surgery of the right shoulder with rotator cuff tear repair. The approximate cost of the surgery is between $55,000-$65,000. This is inclusive of physician fees, hospital charges, anesthesia, supplies and any durable medical equipment needed for post surgical care. This is a summary of the discussion with the patient and in no way is intended to be a verbatim summation of everything discussed. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

This document has not been officially reviewed until signed.

MA.

**Chart Notes**

**10/01/2018 thru 10/05/2018**

**Ceda Orthopedic Group**
815 NW 57 Ave
Suite 202
Miami, Florida 33126
Phone: 305-646-9644
Fax: 305-646-9645

12/21/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| **Ins Co STATE FARM INSURANCE** | | **Pol #** | | **Insured** **CL #592922V85** |

**Date  10/02/2018**

**Provider  Roberto Moya, MD, FAAOS**                                    *** *continued from previous page* ***

**Diagnosis**   S13.4XXA: Sprain of cervical ligts, initl.
M54.2: Cervicalgia
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
M25.511: Pain in right shoulder

Electronically Signed

Roberto Moya, MD, FAAOS 10/17/2018 04:53 PM

74RFECS          1/5/2019 8:01:35 AM   PAGE   2/007   Fax Server

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA. 30348

☐ PICA

| | PICA |
|---|---|

1. MEDICARE  MEDICAID  TRICARE  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER
(Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE  SEX
MM | DD | YY    M ☐  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☑  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)

CITY          STATE

8. RESERVED FOR NUCC USE

CITY          STATE

ZIP CODE       TELEPHONE (Include Area Code)
(    )

ZIP CODE       TELEPHONE (Include Area Code)
(    )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☒ NO

a. INSURED'S DATE OF BIRTH  SEX
MM | DD | YY    M ☐  F ☐

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT?  PLACE (State)
☒ YES  ☐ NO  FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT?
☐ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED    Signature On File    DATE  10 02 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED    Signature On File

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)
MM  DD  YY  02 03 2018  QUAL. 431

15. OTHER DATE  MM | DD | YY
QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
MM  DD  YY  FROM     TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY  FROM     TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB?  $ CHARGES
☐ YES  ☒ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)  ICD Ind. 0
A. S134XXA   B. M542   C.   D. M546
E.   F.   G.   H.
I.   J.   K.   L.

22. RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 10 02 2018 | 10 02 2018 | 11 | | 99213- | | ABC | 23700 | 1 | | NPI | 1245789882 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☐ YES  ☐ NO

28. TOTAL CHARGE
$ 305 6469644

29. AMOUNT PAID
$

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

On File    10 31 2018

32. SERVICE FACILITY LOCATION INFORMATION
815 NW 57th Avenue
#202
Miami, FL 33126
1346737749

33. BILLING PROVIDER INFO & PH # (   )   LLC
PO Box 26-1750
Miami, FL 33126

1245789882    OB

SIGNED    DATE    a. NPI    b.

a. NPI    b.

NUCC Instruction Manual available at: www.nucc.org

PLEASE PRINT OR TYPE

APPROVED OMB-0938-1197 FORM 1500 (02-12)

# Chart Notes

02/06/2018 thru 02/06/2018

**CEDA Ortho & Int Med of Hialeah**
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

02/26/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (Specialist) | | | |
| **Ins Co STATE FARM INSURANCE** | Pol # | **Insured** | CL#591807W40 |

**Date 02/06/2018**

Provider Roberto Moya MD-ME3121

Patient Name:
Date of Birth:
Age:
Sex: Female
Date of Injury: 10/21/2017

### FOLLOW UP EVALUATION

**CHIEF COMPLAINT**
Ms.      presented herself to the office today complaining of intermittent head, cervical spine, upper thoracic, lumbar spine, left shoulder and left elbow pain with qualities described as dull, deep, aching and stiff. In addition, the patient states that she experiences tingling in the hands. Ms.      quantifies her overall pain intensity as 2, based on a zero through ten visual analog scale.

**DUTIES UNDER DURESS/ACTIVITIES OF DAILY LIVING:**
She relates that sitting, standing, transfer, bending, lifting and twisting exacerbate(s) her symptoms. She reports that NSAIDs (Ibuprofen 800 mg) help(s) to mitigate her symptoms.

The patient had a left shoulder injection on 12/19/2017.

**PHYSICAL EXAMINATION**
-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: Turgor is resilient. No rashes or abnormal lesions. No exudate, swelling or temperature changes.
-(He)HEENT: Patient's conversational hearing is appropriate and EOM are intact.
-(Nck)Neck: The trachea is midline.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion.
-(Hrt)Heart/Vessels: Arterial pulses are equal and symmetric. No edema or cyanosis of the upper or lower extremities. No clubbing.
-(Abs)Abdomen: There are active bowel sounds.
-(Lymph)Lymphatics: No visible enlargement of lymph nodes.

**MUSCULOSKELETAL EXAMINATION**

CERVICAL SPINE EXAM:
+(ROMC/S) Range of motion of the cervical spine in flexion, extension, bilateral rotation and bilateral lateral flexion is with mild to moderate pain.
+(Tndr) There is mild to moderate palpatory tenderness over the paravertebral muscles on the right and paravertebral muscles on the left.
+(Spsm) There is mild to moderate myospasm on palpation over the paravertebral muscles on the right and paravertebral muscles on the left.
+(Jcks) Jackson's test is positive bilaterally.

THORACIC SPINE EXAM:
+(ROMEx) Extension is restricted with pain.
+(Tndr) Tenderness is noted upon palpation of the paraspinal musculature on the right, paraspinal musculature on the left, costovertebral angle on the right and costovertebral angle on the left.
-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.
-(Kyph) The thoracic kyphosis is within normal limits.

# Chart Notes

02/06/2018 thru 02/06/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

02/26/2018

| Patient: | | DOB: | | |
|---|---|---|---|---|
| (Specialist) | | | | |
| Ins Co STATE FARM INSURANCE | | Pol # | Insured | CL#591807W40 |

**Date    02/06/2018**

**Provider   Roberto Moya MD-ME3121**                    *** *continued from previous page* ***

-(ScWng) Scapular winging is absent.
-(ROMFlEx) Flexion is within normal limits.
-(Tndr) Tenderness is absent upon palpation of the costovertebral angles, paraspinal musculature bilaterally, and spinous processes.

**LUMBAR SPINE EXAM:**
+(ROML/S) Range of motion reveals flexion, extension, bilateral rotation and bilateral lateral flexion is with mild to moderate pain.
+(Tndr) There is mild to moderate palpatory tenderness over the paraspinal musculature on the right, paraspinal musculature on the left and L3 to S1 facet joints.
+(Spsm) There is mild to moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.
+(Hypr) Hyperextension test is positive.

**LEFT SHOULDER EXAM:**
+(ROM) Range of motion in elevation, external rotation, abduction, adduction, extension and internal rotation is mild to moderately restricted with pain.
+(Tndr) Tenderness is noted on palpation of the anterior glenohumeral joint and subacromial area.
+(Neer) Neer's test is positive.
+(Hawk) Hawkin's test is positive.
+(Jobe) Jobe's test is positive.
+(Speed) Speed's test is positive.

**LEFT ELBOW EXAM:**
-(Def) Examination of the elbow reveals no deformity.
-(Mas) No masses evident.
-(Crptn) No crepitation.
-(ROM) Range of motion reveals flexion, extension, supination and pronation are intact.
-(Tnd) There is no palpatory tenderness medially, laterally, anteriorly, or posteriorly.
-(Instbl) Neither medial or lateral instability of the elbow is noted.
-(Tin) Tinel's sign is absent.
-(RstntFl/Sup) No pain is elicited at the elbow against resisted flexion of the wrist and supination of the forearm.
-(RstntExPro) No pain is elicited at the elbow with resisted extension of the wrist and pronation of the forearm.

**DIAGNOSTIC STUDIES**
An MRI study of the cervical spine was performed on 10/31/2017. The following impression was given:
C6-C7 herniated disc 1.2 mm

An MRI study of the left shoulder was performed on 11/13/2017. The following impression was given:
Full thickness supraspinatus tear
Impingement
Tendinitis of the rotator cuff

**IMPRESSION**
See below.

**DISCUSSION**
The patient's functional status has improved as well as expected. The injury sustained is within reasonable medical probability and/or certainty permanent in nature. Therefore, it is of my professional opinion that
has reached maximum medical improvement. The patient has sustained a(n) 16% partial permanent impairment of the whole body based on the AMA Guides to Evaluation of Permanent Impairment.

**Chart Notes**

02/06/2018 thru 02/06/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

02/26/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (Specialist) | | | |
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL#591807W40 |

Date     02/06/2018

Provider   Roberto Moya MD-ME3121                                    *** continued from previous page ***

The patient may incur the following future medical costs associated with this condition, which are reasonable, medically necessary, and directly related to the accident occurring on 10/21/2017. The patient may require physical therapy services for any acute flare-ups to control pain and dysfunction that is likely to occur either on an annual or biannual basis at an associated cost of $2,500 to $3,000 annually depending on the complexity of the pain symptoms.

The patient may require chronic anti-inflammatory and pain medication at an associated cost of $1,500 to $2,000 annually. The use of chronic medication requires periodic  internal medicine and/or gastroenterology follow-up for monitoring of the potential sequelae of long term anti-inflammatory use. This includes but is not limited to gastritis, gastrointestinal bleeding, peptic ulcer disease, as well as liver and kidney disorders.

The patient will require interventional pain management in the future.

The patient will require cervical trigger point, epidural steroid or facet injections at an associated cost of approximately $3,500 per injection. A series of 3 injections are typically administered.  This may be repeated up to twice annually.

If the patient fails to get lasting relief, anterior cervical discectomy with fusion at 1 level will be indicated. The cervical spine surgery will be performed in a hospital setting. Cervical surgical intervention has an associated cost of $80,000 to $98,000 for the procedure.  This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

If the patient fails to get lasting relief, lumbar facet ablation at 2-3 levels will be indicated. The lumbar spine surgery will be performed in a hospital setting.  Lumbar surgical intervention has an associated cost of $45,000 to $60,000 for the procedure.  This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

If the patient fails to get lasting relief, she will require arthroscopic left shoulder surgery with labral repair and acromioplasty. The approximate cost of the surgery is between $45,000-$65,000. This is inclusive of physician fees, hospital charges, anesthesia, supplies and any durable medical equipment needed for post surgical care. This is a summary of the discussion with the patient and in no way is intended to be a verbatim summation of everything discussed. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating  factors such as the patient's age, history and operating room time.

This document has not been officially reviewed until signed.

MA.

**Chart Notes**

02/06/2018 thru 02/06/2018

CEDA Ortho & Int Med of Hialeah
755 E 49th Street
Hialeah, FL 33013
Phone: 305-558-5432
Fax: 305-824-9946

02/26/2018

| Patient: | DOB: | | |
|---|---|---|---|
| (Specialist) | | | |
| Ins Co **STATE FARM INSURANCE** | Pol # | **Insured** | **CL#591807W40** |

**Date    02/06/2018**

**Provider   Roberto Mova MD-ME3121**                                    *** *continued from previous page* ***

**Diagnosis**   S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
M54.2: Cervicalgia
M50.22: Other cervical disc displacement, mid-cervical region
M62.838: Other muscle spasm
M53.82: Other specified dorsopathies, cervical region
S23.3XXA: Sprain of ligaments of thoracic spine, initial encounter
M54.6: Pain in thoracic spine
S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
M54.5: Low back pain
M53.86: Other specified dorsopathies, lumbar region
M25.512: Pain in left shoulder
M75.122: Complete rotatr-cuff tear/ruptr of left shoulder, not trauma
M25.522: Pain in left elbow

Electronically Signed

02/09/2018 10:44 AM



**STATE FARM INSURANCE**
PO BOX 106145
ATLANTA, GA 30348

02/26/2018

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare#) (Medicaid#) (ID#/DoD#) (Member ID#) (ID#) (ID#) [X] (ID#) | CL#591807W40 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)

3. PATIENT'S BIRTH DATE — SEX M [ ] F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED — Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)

CITY — STATE

8. RESERVED FOR NUCC USE

CITY — STATE

ZIP CODE — TELEPHONE (Include Area Code) ( )

ZIP CODE — TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES [ ] NO [X]

a. INSURED'S DATE OF BIRTH MM DD YY — SEX M [ ] F [X]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? YES [X] NO [ ] PLACE (State) FL

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? YES [ ] NO [X]

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **Signature On File** DATE 02 19 2018

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE. I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **Signature On File**

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) 10 21 2017 QUAL. 431

15. OTHER DATE MM DD YY QUAL.

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM — TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM — TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? YES [ ] NO [X] $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

22. RESUBMISSION CODE — ORIGINAL REF. NO.

A. S134XXA  B. M542  C. M5022  D. M62838
E. M5382  F. S233XXA  G. M546  H. S335XXA
I. M545  J. M5386  K. M25512  L. M75122

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02 06 2018 02 06 2018 | 11 | | 99213 | | ABCD | 237 00 | 1 | | NPI | 1376596205 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER 271347409 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES [X] NO [ ]

28. TOTAL CHARGE $ 237 00

29. AMOUNT PAID $ 000

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roberto Moya MD-ME3121

SIGNED On File DATE 02 19 2018

32. SERVICE FACILITY LOCATION INFORMATION
235 West 49 Street
Hialeah, FL. 33012

a. 1154641165 b.

33. BILLING PROVIDER INFO & PH # (305) 5585432
CEDA Ortho & Interventional Med of Hialeah, LLC
PO Box 26-1750
Miami, FL 33126

a. 1376596205 b.

NUCC Instruction Manual available at: www.nucc.org

**PLEASE PRINT OR TYPE**

APPROVED OMB-0938-1197 FORM 1500 (02-12)

--- ----

**Chart Notes**

████████████

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: ████████████ | DOB: ████████ | | |
|---|---|---|---|
| **Ins Co STATE FARM INSURANCE** | **Pol #** | **Insured** | **CL# 597N53669** |

**Date** 06/29/2016

**Provider Roberto Moya ME31217**

· Patient Name: ████████
Date of Birth: ████████
Age: ████
Sex: Female
Date of Injury: 11/13/2015

**FINAL EVALUATION**

**REVIEW OF HISTORY OF ACCIDENT**
An initial examination was performed on ████████ for injuries sustained in a motor vehicle crash occurring on 11/13/2015. She was the restrained driver of a motor vehicle when it was struck on the rear end. She recalls that the onset of her symptoms presented after the accident occurred. Ms. ████ states that she went to the emergency room at Baptist Urgent Care where she was evaluated and treated for her injuries. Treatment at the urgent care included radiographs.

**REVIEW OF INITIAL CHIEF COMPLAINT**
Ms. ████ presented herself to my office complaining of intermittent cervical spine pain with qualities described as aching, sore and stiff. She also complains of intermittent upper thoracic and mid thoracic pain with qualities described as aching. There is an additional complaint of constant lumbar spine pain with qualities noted as aching, sore and stiff. She reports constant left wrist pain with qualities noted as aching, sore and stiff. She also reports intermittent right knee pain with qualities noted as aching, sore and stiff. The patient is experiencing radiating pain from the lumbar spine into the left buttock. Ms. ████ quantifies her overall pain intensity as 3 for the right knee, neck and left shoulder, 6 for the lumbar spine and 7 for the wrist, based on a zero through ten visual analog scale. She relates that sitting, standing, transfer, reclining, reaching, bending, stooping, walking, climbing stairs and laying down exacerbate(s) her symptoms. She reports that NSAIDs help(s) to mitigate her symptoms.

**FINAL CHIEF COMPLAINT**
Ms. ████ presented herself to the office today complaining of intermittent cervical spine and right knee pain with qualities described as aching, sore and stiff. She also complains of intermittent upper thoracic and mid thoracic pain with qualities described as aching. There is an additional complaint of constant lumbar spine and left wrist pain with qualities noted as aching, sore and stiff. Ms. ████ quantifies her overall pain intensity as 6, based on a zero through ten visual analog scale. She relates that sitting, standing, transfer, reclining, reaching, bending, stooping, walking and laying down exacerbate(s) her symptoms. She reports that NSAIDs help(s) to mitigate her symptoms. The patient reports that she is feeling the same since the last visit.

**PHYSICAL EXAMINATION**
-(Gen)General: The patient is well developed and well nourished.
-(Psy) Psyche: The patient is alert and fully oriented times three.
-(Neuro) Neurological: Gait and station are intact.
-(Skn)Skin: There is resilient turgor and absence of rashes or abnormal lesions.
-(He)HEENT: Normocephalic, patients' conversational hearing is appropriate and EOM are intact.
-(Nck)Neck: The trachea is midline and mobile.
-(Lng)Chest/Lungs: There is symmetric thoracic expansion and easy and regular breathing. No crepitus, no subcutaneous emphysema.
-(Hrt)Heart/Vessels: There is equal and symmetric arterial pulses and no edema or cyanosis in the extremities.
-(Abs)Abdomen: There are active bowel sounds. No distention.
-(Lymph)Lymphatics: Lymph nodes are not enlarged.

MUSCULOSKELETAL EXAMINATION

CERVICAL SPINE EXAM:

08022016

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | | DOB: | | |
|---|---|---|---|---|
| Ins Co  STATE FARM INSURANCE | Pol # | | Insured | CL# 597N53669 |

**Date    06/29/2016**

**Provider   Roberto Moya ME31217**                                    *** *continued from previous page* ***

+(ROMC/S) Range of motion of the cervical spine reveals flexion, extension, bilateral rotation and bilateral lateral flexion are moderate to severely restricted with pain.
+(Tndr) There is moderate palpatory tenderness over the paravertebral muscles on the right, paravertebral muscles on the left and trapezius musculature.
+(Spsm) There is moderate myospasm on palpation over the paravertebral muscles on the right, paravertebral muscles on the left and trapezius musculature.
+(Jcks) Jackson's test is positive.
-(Sprlg) Spurling's test is negative bilaterally.
-(Hoff) Hoffman's sign is absent.
-(DTR) Deep tendon reflexes at the biceps, triceps, and brachioradialis are intact, symmetric and +2/4 bilaterally.
-(StrBiTri)) Strength at the biceps and triceps is +5/5 bilaterally.
-(StrWrExFl) Strength to resisted wrist extension and flexion is +5/5 bilaterally.
-(SnsLTNml) Sensation to light touch is intact bilaterally.

THORACIC SPINE EXAM:
-(Def/Scls) Examination of the thoracic spine reveals no deformity or scoliosis observed.
-(Kyph) The thoracic kyphosis is within normal limits.
-(ScWng) Scapular winging is absent.
+(ROMEx) Extension is restricted with pain.
+(Tndr) Tenderness is noted upon palpation of the costovertebral angle on the right, costovertebral angle on the left, paraspinal musculature on the right and paraspinal musculature on the left.

LUMBAR SPINE EXAM:
+(ROMU/S) Range of motion reveals flexion, extension, bilateral rotation and bilateral lateral flexion are with moderate to severe pain.
+(Tndr) There is moderate palpatory tenderness over the paraspinal musculature on the right, paraspinal musculature on the left, L3-L4 facet joints and L4-L5 facet joints.
+(Spsm) There is mild to moderate myospasm on palpation over the paraspinal musculature on the right and paraspinal musculature on the left.
+(Hypr) Hyperextension test is positive.
-(SLR) Straight leg raising is negative.
-(CntraSLR) Contralateral straight leg raising is negative.
-(Homn) Homan's test is negative.
-(DTR) Deep tendon reflexes are intact, symmetric, and +2/4 at the patella tendon and the achilles tendon bilaterally.
-(StrEHL) Strength testing at the extensor hallicus longus is intact and 5/5 bilaterally.
-(StrDrsPlFlx) Strength to foot dorsiflexion and foot plantar flexion is intact and 5/5 bilaterally.
-(StrHpFlx) Strength to hip flexion is intact and 5/5 bilaterally.
-(StrKnEx) Strength to knee extension is intact and 5/5 bilaterally.
-(SnsLT) Sensation to light touch is intact.

LEFT WRIST AND HAND EXAM:
+(Def) Wrist and hand examination reveals there is swelling visualized dorsally.
-(Mas) No masses visualized.
-(Crpts) Crepitus is absent.
+(Tndr) Tenderness is elicited over the distal radius and scapholunate ligament.
+(ROM) Flexion, Extension and Radial deviation of the wrist is mild to moderately restricted with pain.
-(ROMDIP) Range of motion of the fingers at the distal interphalangeal joints are intact.
-(ROMPIP) Proximal interphalangeal joints are also intact.
-(ROMMP) Metacarpophalangeal joints are intact.
-(FngAbd) Finger strength to abduction is intact.
-(FngAdd) Finger strength adduction is intact.
-(FngPnch) Finger pinch test is intact.

Printed:   Thursday, July 07, 2016 3:00:29 PM                                              Page 2  Of  5

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | | DOB: | | | |
|---|---|---|---|---|---|
| Ins Co STATE FARM INSURANCE | | Pol # | | Insured | CL# 597N53669 |

**Date** 06/29/2016

**Provider** Roberto Moya ME31217                    *** *continued from previous page* ***

+(Grip) Grip strength is weak.
+(Tin) Tinel's sign is present.
+(Phaln) Phalen's test is positive.

RIGHT KNEE EXAM:
-(ROM) Examination of the knee joint reveals range of motion is intact.
-(Effsn) No effusion or swelling is evident.
-(Def) No varus or valgus deformity is noted.
-(Crpts) Crepitus is absent.
-(Tndr) There is no pain over the medial and lateral joint lines. There is no tenderness over the pes insertion, plica, medial patellar facet, lateral patellar facet, prepatellar bursa, quadriceps insertion or infrapatellar tendon.
-(Lach) Lachman's test is negative.
-(Piv) Pivot shift test is negative.
-(Thes) Thessaly's test is negative.
-(Spr) Spring test is negative.
-(Var) There is no instability of the knee joint to varus stress at either 0 or 30 degrees of flexion.
-(Val) There is no instability of the knee joint to valgus stress at 0 or 30 degrees of flexion.
-(Drwrs) The anterior and posterior drawer tests are negative.
-(McMrry) McMurray's test is negative medially and laterally.
-(PatTrck) There is no abnormality noted in patellar tracking.
-(Tin) Tinel's sign is absent.

LEFT KNEE EXAM:
-(ROM) Examination of the knee joint reveals range of motion is intact.
-(Effsn) No effusion or swelling is evident.
-(Def) No varus or valgus deformity is noted.
-(Crpts) Crepitus is absent.
-(Tndr) There is no pain over the medial and lateral joint lines. There is no tenderness over the pes insertion, plica, medial patellar facet, lateral patellar facet, prepatellar bursa, quadriceps insertion or infrapatellar tendon.
-(Lach) Lachman's test is negative.
-(Piv) Pivot shift test is negative.
-(Thes) Thessaly's test is negative.
-(Spr) Spring test is negative.
-(Var) There is no instability of the knee joint to varus stress at either 0 or 30 degrees of flexion.
-(Val) There is no instability of the knee joint to valgus stress at 0 or 30 degrees of flexion.
-(Drwrs) The anterior and posterior drawer tests are negative.
-(McMrry) McMurray's test is negative medially and laterally.
-(PatTrck) There is no abnormality noted in patellar tracking.
-(Tin) Tinel's sign is absent.

DIAGNOSTIC STUDIES
There are no new diagnostics since the last visit.

DISCUSSION
Ms. [redacted] initially presented in this office due to the persistence of pain. Ms. [redacted]'s subjective complaints are consistent with the patient's history and objective findings on physical examination and diagnostic studies. It is therefore within a reasonable degree of medical certainty that this patient's injuries are a direct result of the accident occurring on 11/13/2015.

The patient's functional status has improved as well as expected. The injury sustained is within reasonable medical probability and/or certainty permanent in nature. Therefore, it is of my professional opinion that [redacted] has reached maximum medical improvement. The patient has sustained a(n) 16% partial permanent impairment of the

08022016

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | | |
|---|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured | CL# 597N53669 |

**Date     06/29/2016**

**Provider   Roberto Moya ME31217**                            *** *continued from previous page* ***

whole body based on the AMA Guides to Evaluation of Permanent Impairment.

The patient may incur the following future medical costs associated with this condition, which are reasonable, medically necessary, and directly related to the accident occurring on 11/13/2015. The patient may require physical therapy services for any acute flare-ups to control pain and dysfunction that is likely to occur either on an annual or biannual basis at an associated cost of $2,500 to $3,000 annually depending on the complexity of the pain symptoms.

The patient may require chronic anti-inflammatory and pain medication at an associated cost of $1,500 to $2,000 annually. The use of chronic medication requires periodic internal medicine and/or gastroenterology follow-up for monitoring of the potential sequelae of long term anti-inflammatory use. This includes but is not limited to gastritis, gastrointestinal bleeding, peptic ulcer disease, as well as liver and kidney disorders.

The patient will require cervical epidural steroid or facet injections at an associated cost of approximately $3,500 per injection. A series of 3 injections are typically administered.  This may be repeated up to twice annually.

If the patient fails to get lasting relief, cervical facet ablation at 2-3 levels will be indicated. The cervical spine surgery will be performed in a hospital setting. Cervical surgical intervention has an associated cost of $20,000 to $25,000 for the procedure.  This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

The patient will require lumbar epidural steroid or facet injections at an associated cost of approximately $3,500 per injection. A series of 3 injections are typically administered.  This may be repeated up to twice annually.

If the patient fails to get lasting relief, microdiscectomy at 1-2 levels versus laminectomy and fusion will be indicated. The lumbar spine surgery will be performed in a hospital setting.  Lumbar surgical intervention has an associated cost of $75,000 to $98,000 for the procedure. This fee is inclusive of the professional component, operating room time, recovery room, supply costs, as well as anesthesiologist fees, and implantable hardware. Please note that this is an estimate and that the cost of surgery varies from patient to patient depending on complicating factors such as the patient's age, history and operating room time.

This document has not been officially reviewed until signed.

MA.

08022016

**Chart Notes**

Ceda Ortho & Int Med of South Miami
6075 Sunset Drive 4th Fl
Miami, FL 33143
Phone: 305-669-1808
Fax: 305-669-8170

| Patient: | DOB: | |
|---|---|---|
| Ins Co STATE FARM INSURANCE | Pol # | Insured CL# 597N53669 |

Date 06/29/2016

Provider Roberto Mova ME31217     *** continued from previous page ***

**Diagnosis**    S13.4XXA: Sprain of ligaments of cervical spine, initial encounter
       M54.2: Cervicalgia
       M54.12: Radiculopathy, cervical region
       R51: Headache
       M62.838: Other muscle spasm
       M53.82: Other specified dorsopathies, cervical region
       M54.6: Pain in thoracic spine
       S33.5XXA: Sprain of ligaments of lumbar spine, initial encounter
       M54.5: Low back pain
       M53.86: Other specified dorsopathies, lumbar region
       M25.532: Pain in left wrist
       M25.561: Pain in right knee
       M23.91: Unspecified internal derangement of right knee

Provider Signature X _____
07/06/2016 02:03 PM

08022016

STATE FARM INSURANCE
PO BOX 106134
ATLANTA, GA  30348

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | | PICA

**1. MEDICARE** (Medicare#)  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLKLUNG** (ID#) X  **OTHER** (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
CL# 597N53669

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**

**3. PATIENT'S BIRTH DATE** M / / F X **SEX**

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**

**5. PATIENT'S ADDRESS (No., Street)**

**6. PATIENT RELATIONSHIP TO INSURED** Self Spouse Child Other

**7. INSURED'S ADDRESS (No., Street)**

CITY | STATE

**8. RESERVED FOR NUCC USE**

CITY | STATE

ZIP CODE | TELEPHONE (Include Area Code) ( )

ZIP CODE | TELEPHONE (Include Area Code) ( )

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES X NO

**a. INSURED'S DATE OF BIRTH** MM DD YY | SEX M F

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** X YES NO PLACE (State) FL

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES X NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES X NO  If yes, complete items 9, 9a, and 9d.

**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  Signature On File  DATE 07 12 2016

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  Signature On File

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** 11 13 2015  QUAL. 431

**15. OTHER DATE** MM DD YY QUAL.

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE** 17a. 17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**

**20. OUTSIDE LAB?** YES X NO  $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** Relate A-L to service line below (24E)  ICD Ind. 0
A. S134XXA  B. M542  C. M5412  D. R51
E. M62838  F. M5382  G. M546  H. S335XXA
I. M545  J. M5386  K. M25532  L. M25561

**22. RESUBMISSION** CODE | ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 06 29 2016 06 29 2016 | 11 | | 99213 | ABCD | 23700 | 1 | | NPI | 1376596205 |
| 2 | | | | | | | | NPI | |
| 3 | | | | | | | | NPI | |
| 4 | | | | | | | | NPI | |
| 5 | | | | | | | | NPI | |
| 6 | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 271391503  SSN EIN X

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?** X YES NO

**28. TOTAL CHARGE** $ 23700

**29. AMOUNT PAID** $ 000

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
Roberto Moya ME31217
SIGNED  On File  DATE 07 12 2016

**32. SERVICE FACILITY LOCATION INFORMATION**
Ceda Ortho & Interventional Med of South Miami LLC
6075 Sunset Drive, 4th Floor
South Miami, FL 33143
a. 1356681509

**33. BILLING PROVIDER INFO & PH #** ( 305)6691808
Ceda Ortho & Int Med of South Miami
PO Box 1750
Miami, FL 33126
a. 1376596205

NUCC Instruction Manual available at: www.nucc.org   **PLEASE PRINT OR TYPE**   APPROVED OMB-0938-1197 FORM 1500 (02-12)

07 20 2016