*Exhibit 36*



**AHCA**
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

## APPLICATION FOR CERTIFICATE OF EXEMPTION FROM LICENSURE
## AS A HEALTH CARE CLINIC

As provided in Subpart § 400.9935 (9), Florida Statutes (2006) ("F.S."): Please mail completed form, exemption fee of **$100**, and all requested attachments to the Agency for Health Care Administration at address below.  All items must be fully completed by all applicants.  Faxes will not be accepted for processing.

<u>Please Print or Type</u>                      **PART 1**                      <u>Refer to the instructions</u>
<u>for completing the Application</u>

---

**GENERAL INFORMATION.  FULLY COMPLETE SUBPART 1.A, 1.B, 1.C, 1.D, AND 1.E.**

---

**1.A.** Application is for (**check one**):

☒ **INITIAL CERTIFICATION:** Complete All Application.

☐ **CHANGE OF OWNERSHIP:** Complete All Application.
- **Effective Date of Change:** _____/_____/_____
- **Attach a copy of current Certificate of Exemption.**
- **Attach new ownership documentation.**

**RECEIVED**

**MAR 1 1 2010**

Central Systems
Management Unit

☐ **ADDRESS CHANGE:** Complete Parts 1 and 6 of Application, ONLY.
- **Previous Address:** _____
- **Effective Date of Change:** _____/_____/_____
- **Attach a copy of current Certificate of Exemption.**
- **No Fee Required.**

☐ **FACILITY NAME CHANGE:** Complete Parts 1 and 6 of Application, ONLY.
- **Previous Name:** _____
- **Effective Date of Change:** _____/_____/_____
- **Attach a copy of current Certificate of Exemption.**
- **No Fee Required.**

**1.B. Name of Applicant:** Florida Wellness & Rehabilitation Center of Little Havana LLC

The "**Applicant**" is a corporation or other legal entity, filed with the Florida Division of Corporations, that provides health care services to individuals and tenders charges to insurance companies or other third parties for reimbursement.  You may also be an unincorporated sole proprietor and own no stock.  The applicant name must correspond to the Federal Employer Identification Number entered below.

**1.C. Federal Employer Identification Number of Applicant:** 27-1347175

**1.D. Name of Clinic:** Florida Wellness & Rehabilitation Center of Little Havana LLC

This is the name that the clinic uses on its letterhead, yellow pages or building marquis.  This name is filed with the Division of Corporations as a "fictitious name" unless it is identical in every respect to the name of the applicant above, including "Inc., P.A., LLC, LLP, Company, etc."

**1.E. Clinic Address: (Street, City, Zip Code + 4):** 2750 Coral Way #201 + 202 Miami Fl. 33145

Business telephone: 3054419918          Fax Number: 3054419945

**3.C.  The applicant affirms that it provides health care services that are only within the scope of services authorized under the respective licenses issued under the chapter checked in Subpart 3.A.**  The undersigned is an authorized representative of the applicant and upon personal information and knowledge affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the authorized representative of the applicant who affirms the exemption requested. [Entities affiliated under 400.9905(4)(a)-(d), F.S., hospitals licensed under Chapter 395, F.S., do not have to comply with the "scope of services" provision.]

_____          _____
**Name of Authorized Representative (Print/Type)**          **Title of Authorized Representative**

_____          _____
**Signature of Authorized Representative**          **Date Signed**

# PART 4

**PRACTITIONER EXEMPTION UNDER § 400.9905(4)(g), F.S.:  FULLY COMPLETE SUBPART 4.A, 4.B, 4.C, 4.D AND 4.E.**

**Explanation:**  The clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below, *or* the clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below *and* the spouse, parent, child, or sibling of a licensed health care practitioner owning a financial interest in the applicant.
Family members who own 100% of the financial interest of the applicant <u>DO NOT</u> qualify for an exemption based on the relationship with a licensed health care practitioner.

**4.A.**  A sole proprietorship, group practice, partnership, or corporation that provides health care services by licensed health care practitioners under the following practice act:  **[Check all chapters that apply to sole proprietors, owners of stock (P.A., corporations), unit (LLC, LLP) or equity ownership (all other entity types) of the applicant]:**

| | |
|---|---|
| ☐ Chapter 457 [Acupuncture] | ☐ Chapter 466 [Dentistry] |
| ☐ Chapter 458 [Medical Practitioners] | ☐ Chapter 467 [Midwifery] |
| ☐ Chapter 459 [Osteopathy] | ☐ Chapter 480 [Massage Therapy] |
| ☒ Chapter 460 [Chiropractic] | ☐ Chapter 484 [Optical Devices and Hearing Aids] |
| ☐ Chapter 461 [Podiatry] | ☐ Chapter 486 [Physical Therapy] |
| ☐ Chapter 462 [Naturopathy] | ☐ Chapter 490 [Psychology] |
| ☐ Chapter 463 [Optometry] | ☐ Chapter 491 [Clinical Counseling] |

☐ Part I of chapter 468 [Speech-Language Pathology and Audiology]
☐ Part III of chapter 468 [Occupational Therapy]
☐ Part X of chapter 468 [Dietetic and Nutrition]
☐ Part X of chapter 468 [Athletic Trainers]
☐ Part XIV of chapter 468 [Orthotics, Prosthetics and Pedorthics]
☐ Section 464.012 [Advanced Registered Nurse Practitioners]

**RECEIVED**

**MAR 1 1 2010**

**Central Systems
Management Unit**

**4.B.** Under this exemption, an owner is not required to supervise health care services and may not supervise health care services outside the scope of the practitioner's license. However, the clinic may hire health care practitioners who may supervise health care services. No health care practitioner, who supervises, may supervise services beyond the scope of the practitioner's license. [For example: a chiropractor-owner [Chapter 460], qualifying under this exemption, may hire a medical physician (Chapter 458) to supervise services within that physician's license. A psychologist could not supervise dietician services.] **The applicant must be in compliance with this statement before a certificate can be issued.**

**You must check box to indicate compliance:** ☒

\* If qualified owner(s) of the clinic are licensed in physical therapy, occupational therapy, or speech pathology, any of these practices may supervise the service of any of the other two professions and not be deemed supervising services beyond the scope of the supervisor's license. A clinic owned by a licensee in § 456.053(3)(b) [PT, OT & SP], F.S., that provides only services authorized pursuant to § 456.053(3)(b) may be supervised by a licensee specified in § 456.053(3)(b), F.S.

**4.C. Wholly owned by a licensed Florida health care practitioner(s):** List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed health care practitioners having an ownership interest in the applicant's entity.  (Please add additional pages if necessary)

| Name | Address | License Number | % Owned |
|---|---|---|---|
| Mark A. Cereceda | 2750 Coral Way Ste 201 +202 Miami Fl · 33145 | CH10867 | 100 |
| | | | |
| Enter Total from Subpart 4.D, below | | | |
| | Add all percentages owned.  This sum must equal 100% | | **100%** |

**4.D. Identification of Family Member Owners (If Applicable):** Provide the following information for the spouse, child, sibling or parent of the health care practitioner having an ownership interest in the applicant entity.  (Please add additional pages if necessary.)

| Name | Address | Relationship to Practitioner | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Enter total here and on Subpart 4.C (Add all percentages owned) | | | |

> **!** **ATTACH:** **Practitioner and facility licenses, registrations, certifications, and ownership documents that confirm an exempt status specified in Part 4 must be attached to this application.**

**4.E.** The undersigned health care practitioner is one of the owners of a financial interest in the applicant and supervises the business activities and is legally responsible for the applicant's compliance with all federal and state laws.  Upon personal information and knowledge, the undersigned affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the practitioner/owner who affirms the exemption requested.

Mark A. Cereceda                                CH10867                    RECEIVED

Name of Practitioner/Owner (Print/Type)          License Number of Practitioner/Owner   MAR 1 1 2010

RECEIVED                                          3-10-10                    Central Systems
Signature of Practitioner/Owner                                            Management
MAR 1 1 2010  Date Signed

**Central Systems Management Unit** HCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: http://ahca.myflorida.com/MCHQ/Health_Facility_Regulation/HealthCareClinic/index.shtml



**AHCA**
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

## APPLICATION FOR CERTIFICATE OF EXEMPTION FROM LICENSURE
## AS A HEALTH CARE CLINIC

As provided in Subpart § 400.9935 (9), Florida Statutes (2006) ("F.S."):  Please mail completed form, exemption fee of **$100**, and all requested attachments to the Agency for Health Care Administration at address below.  All items must be fully completed by all applicants.  Faxes will not be accepted for processing.

__Please Print or Type__            **PART 1**            <u>Refer to the instructions</u>
<u>for completing the Application</u>

| GENERAL INFORMATION.  FULLY COMPLETE SUBPART 1.A, 1.B, 1.C, 1.D, AND 1.E. |
| --- |

**1.A.** Application is for (**check one**):

[X] **INITIAL CERTIFICATION:**  Complete All Application.

[ ] **CHANGE OF OWNERSHIP:** Complete All Application.
- Effective Date of Change: _____/_____/_____
- Attach a copy of current **Certificate of Exemption.**
- Attach new ownership documentation.

**RECEIVED**

MAR 1 1 2010

Central Systems
Management Unit

[ ] **ADDRESS CHANGE:**  Complete Parts 1 and 6 of Application, ONLY.
- Previous Address: _____
- Effective Date of Change: _____/_____/_____
- Attach a copy of current **Certificate of Exemption.**
- No Fee Required.

[ ] **FACILITY NAME CHANGE:** Complete Parts 1 and 6 of Application, ONLY.
- Previous Name: _____
- Effective Date of Change: _____/_____/_____
- Attach a copy of current **Certificate of Exemption.**
- No Fee Required.

**1.B.** Name of Applicant: Florida Wellness & Rehabilitation Center of FIU & Kendall LLC
The "**Applicant**" is a corporation or other legal entity, filed with the Florida Division of Corporations, that provides health care services to individuals and tenders charges to insurance companies or other third parties for reimbursement.  You may also be an unincorporated sole proprietor and own no stock.  The applicant name must correspond to the Federal Employer Identification Number entered below.

**1.C.** Federal Employer Identification Number of Applicant: 27-1347291

**1.D.** Name of Clinic: Florida Wellness & Rehabilitation Center of FIU/Kendall LLC
This is the name that the clinic uses on its letterhead, yellow pages or building marquis.   This name is filed with the Division of Corporations as a "fictitious name" unless it is identical in every respect to the name of the applicant above, including "Inc., P.A., LLC, LLP, Company, etc."

**1.E.** Clinic Address: (Street, City, Zip Code + 4):
11890 SW 8 St. #400 + #401 Miami Fl. 33184

Business telephone: 3056859771        Fax Number: 3056859776

**3.C.  The applicant affirms that it provides health care services that are only within the scope of services authorized under the respective licenses issued under the chapter checked in Subpart 3.A.**  The undersigned is an authorized representative of the applicant and upon personal information and knowledge affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the authorized representative of the applicant who affirms the exemption requested. [Entities affiliated under 400.9905(4)(a)-(d), F.S., hospitals licensed under Chapter 395, F.S., do not have to comply with the "scope of services" provision.]

_____
**Name of Authorized Representative (Print/Type)**

_____
**Title of Authorized Representative**

_____
**Signature of Authorized Representative**

_____
**Date Signed**

# PART 4

**PRACTITIONER EXEMPTION UNDER § 400.9905(4)(g), F.S.:  FULLY COMPLETE SUBPART 4.A, 4.B, 4.C, 4.D AND 4.E.**

**Explanation:**  The clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below, *or* the clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below *and* the spouse, parent, child, or sibling of a licensed health care practitioner owning a financial interest in the applicant.
Family members who own 100% of the financial interest of the applicant DO NOT qualify for an exemption based on the relationship with a licensed health care practitioner.

**4.A.**  A sole proprietorship, group practice, partnership, or corporation that provides health care services by licensed health care practitioners under the following practice act:  **[Check all chapters that apply to sole proprietors, owners of stock (P.A., corporations), unit (LLC, LLP) or equity ownership (all other entity types) of the applicant]:**

- [ ] Chapter 457 [Acupuncture]
- [ ] Chapter 458 [Medical Practitioners]
- [ ] Chapter 459 [Osteopathy]
- [x] Chapter 460 [Chiropractic]
- [ ] Chapter 461 [Podiatry]
- [ ] Chapter 462 [Naturopathy]
- [ ] Chapter 463 [Optometry]

- [ ] Chapter 466 [Dentistry]
- [ ] Chapter 467 [Midwifery]
- [ ] Chapter 480 [Massage Therapy]
- [ ] Chapter 484 [Optical Devices and Hearing Aids]
- [ ] Chapter 486 [Physical Therapy]
- [ ] Chapter 490 [Psychology]
- [ ] Chapter 491 [Clinical Counseling]

- [ ] Part I of chapter 468 [Speech-Language Pathology and Audiology]
- [ ] Part III of chapter 468 [Occupational Therapy]
- [ ] Part X of chapter 468 [Dietetic and Nutrition]
- [ ] Part X of chapter 468 [Athletic Trainers]
- [ ] Part XIV of chapter 468 [Orthotics, Prosthetics and Pedorthics]
- [ ] Section 464.012 [Advanced Registered Nurse Practitioners]

RECEIVED
MAR 1 1 2010
Central Systems
Management Unit

**4.B.** Under this exemption, an owner is not required to supervise health care services and may not supervise health care services outside the scope of the practitioner's license. However, the clinic may hire health care practitioners who may supervise health care services. No health care practitioner, who supervises, may supervise services beyond the scope of the practitioner's license. [For example: a chiropractor-owner [Chapter 460], qualifying under this exemption, may hire a medical physician (Chapter 458) to supervise services within that physician's license. A psychologist could not supervise dietician services.] **The applicant must be in compliance with this statement before a certificate can be issued.**

**<u>You must check box to indicate compliance:</u>** ☒

* If qualified owner(s) of the clinic are licensed in physical therapy, occupational therapy, or speech pathology, any of these practices may supervise the service of any of the other two professions and not be deemed supervising services beyond the scope of the supervisor's license. A clinic owned by a licensee in § 456.053(3)(b) [PT, OT & SP], F.S., that provides only services authorized pursuant to § 456.053(3)(b) may be supervised by a licensee specified in § 456.053(3)(b), F.S.

**4.C. Wholly owned by a licensed Florida health care practitioner(s):** List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed health care practitioners having an ownership interest in the applicant's entity. (Please add additional pages if necessary)

| Name | Address | License Number | % Owned |
|---|---|---|---|
| Mark A. Cereceda | 11890 SW 8 st. #400 + 401 Miami Fl. 33184 | CH 08607 | 100 |
| Enter Total from Subpart 4.D, below | | | |
| | Add all percentages owned. This sum must equal 100% | | **100%** |

**4.D. Identification of Family Member Owners (If Applicable):** Provide the following information for the spouse, child, sibling or parent of the health care practitioner having an ownership interest in the applicant entity. (Please add additional pages if necessary.)

| Name | Address | Relationship to Practitioner | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Enter total here and on Subpart 4.C (Add all percentages owned) | | | |

> **!** **<u>ATTACH:</u> Practitioner and facility licenses, registrations, certifications, and ownership documents that confirm an exempt status specified in Part 4 must be attached to this application.**

**4.E.** The undersigned health care practitioner is one of the owners of a financial interest in the applicant and supervises the business activities and is legally responsible for the applicant's compliance with all federal and state laws. Upon personal information and knowledge, the undersigned affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation. Please print/type and sign the name of the practitioner/owner who affirms the exemption requested.

Mark A. Cereceda
**Name of Practitioner/Owner (Print/Type)**

CH 08607
**License Number of Practitioner/Owner**

3-10-10
**Date Signed**

**Signature of Practitioner/Owner**

RECEIVED
MAR 11 2010
Central Systems
Management Unit



**FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION**

## APPLICATION FOR CERTIFICATE OF EXEMPTION FROM LICENSURE
## AS A HEALTH CARE CLINIC

As provided in Subpart § 400.9935 (9), Florida Statutes (2006) ("F.S."): Please mail completed form, exemption fee of **$100**, and all requested attachments to the Agency for Health Care Administration at address below. All items must be fully completed by all applicants. Faxes will not be accepted for processing.

Please Print or Type          **PART 1**          Refer to the instructions for completing the Application

---

**GENERAL INFORMATION. FULLY COMPLETE SUBPART 1.A, 1.B, 1.C, 1.D, AND 1.E.**

---

**1.A.** Application is for (**check one**):

☒ **INITIAL CERTIFICATION:** Complete All Application.

☐ **CHANGE OF OWNERSHIP:** Complete All Application.
- **Effective Date of Change:** _____/_____/_____
- **Attach a copy of current Certificate of Exemption.**
- **Attach new ownership documentation.**

**RECEIVED**

MAR 1 1 2010

**Central Systems Management Unit**

☐ **ADDRESS CHANGE:** Complete Parts 1 and 6 of Application, ONLY.

- **Previous Address:** _____
- **Effective Date of Change:** _____/_____/_____
- **Attach a copy of current Certificate of Exemption.**
- **No Fee Required.**

☐ **FACILITY NAME CHANGE:** Complete Parts 1 and 6 of Application, ONLY.

- **Previous Name:** _____
- **Effective Date of Change:** _____/_____/_____
- **Attach a copy of current Certificate of Exemption.**
- **No Fee Required.**

**1.B. Name of Applicant:** Florida Wellness & Rehabilitation Center of Hialeah LLC

The "**Applicant**" is a corporation or other legal entity, filed with the Florida Division of Corporations, that provides health care services to individuals and tenders charges to insurance companies or other third parties for reimbursement. You may also be an unincorporated sole proprietor and own no stock. The applicant name must correspond to the Federal Employer Identification Number entered below.

**1.C. Federal Employer Identification Number of Applicant:** 27-1347409

**1.D. Name of Clinic:** Florida Wellness & Rehabilitation Center of Hialeah LLC

This is the name that the clinic uses on its letterhead, yellow pages or building marquis. This name is filed with the Division of Corporations as a "fictitious name" unless it is identical in every respect to the name of the applicant above, including "Inc., P.A., LLC, LLP, Company, etc."

**1.E. Clinic Address: (Street, City, Zip Code + 4):** _____
235 West 49 St Hialeah Fl. 33012

Business telephone: 3055585432      Fax Number: 305 824 9446

**3.C.  The applicant affirms that it provides health care services that are only within the scope of services authorized under the respective licenses issued under the chapter checked in Subpart 3.A.**  The undersigned is an authorized representative of the applicant and upon personal information and knowledge affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation. Please print/type and sign the name of the authorized representative of the applicant who affirms the exemption requested. [Entities affiliated under 400.9905(4)(a)-(d), F.S., hospitals licensed under Chapter 395, F.S., do not have to comply with the "scope of services" provision.]

_____          _____
**Name of Authorized Representative (Print/Type)**          **Title of Authorized Representative**

_____          _____
**Signature of Authorized Representative**          **Date Signed**

# PART 4

**PRACTITIONER EXEMPTION UNDER § 400.9905(4)(g), F.S.:  FULLY COMPLETE SUBPART 4.A, 4.B, 4.C, 4.D AND 4.E.**

**Explanation:**  The clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below, *or* the clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below *and* the spouse, parent, child, or sibling of a licensed health care practitioner owning a financial interest in the applicant.
Family members who own 100% of the financial interest of the applicant <u>DO NOT</u> qualify for an exemption based on the relationship with a licensed health care practitioner.

**4.A.**  A sole proprietorship, group practice, partnership, or corporation that provides health care services by licensed health care practitioners under the following practice act:  **[Check all chapters that apply to sole proprietors, owners of stock (P.A., corporations), unit (LLC, LLP) or equity ownership (all other entity types) of the applicant]:**

- [ ] Chapter 457 [Acupuncture]
- [ ] Chapter 458 [Medical Practitioners]
- [ ] Chapter 459 [Osteopathy]
- [x] Chapter 460 [Chiropractic]
- [ ] Chapter 461 [Podiatry]
- [ ] Chapter 462 [Naturopathy]
- [ ] Chapter 463 [Optometry]

- [ ] Chapter 466 [Dentistry]
- [ ] Chapter 467 [Midwifery]
- [ ] Chapter 480 [Massage Therapy]
- [ ] Chapter 484 [Optical Devices and Hearing Aids]
- [ ] Chapter 486 [Physical Therapy]
- [ ] Chapter 490 [Psychology]
- [ ] Chapter 491 [Clinical Counseling]

- [ ] Part I of chapter 468 [Speech-Language Pathology and Audiology]
- [ ] Part III of chapter 468 [Occupational Therapy]
- [ ] Part X of chapter 468 [Dietetic and Nutrition]
- [ ] Part X of chapter 468 [Athletic Trainers]
- [ ] Part XIV of chapter 468 [Orthotics, Prosthetics and Pedorthics]
- [ ] Section 464.012 [Advanced Registered Nurse Practitioners]

**RECEIVED**

MAR 1 1 2010

**Central Systems Management Unit**

**4.B.**  Under this exemption, an owner is not required to supervise health care services and may not supervise health care services outside the scope of the practitioner's license. However, the clinic may hire health care practitioners who may supervise health care services. No health care practitioner, who supervises, may supervise services beyond the scope of the practitioner's license. [For example: a chiropractor-owner [Chapter 460], qualifying under this exemption, may hire a medical physician (Chapter 458) to supervise services within that physician's license. A psychologist could not supervise dietician services.] **The applicant must be in compliance with this statement before a certificate can be issued.**

<u>**You must check box to indicate compliance:**</u> ☒

\* If qualified owner(s) of the clinic are licensed in physical therapy, occupational therapy, or speech pathology, any of these practices may supervise the service of any of the other two professions and not be deemed supervising services beyond the scope of the supervisor's license. A clinic owned by a licensee in § 456.053(3)(b) [PT, OT & SP], F.S., that provides only services authorized pursuant to § 456.053(3)(b) may be supervised by a licensee specified in § 456.053(3)(b), F.S.

**4.C.  Wholly owned by a licensed Florida health care practitioner(s):**  List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed health care practitioners having an ownership interest in the applicant's entity.  (Please add additional pages if necessary)

| Name | Address | License Number | % Owned |
|---|---|---|---|
| Mark A. Cereceda | 235 West 49 St. Hialeah Fl. 33012 | CH6867 | 100 |
| Enter Total from Subpart 4.D, below | | | |
| | Add all percentages owned.  This sum must equal 100% | | **100%** |

**4.D.  Identification of Family Member Owners (If Applicable):** Provide the following information for the spouse, child, sibling or parent of the health care practitioner having an ownership interest in the applicant entity.  (Please add additional pages if necessary.)

| Name | Address | Relationship to Practitioner | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Enter total here and on Subpart 4.C (Add all percentages owned) | | | |

---

**❗ ATTACH:  Practitioner and facility licenses, registrations, certifications, and ownership documents that confirm an exempt status specified in Part 4 must be attached to this application.**

---

**4.E.**  The undersigned health care practitioner is one of the owners of a financial interest in the applicant and supervises the business activities and is legally responsible for the applicant's compliance with all federal and state laws.  Upon personal information and knowledge, the undersigned affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the practitioner/owner who affirms the exemption requested.

Mark A. Cereceda
_____
Name of Practitioner/Owner (Print/Type)

_____
Signature of Practitioner/Owner

CH6867
_____
License Number of Practitioner/Owner

3-10-10
_____
Date Signed

**RECEIVED**

MAR 1 1 2010

**Central Systems Management Unit**



**FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION**

## APPLICATION FOR CERTIFICATE OF EXEMPTION FROM LICENSURE
## AS A HEALTH CARE CLINIC

As provided in Subpart § 400.9935 (9), Florida Statutes (2006) ("F.S."):  Please mail completed form, exemption fee of **$100**, and all requested attachments to the Agency for Health Care Administration at address below.  All items must be fully completed by all applicants.  Faxes will not be accepted for processing.

**Please Print or Type**                     **PART 1**            <u>Refer to the instructions</u>
                                                                    <u>for completing the Application</u>

| GENERAL INFORMATION.  FULLY COMPLETE SUBPART 1.A, 1.B, 1.C, 1.D, AND 1.E. |
| --- |

**1.A.** Application is for (**check one**):

☒ **INITIAL CERTIFICATION:**  Complete All Application.

☐ **CHANGE OF OWNERSHIP:** Complete All Application.
  - **Effective Date of Change:** _____ / _____ / _____
  - **Attach a copy of current Certificate of Exemption.**
  - **Attach new ownership documentation.**

☐ **ADDRESS CHANGE:**  Complete Parts 1 and 6 of Application, ONLY.
  - **Previous Address:** _____
  - **Effective Date of Change:** _____ / _____ / _____
  - **Attach a copy of current Certificate of Exemption.**
  - **No Fee Required.**

☐ **FACILITY NAME CHANGE:**  Complete Parts 1 and 6 of Application, ONLY.
  - **Previous Name:** _____
  - **Effective Date of Change:** _____ / _____ / _____
  - **Attach a copy of current Certificate of Exemption.**
  - **No Fee Required.**

*RECEIVED MAR 1 1 2010 Central Systems Management Unit*

*(75) F-8371 #110530 (NA)*

**1.B. Name of Applicant:** Florida Wellness & Rehabilitation Center of South Miami LLC

The "**Applicant**" is a corporation or other legal entity, filed with the Florida Division of Corporations, that provides health care services to individuals and tenders charges to insurance companies or other third parties for reimbursement.  You may also be an unincorporated sole proprietor and own no stock.  The applicant name must correspond to the Federal Employer Identification Number entered below.

**1.C. Federal Employer Identification Number of Applicant:** 27-1391503

**1.D. Name of Clinic:** Florida Wellness & Rehabilitation Center of South Miami, LLC.

This is the name that the clinic uses on its letterhead, yellow pages or building marquis.   This name is filed with the Division of Corporations as a "fictitious name" unless it is identical in every respect to the name of the applicant above, including "Inc., P.A., LLC, LLP, Company, etc."

**1.E. Clinic Address: (Street, City, Zip Code + 4):**
6075 Sunset Drive 4th Floor South Miami Fl. 33143

Business telephone: 305-669-1808        Fax Number: 305-669-8170

**3.C.**  **The applicant affirms that it provides health care services that are only within the scope of services authorized under the respective licenses issued under the chapter checked in Subpart 3.A.**  The undersigned is an authorized representative of the applicant and upon personal information and knowledge affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the authorized representative of the applicant who affirms the exemption requested. [Entities affiliated under 400.9905(4)(a)-(d), F.S., hospitals licensed under Chapter 395, F.S., do not have to comply with the "scope of services" provision.]

_____

**Name of Authorized Representative (Print/Type)**

_____

**Title of Authorized Representative**

_____

**Signature of Authorized Representative**

_____

**Date Signed**

# PART 4

**PRACTITIONER EXEMPTION UNDER § 400.9905(4)(g), F.S.:  FULLY COMPLETE SUBPART 4.A, 4.B, 4.C, 4.D AND 4.E.**

**Explanation:**  The clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below, _or_ the clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts below **and** the spouse, parent, child, or sibling of a licensed health care practitioner owning a financial interest in the applicant.
Family members who own 100% of the financial interest of the applicant DO NOT qualify for an exemption based on the relationship with a licensed health care practitioner.

**4.A.**  A sole proprietorship, group practice, partnership, or corporation that provides health care services by licensed health care practitioners under the following practice act:  **[Check all chapters that apply to sole proprietors, owners of stock (P.A., corporations), unit (LLC, LLP) or equity ownership (all other entity types) of the applicant]:**

- [ ] Chapter 457 [Acupuncture]
- [ ] Chapter 458 [Medical Practitioners]
- [ ] Chapter 459 [Osteopathy]
- [x] Chapter 460 [Chiropractic]
- [ ] Chapter 461 [Podiatry]
- [ ] Chapter 462 [Naturopathy]
- [ ] Chapter 463 [Optometry]

- [ ] Chapter 466 [Dentistry]
- [ ] Chapter 467 [Midwifery]
- [ ] Chapter 480 [Massage Therapy]
- [ ] Chapter 484 [Optical Devices and Hearing Aids]
- [ ] Chapter 486 [Physical Therapy]
- [ ] Chapter 490 [Psychology]
- [ ] Chapter 491 [Clinical Counseling]

- [ ] Part I of chapter 468 [Speech-Language Pathology and Audiology]
- [ ] Part III of chapter 468 [Occupational Therapy]
- [ ] Part X of chapter 468 [Dietetic and Nutrition]
- [ ] Part X of chapter 468 [Athletic Trainers]
- [ ] Part XIV of chapter 468 [Orthotics, Prosthetics and Pedorthics]
- [ ] Section 464.012 [Advanced Registered Nurse Practitioners]

*RECEIVED*

*MAR 1 1 2010*

*Central Systems Management Unit*

**4.B.** Under this exemption, an owner is not required to supervise health care services and may not supervise health care services outside the scope of the practitioner's license. However, the clinic may hire health care practitioners who may supervise health care services. No health care practitioner, who supervises, may supervise services beyond the scope of the practitioner's license. [For example: a chiropractor-owner [Chapter 460], qualifying under this exemption, may hire a medical physician (Chapter 458) to supervise services within that physician's license. A psychologist could not supervise dietician services.] **The applicant must be in compliance with this statement before a certificate can be issued.**

<u>**You must check box to indicate compliance:**</u> ☒

\* If qualified owner(s) of the clinic are licensed in physical therapy, occupational therapy, or speech pathology, any of these practices may supervise the service of any of the other two professions and not be deemed supervising services beyond the scope of the supervisor's license. A clinic owned by a licensee in § 456.053(3)(b) [PT, OT & SP], F.S., that provides only services authorized pursuant to § 456.053(3)(b) may be supervised by a licensee specified in § 456.053(3)(b), F.S.

**4.C.   Wholly owned by a licensed Florida health care practitioner(s):**  List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed health care practitioners having an ownership interest in the applicant's entity.  (Please add additional pages if necessary)

| Name | Address | License Number | % Owned |
|---|---|---|---|
| Mark A. Cereceda | 6075 Sunset Drive 4th Floor South Miami Fl. 33143 | CH6867 | 100 |
| Enter Total from Subpart 4.D, below | | | |
| | Add all percentages owned.  This sum must equal 100% | | **100%** |

**4.D.   Identification of Family Member Owners (If Applicable):** Provide the following information for the spouse, child, sibling or parent of the health care practitioner having an ownership interest in the applicant entity.  (Please add additional pages if necessary.)

| Name | Address | Relationship to Practitioner | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Enter total here and on Subpart 4.C (Add all percentages owned) | | | |

**❗ ATTACH:** **Practitioner and facility licenses, registrations, certifications, and ownership documents that confirm an exempt status specified in Part 4 must be attached to this application.**

**4.E.** The undersigned health care practitioner is one of the owners of a financial interest in the applicant and supervises the business activities and is legally responsible for the applicant's compliance with all federal and state laws.  Upon personal information and knowledge, the undersigned affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the practitioner/owner who affirms the exemption requested.

_Mark A. Cereceda_
**Name of Practitioner/Owner (Print/Type)**

_signature_
**Signature of Practitioner/Owner**

_CH6867_
**License Number of Practitioner/Owner**

_3-10-10_
**Date Signed**

RECEIVED
MAR 11 2010
Central Systems
Management Unit



Received

SEP 1 7 2018

Central Services

9/17

| AHCA USE ONLY: | |
|---|---|
| File #: | 4970 |
| Application #: | 20084 |
| Check #: | 3150 |
| Check Amt: | 3500 |
| Batch #: | 103500218 |

UA 75-6

## Application for Certificate of Exemption from Licensure as a Health Care Clinic

Under the authority of Chapters 408, Part II and 400, Part X, Florida Statutes (F.S.), and Chapters 59A-35 and 59A-33, Florida Administrative Code (F.A.C.), an application is hereby made to operate an exempted facility, as indicated below:

## 1. Provider / Licensee Information

**A. Provider Information – please complete the following for the health care clinic name and location.**
Provider name, address and telephone number will be listed on http://www.floridahealthfinder.gov/

| Exemption # (if applicable) HCC Exemption  4880 | National Provider Identifier (NPI) (if applicable) 1184027989 | Medicare # (CMS CCN) | Medicaid # |
|---|---|---|---|

Name of Health Care Clinic (if operated under a fictitious name, list that here)
**Springs Crossing Imaging**

Street Address
**51 E 1 Ave**

| City  Hialeah | County  Miami-Dade | State  FL | Zip  33010 |
|---|---|---|---|

| Telephone Number  (305) 888-5280 | Fax Number  (305) 888-5299 | E-mail Address | Provider Website |
|---|---|---|---|

Mailing Address or ☐ Same as above (All mail will be sent to this location)
**P.O. Box 26-1750**

| City  Miami | | State  FL | Zip  33126 |
|---|---|---|---|

| Contact Person for this application  Martha E. Girata | Contact Telephone Number  (305) 888-5280 |
|---|---|

| Contact e-mail address or ☐ Do not have e-mail  martha @ dccbo.com | **NOTE:** By providing your e-mail address you agree to accept e-mail correspondence from the Agency |
|---|---|

**B. Licensee Information – please complete the following for the entity seeking to operate the health care clinic.**

| Licensee Name (may be same as provider name above) | Federal Employer Identification Number (EIN)  46-4644464 |
|---|---|

Primary Mailing Address or ☐ Same as above

| City | | State | Zip |
|---|---|---|---|

| Telephone Number | Fax Number | E-mail Address | |
|---|---|---|---|

Description of Licensee (check one):

| For Profit | Not for Profit | Public |
|---|---|---|
| Corporation | Corporation | State |
| ✓ Limited Liability Company | Religious Affiliation | City/County |
| Partnership | Other | Hospital District |
| Individual | | |
| Sole Proprietor | | |
| Other | | |

## 2. Application Type and Fees

**APPLICATION TYPE:** Indicate the type of application with an "X." Applications will not be processed if applicable fees are not included. All fees are nonrefundable [s. 408.805 (4), F.S.].

### Initial Exemption

Was this entity previously licensed or exempt from licensure as a Health Care Clinic in Florida? YES    NO

If yes, provide the name of the entity, license or exemption #, and the date of expiration, change of ownership (CHOW), or closure:

Name: _Florida Wellness and Rehabilitation_ Lic/Exempt #: HCC _4880_   Expire/CHOW/Close Date (circle one): _____

X **Facility Name Change:** Complete Parts 1, 2 and 7 of Application, ONLY.
Previous Name: _____ _Florida Wellness and Rehabilitation Center_ **Received**
Effective Date of Change: _____

**Facility Address Change:** Complete Parts 1, 2 and 7 of Application, ONLY.
Previous Address: _____

SEP 1 7 2018

Effective Date of Change:

Central Services

**Other Changes:**
Changes to Clinic Type                          Effective Date of Change:
Changes to Clinic Services                       Effective Date of Change:

**Replacement Certificate Only – No changes to Information** *($25 replacement license fee required)*

| Action | Fee | TOTAL FEES |
|---|---|---|
| CERTIFICATE OF EXEMPTION FEE | $100.00 | $ |
| Change that requires a New Certificate or Replacement Certificate | $ 25.00 | $ 25.00 |
| **TOTAL FEES INCLUDED WITH APPLICATION:** | | $ |
| *Please make check or money order payable to the Agency for Health Care Administration (AHCA)* *NOTE: Starter and temporary checks are not accepted.* | | |

## 3. Provider Type and Services

### DEFINITIONS:

**Accepts self-pay including cash, check, credit card and debit card:** Pursuant to s. 400.9935 (6), Florida Statutes, an entity seeking a certificate of exemption must publish and maintain a schedule of charges for the medical services offered to patients. The schedule must include the prices charged to an uninsured person paying for such services by cash, check, credit card, or debit card. The schedule must be posted in a conspicuous place in the reception area of the entity and must include, but is not limited to, the 50 services most frequently provided by the entity. The schedule may group services by three price levels, listing services in each price level. The posting must be at least 15 square feet in size. As a condition precedent to receiving a certificate of exemption, an applicant must provide to the agency documentation of compliance with these requirements.

**Urgent Care Center (Definition provided in s. 395.002 (30), F.S.):** An urgent care center must publish and post a schedule of charges for the medical services offered to patients as described in s. 395.107, Florida Statutes.

---

A. **Clinic Type**.  *Check all that apply*

Accepts self-pay including cash, check, credit card and debit card:

> *Documentation of compliance with the publishing and posting of schedule of charges for medical services must be provided with this application.*

Receives or intends to receive reimbursement from Automobile Personal Injury Protection (PIP) Insurance.

Receives or intends to receive reimbursement from Medicare/Medicaid.

Pain Management.

HIV/Infusion.

Urgent Care Center:

> *Documentation of compliance with the publishing and posting of schedule of charges for medical services must be provided with this application.*

---

B. **Provider Services Listing:** *Check all services to be provided at the clinic*

| | |
|---|---|
| Allergy | Hematology |
| Acupuncture | Hyperbaric Medicine |
| Cardiology | Immunology |
| Chiropractic Medicine  √ | Infectious Disease |
| Dentistry | Infusion Treatment |
| Dermatology | Internal Medicine |
| Diagnostic Imaging:  √ | Laboratory |
| Angiography | Midwifery |
| Arteriography | Medication Therapy Management |
| Bronchography | Mental Health Services: |
| CT (Computed Tomography) | Clinical Counseling |
| Digital Vascular Imaging | Marriage & Family Counseling |
| EEG (Electroencephalogram) | Psychiatry |
| EKG/ECG (Electrocardiogram) | Substance/Alcohol Abuse |
| Evoked Potentials | Other: |

Received

SEP 1 7 2018

Central Services

| | |
|---|---|
| Lymphangiography | Naturopathy |
| Mammography | Nephrology |
| MRI (Magnetic Resonance Imaging) | Neurology |
| Nerve Conduction Studies | Neurosurgery ✓ |
| Nuclear Medicine | Obstetrics |
| PET (Positron Emission Tomography) | Oncology |
| Splenography | Ophthalmology |
| Ultrasound | Optometry |
| Dietetic/Nutrition Services | Oral/Maxillo-facial Surgery |
| Electrolysis | Orthopedics |
| Emergency Medicine | Osteopathy |
| Endocrinology | Otolaryngology (ENT) |
| End-stage Renal Disease | Pain Management |
| Family Medicine | Pediatrics |
| Gastroenterology | Pharmacy |
| General Surgery | Pharmaceutical Counseling |
| Geriatrics | Plastic Surgery |
| Gynecology | Podiatry |

| | |
|---|---|
| Pulmonary Medicine | Thoracic Surgery |
| Radiation Therapy | Urgent Care |
| Radiology | Urology |
| Rehabilitation Services: | Vascular Surgery |
| Massage Therapy | Weight Loss |
| Physical Therapy | |
| Speech Therapy | Other: |
| Occupational Therapy | 1. _____ |
| Research/Clinical Trials | 2. _____ |
| Sleep Disorders | 3. _____ |
| Sleep Studies | |
| Sports Medicine | |
| Termination of Pregnancy | |

Received

SEP 1 7 2018

Central Services

**_IMPORTANT NOTE_**: **_For Sections 4 to 6, complete only ONE of the following exemption categories. Completing more than one exemption category section will result in an omission notice_**.

Received

## 4. Facility Exemption – ss. 400.9905(4)(a) through (d), F.S.

SEP 17 2013

If you are seeking an exemption under subsections 400.9905(4)(a) through (d), **ATTACH** the following:

Central Services

*Practitioner and facility licenses, registrations, certifications, and ownership documents that confirm the exempt status specified.*

*If seeking an exemption under sections 400.9905(4)(b), (c) or (d), F.S., attach a diagram or organizational chart showing the parent, subsidiary or common ownership which qualifies the entity for the exemption.*

**NOTE:** Entities affiliated with hospitals licensed under Chapter 395, F.S., do not have to comply with the "scope of services" provision, however you <u>must attach a copy of the hospital license.</u>

### A. Qualifying Chapter or Part:

Select the type of license/certificate currently held by the licensee listed in Section 1B or by the affiliated licensed entity:

Hospital (Chapter 395)
   Birthing Center (ss.383.30-383.335 of Chapter 383)
   Termination of Pregnancy (Chapter 390)
   Mental Health (Chapter 394)
   Substance Abuse (Chapter 397)
Nursing Homes & Related Facilities (Chapter 400)
   Optometry (Chapter 463)

Pharmacy (Chapter 465)
Dentistry (Chapter 466)
Electrolysis (Chapter 478)
Clinical Laboratory (Chapter 483, Part I)
Optical Devices & Hearing Aids (Chapter 484)
Continuing Care (Chapter 651)

   End-stage renal disease (ESRD) providers authorized under 42 C.F.R. Part 405, subpart U
   CORFs and ORFs certified under 42 C.F.R. part 485, subpart B or subpart H
   Any entity that provides neonatal or pediatric hospital-based health care services by licensed practitioners solely within a hospital licensed under chapter 395.
   Any entity that provides other health care services by licensed practitioners solely within a hospital licensed under chapter 395.

**Note: The services provided at this clinic cannot exceed the scope of services allowed under the qualifying license checked above.**

_____**B.**

### Qualifying Exemption:

Select the qualifying exemption below that best describes the relationship between the licensee listed in Section 1B and the chapter/ part indicated above. **Check only one:**

Entities licensed or registered by the state under one or more of the specified practice acts listed above. **[s. 400.9905(4)(a), F.S.]**

Entities that own, directly or indirectly, entities that are licensed or registered by the state under one or more of the specified practice acts listed above. **[s. 400.9905(4)(b), F.S.]**

Entities that are owned, directly or indirectly, by an entity licensed or registered by the state under one or more of the specified practice acts above. **[s. 400.9905(4)(c), F.S.]**

Entities that are under common ownership, directly or indirectly, with an entity licensed or registered by the state under one or more of the specified practice acts listed above. **[s. 400.9905(4)(d), F.S.]**

_____**C.**

### Attestation for Sections 1 through 4:

**INSURANCE FRAUD NOTICE.—**A person who knowingly submits a false, misleading, or fraudulent application or other document when applying for licensure as a health care clinic, seeking an exemption from licensure as a health care clinic, or demonstrating compliance with part X of chapter 400, Florida Statutes, with the intent to use the license, exemption from licensure, or demonstration of compliance to provide services or seek reimbursement under the Florida Motor Vehicle No-Fault Law, commits a fraudulent insurance act, as defined in s. 626.989, Florida Statutes. A person who presents a claim for personal injury protection benefits knowing that the

payee knowingly submitted such health care clinic application or document, commits insurance fraud, as defined in s. 817.234, Florida Statutes.

I, _____, the undersigned, as an authorized representative of the applicant, attest that the entity provides health care services that are only within the scope of services authorized by the respective licenses or certifications issued under the chapter or part checked above.  Upon personal information and knowledge, I attest that the entity meets each and every statutory requirement for the issuance of a certificate of exemption under this part and request that the Agency for Health Care Administration rely upon this attestation.

_____
Name of Authorized Representative (Print/Type)

_____
Signature of Authorized Representative

_____
Title

_____
Date

## 5.   Practitioner Ownership Exemption – s. 400.9905(4)(g)

**Explanation of Qualification:**

The sole proprietorship or entity is wholly owned and controlled by one or more licensed health care practitioners who are licensed under one of the respective practice acts below, or;

The sole proprietorship or entity is wholly owned and controlled by one or more licensed health care practitioners who are licensed under one of the respective practice acts below **and** the spouse, parent, child, or sibling of the licensed health care practitioner who owns or controls a financial interest in the sole proprietorship or entity.

**Family members who own 100% of the financial interest in the sole proprietorship or entity DO NOT qualify for an exemption based on a relationship with a licensed health care practitioner.**

If you are seeking an exemption under s. 400.9905(4)(g), **ATTACH** the following:

*The practitioner's license issued by the Florida Department of Health.*

*Documentation confirming the practitioner's ownership of the entity.*

*If there is a family member ownership, provide documentation that verifies relationship between the licensed practitioner and the family member(s) listed (i.e. copy of birth certificate, marriage certificate).*

Received

SEP 1 7 2018

Central Services

### A.  Qualifying Practice Act:

Select the type of health care practitioner license(s) held by the controlling interest of the sole proprietorship, group practice, partnership, owners of stock (P.A., corporations), unit (LLC, LLP) or equity ownership of the licensee.  Check all those practice acts or statutes that apply:

Acupuncture (Chapter 457)
Medical Practitioners (Chapter 458)
Termination of Pregnancy (Chapter 390)
Osteopathy (Chapter 459)
Chiropractic (Chapter 460)
Podiatry (Chapter 461)

Dietetic and Nutrition (Chapter 468, Part X)
Athletic Trainers (Chapter 468, Part X)
Orthotics, Prosthetics and Pedorthics (Chapter 468, Part XIV)
Advanced Registered Nurse Practitioners (Chapter 464.012)
Dentistry (Chapter 466)
Midwifery (Chapter 467)

Naturopathy (Chapter 462)
Optometry (Chapter 463)
Speech-Language Pathology and
Audiology (Chapter 468, Part I)
Occupational Therapy (Chapter 468, Part III)

Massage Therapy (Chapter 480)
Optical Devices & Hearing Aids (Chapter 484)
Physical Therapy (Chapter 486)
Psychology (Chapter 490)
Clinical Counseling (Chapter 491)

## B. Licensed Florida Health Care Practitioner(s) Ownership:

List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed health care practitioners having an ownership interest or financial control of the licensee seeking exemption. Attach additional sheets if necessary.

| FULL NAME | PERSONAL OR BUSINESS ADDRESS | LICENSE NUMBER | % OWNERSHIP INTEREST |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | Total Ownership % - Table B | | |

## C. Family Member Ownership (If Applicable)

Provide the following information for the spouse, child, sibling or parent of the health care practitioner having an ownership interest or financial control of the licensee seeking exemption. Attach additional sheets if necessary.

| FULL NAME | PERSONAL OR BUSINESS ADDRESS | RELATIONSHIP TO PRACTITIONER | % OWNERSHIP INTEREST |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  | Total Ownership % - Table C | | |

| | |
|---|---|
| Total % Ownership from Table B | |
| Total % Ownership from Table C | |
| Total % from Table B and C – Must equal 100% | 100% |

Received

SEP 1 7 2018

Central Services

## D. List of Other Exempt Facilities Currently Owned by the Qualifying Practitioner(s). Attach additional sheets if Necessary.

| Name of Facility | Address (City, State, Zip) | HCC Exemption # | NPI # |
|---|---|---|---|
|  |  | HCC |  |

Section 59A-33.002(1), Florida Administrative Code
Form available at: http://ahca.myflorida.com/MCHQ/Corebill/index.shtml

| | | HCC | |
| | | HCC | |
| | | HCC | |

## E. Attestation for Sections 1, 2, 3 and 5:

**Note:** A health care practitioner may not supervise services beyond the scope of the practitioner's license, except that, for the purposes of this part, a clinic owned by a licensee in s. 456.053(3)(b),F.S.,(speech, occupational, or physical therapy services) that provides only services authorized pursuant to s. 456.053(3)(b),F.S. may be supervised by a licensee specified in s. 456.053(3)(b),F.S.

**INSURANCE FRAUD NOTICE.**—A person who knowingly submits a false, misleading, or fraudulent application or other document when applying for licensure as a health care clinic, seeking an exemption from licensure as a health care clinic, or demonstrating compliance with part X of chapter 400, Florida Statutes, with the intent to use the license, exemption from licensure, or demonstration of compliance to provide services or seek reimbursement under the Florida Motor Vehicle No-Fault Law, commits a fraudulent insurance act, as defined in s. 626.989, Florida Statutes. A person who presents a claim for personal injury protection benefits knowing that the payee knowingly submitted such health care clinic application or document, commits insurance fraud, as defined in s. 817.234, Florida Statutes.

I, _____ ,the undersigned **health care practitioner** am an owner with a financial interest in the entity. I supervise the business activities and I am legally responsible for the entity's compliance with all federal and state laws. I attest that all health care services provided at the entity will be supervised by health care practitioners who are actively licensed by the State of Florida and who will not supervise services beyond the scope of their licenses with the exception of the qualifying statement noted above. Upon personal information and knowledge, I attest that the entity meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests the Agency for Health Care Administration rely upon this attestation.

_____                                    _____
Name of Practitioner/Owner (Print/Type)                      Title

_____                                    _____
Signature of Practitioner/Owner                              Date

## 6.  Other Exemptions — ss. 400.9905 (4)(e), (f), (h), (i), (j), (k), (l), (m), (n), F.S.

### A.  Qualifying Exemption:

Check **ONE** of the boxes below to indicate the exemption for which the licensee in Section 1B qualifies:

An entity that is exempt from federal taxation under 26 U.S.C. ss 501(c)(3) or ss 501(c)(4), any community college or university clinic, and any entity owned or operated by federal or state government, including agencies, subdivisions, or municipalities thereof (health departments, clinics and federal health care facilities). **[s. 400.9905(4)(e), F.S.]**

o   **ATTACH** a copy of the I.R.S. letter granting the tax exemption.

A sole proprietorship, group practice, partnership, or corporation that provides health care services by physicians covered by s. 627,419, F.S. (Insurance Coverage) that is directly supervised by one or more of such physicians and that is wholly owned by one or more of those physicians or by a physician and the spouse, child, or sibling of that physician. **[s. 400.9905(4)(f), F.S.]**

o   Complete Table 6.1 and 6.2, below, and **ATTACH** a copy of the license issued by the Florida Department of Health for the licensed practitioner covered by s. 627.419, F.S.

### Table 6.1 - Wholly owned by one or more licensed practitioners covered by s. 627.419, F.S.

List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed practitioners covered by s. 627.419, F.S., having an ownership interest in the licensee listed in Section1B . Attach additional sheets if necessary.

Received

SEP 1 7 2018

Central Services

| FULL NAME | PERSONAL OR BUSINESS ADDRESS | LICENSE NUMBER | % OWNERSHIP INTEREST |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Ownership % - Table 6.1 | | |

## Table 6.2 – Identification of Family Member Ownership (if applicable)

Provide the following information for the spouse, child, sibling, parent of the licensed practitioner having an ownership interest in the licensee listed in Section 1B.  Attach additional sheets if necessary.

| FULL NAME | PERSONAL OR BUSINESS ADDRESS | RELATIONSHIP TO PRACTITIONER | % OWNERSHIP INTEREST |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Ownership % - Table 6.2 | | |

| | |
|---|---|
| Total % Ownership from Table 6.1 | |
| Total % Ownership from Table 6.2 | |
| Total % from Table  6.1 and 6.2 – Must equal 100% | 100% |
| | |

---

Clinical facilities affiliated with an accredited medical school at which training is provided for medical students, residents or fellows. **[s. 400.9905(4)(h), F.S.]**

o **ATTACH** a letter, on official letterhead and signed by an authorized representative of the medical school, confirming that training for medical students, residents or fellows is provided at this facility.

---

Entities that provide only oncology or radiation therapy services by Florida licensed physicians under chapter 458 or chapter 459, F.S.  **[s. 400.9905(4)(i), F.S.]**

o **ATTACH** a copy of the physician licenses of all the physicians providing oncology or radiation therapy.

---

Clinical facilities affiliated with a college of chiropractic accredited by the Council on Chiropractic Education at which training is provided for chiropractic students. **[s. 400.9905 (4)(j), F.S.]**

o **ATTACH** a letter, on official letterhead and signed by an authorized representative of the school, confirming that training for chiropractic students, residents, or fellows is provided at this facility.

---

Received

SEP 1 7 2018

Central Services

Section 59A-33.002(1), Florida Administrative Code
Form available at: http://ahca.myflorida.com/MCHQ/Corebill/index.shtml

Entities that provide licensed practitioners to staff emergency departments or to deliver anesthesia services in facilities licensed under chapter 395 and that derive at least 90 percent of their gross annual revenues from the provision of such services. **[s. 400.9905 (4)(k), F.S.]**

o   Provide a list of locations where services are provided.
o   Documentation showing that the entity derives at least 90 percent of their gross annual revenues from the provision of the services indicated above.

Orthotic, prosthetic, pediatric cardiology, or perinatology clinical facilities or anesthesia clinical facilities that are not otherwise exempt under paragraph (a) or paragraph (k) and that are a publicly traded corporation or are wholly owned, directly or indirectly, by a publicly traded corporation. As used in this paragraph, a publicly traded corporation is a corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange. **[s. 400.9905 (4)(l), F.S.]**

o   Provide documentation showing that the facility seeking exemption is publicly traded, and provides one or more of specialties indicated above.  If the facility is wholly owned by a publicly traded corporation, also attach an ownership diagram or organizational chart.

Entities that are owned by a corporation that has $250 million or more in total annual sales of health care services provided by licensed health care practitioners where one or more of the persons responsible for the operations of the entity are a health care practitioner who is licensed in this state and who is responsible for supervising the business activities of the entity and is responsible for the entity's compliance with state law for purposes of this part.  **[s. 400.9905 (4)(m), F.S.]**

o   Complete Table 6.3 and 6.4, below, and **ATTACH** the following:
   • **An ownership diagram showing the relationship between the corporation and the entity seeking exemption.**
   • *Documentation showing that the corporation has $250 million or more in total annual sales of health care services provided by licensed health care practitioners.*
   • *A copy of the license with the Florida Department of Health for the practitioner(s) listed in Table 6.4.*

**Table 6.3 – Corporation Owner Information.**

| FULL NAME of CORPORATION | BUSINESS ADDRESS | TELEPHONE NUMBER | EIN (No SSNs) | % OWNERSHIP INTEREST |
|---|---|---|---|---|
| | | | | |

**Table 6.4 – List of Florida Licensed Health Care Practitioner(s) responsible for the operation and supervision of the licensee's business activities.** Attach additional sheets if necessary.

| FULL NAME | PERSONAL OR BUSINESS ADDRESS | LICENSE NUMBER |
|---|---|---|
| | | Received |
| | | SEP 1 7 2018 |
| | | Central Services |

Entities that employ 50 or more licensed health care practitioners licensed under chapter 458 or chapter 459 where the billing for medical services is under a single tax identification number.  The entity must certify that the entity and the health care clinics owned or operated by the entity have not received payment for health care services under personal injury protection insurance coverage for the preceding year.  If the agency determines that an entity which is exempt under this subsection has received payments for medical services under personal injury protection insurance coverage the agency may deny or revoke the exemption from licensure under this subsection. **[s. 400.9905 (4)(n), F.S.]**

o   Provide a list providing the name, residence address, business address and medical license number of each licensed Florida health care practitioner employed by the entity.

o   Provide a certified statement prepared by an independent certified public accountant which states that the entity and the health care clinics owned or operated by the entity have not received payment for health care services under personal injury protection insurance coverage for the preceding year.

**B. Attestation for *Sections 1, 2, 3 and 6:***

INSURANCE FRAUD NOTICE.—A person who knowingly submits a false, misleading, or fraudulent application or other document when applying for licensure as a health care clinic, seeking an exemption from licensure as a health care clinic, or demonstrating compliance with part X of chapter 400, Florida Statutes, with the intent to use the license, exemption from licensure, or demonstration of compliance to provide services or seek reimbursement under the Florida Motor Vehicle No-Fault Law, commits a fraudulent insurance act, as defined in s. 626.989, Florida Statutes. A person who presents a claim for personal injury protection benefits knowing that the payee knowingly submitted such health care clinic application or document, commits insurance fraud, as defined in s. 817.234, Florida Statutes.

I, _____, the undersigned, am an authorized representative of the applicant and upon personal information and knowledge, I attest that the entity meets each and every statutory requirement for the issuance of a certificate of exemption under this part and request the Agency for Health Care Administration rely upon this attestation.

_____        _____
Name of Authorized Representative (Print/Type)          Title

_____        _____
Signature of Authorized Representative          Date

---

## 7   Reporting Changes Only

INSURANCE FRAUD NOTICE.—A person who knowingly submits a false, misleading, or fraudulent application or other document when applying for licensure as a health care clinic, seeking an exemption from licensure as a health care clinic, or demonstrating compliance with part X of chapter 400, Florida Statutes, with the intent to use the license, exemption from licensure, or demonstration of compliance to provide services or seek reimbursement under the Florida Motor Vehicle No-Fault Law, commits a fraudulent insurance act, as defined in s. 626.989, Florida Statutes. A person who presents a claim for personal injury protection benefits knowing that the payee knowingly submitted such health care clinic application or document, commits insurance fraud, as defined in s. 817.234, Florida Statutes.

I, *Mark A. Cereceda*, the undersigned, am an authorized representative of the applicant.  Upon personal information and knowledge, I attest that the change(s) requested and information provided in the application is true and request the Agency for Health Care Administration rely upon this attestation.

*Mark A. Cereceda*_____        *Owner*_____
Name of Authorized Representative (Print/Type)          Title

_____        *8/31/18*
Signature of Authorized Representative          Date

**NOTICE:** If you are a **Medicaid** provider, you may have a separate obligation to notify the Medicaid program of a name/address change, change of ownership or other change of information.  Please refer to your Medicaid handbooks for additional information about Medicaid program policy regarding changes to provider enrollment information.

Received

SEP 1 7 2018

Central Services

**AHCA**
FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION

JUL 1 1 2005
HEALTH CARE
CLINIC UNIT

### APPLICATION FOR
### CERTIFICATE OF EXEMPTION FROM LICENSURE
### AS A HEALTH CARE CLINIC

As provided in Subsection § 400.9935 (9), Florida Statutes (2004)("F.S."):  Please mail completed form, exemption fee of **$100**, and all requested attachments to the Agency for Health Care Administration at address below.  All items in Parts I and II must be fully completed by all applicants.

---

## PART I.  GENERAL INFORMATION

**Name of Applicant:** _Mark A. Cereceda_
The Applicant is a corporation or other legal entity, filed with the Florida Division of Corporations, that provides health care services to individuals and tenders charges to insurance companies or other third parties for reimbursement.  You may also be an unincorporated sole proprietor and own no stock.  This name must correspond to the Federal Employer Identification Number entered below.

**Federal Employer Identification Number of Applicant:** _Tax ID # 20-2834022_

**Name of Clinic:** _Florida Wellness and Rehabilitation Center_
This is the name that the clinic uses on its letterhead, yellow pages or building marquis.   This name is filed with the Division of Corporations as a "fictitious name" unless it is identical in every respect to the name of the applicant, above, including "Inc., P.A., LLC, LLP, Company, etc."

**Clinic Address: (Street, City, Zip Code + 4):** _51 E 1 Ave Hialeah, FL 33010_

**Daytime telephone:** _305-669-1808_     **Fax Number:** _305-669-8170_

---

## PART II.  REASON FOR REQUESTING A CERTIFICATE OF EXEMPTION

The applicant requests a certificate of exemption affirming that the clinic is exempt from licensure as a Health Care Clinic under Part XIII, Ch. 400, F.S.  The exemption sought is based on the provisions of § 400.9905 (4), F.S. (2004).  **You must give a short narrative of why you believe your clinic should be exempt from licensure:**

_Doctor owns the office._

---

**STOP**

Please read Parts III, IV and V before continuing.  These parts group the exemptions by category.  You must fully complete only one of these parts.  An exemption may only be granted under one of these parts.  **Practitioner and facility licenses, registrations and ownership documents that confirm an exempt status specified in Parts III, IV and V, below must be attached to this application.**

---

AHCA Form 3110-0014 June 03
Page 1 of 6

AHCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: www.fdhc.state.fl.us/MCHQ/Health_Facility_Regulation/index.shtml

_FILE # 4977_



**PART III. CLINIC EXEMPTION UNDER § 400.9905 (4) (a) THROUGH (d), F.S.: FULLY COMPLETE SUBPARTS A, B, AND C BELOW.**

**Instructions:** In Subpart A below, select the type of license issued to the applicant or entity. In Subpart B, select the qualifying exemption. The applicant or qualifying entity must provide only health care services within the scope of services authorized under the respective qualifying practice acts. No other health care services are permitted pursuant to § 400.9905 (4) (a) through (d), F.S. **For example:** If you are issued a license to practice dentistry under Ch. 466, F.S., your clinic is limited to providing dentistry services to your patients. If you own a pharmacy and hold a pharmacy license, services are limited to those authorized under Chapter 465, F.S., relating to pharmacy.

**A.** Check ONLY those practice acts or statutes below that correspond to a license issued to the applicant or qualifying entity set forth in Paragraphs 400.9905 (4) (a) through (d), F.S.:

☐ Chapter 395 [Hospitals]
☐ Sections 383.30-383.335 [Birthing Centers]
☐ Chapter 390 [Termination of Pregnancy]
☐ Chapter 394 [Mental Health]
☐ Chapter 397 [Substance Abuse]
☐ Chapter 400, except part XIII
☐ Chapter 463 [Optometry]

☐ Chapter 465 [Pharmacy]
☐ Chapter 466 [Dentistry]
☐ Chapter 478 [Electrolysis]
☐ Part I of chapter 483 [Clinical Laboratories]
☐ Chapter 484 [Optical Devices and Hearing Aids]
☐ Chapter 651 [Continuing Care]

☐ End-stage renal disease [ESRD] providers authorized under 42 C.F.R. part 405, subpart U
☐ Providers certified under 42 C.F.R. part 485, subpart B or subpart H [CORFs and ORFs]
☐ Any entity that provides neonatal or pediatric hospital-based healthcare services by licensed practitioners solely within a hospital licensed under chapter 395.

**B.** Check the qualifying exemption below that describes the relationship between the applicant and the license indicated in Subpart A, above. **Check Only One:**

☐ Entities licensed or registered by the state under one or more of the specified practice acts listed in Subpart A above. [400.9905 (4)(a), F.S.]

☐ Entities that own, directly or indirectly, entities licensed or registered by the state under one or more of the specified practice acts listed in Subpart A above. [400.9905 (4)(b), F.S.]

☐ Entities that are owned, directly or indirectly, by an entity licensed or registered by the state under one or more of the specified practice acts listed in Subpart A above. [400.9905 (4)(c), F.S.]

☐ Entities that are under common ownership, directly or indirectly, with an entity licensed or registered by the state under one or more of the specified practice acts listed in Subpart A above. [400.9905 (4)(d), F.S.]

**If you are seeking an exemption under § 400.9905 (4) (b), (c) or (d), F.S., above, please attach a diagram or organizational chart showing the parent, subsidiary or common ownership which qualifies the applicant for the exemption.**

AHCA Form 3110-0014 June 03
Page 2 of 6

AHCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: www.fdhc.state.fl.us/MCHQ/Health_Facility_Regulation/index.shtml

p.2                    305 443 2287                    DR REYNALDO PEREZ

**C. The applicant affirms that it provides health care services within the scope of services authorized under the respective licenses issued under the chapter checked in Subpart A. The undersigned is an authorized representative of the applicant and upon personal information and knowledge affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation. Please print/type and sign the name of the authorized representative of the applicant who affirms the exemption requested. [Entities affiliated under 400.9905(4)(a)-(d), F.S., hospitals licensed under Chapter 395, F.S., do not have to comply with the "scope of services" provision.]**

_____          _____
Name of Authorized Representative (Print/Type)          Title of Authorized Representative

_____          _____
Signature of Authorized Representative          Date Signed

---

**PART IV.  PRACTITIONER EXEMPTION UNDER § 400.9905(4)(g), F.S.:  FULLY COMPLETE SUBPARTS D, E, F, G AND H BELOW.**

---

**D.** A sole proprietorship, group practice, partnership, or corporation that provides health care services by licensed health care practitioners under the following practice act:  **[Check all chapters that apply to sole proprietors, owners of stock (P.A, corporations), unit (LLC, LLP) or equity ownership (all other entity types) of the applicant]:**

- ☐ Chapter 457 [Acupuncture]
- ☐ Chapter 458 [Medical Practitioners]
- ☐ Chapter 459 [Osteopathy]
- ☑ Chapter 460 [Chiropractic]
- ☐ Chapter 461 [Podiatry]
- ☐ Chapter 462 [Naturopathy]
- ☐ Chapter 463 [Optometry]

- ☐ Chapter 466 [Dentistry]
- ☐ Chapter 467 [Midwifery]
- ☐ Chapter 480 [Massage Therapy]
- ☐ Chapter 484 [Optical Devices and Hearing Aids]
- ☐ Chapter 486 [Physical Therapy]
- ☐ Chapter 490 [Psychology]
- ☐ Chapter 491 [Clinical Counseling]

- ☐ Part I of chapter 468 [Speech-Language Pathology and Audiology]
- ☐ Part III of chapter 468 [Occupational Therapy]
- ☐ Part X of chapter 468 [Dietetic and Nutrition]
- ☐ Part XIII of chapter 468 [Athletic Trainers]
- ☐ Part XIV of chapter 468 [Orthotics, Prosthetics and Pedorthics]
- ☐ ection 464.012 [Advanced Registered Nurse Practitioners]

**E.** Although an owner is not required to supervise health care services under this exemption, no health care practitioner may supervise services beyond the scope of the practitioner's license at the clinic. _For example_: a psychologist could not supervise dietician services. The applicant must be in compliance with this statement before a certificate can be issued.  **You must check box to indicate compliance:** ☒

\* If qualified owner(s) of the clinic are licensed in physical therapy, occupational therapy, or speech pathology, any of these practices may supervise the service of any of the other two professions and not be deemed supervising services beyond the scope of the supervisor's license.  A clinic owned by a licensee in § 456.053(3)(b) [PT, OT & SP], F.S., that provides only services authorized pursuant to § 456.053(3)(b) may be supervised by a licensee specified in § 456.053(3)(b), F.S.

AHCA Form 3110-0014 June 03
Page 3 of 6

AHCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: www.fdhc.state.fl.us/MCHO/Health_Facility_Regulation/index.shtml

**F. Wholly owned by a licensed Florida health care practitioner(s):** List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all licensed health care practitioners having an ownership interest in the applicant's entity.  (Please add additional pages if necessary)

| Name | Address | License Number | % Owned |
|---|---|---|---|
| Mark A. Cereceda | 51 E 1 Ave   Hialeah, FL 33010 | CH 68107 | 100% |
| | | | |
| | | | |
| Enter Total from Subpart G, below. | ███████████████████ | | |
| | Add all percentages owned.  The sum must equal 100% | | **100%** |

**G. Identification of Family Member Owners:** Provide the following information for the spouse, child, sibling or parent of the health care practitioner having an ownership interest in the applicant entity.  (Please add additional pages if necessary.)

| Name | Address | Relationship to Practitioner | % Owned |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Enter total here and on Subpart F (Add all percentages owned) | | | |

---

The clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts checked above, *or* the clinic is wholly owned by one or more licensed health care practitioners who are licensed under one of the practice acts checked above *and* the spouse, parent, child, or sibling of a licensed health care practitioner owning an financial interest in the applicant.  These family members may not own 100% of the financial interest of the applicant.

---

**H.  The undersigned health care practitioner is one of the owners of a financial interest in the applicant and supervises the business activities and is legally responsible for the applicant's compliance with all federal and state laws.  Upon personal information and knowledge, the undersigned affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the practitioner/owner who affirms the exemption requested.**

Mark A. Cereceda
_____
Name of Practitioner/Owner (Print/Type)

CH 68107
_____
License Number of Practitioner/Owner

_____
Signature of Practitioner/Owner

7/7/05
_____
Date Signed

AHCA Form 3110-0014 June 03
Page 4 of 6

AHCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: www.fdhc.state.fl.us/MCHQ/Health_Facility_Regulation/index.shtml

p.4    305 443 2287    DR REYNALDO PEREZ

**I.** Please check the box for which your clinic qualifies.

☐ (e) An entity that is exempt from federal taxation under 26 U.S.C. § 501(c)(3) or § 501(c)(4) and any community college or university clinic, and any entity owned or operated by federal or state government, including agencies, subdivisions, or municipalities thereof [health departments, clinics and federal health care facilities]. Attach a copy of the I.R.S. letter granting the tax exemption.

> **For the governmental exemptions, please attach to the application a letter requesting the exemption on official letterhead and signed by an authorized representative of the governmental agency.**

☐ (f) A sole proprietorship, group practice, partnership, or corporation that provides health care services by physicians covered by § 627.419, F.S. [Insurance Coverage], that is directly supervised by one or more of such physicians, and that is wholly owned by one or more of those physicians or by a physician and the spouse, child, or sibling of that physician. Please attach a copy of the physician license covered by § 627.419, F.S.

**(f)(1)Wholly owned by one or more physicians covered by § 627.419, F.S., Subpart V(f):** List the names, addresses and Florida practice license numbers (including prefixes and suffixes, if any), and the approximate percentage owned for all physicians covered by § 627.419, F.S., having an ownership interest in the applicant's entity. (Please add additional pages if necessary)

| Name | Address | License Number | % Owned |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Enter Total from Subpart V. (f)(2), below. |  |  |  |
|  | Add all percentages owned. The sum must equal 100% | | **100%** |

**(f)(2)Identification of Family Member Owners:** Provide the following information for the spouse, child, sibling or parent of the physicians having an ownership interest in the applicant entity as covered by. (Please add additional pages if necessary.)

| Name | Address | Relationship to Practitioner | % Owned |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Enter total here and on Subpart V. (f)(1) (Add all percentages owned) | | | |

☐ (h) Clinical facilities affiliated with an accredited medical school at which training is provided for medical students, residents, or fellows. Please attach to the application a letter requesting the exemption on official letterhead and signed by an authorized representative of the medical school confirming that training is provided at this clinic for medical students, residents, or fellows.

☐ (i) Entities that provide only oncology or radiation therapy services by Florida licensed physicians under chapter 458 or chapter 459, F.S. Please attach a copy of the physician licenses of all the physicians providing oncology or radiation therapy.

AHCA Form 3110-0014 June 03
Page 5 of 6

AHCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: www.fdhc.state.fl.us/MCHQ/Health_Facility_Regulation/index.shtml

DR REYNALDO PEREZ          305 443 2287          p.5

J.  The undersigned is an authorized representative of the applicant and upon personal information and knowledge affirms that the applicant meets each and every statutory requirement for the issuance of a certificate of exemption under this part and requests that the Agency for Health Care Administration rely upon this affirmation.  Please print/type and sign the name of the practitioner/owner who affirms the exemption requested.

_Mark A. Cereceda_

| | |
|---|---|
| **Name of Authorized Representative (Print/Type)** | **Title of Authorized Representative** |
| **Signature of Authorized Representative** | 7/7/05 <br> **Date Signed** |

## Remember to include:

➢ **Exemption Fee of $100**, payable to the Agency for Health Care Administration.  Applications received without the required fee attached are not acceptable and will be returned unprocessed.

➢ **Copy of all applicable information requested and copies of licenses.**

➢ **Mail or deliver the original application to the following address:**

**AGENCY FOR HEALTH CARE ADMINISTRATION**
**Health Care Clinic Licensure Unit**
**2727 Mahan Drive, Mail Stop # 53**
**Tallahassee, FL 32308**

AHCA Form 3110-0014 June 03
Page 6 of 6

AHCA, HCC Unit, 2727 Mahan Dr MS 53, Tallahassee, FL 32308 (850) 488-1365
Form available at: www.fdhc.state.fl.us/MCHQ/Health_Facility_Regulationindex.shtml

p.6          305 443 2287          DR REYNALDO PEREZ