*Exhibit 39*



### Page 1

```
IN THE COUNTY COURT
OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: [REDACTED]

CEDA HEALTH OF SOUTH MIAMI, CEDA HEALTH OF FIU,
a/a/o [REDACTED],
                Plaintiff,
vs.
STATE FARM,
                Defendant.
_____/

              TAKEN AT:
       815 Northwest 57 Avenue Suite 405
            Miami, Florida 33126

              July 10, 2014
         10:15 a.m. - 12:15 p.m.

              DEPOSITION
                  Of
            FRANZ SCHIEBEL
```

### Page 2

```
APPEARANCES:
KUBICKI DRAPER,
by JARRED S. DICHEK, Esq.
25 West Flagler Street Ph
Miami, Florida 33130
305-982-6616
Attorneys for Defendant.

NUNEZ LAW, PL,
by BOBBY L. NUNEZ, Esq.
2828 Coral Way Ste 206
Miami, Florida 33145
305-444-4407
Attorneys for Plaintiff.

        INDEX
WITNESS        DIRECT  CROSS  REDIRECT  RECROSS
FRANZ SCHIEBEL
(By Mr. Dichek)   3           90
(By Mr. Nunez)               89


     INDEX TO EXHIBIT
EXHIBIT 1      PAGE 34
EXHIBIT 2      PAGE 64
```

### Page 3

1 (Thereupon, the following proceeding was had:)
2     Thereupon:
3     FRANZ SCHIEBEL was called as a witness
4  and, having been duly sworn, was examined and
5  testified as follows:
6         DIRECT EXAMINATION
7  BY MR. DICHEK:
8    Q  Please state your name, for the record.
9    A  Franz Schiebel.
10   Q  What is your current occupation?
11   A  I'm a billing clerk.
12   Q  A billing clerk for what company?
13   A  Physician's Central Business Office.
14   Q  How long have you been at Physician's
15 Central?
16   A  One year.
17   Q  What are your duties at Physician Central?
18   A  I send out bills, post payments, send out
19 demand letters, review EOB's, pretty much anything
20 in the billing process. Whatever the day calls for,
21 I do.
22   Q  Who owns Physician's Central?
23   A  Mark Cereceda.
24   Q  Does anyone else own it?
25   A  No.

### Page 4

1    Q  Who is your superior?
2    A  The office manager, Grace, Grace Armas.
3    Q  What is her position or duties as office
4  manager?
5    A  Pretty much supervise the office, make
6  sure everything's in order.
7    Q  Prior to working for Physician's Central,
8  can you give me where you worked for the last 10
9  years. Just gave me a place and the approximate
10 dates.
11   A  Okay. Before here was United Life
12 Insurance Company for about a year; before that, it
13 was New York City Life Insurance Company about two
14 years; and before that it was State Farm Mutual
15 Automobile Insurance Company for about three years;
16 and before that I was a substitute teacher for
17 Miami-Dade Public Schools; before that, it was just
18 regular little jobs here and there.
19   Q  And for the last -- the three insurance
20 jobs that you named, you sold insurance?
21   A  Yes.
22   Q  You didn't have any part in underwriting
23 insurance?
24   A  No.
25   Q  You didn't have any part in calculating

## Page 29

1  Q  You don't think so or --
2  A  From what I know, no.
3  Q  Okay.
4  A  We don't have any PPO agreements from that
5  clinic or any clinic.
6  Q  You don't have any in effect today?
7  A  No.
8  Q  How do you know if there were any in
9  effect before you arrived here a year ago?
10  A  Just from the accumulation of knowledge
11  since I've been here. I mean, these are questions
12  that I'm asked a lot in depositions.
13  Q  So either somebody had to tell you that,
14  you had to read something, or you had to research
15  it, correct?
16  A  This is -- well, correct. But ultimately,
17  I mean, this is the first time I work at a medical
18  billing clinic, as we stated earlier, and there's a
19  lot of information that I learned here. I mean, and
20  I really can't pinpoint where exactly, or who, when,
21  where I got that information. But since these are
22  questions that I'm asked over and over and over
23  again, at one time or another, I made sure that, you
24  know, I had this information.
25  Q  So you know that there were no PPO's in

## Page 30

1  effect, but you don't know how you know that?
2  A  Right. I mean, to my knowledge, we don't
3  have any PPO's in effect.
4  Q  Right. Okay. Is there someone else who
5  would have more knowledge than you?
6  A  I think that would be the same answer for
7  everyone else.
8  Q  What about people who were here before you
9  were here? Would they have personal knowledge?
10  A  I mean, regular people, I don't think, are
11  going to -- are going to know that. They're not
12  going to know that.
13  Q  How about Mark Cereceda? Would he know if
14  the clinics that he owned entered into a PPO
15  agreement?
16  A  I don't know.
17  Q  What is Mark Cereceda's role today with
18  these clinics?
19  A  He's the -- he owns them.
20  Q  Does he work at any of them?
21  MR. NUNEZ: I'm going to ask that these
22  questions be limited towards the time period of
23  2012, which are the dates of service at issue
24  in this case.
25  MR. Dichek: Okay. Fair enough. I'll

## Page 31

1  limit it from 2012 to today or I'll even limit
2  it to the dates of treatment of this case,
3  which specifically are -- looks like November
4  24th, 2012 through March 20th, 2013.
5  MR. NUNEZ: Correct.
6  Q  (By Mr. Dichek) So in that time period,
7  what was Mark Cereceda's role at Ceda Health of
8  South Miami?
9  A  Just the owner.
10  Q  Did he work at Ceda Health of South Miami?
11  A  No.
12  MR. NUNEZ: Form.
13  Q  (By Mr. Dichek) You're sure about that?
14  A  Pretty sure.
15  Q  Did he handle the billing for Ceda Health
16  of South Miami?
17  A  No.
18  Q  Did he supervise at Ceda Health of South
19  Miami?
20  MR. NUNEZ: Form.
21  THE WITNESS: No, that I know of.
22  Q  (By Mr. Dichek) Did he hire people for
23  Ceda health of South Miami?
24  A  I don't think so.
25  Q  Did he make any determination as to the

## Page 32

1  reasonableness of the pricing of the CPT codes --
2  MR. NUNEZ: Form.
3  Q  (By Mr. Dichek) -- for that time period at
4  Ceda Health of South Miami?
5  A  No.
6  Q  Aside from owning the clinic, did he have
7  any participation, whatsoever, in Ceda Health of
8  South Miami?
9  MR. NUNEZ: Form.
10  THE WITNESS: I don't think so.
11  Q  (By Mr. Dichek) And same answers for Ceda
12  Health of FIU Kendall?
13  A  That's correct.
14  Q  What about HMO agreements? Were any HMO
15  agreements ever entered into under the tax I.D.
16  number for Ceda Health of FIU?
17  A  To my knowledge, no.
18  Q  And what about Ceda Health of South Miami?
19  A  Same.
20  Q  And that knowledge is -- you don't know
21  where that knowledge came from?
22  A  Right. It's information that I know.
23  Like I said, I've been asked many times.
24  Q  And that -- you're not basing this on
25  personal knowledge, correct?

## Page 85

1  how long that would take.
2  Q  And there's nobody in this entire company,
3  or any of the Ceda Health companies or Florida
4  Wellness or Ceda Orthopedic, nobody ever documents
5  if they increase or decrease a CPT code charge?
6      MR. NUNEZ: Form.
7      THE WITNESS: Not that I know of, no.
8  Q  (By Mr. Dichek) How is the business run,
9  if nobody knows the charges are increased or
10  decreased or there's no documentation as to why?
11     MR. NUNEZ: Form objection.
12     THE WITNESS: I don't know. It is what it
13  is. The prices are reflected in the account
14  ledgers.
15  Q  (By Mr. Dichek) And it's your testimony
16  today that Mark Cereceda takes no part in
17  increasing, decreasing charges?
18     MR. NUNEZ: Form.
19     THE WITNESS: That's what my testimony is,
20  yes.
21  Q  (By Mr. Dichek) In fact, he doesn't do
22  anything, except own the companies, according to
23  you, right?
24  A  I mean, he owns the company. I mean, I
25  don't know what else he does. I mean, he's not

## Page 86

1  involved in, you know, the clinics or anything like
2  that.
3  Q  Does anyone else share the profits with
4  him?
5      MR. NUNEZ: Form.
6      THE WITNESS: Not that I know of, no.
7  Q  (By Mr. Dichek) Are there any other
8  owners?
9  A  No.
10  Q  Of any of the five facilities?
11     MR. NUNEZ: Form.
12  Q  (By Mr. Dichek) I mean, the four Cedas and
13  the one billing facility?
14  A  Not that I know of.
15  Q  Are there any shareholders?
16  A  Not that I know of, no.
17  Q  Is there anyone else who runs the
18  day-to-day business?
19  A  No.
20  Q  Nobody runs the day-to-day business?
21  A  Not that I know of.
22  Q  So who runs the day-to-day business of
23  this facility?
24  A  The office manager manages this facility.
25  Q  Who runs the day-to-day business of South

## Page 87

1  Miami, Ceda South Miami?
2  A  I believe the physician over there does.
3  Q  Who runs the day-to-day business of Ceda
4  Health of FIU?
5  A  I believe the physician over there does.
6  Q  Both Ceda of South Miami and Ceda of FIU
7  use the same billing facility, correct?
8  A  Correct.
9  Q  Do Ceda Health of South Miami and Ceda
10  Health of FIU have the same expense accounts?
11     MR. NUNEZ: Form.
12     THE WITNESS: I don't know.
13  Q  (By Mr. Dichek) Who would know that?
14  A  I don't know.
15  Q  Who does the accounting for the
16  facilities?
17  A  I -- I don't know if we have one.
18  Q  So it's not within your knowledge?
19  A  I don't know.
20  Q  If money comes in for the South Miami
21  location, and money comes in for the FIU bills, are
22  they put into the same account?
23     MR. NUNEZ: Form.
24     THE WITNESS: No. Each entity is
25  separate, separate entities.

## Page 88

1  Q  (By Mr. Dichek) So they each have their
2  separate accounts receivable?
3  A  I believe so.
4  Q  If anything needs to be purchased by any
5  of the Ceda facilities, where does that money come
6  from?
7  A  I don't know.
8  Q  Who signs your paycheck?
9  A  Mark Cereceda.
10  Q  And does he pay -- what does he pay you
11  out of?
12  A  I don't know.
13  Q  Why are two lawsuits filed under the same
14  claimant?
15  A  Because they are two separate entities.
16  Q  How did -- what's the reason Mr. ▮▮▮▮▮
17  went to two separate Ceda Health facilities?
18     MR. NUNEZ: Form.
19     THE WITNESS: Could be any reason. He can
20  see a physician -- can be referred to a medical
21  doctor and the medical doctor can be in that
22  facility. He can be in the area shopping
23  around, and he says, you know, this facility --
24  you know, he can go to a different facility and
25  treat there. It can be so many reasons.