# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:19-CV-22487-RS ) |
| MARK CERECEDA, D.C., | ) |
| MARIA CRISTINA CRESPO-SMITH, M.D., | ) Hon. Rodney Smith |
| NESTOR JAVECH, M.D., | ) |
| ROBERTO MOYA, M.D., | ) Magistrate Lauren Fleischer Louis |
| ROY CANIZARES, D.C., | ) |
| EDGAR FACUSEH, D.C., | ) |
| PATRICK FENELUS, D.C., | ) |
| THOMAS HABAN, D.C., | ) |
| KARIM HABAYEB, D.C., | ) |
| JOHN ROSS, D.C., | ) |
| MICHAEL SCHULMAN, D.C., | ) |
| RICHARD YOHAM, D.C., | ) |
| CEDA ORTHOPEDIC GROUP, LLC, | ) |
| CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF CUTLER BAY, LLC, | ) ) |
| CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF DOWNTOWN/LITTLE HAVANA, L.L.C., | ) ) ) |
| CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF F.I.U/KENDALL, L.L.C., | ) ) |
| CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF HIALEAH, L.L.C., | ) ) |
| CEDA ORTHOPEDICS & INTERVENTIONAL MEDICINE OF SOUTH MIAMI, L.L.C., | ) ) |
| PHYSICIANS CENTRAL BUSINESS OFFICE, L.L.C., and | ) ) |
| SPRINGS CROSSING IMAGING, L.L.C., | ) ) |
| Defendants. | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO EXCEED PAGE LIMITATION AND FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiffs State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company (collectively, "Plaintiffs"), pursuant to Local Rule 7.1(c)(2), respectfully submit this Unopposed Motion for Leave to Exceed Page Limitation and for Extension of Time to Respond to Defendants' Motion to Dismiss Amended Complaint ("Motion"), and move the Court for the entry of an Order enlarging the page limitation of Local Rule 7.1(c)(2) to 30 pages for Plaintiffs' response ("Response") to Defendants' Motion to Dismiss Amended Complaint ("Motion to Dismiss") (ECF No. 99), and extending the time by 10 days for Plaintiffs to file their Response to Defendants' Motion to Dismiss up to and including March 13, 2020.  In support thereof, Plaintiffs state as follows:

On January 23, 2020, Plaintiffs filed their First Amended Complaint against Defendants.[1] (ECF No. 93.)

On January 29, 2020, the Court granted in part and denied in part Defendants' Unopposed Motion for Leave to Exceed Page Limitation and for Extension of Time on Motion to Dismiss First Amended Complaint, increasing the page limitation of Local Rule 7.1(c)(2) to 30 pages and providing Defendants with 10 additional days to respond to the First Amended Complaint.  (ECF No. 98.)

---

[1] Mark Cereceda, D.C., Maria Cristina Crespo-Smith, M.D., Nestor Javech, M.D., Roberto Moya, M.D., Roy Canizares, D.C., Edgar Facuseh, D.C., Patrick Fenelus, D.C., Thomas Haban, D.C., Karim Habayeb, D.C., John Ross, D.C., Michael Schulman, D.C., Richard Yoham, D.C., Ceda Orthopedic Group, LLC, Ceda Orthopedics & Interventional Medicine of Cutler Bay, LLC, Ceda Orthopedics & Interventional Medicine of Downtown/Little Havana, L.L.C., Ceda Orthopedics & Interventional Medicine of F.I.U/Kendall, L.L.C., Ceda Orthopedics & Interventional Medicine of Hialeah, L.L.C., Ceda Orthopedics & Interventional Medicine of South Miami, L.L.C., Physicians Central Business Office, L.L.C., and Springs Crossing Imaging, L.L.C. are collectively referred to herein as "Defendants."

On February 18, 2020, Defendants filed their Motion to Dismiss. (ECF No. 99.) Currently, Plaintiffs' Response to Defendants' Motion to Dismiss is due on March 3, 2020.

Given the length and complexity of the issues raised in Defendants' Motion to Dismiss and the number of arguments presented therein, Plaintiffs respectfully request a 10-page extension to the page limitation of Local Rule 7.1(c)(2) for their Response to Defendants' 30-page Motion to Dismiss, and a 10-day extension of time up to and including March 13, 2020 to file their Response to Defendants' Motion to Dismiss.

This Motion is not being filed for purpose of delay and no party will be prejudiced by the requested extension.

Undersigned counsel has conferred with counsel for Defendants, who have no objection to the extension.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order enlarging the page limitation of Local Rule 7.1(c)(2) to 30 pages for Plaintiffs' Response to Defendants' Motion to Dismiss, and extending the time for Plaintiffs to file their Response to Defendants' Motion to Dismiss up to and including March 13, 2020.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(A), the undersigned counsel certifies that on February 20, 2020, they conferred by email with counsel for Defendants who do not object to the relief sought herein.

Dated: February 20, 2020                Respectfully submitted,

                    By: */s/ David I. Spector*
                        DAVID I. SPECTOR, ESQ.
                        Fla. Bar No. 086540
                        david.spector@hklaw.com

JOSEPH F. VALDIVIA, ESQ.
Fla. Bar No. 0107878
joseph.valdivia@hklaw.com
HOLLAND & KNIGHT LLP
222 Lakeview Avenue
Suite 1000
West Palm Beach, Florida  33401
Telephone:  (561) 833-2000
Facsimile:   (561) 650-8399

-- and --

ROSS O. SILVERMAN
ross.silverman@katten.com
(*admitted pro hac vice*)
ERIC T. GORTNER
eric.gortner@katten.com
(*admitted pro hac vice*)
JOHN W. REALE
john.reale@katten.com
(*admitted pro hac vice*)
JOHN T. LEPORE
john.lepore@katten.com
(*admitted pro hac vice*)
MICHAEL J. POWERS
michael.powers@katten.com
(*admitted pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Facsimile: (312) 902-1061

*Attorneys for Plaintiffs*

4

5

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020 the foregoing document will be served on all counsel of record via CM/ECF.

By: *David I. Spector*