UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22487-SMITH/LOUIS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, *et al*,

     Plaintiffs,

v.

MARK CERECEDA, D.C., *et al*,

     Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

This matter is before the Court on the parties' Joint Motion for Administrative Order Temporarily Closing Case [DE 111], wherein the parties seek a stay of these proceedings for an indefinite period of time due to the ongoing COVID-19 pandemic. The parties have supported their motion with sworn declarations detailing their inability to continue with the proceedings, specifically discovery, at this time. Upon consideration, and given the inability of the parties and their counsel to proceed with the orderly progress of the case due to the uncertainty regarding the duration of the restrictions, and to conserve the parties' and judicial resources, it is therefore

**ORDERED** that the Motion [DE 111] is **GRANTED** and this case is **CLOSED**. All motions are **DENIED AS MOOT**. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of a party advising they are prepared to proceed. This Order shall not prejudice the rights of the parties to this litigation.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of April, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE